UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.

ALEKSANDR VIKTOROVICH IONOV
   a/k/a "Alexander Ionov,"
   a/k/a "Sasha,"
YEGOR SERGEYEVICH POPOV,
   a/k/a "Egor,"
   a/k/a "Yegorka,"
ALEKSEY BORISOVICH SUKHODOLOV,
   a/k/a "Borisych,"
   a/k/a "AB,"
   a/k/a "X2,"
OMALI YESHITELA,
   a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
   a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
   a/k/a "Gazi Kodzo"

CASE NO. 8:22-cr-259-WFJ-AEP
18 U.S.C. § 371
18 U.S.C. § 951

## MOTION TO SEAL SUPERSEDING INDICTMENT AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Superseding Indictment, the file copy of the warrants, defendant information sheets, this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendants. Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Superseding Indictment in this case except when necessary to provide certified copies of the Superseding Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court, and furthermore that the United States be permitted to disclose the Superseding Indictment and arrest warrants to state and local law enforcement to the extent necessary to bring into federal custody an defendants who are currently in state or local custody.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Superseding Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendants, or to counsel for any represented defendants so that they may arrange a self surrender of the defendants.

The United States further moves that the Court direct the Clerk to unseal the documents described herein upon the arrest of the first defendant or further order of this court.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: risha.asokan2@usdoj.gov