UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

      Plaintiff,

vs.

OMALI YESHITELA,

      Defendant.

_____/

### NOTICE OF PERMANENT APPEARANCE AS TRIAL COUNSEL OF RECORD

COMES NOW, Ade A. Griffin, Esquire of Griffin Inskeep Law, LLC, and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant for **Trial Only and all Proceedings in the District Court, excluding appeal,** arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Middle District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule and the Special Rules Governing the Admission and Practice of Attorneys.

1

Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant.

        ADE A. GRIFFIN, ESQ.
        Griffin Inskeep Law, LLC
        Harvey Building
        224 Datura St, Suite 900
        West Palm Beach, Florida 33401
        ade@agtilaw.com
        Pleadings: service@agtilaw.com
        (561) 320-6006

        */s/ Ade A. Griffin, Esq.*
By:  ADE GRIFFIN, ESQ.
      Florida Bar No. 0771961

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Ade A. Griffin, Esq.*
By:  ADE GRIFFIN, ESQ.
      Florida Bar No. 0771961