UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA
            Plaintiff,

vs.

OMALI YESHITELA,
            Defendant.
_____/

## DEFENDANT'S MOTION IN LIMINE REGARDING REFERENCE TO RUSSIAN GOVERNMENT AGENTS OR EMPLOYEES

Comes Now the Defendant, **OMALI YESHITELA**, by and through undersigned counsel, files this Motion in Limine Regarding Reference to Russian Government Agents or Employees.  As grounds thereof the following is set forth:

1. The Defendant was charged by Superseding Indictment on April 13, 2023, with one count of Conspiracy to Defraud the United States, pursuant to 18 USC § 371 and one count of Impersonating Agents of Foreign Governments, pursuant to 18 USC § 951.

2. Defendant objects to the Government referring to any individual as an agent or employee of the Russian government at trial unless and until that fact is proven to the jury by non-hearsay evidence. This includes but is

1

not limited to any alleged co-conspirators, including alleged Russian co-conspirators whether or not charged in this case.

3. A prosecutor improperly vouches for the government's case when they intimate that they have additional knowledge or information that has not been shared with the jury. *See United States v. Fox*, 761 Fed.Appx. 765 (9th Cir. 2019). The Government should not be permitted to imply that there is evidence proving that any individual is an agent or employee of the Russian government unless this evidence has been presented to the jury by admissible evidence

**WHEREFORE**, based upon the foregoing, the Defendant requests that the Court enter an order that the Government shall not refer to any individuals as agents or employees of the Russian government unless and until that fact has been proven by non-hearsay evidence.

Respectfully submitted,

ADE A. GRIFFIN, ESQ.
Griffin Inskeep Law, LLC
Harvey Building
224 Datura St, Suite 900
West Palm Beach, FL 33401
ade@agtilaw.com
Pleadings: service@agtilaw.com
(561) 320-6006

*/s/ Ade A. Griffin, Esq.*

2

By: ADE GRIFFIN
Florida Bar No. 0771961

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ade A. Griffin, Esq.*
By:  ADE GRIFFIN, ESQ
     Florida Bar No. 0771961

3