UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

        Plaintiff,

vs.

OMALI YESHITELA,

        Defendant.
_____/

### DEFENDANT OMALI YESHITELA'S MOTION TO ADOPT

Defendant, OMALI YESHITELA, by his attorneys, respectfully moves to adopt all pretrial motions heretofore or hereafter filed by his co-defendants in this case to the extent that such motions are applicable to defendant OMALI YESHITELA, unless and until he expressly disassociates himself from such other motions.

        Respectfully submitted,

        ADE A. GRIFFIN, ESQ.
        Griffin Inskeep Law, LLC
        Harvey Building
        224 Datura St, Suite 900
        West Palm Beach, Florida 33401

ade@agtilaw.com
Pleadings: service@agtilaw.com
(561) 320-6006

By: */s/ Ade A. Griffin, Esq.*
ADE GRIFFIN
Florida Bar No. 0771961

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Ade A. Griffin, Esq.*

ADE GRIFFIN

Florida Bar No. 0771961