UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

                        Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

## UNITED STATES' SECOND NOTICE OF INTENT TO INTRODUCE RECORDS OF A REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Second Notice of Intent to Introduce Records of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6) and 902(11). This Notice amends and supplements the previously filed Notice (Doc. 193) (the "First Notice").

1.      Paragraph 2 of the First Notice indicated that the United States may seek to introduce records from PayPal accounts belonging to the defendants and their co-conspirators. In addition to the records identified therein, the United States also intends to introduce the Microsoft Excel spreadsheet at Bates 127592.

2.      Paragraph 7 of the First Notice indicated that the United States may seek to introduce records from Apple iCloud search warrants for Apple IDs belonging to Alexander Ionov and Yegor Popov. The amended reports containing the records to be introduced from those search warrant returns, which are contained in the Sixth

1

Discovery Production, are as follows: DETP5_1808801962_Revised;

DETP5_1817592606_Final_Kodzo; DETP5_1817592606_Final_Marinelli;

DETP5_1817592606_Final_MityaginAleksey; DETP5_1817592606_Final_Popov;

DETP5_1817592606_Final_PromskayaAnastasiya (Poni);

DETP5_1817592606_Final_Reports & Interviews;

DETP5_1817592606_Final_Sukh_Viber; DETP5_1817592606_Final_Sukhodolov;

and DETP5_1817592606_Revised.

3.      Paragraph 9 of the First Notice indicated that the United States may seek

to introduce additional records from Apple iCloud search warrants for Apple IDs

antiglobalist1@icloud.com and vkoim.popov@yandex.ru. The amended reports

containing the records to be introduced from those search warrant returns, which are

contained in the Sixth Discovery Production, are as follows:

DETP8_1808801962_04222022_Revised;

DETP8_1817592606_04222022_Final_Kodzo;

DETP8_1817592606_04222022_Final_Marinelli;

DETP8_1817592606_04222022_Final_Mityagin;

DETP8_1817592606_04222022_Final_Popov;

DETP8_1817592606_04222022_Final_Promskaya (Poni);

DETP8_1817592606_04222022_Final_Reports & Interviews;

DETP8_1817592606_04222022_Final_Sukhodolov;

DETP8_1817592606_04222022_Final_Vistoropskiy; and

DETP8_1817592606_04222022_Revised.

4.      Paragraph 13 of the First Notice indicated that the United States may seek to introduce additional records from Apple iCloud search warrants for Apple IDs antiglobalist1@icloud.com and vkoim.popov@yandex.ru. The amended reports containing the records to be introduced from those search warrant returns, which are contained in the Sixth Discovery Production, are as follows:

DETP163_1817592606_11252022_Final_Kodzo;

DETP163_1817592606_11252022_Final_Marinelli;

DETP163_1817592606_11252022_Final_MityaginAleksey;

DETP163_1817592606_11252022_Final_Popov;

DETP163_1817592606_11252022_Final_PromskayaAnastasiya (Poni);

DETP163_1817592606_11252022_Final_Reports;

DETP163_1817592606_11252022_Final_Sukhodolov;

DETP163_1817592606_11252022_Final_Vistoropskiy; and

DETP163_1817592606_11252022_Revised.

5.      Paragraph 14 of the First Notice indicated that the United States may seek to introduce additional records from Apple iCloud search warrants for Apple ID gt68art. The amended reports containing the records to be introduced from those search warrant returns, which are contained in the Sixth Discovery Production, are as follows: DETP164_17514180899_12132022_Final_Matveychuk;

DETP164_17514180899_12132022_Final_Popov;

DETP164_17514180899_12132022_Final_Sukhodolov; and

DETP164_17514180899_12132022_Final_Tkachenko.

3

6.      The United States may seek to introduce records from a Yahoo search warrant for a Yahoo account belonging to Omali Yeshitela. The full search warrant return was produced in the original discovery, and the  records to be introduced were produced as anticipated trial exhibits in the folder "Yeshitela Yahoo Report," inside of the Sixth Discovery Production folder "CART Examiner Trial Reports (2)." A records certificate for those records is attached hereto as Exhibit 1.

The United States respectfully requests that the Court permit the United States to introduce these records at the beginning of the trial, without the need to call any witness to establish their authenticity. Doing so will greatly increase the efficiency of this trial.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    */s/ Daniel J. Marcet*
Daniel J. Marcet, AUSA
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ade Griffin, Esq.
Mutaqee Akbar, Esq.
Mark O'Brien, Esq.
Leonard Goodman, Esq.

*/s/ Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov