**07-29-2016-OY-LK-The Crisis of Imperialism and the Way Forward – Chairman Omali Yeshitela and SG Luwezi Kinshasa**

**APSP Cadre intensive**

When Marxists and left talk about crisis of capitalism they talk about cycles of capitalism that you can expect

Most time they are addressing internal situations within capitalist country that develops because of the anarchy of capitalism

Capitalist production is not guided by what people need or what is useful

Capitalist production is guided by profit

Capitalist make cars to sell cars. Make clothes to sell clothes. Not because people need cars or need clothes.

When everyone who can afford a car, has a car, then what this leads to is overproduction. People have to be laid off. People who sell cars get laid off. If people don't have jobs, they can't buy refrigerators, houses, etc. Crisis occurs and reverberates throughout company. Crisis of over-supply – usually what Marxists mean by crisis.

But we talk about crisis in different way. Because even this above form of crisis requires expropriation of value and resources, African labor, occupation of indigenous land. We see the whole applecart being upset. Not just overproduction. But production altogether, whose basis is expropriating value.

They can and do make adjustments to mollify internal contradictions of capitalism – overproduction etc

Print more money, print less money, up the interest rate, lower the interest rate

For someone to work in an Apple factory needs coltan from Congo

Resistance, struggle in Congo will cause true crisis

Real crisis comes from struggle of the colonized to take over their own resources

People don't always see the economic component of the crisis

We see – wars everywhere; lack of competence of system to take care of people; uneasy situation; different factions promoting wall-building, immigrant-bashing; uneasy population of colonizers

The uneasy equilibrium is a balance    as shaky as it is       between past and future

What shakes it off balance is rising up of colonized

Causes imbalance for entire system

This crisis has been unfolding for a while; but it is now deeper than ever before

Uneasy equilibrium = crisis of imperialism

White left will talk about crisis of imperialism

Some who are close to us have a Marxist assessment say crisis    but their solution for resolving crisis  does not involve   revolution

They talk about 99 overthrowing 1 percent

The relationship of the colonized to the colonizer doesn't change    it just means a change of guard among the colonial population itself

Crisis   the Final Offensive   In historical terms

Contradictions deepening to  extent   of the death of imperialism itself

The death of imperialism is not coming from overproduction

It's coming from the oppressed peoples winning back control of their resources

Profound anxiety in the world

For those who see the future as status quo with some improvements

Everyone who has a stake in this system

We become a cult to people who think they have a stake in this situation

People don't come to meetings because they think the police hate you etc

But crisis makes it possible for people to perceive things they could not perceive before

Neocolonial puppets try to stand up straight when dealing with their bosses

The death, decline of white power

Russia is doing its thing, Iran too. Stiffening of the spine of spineless forces.

       Just because imperialism is losing power and influence doesn't automatically translate into power and influence for <u>us</u>

They don't recognize that there's crisis because imperialism gets reckless shoots more people   threaten wars      give impression to uninformed that imperialism is very powerful

Right now they are dangerously engaging Russia and China

People think they're seeing a very powerful enemy   but they're seeing an imperialism that is not moving from a position of power but an imperialism that is fighting for its very life

<u>Secretary General Luwezi Kinshasa</u>

How Africans will play an active role in the crisis of imperialism

Baton Rouge, Dallas  - causing deeper crisis

Spread African Internationalism   to understand how imperialism

Amount of people killed in Africa trying to vote in election   masses believe that the struggle is for democratic change

African Internationalism   wins everyone to understand that the struggle is for white power

Down with these elections! We want black power! Must become slogan throughout Africa

Imperialism is being killed – 1981 quote from Chairman    it is not dying of its own accord   it is being killed by the oppressed   by the colonized

African nation   kill the colonizer white nation

Cant be peace or freedom for anyone on the planet as long as oppressor nation white nation along to existed

