Document ID: 0.7.1424.243848

| | |
|---|---|
| From: | Gaida Kambon <gaida@apspuhuru.org> |
| To: | Omali Yeshitela <omaliyesh@yahoo.com>; Ona Zene Yeshitela <onazene@gmail.com>; Luwezi Secretary General ASI <luwezi_asisecgen@yahoo.co.uk>; Chim Waller <chimurengawaller@yahoo.com>; Yejide Orunmila <ayeshamax@gmail.com>; Aisha Fields <aishabfields@gmail.com>; Aaron O'Neal <aarono3000@yahoo.com>; Kobina Bantushango <southeast@apspuhuru.org>; Jevon Gammon <jevon@ccdbr.org>; Gazi Kodzo <godgazi@gmail.com>; Penny Hess <pennyuhuru@gmail.com>; Jesse Nevel <jessenevel@gmail.com> |
| Cc: | Tammy Harris <adminasst@apspuhuru.org> |
| Bcc: | |
| Subject: | Summation and Direction of Party work |
| Date: | Wed Sep 30 2015 20:51:58 EDT |
| Attachments: | 09-23-2015-Russia-AGM-Conference-Summation-Minutes.docx |
| | Russian resolutions from Chair's trip 2.docx |

From: The Office of Chairman Omali Yeshitela To: The National Central Committee of APSP & APSC Re: The Direction of APSP work coming from the
September 30, 2015

Uhuru APSP and APSC leadership, Our Chairman has just return from his second trip to Russia, which has tremendous implications for the Party's work in the upcoming period! The outcome of these trips, especially the 2nd trip, will escalate our presence and sharpen our work tremendously!     The Chairman's first trip to Russia based on the invitation of the Anti-Global Movement, (AGM) to attend its' conference, was a significant turning point for our Party. This was the first time in a very long time, that the African liberation movement was able to formally raise the question of self-determination for African people internationally in an anti-imperialist country.     In attending the AGM conference, we did so recognizing that the Anti-Globalization Movement of Russia (which more than likely represents a method by which the Russian Government is engaging the U.S. and Europe in serious struggle.) is carrying out it's own agenda - to utilize forces inside of the U.S. to sew division inside the U.S. Likewise, our Party is clear that we also have our agenda - to place the question of African self-determination on the world's agenda and to win international allies for our National Liberation Struggle. The success of our first trip, facilitated our ability to embark on our 2nd trip to Russia on September 20, The Worldwide Conference for Self-sufficiency of oppressed people's. Our participation in the Worldwide Conference was qualitatively different as it afforded our Party the ability to speak on a forum of several groups some of who were waging struggles for the rights to control our own destinies among them, the Irish Republican Socialist Party, IRSP a group the Chairman visited in Belfast, Ireland in 1983 and the Catalan Solidarity for Independence Movement, fighting for succession from Spain, and who recently won the election in Spain.

  Worth noting was that there were no challenges to our claim of African National Identity! In addition, we are a part of the Declaration of self-determination that would go before the U.N. But the most important thing was that the Party spoke for all of Africa! Something that Marcus Mosiah Garvey did frequently and decisively! As explained by the Chairman upon his return, "We are claiming Africa. We are claiming leadership over Africa and every African on the planet, we speak for Africa!"

  This is the context in which we are determining our work for the upcoming period. We urge that you review the notes submitted here carefully and critically as we are embarking on a new level of important, challenging and defining work that requires that our entire leadership unite and participate in to insure it's success. Your review of the documents will be followed by a discussion of a Plan of Action that will be presented on how to carryout the areas identified in the document: "Russian Resolutions from Chairman's trip."
Please review the 2 attached documents.

Uhuru!

DISC-128787

## Chairman Omali Yeshitela's Summation of Russia Trip 09-23-2015

Chairman discussing Russia trip, impact of trip on work we are doing;
Chairman just got in last night- no agenda as such
Meeting consequence of Chairman not having an Office;

Russian trip was important, more eventful than one might have initially thought it would be

Part of that Is because we were unclear until we got there on what was going on; much of that had to do with communication; for conference itself, we were not given a format or understanding of what we were supposed to be presenting. Others presenting seemed like they knew what they were doing. Communication with other forces was better than communication with us.

