| | |
|---|---|
| From: | The AntiGlobalization Movement of Russia <info@anti-global.ru> |
| Sent: | 12/19/2016 4:27:24 PM +0300 |
| Subject: | Opening of California embassy and cultural ce nter in Moscow |

**Opening of California and cultural center in Moscow**

The movement for the independence of California, arrived in Moscow
In the Sunday, December 18, 2016, Ati-globalization movement in conjunction with the Russian movement «Yes California» opened representative office of California and cultural center in Russia. This was the first international experience of opening a similar center at intersocietal relations.
On behalf of the anti-globalization movement in Russia let me tell you about this happy news.

**The main tasks and functions of representation:**
1. Presentation of the legitimate rights and interests of the people of California in Russia
2. Legal support of businesses and individuals in the territory of the Russian Federation
3. The organization of various activities aimed at strengthening the economic, cultural and political ties
4. Cooperation with non-profit organizations and the media in Russia

The purpose of the event: "California requires independence on three fronts Firstly, we must engage in dialogue with the people of California as to why they should vote positively for the independence of California, we are working on it, before the referendum in 2019 godu.V Secondly, we.. . should start a national dialogue with the American people about why they should support the output of California in the US and the subsequent composition, we must enlist the support of other countries for the international recognition of the referendum on self-determination of California "- Louis Marinelli, leader of Yes California

_____

In Solidarity,

The Anti-globalization movement of Russia

+7 (499) 553-09-65

anti-global.ru

4 Clara Zetkin str., Moscow
127299,Russian Federation

---

| | |
|---|---|
| X-GM-THRID: | 1554151161848566544 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Opened,Category Personal |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 10.28.50.136 with SMTP id y130csp1075833wmy; Mon, 19 Dec 2016 05:27:27 -0800 (PST) |
| X-Received: | by 10.25.29.8 with SMTP id d8mr4753458lfd.18.1482154046996; Mon, 19 Dec 2016 05:27:26 -0800 (PST) |
| Return-Path: | <info@anti-global.ru> |
| Received: | from f297.i.mail.ru (f297.i.mail.ru. [217.69.129.79]) by mx.google.com with ESMTPS id z25si9969044lja.78.2016.12.19.05.27.26 (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Mon, 19 Dec 2016 05:27:26 -0800 (PST) |
| Received-SPF: | pass (google.com: domain of info@anti-global.ru designates 217.69.129.79 as permitted sender) client-ip=217.69.129.79; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mail.ru; spf=pass (google.com: domain of info@anti-global.ru designates 217.69.129.79 as permitted sender) smtp.mailfrom=info@anti-global.ru |
| DKIM-Signature: | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=mail.ru; s=mail2; h=Content-Type:Message-ID:Reply-To:Date:MIME-Version:Subject:From; bh=F4HGw9IcbpkGatEXp1xSu7QOlBhx2EBUUFZeYpWVkxU=; b=Cmzuw33NZjkv92tkJqNXQx35QJl92gYqgGgOkS42MdIPMrMd7TVkFjBdCuTYh9P+lq+j5Loy11CBgxLhJ/Aj6dBJtYx5SD1RCh1rxvfMtvAiNRnFUpp7a4KRTrXHALe00kXfymBETSEruFbAW9MaRBoYr3XbaQf7mddgL2qvHgE=; |
| Received: | from [94.25.188.192] (ident=mail) by f297.i.mail.ru with local (envelope-from <info@anti-global.ru>) id 1cIxyO-0003b4-Pz; Mon, 19 Dec 2016 16:27:25 +0300 |
| Received: | from [94.25.188.192] by e.mail.ru with HTTP; Mon, 19 Dec 2016 16:27:24 +0300 |
| MIME-Version: | 1.0 |
| X-Mailer: | Mail.Ru Mailer 1.0 |
| X-Originating-IP: | [94.25.188.192] |
| Reply-To: | The AntiGlobalization Movement of Russia <info@anti-global.ru> |
| X-Priority: | 3 (Normal) |
| Message-ID: | <1482154044.253436772@f297.i.mail.ru> |
| Content-Type: | multipart/alternative; boundary="--ALT--b7KMl6t20uMIusa6ykS422g33h1sGcfZ1482154044" |
| Authentication-Results: | f297.i.mail.ru; auth=pass smtp.auth=info@anti-global.ru smtp.mailfrom=info@anti-global.ru |
| X-E1FCDC63: | 6E28414E0C009BD64B1BB27EA4782C8439C31E52C72DD4EE |
| X-E1FCDC64: | 235E8892A50C3F52FF09BE35CBA4D016CA83BA3E5540960605916A4BA975705F |
| X-Mailru-Sender: | 6A7B2429E43E2B42299C3306341A0D78BAA740A2492DA2373914170332A20EFD6CE242707887A6B5FEDCCBD3DDE7F493 |
| X-Mras: | OK |
| X-Spam: | undefined |