| | |
|---|---|
| **From:** | Penny Hess <pennyuhuru@gmail.com> |
| **Sent:** | 12/31/2016 11:47:55 AM -0500 |
| **To:** | Omali Yeshitela <omaliyesh@apspuhuru.org>; Jesse Nevel <jessenevel@gmail.com>; "Jevon Gee (via Google Docs)" <uhurujay@gmail.com> |
| **Subject:** | This article mentions AGM of Russia and the Uhuru Movement |

Uhuru!
It is an article on the California Calexit movement which is now being supported by Russia and AGM.

http://www.businessinsider.com/yes-california-moscow-embassy-russia-2016-12

------------------------------------------------------------------------------------------------

| | |
|---|---|
| **X-GM-THRID:** | 1555250939270237053 |
| **X-Gmail-Labels:** | All mail Including Spam and Trash,Inbox,Important,Opened,Category Personal |
| **Delivered-To:** | jessenevel@gmail.com |
| **Received:** | by 10.28.50.136 with SMTP id y130csp1681493wmy; Sat, 31 Dec 2016 08:47:56 -0800 (PST) |
| **X-Received:** | by 10.107.158.4 with SMTP id h4mr35969108ioe.43.1483202876095; Sat, 31 Dec 2016 08:47:56 -0800 (PST) |
| **Return-Path:** | <pennyuhuru@gmail.com> |
| **Received:** | from mail-it0-x234.google.com (mail-it0-x234.google.com. [2607:f8b0:4001:c0b::234]) by mx.google.com with ESMTPS id c75si7497079itd.43.2016.12.31.08.47.55 (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Sat, 31 Dec 2016 08:47:56 -0800 (PST) |
| **Received-SPF:** | pass (google.com: domain of pennyuhuru@gmail.com designates 2607:f8b0:4001:c0b::234 as permitted sender) client-ip=2607:f8b0:4001:c0b::234; |
| **Authentication-Results:** | mx.google.com; dkim=pass header.i=@gmail.com; spf=pass (google.com: domain of pennyuhuru@gmail.com designates 2607:f8b0:4001:c0b::234 as permitted sender) smtp.mailfrom=pennyuhuru@gmail.com; dmarc=pass (p=NONE dis=NONE) header.from=gmail.com |
| **Received:** | by mail-it0-x234.google.com with SMTP id 75so51786236ite.1; Sat, 31 Dec 2016 08:47:55 -0800 (PST) |
| **DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=mime-version:from:date:message-id:subject:to; bh=1LxDAA1O/3Qaep+R2F2Lx20FyBc7D6Po48K97j+jGKo=; b=n+qykY4dLBEwUcK5LAqe+LRVifuAylqr7+X5Q+bfctoO8h3QJb8XdK/CL64CKVgQtO 0Y5NcskelKRJOMPkcqtn9kBId25gBQOSzLhBo5MLwgUFBU7BlbQuuxmOJbJar4j0kBXQ ktW73/lRg3w2bqbMD6MELDwotoM8vm9E/d+cRmlQEKw9ufbac2Zhp0sFNPlKf3ADYKPf huqNc2EwdOvCZxZPUiO/GVlbGXn88tEbAtnpEsnr/58YXNU6fdP9O14mZ1K8+bhqbRrP DMLQRjRcFO7ev6dRWLZzkdE+yJtFl3UD0A2+hFOIU0fQrcppx3b0EudxC3j/xm75LEY8 ePGA== |
| **X-Google-DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; h=x-gm-message-state:mime-version:from:date:message-id:subject:to; bh=1LxDAA1O/3Qaep+R2F2Lx20FyBc7D6Po48K97j+jGKo=; b=rahQyQQ1yK6Guz/C2kXrTWSZcuLdbNcZgMsiN9sc2/dBcDaCHj7XTazvSHLmXooubF kI0ZJOBAQlyvpSWM3h3PVlyKVkexAkZ9lMDLnRQ9w1MIks1nlHPTXNtHBbG+M+3FO7X7 iJdaJuIcwiG3nosRCVVu16zhS78p2KhZeMYyFfs9js6kHShVNBz4Tc5LzJ2uUi2JYLdc YWro6h8rllFpVVJpUdmzadMAN/5Y9pOQ4sW6f7ISIQZZaxZPcuxOqU/A0Xfe+5OC2rOV YZElsfBvpB7HJeS1QQm8N+0NN93rxoCMCtPAS500/3FuTeCUvzmIZ37WL3x8NUUcBd/h tnLw== |
| **X-Gm-Message-State:** | AIkVDXJkSiTFAPzdGKl2YQHIPcfoOn7+JDPAYak595aucmzt09Kuu+NCuc639FS72zzUtqybmvvSstx5HSdhSg== |
| **X-Received:** | by 10.36.107.151 with SMTP id v145mr44606507itc.17.1483202875561; Sat, 31 Dec 2016 08:47:55 -0800 (PST) |
| **MIME-Version:** | 1.0 |
| **Received:** | by 10.36.32.194 with HTTP; Sat, 31 Dec 2016 08:47:55 -0800 (PST) |
| **Message-ID:** | <CAEPwHShRQWPNa98y_0h4W_UkuwaBDo9h-5FtvQOU+=XhgOxcqw@mail.gmail.com> |
| **Content-Type:** | multipart/alternative; boundary=001a114aac4e871b2c0544f714e4 |

