**The Donetsk People's Republic**

The leader of the Donetsk People's Republic Denis Pushilin reached out to Aleksandr Ionov requesting that the US organizations' congratulatory messages on the occasion of Republic Day be recorded.

Representatives of Yes California, the Uhuru movement, and the Irish Party 'Republican Sinn Fein' recorded their speeches.

The greetings were broadcast on outdoor screens in the center of Donetsk.



In his speech, Marcus Evans addressed residents of the Donetsk People's Republic and wished them a 'Happy birthday' referring to the birth of the new territory, as well as thanked them for their fight for self-determination. Evans emphasized the importance of the Dialogue of Nations Conference in Donetsk and reminded about national self-determination.



On behalf of millions of Africans colonized by western imperialists, Omali wished the Donetsk Republic residents a happy holiday. Moreover, in his speech Yeshitela called on residents of Donetsk to fight for their self-determination and support the African Socialist Party conference scheduled in the USA that year because it would be their anniversary.

In his speech, Dyarmut Makduglish [PH] congratulated Donetsk residents on Republic Day and wished good luck in the victory over the Ukrainian neo-Nazis, as well as expressed a desire to visit the Republic in the near future.

For the first time since the Donetsk People's Republic [DNR] came into existence, leaders of American nonprofit organizations [NKO] congratulated citizens. Denis Pushilin highly appreciated this event and reported it to the President's Administration.

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]





**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

