**A response to Minneapolis' events**

Aleksandr Ionov spoke to Omali Yeshitela about the situation in Minneapolis where the protests and riots have been raging for a few days following the murder of African George Floyd.
The Uhuru movement and 'The Black is Back' Coalition actively joined the protests. Approximately 40 organization's activists arrived from the neighboring states on the second day of the events.
Ionov asked Omali to make an official statement in connection with the situation at hand:
https://uhurusolidarity.org/2020/05/27/when-police-murder-africans-white-people-must-do-more-than-protest/?fbclid=IwAR2v4m1u8dryb6SwEw3INe2985Ua947skxF5z-TXRu0TirwNliDo2cfTYsc

Activists arrived at the march that took place on May 27, on Minneapolis' main highway, and ended with a rally at the police department, where the police officers, who used excessive force against Floyd during his arrest, work. The rally lasted for about an hour, and then the crowd started writing obscene slogans on the building and smashing windows and vehicles. Following that, police officers had to use rubber bullets and tear gas. According to Yeshishitela [sic], the police are afraid to go out on the streets, since the city is not that big, and many of the police officers' addresses are public knowledge. For instance, a few activist groups found out the addresses of two officers involved in George's arrest and sprayed graffiti on their homes, broke windows, and placed placards at the entrance to the premises.





Female activists from the Uhuru movement and African Union of Women.



The crowd is moving to the police station. The activity is coordinated by local leaders of African organizations and alliances. All of them are the 'Black lives matter' members.

The police are trying to push the crowd back away from the police station and using tear gas. Interestingly enough, they are all armed with special batons that can cause considerable injury (similar to a baseball bat).



Three Uhuru activists sustained some injuries from the crowd-control weapons. One person was hospitalized. In Omali's opinion, the movement will seek to prosecute the police officer who hit an activist with a wooden club although the latter had his hands up to show he was not a threat.

Omali gave Aleksandr some contact information for city council local member Jeremy Elisson [PH] [Dzheremi Elisson [ICST]]. He was with the protesters, and during his conversation with Ionov via Skype he shared his take on the situation: These police officers should be arrested no later than today. Senator Amy Klobuchar is calling for some sort of investigation, but all the law enforcement officers are running free, and the prosecutor has never initiated a single case or pressed any charges, "What is there to investigate at all?! This police officer is a murderer, and the other police officer is an accomplice to a murder." In addition, Jeremy commented on the situation related to the use of force against protesters, "I was here on the South Side (of the city), helping people, as much as I could, with milk, water, and towels. So far, I had failed to prevent the police from firing guns indiscriminately into the crowd. I saw a horrifying scene: there were some very young protesters in the crowd, children, who were being shot at with rubber bullets by the police. I even had to render assistance: I held a towel to a teenage girl's bleeding head."

Having managed to push the crowd back away from the police station, law enforcement officers tried to surround the protesters with their vehicles and disperse the crowd using tear gas and rubber bullets. The police actions were deemed destructive by the protesters, so they started destroying service vehicles. The crowd started pushing the police back and smashing their cars.

Toward the evening, groups of young people from poor neighborhoods split off from the main crowd in the southern part of the city and started looting and burning buildings.





News Roundup:
Minneapolis shuddered with violence overnight Wednesday, as rioters ignited fires and looted stores all over the city, in stark contrast to the mostly peaceful protests outside of a South Side police station over the police killing of George Floyd.

Early Thursday, city and law enforcement officials were still tallying the full toll of the night, which saw at least five people struck by gunfire- one fatally- when the owner of a pawn shop opened fire on a man he believed had burglarized his business. Dozens of businesses were either looted or torched, or both, mostly in the area of Minnehaha Avenue and E. Lake Street, but also along business corridors on the city's North and South sides.

The National Guard was ordered [sic] that the 3$_{rd}$ Precinct police station relieve Minneapolis police officers [sic], as demonstrators encircled the precinct, chanting loudly and carrying banners demanding justice for Floyd. St. Paul police and the State Patrol were also on hand.

It is not clear how many arrests the police made throughout the night. In relation to the fatal shooting, a 59-year-old man was booked into the Hennepin County Jail on suspicion of murder, according to online jail records.

Department sources say that the suspect shot a man who, he assumed, was trying to loot *Cadillac Pawn & Jewelry*, at 1538 E. Lake Street – about a mile west of the main protest site. The victim, whose identity has not yet been released, died later at a nearby hospital.

After delivering high-profile public speeches, Mayor Frey called on the police and the State Committee to arrest the police officer who had been fired for killing Floyd, but law enforcement agencies are still conducting an investigation and they have not made any arrests.

Aleksandr Ionov held talks with Joe Lombardo and Sara Flanders; their organizations support a peaceful protest, yet they do not support those who started looting and burning stores. Antiwar committees, leftist organizations, African communities, and others are preparing a number of campaigns in their cities until those responsible are arrested.

Ionov suggested holding motor rallies and single-person picketing protests in support of Black communities and relatives of the murdered Floyd. Additionally, the concept of the general statement was born regarding the violation of legal rights and interests of African Americans, since they constitute the majority of coronavirus victims in the USA. Flanders and Lombardo supported this idea by calling it modern-day health care reparations. Perhaps, they will be able to achieve expansion of the package of health insurance assistance for African Americans.

On May 28, there will be a new event, prepared by a joint organizing committee (see the list below). Over 4,000 people expressed their desire to participate.

Information:

Ear masks [sic]! SOCIAL DISTANCE [sic]!

We demand that the four police officers from Minneapolis – Derek Chauvin, Thomas Lane, Tou Thao, and J. Alexander Kueng – who killed George Floyd on Memorial Day – be arrested and charged with murder. Nothing else will satisfy our demands of justice. There are multiple probable causes to LEAVE CLOSURE OF CAPITAL[sic] NOW!

This protest has been called for the one, and only one reason, namely, to make sure that the whole world knows that we, people of goodwill, are united in our DEMAND, that these police officers BE DONE IN THE DECISION [sic]. We do not beg or ask, we DEMAND THAT THEY BE PROSECUTED NOW!!

We want to make sure that the press has no other story. The world has seen the video of our brother being murdered, absolutely nothing will satisfy us other than the fact that these four police officers are charged with murder and finally convicted.

Although the mayor has said that one police office will have to be incarcerated, history taught us that, unless there is pressure, they will just continue to say all the right things. We will not speak bluntly [sic], we want action. If they put a black police officer in jail for murdering a white woman, then for sure, it is better to put this white police officer in jail for murdering a black man. The police killed our brother in broad daylight without any remorse for the whole world [sic]. It was a modern-day lynching.

Organizers:

**Jewish Community Action**

**Blue LIES Matter**
**Asamblea de Derechos Civiles**
**ACLU of Minnesota**
**Women's March Minnesota**
**Twin Cities Coalition for Justice 4 Jamar**
**Justice for Justine Damond Ruszczyk**
**Women Against Military Madness (WAMM)**
**Communities United Against Police Brutality (CUAPB)**
**Uhuru Solidarity Movement**



Aleksandr Ionov in the media:

https://news.yandex.ru/yandsearch?rpt=nnews2&grhow=clutop&from=tabbar&text=%D0%B0%D0%BB%D0%B5%D0%BA%D1%81%D0%B0%D0%BD%D0%B4%D1%80%20%D0%B8%D0%BE%D0%BD%D0%BE%D0%B2

On the night from May 28 to May 29, Aleksandr Ionov received a call from Penny Hess who informed him that following the conversation with Omali, a decision was made to hold a press conference and a number of street campaigns in support of the Uhuru movement and African People's Socialist Party.

