**Cumulative Report on the U.S. Campaigns**

Aleksandr Ionov conducted telephone negotiations with Penny Hess and Jaycee Nevelski [PH] [Dzheysi Nevelski [ICST]], because the consultations held earlier had resulted in agreements to organize a number of events to support the African-Americans in both online and offline formats. In addition, in her dialogue Penny reminded that their efforts of almost five years were not fruitless: many activists prepared through collaboration between ADR and Uhuru take to the streets and lead the way for hundreds of people. Since 2015 the following joint campaigns have been held:

-Conferences for local African-American organizations (the African People's Party forums) which were consistently sponsored by ADR and provided with information support.

-Campaigns in Ferguson and Baltimore where the well-known quote 'Black lives matter' was coined. ADR provided substantial support to meetings and conferences while actively supporting the Black is Back Coalition.

-Organizing the reparations marathon in over 40 cities and providing support to the activist school which prepared most of the active Uhuru members.

-Information resources including joint statements and starting radio station 96.6 FM.

Without the ADR support, the international press would have never found out about the existence of Uhuru and its affiliated organizations, especially after participating in the first forum Dialogue of Nations.
https://uhurusolidarity.org/join/?fbclid=IwAR0Vj8r5IiCTIcvtbs-KRk4PWGK3BmtpdTJnufl7sVYlwrjNXy-CpGr2M10
Currently, the organization has a solid staff of activists in most regions of the country, which makes it possible to organize mass events and protests quickly. Besides, it was because of ADR that the Uhuru leader met some of the biggest organizations in the USA and Europe followed by his active participation in the events organized by ADR's partners.

Today, the Uhuru movement is actively involved in the political agenda within the country. The theme of the events that are being held fits completely into the sphere and the ideology of the organization, which allows it to significantly replenish the ranks with new supporters. Since it is not customary in the United States to be an activist for one organization, all protests must be of general civil nature, and joint organizing committees consisting of large federal and small local organizations usually make all preparations for them. Penny Hess is confident that the protests have begun to seriously transform the consciousness of the American people. This was not the case even half a century ago, during the rallies in which she participated. Even the Occupy Wall Street Movement cannot compare to the mass proportions and activity level of the protest. Therefore, a general meeting of all organizations that are members of IMDUM has decided to conduct events on a daily basis. So far, the demands of activists and protesters have not been heard at the White House, which indicates a confrontation between the government and the people, which is fueled by representatives of the Democratic Party who want to take revenge for their losses. Six months ago we already reported that Democrats needed a reason to support any protest campaigns which would target the Trump administration. First campaigns of that nature were a trial run during the immigrants' rights demonstrations: it was then that the first well-known party representatives often gave speeches at the meetings, especially in the southern states, where Trump won a substantial number of votes.

On June 7, UHURU activists staged a large-scale march along the main street of St. Petersburg, protesting against police brutality. About 500 activists joined the biggest mass protest in the history of the city; it is noteworthy that this campaign was organized by IMDUM, specifically.





The event ended at the city hall. Then the activists headed to the park, where an open stage is set up. Omali Yeshitela gave a speech at the rally before a concert:
https://www.facebook.com/AfricanPeoplesSocialistPartyUSA/videos/1145638399135248

By a decision of Omali Yeshitela, campaigns outside the police station and the city council are held on a daily basis with the involvement of at least 30 activists.

https://www.facebook.com/uhurusolidarity/videos/697596467720442

Meetings are also held daily in an online format and are broadcast not only on social media but also on radio station 96.6.



Zoom conferences are an effective way to convey a position to the Internet audience. Leaders of large local organizations are invited to participate. Together with Uhuru, they take people out to the streets and hold conferences. According to Penny, the organization has a network of partner movements and parties in most states, which effectively grows its online audience.

Besides, Penny heeded Aleksandr Ionov's advice, and the organization website was updated with the help of ADR's programmer who added a more advanced search engine and a targeting option on social media. Jaycee Nevelski [PH] [Jesse Nevel] is assigned to develop resources, and he actively provides consultations to ADR specialists on the matters of development and promotion of publications in major search engines.

**The Black Hammer Movement**

Aleksandr Ionov held a number of consultations with Gazi Kodzo during which he clarified the circumstances surrounding the organization of protest campaigns. The agenda included questions regarding the organization's participation in rallies and promotion of content on social media. Gazi is quite an active blogger, and he is popular with young activists. Since the organization is

relatively new, Gazi has to take part in all major demonstrations and rallies as well as join organizing committees. It allows him to fill in the ranks of the organization with new supporters, which makes their event attendance numbers even more impressive.

Gazi spoke at a protest rally in Chicago that gathered a crowd of 40,000 people.

https://www.youtube.com/watch?v=AgWQ7AAjJcg&feature=youtu.be&fbclid=IwAR3kDdLgvScfkmEWDmBBHAMYeDI1Jy1aQYhIhc3LuQZYoq5WXENpB0me7as

https://twitter.com/breitbartnews/status/126942669770054514?s=21&fbclid=IwAR0Vj8r5IiCTIcvtbs-KRk4PWGK3BmtpdTJnufl7sVYlwrjNXy-CpGr2M10

https://www.breitbart.com/social-justice/2020/06/06/watch-kneeling-protesters-told-to-recite-revolution-is-the-solution-not-voting/?fbclid=IwAR0uJa4dnoP9V5i27S-U_trEQnMoOw0-U2_15o_gEwcDSbbD_Icv86ucU_U

[Russian language – not translated]

https://www.facebook.com/messenger_media/?thread_id=1036830830&attachment_id=909091462924867&message_id=mid.%24cAABa8-7rPx54v-33AFyjqe9meyou

[Russian language – not translated]

https://www.facebook.com/CynthiaMcKinneyOfficial/

**[Russian language – not translated]**

[Russian language – not translated]

https://www.youtube.com/watch?v=-dXobLCQY-I&fbclid=IwAR3YvkrZYC6TJ_P5obKvibDhQNxQeZ14eNuw4a9AaLdy0rxceXCxLai1eyE

https://www.facebook.com/joe.lombardo.9





[Russian language – not translated]





https://www.facebook.com/pippa.bartolotti