**CPAC**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]



[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]:

https://www.facebook.com/MilwaukeeAlliance/videos/311930206551945

https://www.facebook.com/MilwaukeeAlliance/videos/606660456689190

**UHURU and BLM**

Aleksandr Ionov held telephone talks with Omali Yeshitela. During the conversation, they discussed joint informational influence, financial grants, and events.

On August 28, the Uhuru movement, The Black is Back Coalition, and the December 12th Movement activists held a campaign in solidarity with Jacob Black [PH] [sic] [Jacob Blake] as well as demanded reparations. The event took place in Brooklyn (New York).







**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]



[Russian language – not translated]