**The Black Hammer Movement**

Aleksandr Ionov held phone talks with Gazi Kodzo to discuss the latest rallies and information exchange.

On September 8, the Black Hammer activists conducted picketing in New York and Baltimore a number of times calling to join the organization and obtain reparations from the government together, by growing the number of activists. Moreover, the *Hammer City* project was announced – it is a creation of a residential area only for African-Americans where they will reside without any interference from the municipal management or executive authorities, as allowed by the Constitution.



Additionally, per Gazi's request, Aleksandr Ionov arranged an interview for the Russian periodical Ridus, in which Gazi shared his take on the situation with regard to the ongoing rallies and spoke about the project of buying an area for the Black.

Kodzo published this interview on his official page; many activists shared the link and responded positively to the publication. This interview became the first foreign material about the Black Hammer Movement.

https://www.ridus.ru/news/335839?fbclid=IwAR1DqCX5t45OjLPcIh8yvzGxhwjMictO3Ww-RhrUiIyq8HCF4B5alJcLisw

https://www.facebook.com/GaziKodzo



**[Russian language- not translated]**

[Russian language- not translated]


[Russian language- not translated]
[Russian language- not translated]


https://popularresistance.org/flowers-for-moses-cemetery-community-fights-desecration-of-african-cemetery/?fbclid=IwAR1DqCX5t45OjLPcIh8yvzGxhwjMictO3Ww-RhrUiIyq8HCF4B5alJcLisw
https://www.facebook.com/128235120588487/videos/2687383738192761







**[Russian language- not translated]**

[Russian language- not translated]
[Russian language- not translated]

