## SEIU 73

[Russian language – not translated]

[Russian language – not translated] (https://en.wikipedia.org/wiki/Toni_Preckwinkle). [Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]






**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]





### Uhuru

Aleksandr Ionov held talks with Penny Hess via *zoom* after the marathon for reparations during which funds were raised for future campaigns and development of media resources, particularly, radio and newspapers

On July 12, Uhuru activists, together with supporters of the local *BLM* division, held a march in Tampa, which was attended by more than 40 people. The event began outside City Hall and ended with a picket at Bank of America's corporate office. The main slogan of the campaign is [sic] "Death to colonialism. Reparations to Africans in the USA".

Apart from the domestic politics on the agenda, Penny expressed hope for the movement's delegation to possibly fly to Moscow in order to improve their international standing. Activists admit that without the ADR [Anti-Globalization Movement of Russia] support, it is difficult for them to gain access to the international press. Inside the country, local channels often publicize the movement's activities, but Omali [Yeshitela] asked to increase interaction even with the Russian mass media and, if possible, arrange a number of interviews with him.