Look at the map    no united Europe     massive crisis   Brexit

The budget deficit of the UK is 90 percent of the GDP

UK has been in a deficit for decade

They have to print money

The only thing sustaining them are the colonies – Africa etc

Clear for white ruling class that Britain has no solution

France has trade deficit

France depends on 14 countries in Africa who pay colonial tax to France

The French would panic   in the face of revolution in Africa

Without Africa   France would be a third world country

Suffering in Africa is extreme

Africans come to Europe    and think it's the way to go until they meet African Internationalism

When UK, France, Germany – et – cant see the future   dangerous for the world

Europe was supposed to be France and England working to unite Europe

Now its more like Europe works for Germany

Germany must have its own interests its own stage its own policy

The Germans feel confident enough to have their own interests? This eventually means they need to have their own army

Whenever Germany has its own army, it means hell in Europe

Europe is united   symbolically by currency and ease of travel throughout Europe

The Euro is not working

Countries like Greece   have been brought into the EU   which means they must produce according to currency set by the Germans

So they have to borrow money from the Germans

Germans are wealthy

When crisis happens, Germany goes to Greece and said you owe us money

Big crisis on the way    in Europe

The question of immigration:

    Africans live under this contradiction every day

    Immigrant "crimes" etc always on television    it's a huge national anxiety of white people in Europe

If you're not *strong* on immigrant you can't win an election in Europe

Specter of immigrants coming from Middle East where US UK doing war against Syria et al

Colonized people, without organization, are vulnerable to the state and to white vigilantes

This is all part of the crisis

In Europe the white population for the first time in a long time cannot see the future

No good colonial life as we saw in the past

China – South China Sea

If you look at a map   there is a sea between China and the rest of Asia

South China Sea is small lane to China

If you block it, you can stop China – US logic

US military pivot to Asia

Part of that strategy is to block China sea faring influence

China is building reefs – artificial islands in the middle of the south China sea US saying you cant do that   China just ignores and keeps building islands

Its not just in Asia

China is determined to drive the US out of Asia

What makes the crisis in Africa different         is that Europe always took Africa for advantage

US say pres of Sudan Bashir is problem       after 20 years of war and starvation   new country in Africa: South Sudan  balkanization

Now what's happening in South Sudan     you have two large ethnic groups they fight   and their leadership represents the African petty bourgeoisie

Fighting for who will control of South Sudan

What is the long term view of imperialism?   Imperialist believes that the more Africa is fragmented, the better it is

The more splits   the better

Easier to exploit

Easier to loot

Somalia broke into five entities

Balkanization

Imperialism is also concerned about

    Population control

African revolution has advantage of large population

War in Rwanda

High infant mortality

Genocide

This is all part of          population control

To make us less capable of fighting back

Another aspect of crisis: inability of African petty bourgeoisie to reproduce itself

APB has no industries     does not control the mines      controls the economics

You cannot be the bourgeoisie without controlling the means of production

Its not just about extracting

African petty bourgeoisie is just a distributor   not owner of means of production

African petty bourgeoisie facilitates the extraction of Africa's wealth

Therefore they must maintain loyalty to white bourgeoisie

They don't control the prices etc

Elections are funded by outside forces

International observers come into the country to give the seal of approval

APB is worthless    has no future for us

There has not been a struggle in Africa led by advanced revolutionary theory advanced revolutionary organization   in the past  fifty years

Strikes etc  yes  but not a single one led by revolutionary organization

That is our work

That is the significance of AI

The masses must come back into political life   under the influence and leadership of African Internationalism

You hear people say   imperialism funds ISIS   well yeah they can work with ISIS but ISIS petty bourgeois leadership has its  own agenda   such as struggle to establish transnational caliphate   that supersedes colonial borders

That deepens the crisis

In Mali   the French have intervened   say they are fighting Al Qaeda  there they cannot control the radicalization of the young people

Another element of the crisis of imperialism is

> Russia v United States

Russia  Putin believes in multi-polar world

Warsaw pact

One of agreements between Russia and Western leaders  after collapse of Soviet Union  , Russia said US must agree not to expand NATO   1992

Since 1992   NATO has expanded from Poland to Yugoslavia   etcc  now NATO is on Russias doorstep