We went unprepared; not knowing what to expect. We assumed based on information we saw beforehand that there was discussion about fascist meeting sponsored by Putin; we didn't know who was going to be there but we got the impression that the Russians were hooking up with all kinds of forces, some of whom we would not have a relationship under most circumstances and some we would NEVER have a relationship to under any circumstances; like Texas Nationalist Party and other southern separatist groups who want to secede from the U.S. government.

Rodina; Fatherland Party met with Chairman the first time he went into Russia. Rodina went into Crimea to organize in support of Russia

That did not trouble the Chairman; Russians pulling together forces throughout the world to function as an ideological and political opponent to the U.S. and to Western Europe.

As part of the struggle they are engaged in against the U.S. and Europe, ideological struggle etc.

In discussions with them, Russia AGM said they wanted to "help' and Chairman said, we are not a charity group; we have interests, Russia has interests, we recognize that and that is the basis of our relationship

We heard there was going to be a "fascist gathering" etc. Chairman thought maybe someone knew something we didn't know; none of this ever came up with any of the media. More than 80 representatives of the media. Chairman did interviews with a lot of media; no media ever raised question of fascism or suggested that there was some kind of fascist agenda. Guardian, Independent, etc did not mention any fascist agenda.

Some groups who attended were new to Chairman – European Communitarianist Party—youngsters in their 20s talking about European Party to unite Europe against the liberals, the bankers, the E.U., they believe in the rights of the peoples; minor struggle developed the aftermath of the conference when getting together with Working Group to

DISC-128788

develop declaration that would apparently go to U.N.—three basic points of terms of unity:  1. Self determination, 2. Human Rights, 3. Can't remember third thing.

European Communitarianist said it shouldn't be "human rights" it should be "peoples' rights", Chairman agreed. Human rights is used in framework that negates the rights of "peoples" who exist without states that recognize and defend them. We had unity with them. Clearly, Alex was disturbed by that.  Alex is trying to use legal terms that fits the U.N. definition.

Anti-Globalization Movement of Russia is a solid institution of Russian politic; some articles said they got %30 funding from charity tied to Putin. Etc. but it is clear that it is instrument of Russian government; this does not disturb us

National Sovereign State of Borinquen – Dr. Ramon; Fr. Francisco etc—Puerto Rican group; doctors and professors—as they talked, they have a completely legalistic approach to this. Absolute non-violence, pacifist.

White man was there who represented the Independent and Sovereign State of Hawaii.

Sahri front – Polisari, won independence from Spain, then Morocco moved in; Western Sahara

Catalan Solidarity for Independence – 2 Million People marched for Independence from Spain.

Irish Republican Socialist Party was there—org that Party had relationship to 32 years ago when Chairman went to Belfast in 1983. That was a good reunion.

Republican Sinn Fein was there—to be distinguished Sinn Fein of Gerry Adams, not in the government.

Chairman's summation--- amount of media there was incredible. More than 80 media representatives there. There was enough media to impact on knowledge of the struggle of African people throughout parts of Europe, went into England, Guardian and Independent, this will be pushed through Europe.

All over Eastern Europe and Russia the conference was acknowledged and recognized.

Chairman had prepared 10 pages to speak; but there was not enough time to this because there were a lot of speakers.  They wanted the presentation to be short because there were so many people speaking.

1. Chairman was the second person to present
2. Chairman was given a preferential space when he spoke; when they sat down for press conference; generally the kind of respect/deference shown to Chairman by the many of the forces who were there
3. Chairman was told to cut down presentation to 10 minutes—if we had time, he would have done it differently.  Short presentation was helpful.

4. Presentation went well—Chairman added some demands there were originally not in there.
    a. Recognize that Africans in the U.S. are part of a dispersed African nation.
    b. We call on the peoples of the world to express solidarity with African people not just in general terms but with our aspirations for self-determination and freedom from U.S. colonialism.
    c. The struggle of Africans began 600 years when Portugal attacked Africa and initiated this whole process of slavery and colonialism
    d. Demands: immediate withdrawal of the occupying police military force from black communities and black community control of police; support reparations for centuries of slavery, exploitation and oppression; immediate release of African political prisoners and 1 million Africans locked up; immediate recognition of right of African people to return to Africa; we want immediate recognition of right of African people to armed self-defense from U.S. colonialism and colonial terror

Chairman did interviews; nobody challenged him when he said Africans are part of dispersed African nation. Nobody challenged the African national identity—no reporters, nobody in the meetings. That's extremely important. It clarifies also that within the context of a discussion around self-determination that sets the terms for it it's not likely for anyone to raise that. Self-determination.