Case 8:22-cr-00259-WFJ-AEP Document 207-3 Filed 08/12/24 Page 2 of 15 PageID 1150



Log in      Subscribe

POLITICS

# 'We want to rock the boat': American 'progressives' are teaming up with Russia to push for a 'Calexit'

Natasha Bertrand   Dec 28, 2016, 4:46 PM EST                      Share      Save

The California separatist group Yes California set up a makeshift embassy in Moscow earlier this month in partnership with far-right Russian nationalists who enjoy Kremlin support while promoting secessionist movements in Europe and the United States.

Advertisement

Jump to

Main content
Search
Account

...bassy of the Independent Republic of California"is part of Yes ...a's outreach to countries that are likely to recognize and support California's independence from the United States, the group's

leader, 30-year-old Louis Marinelli, said in a Skype interview from Russia last week.

Marinelli is organizing the California independence referendum from Russia's fourth-largest city, Yekaterinburg, where he has lived with his wife Anastasia since September.

"We don't expect that the US' staunchest allies will recognize a state's independence movement," Marinelli said. "That would be a slap in the face to the US."

**30-year-old Louis Marinelli, the leader of Yes California, opened the "Embassy of the Independent Republic of California" in Moscow on December 18.**
Screenshot/YouTube

So Marinelli said he is looking specifically to countries with veto power on the UN Security Council (UNSC) — Russia and China — to support his movement and recognize the results of an independence referendum in the event that the US and its UNSC allies reject its legitimacy.

Advertisement

Jump to

Main content
Search
Account

7/24/24, 7:28 AM
Case 8:22-cr-00259-WFJ-AEP   Document 207-3   Filed 08/12/24   Page 4 of 15 PageID 1152
Yes California Moscow Embassy Gets Focus on Russia's Fringe - Business Insider

"We don't think that Russia needs to be an enemy of California, or that it even is one to begin with," Marinelli said. "The idea that Russia is an enemy of the US — that's a Cold War mentality."

**U.S. President Barack Obama extends his hand to Russian President Vladimir Putin during their meeting at the United Nations General Assembly in New York September 28, 2015.** Kevin Lamarque/Reuters

Marinelli's decision to align Yes California so publicly with Russia has alienated him from the other, albeit smaller, California separatist movement known as the California Nationalist Party. Both of the efforts have gained more mainstream traction in the wake of President-elect Donald Trump's surprising electoral victory in November.

Jump to

Main content
Search
Account

didn't seem phased by the disavowal.

rying to hijack our campaign for their own growth," Marinelli
e CNP. "They're focused on trying to tiptoe and color within the lines. We want to rock the boat and ruffle feathers."

Advertisement

And, under Marinelli's leadership, they seem to have done just that. In an interview with the state-sponsored news agency Russia Today, Marinelli said he "could no longer live under an American flag" and said he and his supporters want to leave the US "in a similar way" to how Crimea left Ukraine as it was annexed by Russia.

He has also aligned Yes California with the controversial Anti-Globalization Movement, a pro-Kremlin nationalist movement that has ties to Russia's far-right Rodina (Motherland) party and enjoys funding from the Russian government.

The Anti-Globalization Movement, which Marinelli described as a "partner," aims to promote "traditional moral values" and "supports countries and peoples who are ... seeking an alternative agenda" to the "monopolization of the world system of relations and governance"by [united] States, according to its website.

Jump to

Main content
Search
Account

[mov]ement's first Dialogue of Nations conference, held in Moscow [...] [w]as attended by separatist leaders from Puerto Rico, Hawaii, [...] [U]huru black nationalist movement. Its second conference, partially funded by a Kremlin grant of $54,000, brought together

"representatives of national liberation movements from all over the world."

Advertisement

Marinelli attended the conference this year, along with representatives from the Texas Nationalist Movement, and partnered with its organizers shortly after to establish the Moscow embassy.

—*Casey Michel (@cjcmichel) December 18, 2016*

"Obviously we have our differences," Marinelli said of the Anti-Globalization Movement, which lists Syrian President Bashar al-Assad and former Iranian President Mahmoud Ahmadinejad as honorable members. "But we still want to have a dialogue and lay the groundwork for diplomatic relations."

## the far-left meets the alt-right

Jump to

Main content
Search
Account

, who campaigned for Democratic candidate Bernie Sanders ie ultimately voted for Trump, described Yes California as a ve initiative aimed at establishing a "liberal republic" independent of the United States.

Case 8:22-cr-00259-WFJ-AEP Document 207-3 Filed 08/12/24 Page 7 of 15 PageID 1155

But his belief that the US works to stifle nationalism and self-determination, while Russia actively encourages it, is shared by a movement that appears to lie on the opposite end of the political spectrum: the American alt-right.