Russia took back Crimea     Kruschev gave Crimea to Ukraine

Crimea was always part of Russia

NATO and US say Russia expanding, imperialist

US has over 700 military bases around the world  in Africa alone they have over 38 military stations   for war purposes

All the wars in the word are tied back to the US

So, Russia looking to for alliances

Russia allies with China

Russia provides gas to Western Europe

But now also made deal to provide gas to China for 30 years

China made Shanghai trade treaty with Russia, China, India, Pakistan, almost 2/3 of world population to trade among themselves. Not with Europe or America

The world is changing           at the expense of the US

Not a revolutionary struggle   but they see they can only achieve self determination for themselves at expense of US

Before    economy was ruled by IMF and World Bank

IMF World Bank run by US and Europe

China comes with is bank

New arrangements in the world

Battle is shifting

Role of APSP to equip us to know whats going on

Because what we do has a world consequence

Not local only

But change the whole world

What we do has impact on the whole word and on us

The US is not able to control  the world

Africans in the US must know whats going on

If US is fighting Afghanistan  you want to stand in solidarity with Afghan people  because you want imperialism to be weak

Weak imperialism is also dangerous  but we must sum pup so we n

Must stand in solidarity w Afganistan.

Germans at forefront of Un Eq.

US has no guarantee that Euro will follow what US wants.

If look at WWII, split between capitalists & "socialists – US and Sovs, but the real split has always been tween colonized/oppressed and colonizers/oppressors. Struggle under Islam banner represents colonized vs colonizers. But petty boug. Need to be led by working class. Young people are attracted to ISIS & others even if don't want a Caliphate – but we need to present a new narrative – APSP.  When Cuban Rev started, there were only a handful of revs. Af Int is the future, even tho in development. Hasn't captivated the colonized world yet, but people are looking for an explanation of the world and we can provide that. We are in the period of the struggle of those who live on less than a dollar a day, and showing the rise of colonized people. If sick in Africa, Indian pill or for tiny bit more get Chinese pill, and if petty boug can afford American pill. Part of the crisis of going forward is crushing the ideas of imperialism.

The future before us   cannot be something we just talk about because of this crisis

The ruling class cannot rule in the same way

Convey sense of urgency

Without conveying sense of urgency    it will be difficult to build the type of organization that won the revolutions in China, Viet Nam

That sense of urgency is what unites the organization with everyday tasks

If we are not able to build our own future   the rulers will sell the crisis at our expense      the imperialists are going into Africa

Fighting the crisis  to destroy parasitic capitalism   fighting for African Internationalism

Gives clarity and coherence

Delaying the progress of qualitative leap

Because African revolution is not standing firm on its own two feet    that is what is needed to change the world

<u>Chairman</u>

Far cry from what we thought we were getting into

The economic basis

Superstructure

Changes in economic foundation of the society is reflected in changes in ideology culture etc

The way that people struggle around changes in economic foundation

All the political argument you hear are revoling around economic changes

Capitalism was born as a world system   has been the econ foundation of whole world

Sector of human population has been able to feed, clothe and house itself at expense of everyone else

Dominant sector captured resources, power, determined the narrative

Crisis in explanations and narrative shift coming from basis of world economy being challenged

Changes in Russia, China, etc   challenging foundation of world economy

The death of feudalism   which was the economic foundation inside Europe all of the ideas stemming from feudal relationship  (divine rights of king) became challenged in serious way

Nihilism   this emerged in the wake of death of feudalilsm   explanations to fill void of what old philosophical assumptions could not satisfy

Marxism filled a huge void

When Marx died   only 11 people came to his funeral

That's how significant people understood at that moment

The next year, thousands showed up to commemorate him

People want explanations

We have forces out there  swinging wildly   philosophically

Capitalism is viable, will work, can work. Nobody said it didn't!  but the crisis, economic foundation is throwing its viability into disrepute