If you're not in America, or perhaps some other white colonial country, the need for an African to NOT be an African is not as great...

This went to 8pm or later, at night. Conference went on. On the agenda Chairman was there when media was there; then the media started leaving later on. We were able to make our points there.

Patriotism and independence not enough; need new understanding of world problems; nature of discussion was good, multi-polarity—discuss question of African people in the context of geopolitical framework of the whole world.

Isvesta article—all in Russian—

Political prisoners—BLA; Mumia; Lynne Stewart; Leonard Peltier

Union of Ukranian Mothers—met representative from this; wants to develop relationship between them and ANWO

Not all media representatives were favorable to the Anti Globalization Movement—

Working groups came together. Italians were the European Communitarianists—might be the same thing as the Millenium Party

IRSP wanted to make a statement of solidarity with the APSP and the struggle for African liberation; to re-affirm the position they took in 1983 that any Irish in U.S. must unite with African people; they want to put out a joint press statement with the APSP

Some forces made Chairman uneasy; comrade from Donetsk tried to recruit Chairman's security forces to go fight for a salary in Donetsk; get training on this etc. This made Chairman uncomfortable because he talked too much; he talked too freely; he talked to people in a way that he didn't even know well.

There was another comrade there whose father was from Nigeria; mother was from Ukraine, grew up in Philadelphia, lawyer living in Moscow; worked really hard to be Chairman's friend. Worked really hard to impress the Chairman, he told the Chairman he was a vegan. Chairman declined to eat dinner with him—something suspicious about it.

Working group—is Texas part of any of that?  Even if they are the nicest people in there; multi-national integrated; notion that we can join with any other organization talking about secession of Texas; that's what white people who stole this land did, seceded- Occupied Mexico taken at gunpoint; we cannot work against the interests of the Mexican people. I want to make that understand by everyone there.

In the next three or four days we are supposed to be sending information there about what should be included in the conference declaration. They're working on software for communications.

There is the basis for creation of advisory oversight board—didn't get too much on this. Media forces who might not be able to come into the group but could have some kind of relationship to it.

Points of Unity-

1. Human Rights
2. Self-Determination
3. Equality within the group
4. The white Hawaiian wants to put something in there about Mother Earth; Morales put out declaration on the Mother Earth


**MOVING FORWARD**

1. Minimum of 1 week needed for 7th Party Congress. Opening up of the Congress must involve a huge amount of celebration and solidarity. At minimum we must have representatives of the Irish Republican Socialist Party from Ireland; Mexicans; possibly from the Puerto Ricans; a lot of solidarity; culture; music; explosion of music culture and celebration of solidarity.  If the Irish are here, we need to plan a tour of some specific places. AGM should be invited, it would be good if they could be there as well.
2. We have ability to put on the front burner the whole question of national liberation. Nothing out there about national liberation in the United States. This is a unique part of history where that is not a major demand. Union del Barrio. Crushes all the shit from the white left about not dealing with this as a question.

3. Irish question really important- because they are white. IRSP are Marxist-like; not sure how they will be able to grapple with some of what we are doing. (The Italian was given one of our packages that he saw influence of Mao in that). Irish wanted to talk to us about political question. (Relationship of Irish goes back to Garvey. At the first day of the Negro Convention of the Peoples of the world, one of the first things they did was salute the Irish.)
4. Significance of the Irish question on the theoretical level; leapt from feudalism to Soviet; Irish have been colonized for 800 years. Irish came here and took some of the dirtiest jobs in this country—paddy wagon; Irish led gangs that attacked Africans in the cities; pushed Africans out of that, took those jobs. We can impact on white people; and Irish white people to put forth the right kind of politic.