Advertisement

The far-right, white-nationalist movement — the resurgence of which as a crusade against establishment politics coincided with the rise of Trump — has found a natural ally in Russia's current zeitgeist, which perceives the US as a globalist, imperialist power working on behalf of liberal elites.

"I really believe that Russia is the leader of the free world right now," self-described white nationalist Matthew Heimbach, who founded the Traditionalist Workers' Party and identifies as a member of the alt-right, told Business Insider in a recent interview.

Jump to

Main content
Search
Account

supporting nationalists around the world and building an
alist alliance," he said, "while promoting traditional values
letermination."

For far-right parties in Europe
and the US, support from Russia
has come through figures like
Aleksandr Dugin, a far-right,
ultra-nationalist politician, as
well as institutions like the World
Congress of Families (WCF). For
"progressive" secessionist
movements, it has come through
figures like Alexander Ionov, the
head of the Anti-Globalization
Movement of Russia.

**Self-described white nationalist Matthew
Heimbach gives a speech titled "Primed for
the Fight" at the Stormfront Smoky
Mountain Summit in 2013.**
Screenshot/YouTube

Advertisement

Peter Pomerantsev — author of "Nothing is True and Everything is
Possible: the Surreal Heart of the New Russia" — and Interpreter editor
Michael Weiss explained the cognitive dissonance as a "fluid
[approach] to ideology" that "now allows the Kremlin to simultaneously
[back left] and far-right movements, greens, anti-globalists and
[elites."

Jump to

Main content
Search
Account

"The aim," they wrote in a 2014 report, "is to exacerbate divides and create an echo chamber of Kremlin support."

Indeed, the US Green Party presidential nominee Jill Stein dined with Putin in Moscow last December. She was described by leading Russian environmental activists Yevgenia Chirikova and Nadezhda Kutepova as an "accomplice" to the Russian president.

The Kremlin's active support for the nationalist backlash against a US-led global order is therefore not partisan in the traditional sense — it is strategic. As Pomerantsev and Weiss wrote, "Putin is many things, but he is no fool."

Advertisement

"Rather than seeing globalization as a chance for all to rise together," they wrote, "the Kremlin sees it as a mechanism for enabling aggression
[...] opportunity to divide and rule ... where the Soviets once co-
[...] repurposed concepts such as 'democracy,' 'human rights' and
[...]ty' to mask their opposites, the Putinists use them playfully
[...]t that not even the West really believes in them."

Jump to

Main content
Search
Account

**Russian President Vladimir Putin (center)** Sergei Karpukhin/Reuters

In an interview with NBC prior to the Anti-Globalization Movement's second annual gathering, Ionov said the EU and the US do not espouse democracy's "true meaning." And in a subsequent interview with journalist Casey Michel, he said he admires and supports Western secession movements because they "exist as an opposition to US imperialism, violence and hatred."

Ionov does not support independence movements from within Russia, however, because he thinks they have been orchestrated by US intelligence agencies to "destabilize" the country.

"The so-called secession movements within Russia have never existed [...]" Ionov said in July. "Nowadays the so called Russian [...] movements were artificially created by US intelligence in [...] [de]stabilize [the] political situation."

Jump to

Main content
Search
Account

Advertisement

Case 8:22-cr-00259-WFJ-AEP Document 207-3 Filed 08/12/24 Page 11 of 15 PageID 1159

Marinelli, meanwhile, said he felt that the US has "been more actively involved around the world with its military than Russia has."

When asked about the US intelligence community's conclusion that Russia had tried to influence the US presidential election by hacking Democratic politicians and organizations, Marinelli said the intelligence agencies had "led people astray in the past."

"They've given us wrong information before," he said, citing a 2002 intelligence report produced by the CIA about weapons of mass destruction in Iraq. "It's not impossible for that to have happened again."

**Read next**

Jump to

Main content
Search
Account

Case 8:22-cr-00259-WFJ-AEP   Document 207-3   Filed 08/12/24   Page 12 of 15 PageID 1160

Jump to

Main content
Search
Account

7/24/24, 2:26 AM
Case 8:22-cr-00259-WFJ-AEP Document 207-3 Filed 08/12/24 Page 13 of 15 PageID 1161
Yes California: Moscow Embassy Gets a Push from Russians Right - Business Insider

**Watch: Puerto Rico was named the No. 1 place to travel this year. Here are 9 of the best ways to see the island**

Jump to

Main content
Search
Account

Case 8:22-cr-00259-WFJ-AEP    Document 207-3    Filed 08/12/24    Page 14 of 15 PageID 1162



* Copyright © 2024 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of

Service and  Privacy Policy .

Contact Us    |    Masthead    |    Sitemap    |    Disclaimer    |    Accessibility    |    Commerce Policy    |    Advertising Policies

Jump to

Main content
Search
Account

|    Jobs @ Business Insider

Stock quotes by finanzen.net    |    Reprints & Permissions

Your Privacy Choices

ernational Editions:    INTL    |    AT    |    DE    |    ES    |    IN    |    JP    |    MX    |    NL    |    PL

Case 8:22-cr-00259-WFJ-AEP Document 207-3 Filed 08/12/24 Page 15 of 15 PageID 1163