Reactionary people try to take things backward

Conservatives want to preserve existing social system

Nixon – I am not a crook    nobody said you were Tricky Dick

A terrible kind of insecurity   they don't know where to go    they cannot see the future

We can see the future and we can lead people to it

Embrace it

We the Advanced Detachment of the African Working Class must get this and take this out into the world with confidence

The mural question  - represents the same thing it represented when they tore it down. There's a new phenomenon

Lumumba didn't pull a gun on anybody   but white power could not handle the debate

Black revolution defeated imperialism ideologically and politically so they resorted to criticism by the gun

Self-radicalization or they caught it while they're on youtube

When capitalism was strong and powerful   it promoted free speech

Say what you want to say

That's when economic foundation of capitalism supported its ideas in the world

Black people, others rising up saying, you ain't shit

You can't debate it

The economic foundation is under assault

Allahu Akbar   sometimes armed forces just trying to take back their forces trying to live   but it is shaking their economic foundation


Objectively speaking  Lovelle Mixon defended his community against a colonial occupying force     This colonial occupation force treats our community with viciousness and somebody shot them

We have to explain his action to the world

So that we inform someone else who might have a gun when they get stopped by the police


ISIS   Daesh    the question is not whether they are not some revolutionary force     they are not        anymore than Hugo Chavez was a revolutionary and we loved him       he shook up the situation

They talk about fighting jihadists etc

I'm not a jihadist

But I do know that those borders put there in 1919 by French and Americans and leaders they put in place, constitute a fundamental strategic set-up

Regardless of whether it's caliphate etc, you can't call it what you used to call it

Border status quo of MidEast shattered

For the longest period of time  they convinced us the greatest struggle between Soviets and the US   but the Soviets never threw a rock at the US the real question was that the Soviets put guns and training in the hands of colonized people

The real contradiction between colonized people and the US

That is true today

Yeah , the Soviet Union wants to unite with us. The Russians want a relationship with us. I'm not concerned with why the Russians want us to come there. I know why. They want to win allies to their struggle against US. I do too!

I'm not looking for sympathy, charity. I'm looking for an ally! You have interests and I have interests. That's why they had conference on self-determination.  Malcolm X!  Uhuru!

The contest was never soviet communism vs American capitalism

Russians gave ak47, training and solidarity in the international community to the oppressed

US was trying to show influence of capitalism  and now, democracy because Putin is a dictator

65 percent of people in this country say things are going badly

The evil of two lesser

War is a serious possibility

The US gun  since 1940s   has been key force that held it dominance in the world

US has more weapons than the next 12-20 competitors combined

You can dare try to make your treaty etc    if you want to   but we have the gun

They encroached tremendously upon Russian spheres of interest

France has sphere of interest in Africa  historically respeted by US  but now US and France engaged in combat proxy wars

Like mafia wars over turf

Russian people trace their identity as a people to this place called Ukraine

White people in this country get a geography lesson everytime a war breaks out

US moved on Ukraine

Putin took a cautious stance; I don't understand why he didn't take the whole thing. Take it all.

They wanted the border.

They fly planes over the border between Eastern Ukraine and Russia

They armed the troops there

They told Russia to give it up and Russia didn't

You told Iranians they had to give up and they didn't

Russian Bogeyman

International criminal court   only ones they have ever tried have been black presidents

 The imperialists can't see the future    but we can

Africans in motion will force the world to see the future

Expose Africans to the future   based on this science

Consolidation of cadre who can do this work   who can advance this organization  who can win our neighbors  who can consolidate our Party

When the system functions normally, we're in trouble

Don't let crisis frighten you

This is their crisis    not our crisis

Israel  - deadly vicious force in Africa

Israel just had a ceremony in Uganda

We have to make this struggle, not just about a mural, but the damn world.

The wordview of white people is narrow – can see the mural but cant see the whole world.

People need to be able to pick up the Spear and read about the mural, but also the criminal(s) running the meeting – Gwen Reese. Need to see the Party writing about Gwen Reese. This needs to be a major campaign!

It's more than just  a task  it's understanding the political goals we are involved in at any given moment!!