Sometimes Chairman makes Alex nervous; he has agenda, which is Putin's; we have agenda too, which we are quite capable of pushing. We are in a struggle in the African liberation movement against the subjective approach to politics; where Africans won't unite with anything if they say something bad about black people. You can base your unity on what your interests are, traveling towards realizing your interests.

Rodina – they are horrible anti-homosexual politic; Alexander showed something to Chairman about a homosexual getting his ass kicked; Chairman did not respond that in a good way. Never mentioned again. There might be some of them who don't like Africans.

**Chairman's audio notes—**

1. Secretary General—need to have an Agit Prop Conference
2. Agit-prop conference must discover through discussion and struggle how we are going to promote to the world the significance of the conference we just came to – can't just be an article on Burning Spear and move on. How do we blow it up; make it a big thing; put out presence of Chairman as leader of the African people... We need to go look at those interviews
    a. We need to have interviews with Irish comrades on Uhuru Radio. There may be other people we need to be talking to—
    b. We Are Claiming Africa. We are claiming Leadership over Africa and Every African On the Planet Earth. We are the ones who can make decisions; what's good/bad for Africa, etc. While we will continue to do a lot of analysis, more and more we are going to be not trying to explain Africa as we are going to try to SPEAK FOR Africa. We Speak For Africa.
    c. Every Africa in the world who will read Chairman—will unite, nobody else is saying this. Nobody else is speaking for Africa. We speak for Africa. Chairman was there speaking for Africa.
    d. Garvey was backed by representatives of Africa; they called him the Provisional President of Africa.

Penny Hess—proposing that 7th Congress should name Chairman the Provisional President of Africa. Chairman explained – when Garvey did that; significance of those independent states was bullshit, they lived under colonial domination; through neocolonialism, they've put in these puppet states of Africa. Africa has no president when Garvey was elected African. We can begin to

do that, but we have to build it in the movement, we have to win this acceptance. We speak for Africa. Not just providing analysis. Our primary thing will be to speak for Africa.

Along with that—the ASI being the peoples' instrument-is assuming the responsibility for the leadership of Africa.

PH: Where you see the voice is on the comments on petition

Africa is building the "country" – the nation of Africa. We are looking out for the African nation, we don't see it, so we have to build it.

## More Chairman's audio notes-

1. Agitprop needs to have another conference on how the Party's direction will be promoted; assuming responsibility for public articulation of ASI and the Party being the leadership of the whole African struggle and where we have to go; responsibility of African people coming together to win Africa
2. Question within the NCC of responsibilities of Agit-prop must be discussed—they might be NCC conferences or Agit-prop conferences where the other committee will have a lot of participation. Serious kinds of discussions and directions need to be achieved; it's going to take working conferences to make this happen
3. Need Conference about the radio station—black power 96.3, what do we need to make this happen; engineers; staff; programmers; people who will be responsible for procuring the resources on an ongoing basis for the radio FM Station itself
4. Preparing the studio for programming—whatever kind of world we have to do to get the word out through FM Radio black power 96. People need to come to the conference to understand the different components of the work that we are talking about. Structure of radio departments need to be developed. We don't have time for that. We need to project when we are going to start broadcasting   It cannot be an open ended question – need conference to resolve this. As enthusiastic as people may be, it is an empty dream until we put the work in place; nothing concrete.
    Black Power 96.3 must be a major Party project. The whole movement.

All of this is going to require a lot of planning.

Luwezi Kinshasa's summation – indicative of the changing world, presence of Chairman's leadership…Any discussion on Roma?
Can this be done with international aura? Who is this African who is speaking for Africans at this international conference.   You have to go back to 60s to find anyone talking about African struggle against colonialism on the international stage; usually go to the United Nations… look forward to further development; see implications of it in weeks and months in Europe-

## MAIN RESOLUTIONS

1. **Agit-prop must hold conference to deal with how we are going to promote to the world the significance and content of the AGM Conference in Russia** – can't just be an article on Burning Spear and move on. How do we blow it up; make it a big thing; put out presence of Chairman as leader of the African people… We need to go look at those interviews
   a. We need to have interviews with Irish comrades on Uhuru Radio. There may be other people we need to be talking to—
   b. We Are Claiming Africa. We are claiming Leadership over Africa and Every African On the Planet Earth. We are the ones who can make decisions; what's good/bad for Africa, etc. While we will continue to do a lot of analysis, more and more we are going to be not trying to explain Africa as we are going to try to SPEAK FOR Africa. We Speak For Africa.
   c. Every Africa in the world who will read Chairman—will unite, nobody else is saying this. Nobody else is speaking for Africa. We speak for Africa. Chairman was there speaking for Africa.
   d. Garvey was backed by representatives of Africa; they called him the Provisional President of Africa.

2. **Agitprop and NCC needs to have another conference on how the Party's direction will be promoted; assuming responsibility for public articulation of ASI and the Party being the leadership of the whole African struggle** and where we have to go; responsibility of African people coming together to win Africa

3. **Need Conference about the radio station**—black power 96.3, what do we need to make this happen; engineers; staff; programmers; people who will be responsible for procuring the resources on an ongoing basis for the radio FM Station itselfPreparing the studio for programming—whatever kind of world we have to do to get the word out through FM Radio black power 96. People need to come to the conference to understand the different components of the work that we are talking about. Structure of radio departments need to be developed. We don't have time for that. We need to project when we are going to start broadcasting  It cannot be an open ended question – need conference to resolve this. As enthusiastic as people may be, it is an empty dream until we put the work in place; nothing concrete.
   Black Power 96.3 must be a major Party project. The whole movement.

4. **We have to create a diplomatic section within the Party**—the core of people who become very good at the diplomatic thing, being in touch with the different forces out in the world; how does political theory, program and strategy represent itself diplomatically and in terms of diplomatic policy.

5. **We need to have a Communist Section of the Party—beginning of the new Communist International,** with ability even with national liberation

work; we need to have ability to advance a relationship with IRSP, Mexicans etc. and others who we want to come up with basic principles to fight for communism within the context of national liberation; waging a class struggle. Leadership of the working class for the national liberation movement; has a different meaning than what white leftists means, they mean white workers lead black people and everybody else around the world. If we can establish genuine communist movement and forge this understanding of primitive accumulation of capital and emergence of capitalism, we can have a section where we can develop a different position and relationship with those who want to wage a struggle for national liberation within the context of the struggle of the working class. Discuss resources. Irish can only develop if they unite with the most revolutionary force in the struggle against parasitic capitalism- the African working class. Mexicans accept influence of African internationalism, leadership of Chairman. This would set terms of genuine communism vs. capitulations of China and Russia. We want the struggles for national liberation everywhere, and African national liberation too. African national liberation movement will involve cross-class forces. We have to push that. We are building a communist movement too; if we can impact of the Irish etc, communist movement that spreads throughout the world; leadership of Africans throughout the world. "Multi-polar world" – but our objective is go to where no man has gone before.

6. **Problem of recruitment must be solved. Thousands of Africans want to come into the Uhuru Movement. People who are trying to come in, can't get in.** we need people in here. Can't get bottlenecked with bureaucratic shit; fix this yesterday- make it possible to get people into the work. We have to work on the structures – it can't be lingering on.

7. **Political education has to be done in a better way. More expeditious. Regular ongoing basis.** What is it going to take to make that happen? How to go to the platform; from the smallest thing etc; something that affects the whole culture and climate. Young people want it—we have to present it. They want to know.

8. **The era of the charismatic leader is over.** In the organizations of the Party, it cannot just be about one leader who's in charge and enthusiastic. They could be the individual but could not build structures; we need to build the structures, institutions; formidable thing. How are you going to prevent leaders being killed? How are you going to do that? Create a situation where the future does not rely on an individual. This is very much related to the question of political education and cadre intensive. Over-reliant. Break the bottleneck and educate the people.

Uhuru!

Attached are the minutes from this afternoon's meeting, during which Chairman Omali Yeshitela, SG Gaida, Chimurenga, SG Luwezi, Penny Hess and myself were present. I have summarized below the main 8 resolutions put forward by the Chairman.

## MAIN RESOLUTIONS

1. **Agit-prop must hold conference to deal with how we are going to promote to the world the significance and content of the AGM Conference in Russia** – can't just be an article on Burning Spear and move on. How do we blow it up; make it a big thing; put out presence of Chairman as leader of the African people… We need to go look at those interviews

    a. We need to have interviews with Irish comrades on Uhuru Radio. There may be other people we need to be talking to—

    b. We Are Claiming Africa. We are claiming Leadership over Africa and Every African On the Planet Earth. We are the ones who can make decisions; what's good/bad for Africa, etc. While we will continue to do a lot of analysis, more and more we are going to be not trying to explain Africa as we are going to try to SPEAK FOR Africa. We Speak For Africa.

    c. Every Africa in the world who will read Chairman—will unite, nobody else is saying this. Nobody else is speaking for Africa. We speak for Africa. Chairman was there speaking for Africa.

    d. Garvey was backed by representatives of Africa; they called him the Provisional President of Africa.

2. **Agitprop and NCC needs to have another conference on how the Party's direction will be promoted; assuming responsibility for public articulation of ASI and the Party being the leadership of the whole African struggle** and where we have to go; responsibility of African people coming together to win Africa

3. **Need Conference about the radio station**—black power 96.3, what do we need to make this happen; engineers; staff; programmers; people who will be responsible for procuring the resources on an ongoing basis for the radio FM Station itselfPreparing the studio for programming—whatever kind of world we have to do to get the word out through FM Radio black power 96. People need to come to the conference to understand the different components of the work that we are talking about. Structure of radio

DISC-128796

departments need to be developed. We don't have time for that. We need to project when we are going to start broadcasting  It cannot be an open ended question – need conference to resolve this. As enthusiastic as people may be, it is an empty dream until we put the work in place; nothing concrete.
 Black Power 96.3 must be a major Party project. The whole movement.

4. **We have to create a diplomatic section within the Party**—the core of people who become very good at the diplomatic thing, being in touch with the different forces out in the world; how does political theory, program and strategy represent itself diplomatically and in terms of diplomatic policy.

5. **We need to have a Communist Section of the Party—beginning of the new Communist International,** with ability even with national liberation work; we need to have ability to advance a relationship with IRSP, Mexicans etc. and others who we want to come up with basic principles to fight for communism within the context of national liberation; waging a class struggle.  Leadership of the working class for the national liberation movement; has a different meaning than what white leftists means, they mean white workers lead black people and everybody else around the world. If we can establish genuine communist movement and forge this understanding of primitive accumulation of capital and emergence of capitalism, we can have a section where we can develop a different position and relationship with those who want to wage a struggle for national liberation within the context of the struggle of the working class.  Discuss resources.  Irish can only develop if they unite with the most revolutionary force in the struggle against parasitic capitalism- the African working class.  Mexicans accept influence of African internationalism, leadership of Chairman.  This would set terms of genuine communism vs. capitulations of China and Russia. We want the struggles for national liberation everywhere, and African national liberation too. African national liberation movement will involve cross-class forces. We have to push that. We are building a communist movement too; if we can impact of the Irish etc, communist movement that spreads throughout the world; leadership of Africans throughout the world. "Multi-polar world" – but our objective is go to where no man has gone before.

6. **Problem of recruitment must be solved. Thousands of Africans want to come into the Uhuru Movement. People who are trying to come in, can't get in.** we need people in here. Can't get bottlenecked with bureaucratic shit; fix this yesterday- make it possible to get people into the work. We have to work on the structures – it can't be lingering on.

7. **Political education has to be done in a better way. More expeditious. Regular ongoing basis.** What is it going to take to make that happen? How to go to the platform; from the smallest thing etc; something that affects the whole culture and climate. Young people want it—we have to present it. They want to know.

8. **The era of the charismatic leader is over.** In the organizations of the Party, it cannot just be about one leader who's in charge and enthusiastic. They could be the individual but could not build structures; we need to build the structures, institutions; formidable thing. How are you going to prevent leaders being killed? How are you going to do that? Create a situation where the future does not rely on an individual. This is very much related to the question of political education and cadre intensive. Over-reliant. Break the bottleneck and educate the people.

* Download

    09-23-2015-Russia-AGM-Conference-Summation-Minutes .docx

DISC-128798