Parsed Search Queries

## Record 1

| | |
|---|---|
| Tags | _Kodzo |
| Search Term | gazi kodzo alexander ionov |
| URL | https://www.youtube.com/results?search_query=gazi+kodzo+alexander+ionov |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/2/2022 9:56:30 PM |
| Search Engine | Youtube |
| Artifact | Chrome Keyword Search Terms |
| Artifact ID | 481412 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: keyword_search_terms(rowid: 13282)<br>• Table: urls(id: 32709) |
| Evidence number | • 1B20.aff4 |
| Item ID | 481413 |

## Record 2

| | |
|---|---|
| Tags | _Kodzo |
| Search Term | gazi kodzo alexander ionov |
| URL | https://www.youtube.com/results?search_query=gazi+kodzo+alexander+ionov |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/2/2022 9:56:30 PM |
| Search Engine | Youtube |
| Web Page Title | gazi kodzo alexander ionov - YouTube |
| Artifact | Chrome Web History |
| Artifact ID | 594678 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: urls(id: 32709) |
| Evidence number | • 1B20.aff4 |
| Item ID | 594680 |

## Record 3

| | |
|---|---|
| Tags | _Kodzo |
| Search Term | gazi kodzo alexander ionov |
| URL | https://www.youtube.com/results?search_query=gazi+kodzo+alexander+ionov |
| Search Engine | Youtube |
| Artifact | Chrome FavIcons |
| Artifact ID | 791233 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| Location | • Table: favicons(id: 1261)<br>• Table: icon_mapping(id: 32177)<br>• Table: favicon_bitmaps(id: 2521) |
| Evidence number | • 1B20.aff4 |
| Item ID | 791270 |

## Record 4

| | |
|---|---|
| Tags | _Kodzo |
| Search Term | gazi kodzo alexander ionov |
| URL | https://www.youtube.com/results?search_query=gazi+kodzo+alexander+ionov |
| Search Engine | Youtube |
| Artifact | Chrome FavIcons |
| Artifact ID | 791267 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| Location | • Table: favicons(id: 1261)<br>• Table: icon_mapping(id: 32177)<br>• Table: favicon_bitmaps(id: 2522) |
| Evidence number | • 1B20.aff4 |
| Item ID | 791288 |

## Record 5

Parsed Search Queries

| | |
|---:|:---|
| Tags | _Kodzo |
| Search Term | gazi kodzo alexander ionov |
| URL | https://www.youtube.com/results?search_query=gazi+kodzo+alexander+ionov |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/2/2022 9:56:30 PM |
| Search Engine | Youtube |
| Web Page Title | gazi kodzo alexander ionov - YouTube |
| Artifact | Chrome Web Visits |
| Artifact ID | 914125 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: visits(id: 187717) |
| | • Table: urls(id: 32709) |
| Evidence number | • 1B20.aff4 |
| Item ID | 914128 |

Google Searches

Record 1

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDATo FCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxCDAVCzB1imLmD1LmgAcAB4AoABcYgB2huSAQQ0NC4xmAEAoAEBqgELZ3dzLXdpXdpei1pbWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:29 PM |
| Original Search Query | anti globaliation movement dialogue of nations |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| Artifact | Chrome Keyword Search Terms |
| Artifact ID | 482777 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: keyword_search_terms(rowid: 13702)<br>• Table: urls(id: 33741) |
| Evidence number | • 1B20.aff4 |
| Item ID | 482778 |

Record 2

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:31 PM |
| Artifact | Chrome Keyword Search Terms |
| Artifact ID | 482784 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: keyword_search_terms(rowid: 13706)<br>• Table: urls(id: 33742) |
| Evidence number | • 1B20.aff4 |
| Item ID | 482785 |

Record 3

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDATo FCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxCDAVCzB1imLmD1LmgAcAB4AoABcYgB2huSAQQ0NC4xmAEAoAEBqgELZ3dzLXdpXdpei1pbWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:29 PM |
| Original Search Query | anti globaliation movement dialogue of nations |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| Artifact | Chrome Web History |
| Artifact ID | 601977 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: urls(id: 33741) |
| Evidence number | • 1B20.aff4 |
| Item ID | 601978 |

Record 4

| | |
|---|---|
| Tags | _Ionov |

Google Searches

| | | |
|---|---|---|
| | Search Term | anti globaliation movement dialogue of nations |
| | URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:31 PM |
| | Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| | Artifact | Chrome Web History |
| | Artifact ID | 601985 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| | Location | • Table: urls(id: 33742) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 601986 |

Record 5

| | | |
|---|---|---|
| | Tags | _Ionov |
| | Search Term | https://t.me/TAR_RUSSIA |
| | URL | https://www.google.com/url?q=https://t.me/TAR_RUSSIA&sa=D&source=docs&ust=1647462253919877&usg=AOvVaw3jhwU8eoGLuFFnXBnRwb5u |
| | Artifact | Chrome FavIcons |
| | Artifact ID | 613416 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| | Location | • Table: favicons(id: 1515)<br>• Table: icon_mapping(id: 40266)<br>• Table: favicon_bitmaps(id: 3030) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 613425 |

Record 6

| | | |
|---|---|---|
| | Tags | _Ionov |
| | Search Term | https://t.me/TAR_RUSSIA |
| | URL | https://www.google.com/url?q=https://t.me/TAR_RUSSIA&sa=D&source=docs&ust=1647462253919877&usg=AOvVaw3jhwU8eoGLuFFnXBnRwb5u |
| | Artifact | Chrome FavIcons |
| | Artifact ID | 613412 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| | Location | • Table: favicons(id: 1515)<br>• Table: icon_mapping(id: 40266)<br>• Table: favicon_bitmaps(id: 3029) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 613431 |

Record 7

| | | |
|---|---|---|
| | Tags | _Ionov |
| | Search Term | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| | URL | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647296461060000&usg=AOvVaw3XSyB_LzW9i_2y-DFdq6Qs |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 3/13/2022 10:21:08 PM |
| | Web Page Title | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| | Artifact | Chrome Web History |
| | Artifact ID | 639146 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| | Location | • Table: urls(id: 39073) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 639147 |

Google Searches

### Record 8

| | |
|---|---|
| Tags | _Ionov |
| Search Term | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| URL | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647354867450000&usg=AOvVaw3kTJzQ5DT5krD6oPu5nSY9 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/14/2022 3:09:35 PM |
| Web Page Title | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| Artifact | Chrome Web History |
| Artifact ID | 641455 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: urls(id: 39435) |
| Evidence number | • 1B20.aff4 |
| Item ID | 641456 |

### Record 9

| | |
|---|---|
| Tags | _Ionov |
| Search Term | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| URL | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647384628355000&usg=AOvVaw2tkqBzr_TpmizWM-Aa5wG6 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/14/2022 10:55:54 PM |
| Web Page Title | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| Artifact | Chrome Web History |
| Artifact ID | 643683 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: urls(id: 39756) |
| Evidence number | • 1B20.aff4 |
| Item ID | 643684 |

### Record 10

| | |
|---|---|
| Tags | _Ionov |
| Search Term | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| URL | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647393597908000&usg=AOvVaw23kkIRCWdC7jd5vppDAJeN |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/15/2022 2:03:34 PM |
| Web Page Title | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| Artifact | Chrome Web History |
| Artifact ID | 644987 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: urls(id: 39996) |
| Evidence number | • 1B20.aff4 |
| Item ID | 644988 |

### Record 11

| | |
|---|---|
| Tags | _Ionov |
| Search Term | https://t.me/TAR_RUSSIA |
| URL | https://www.google.com/url?q=https://t.me/TAR_RUSSIA&sa=D&source=docs&ust=1647462253919877&usg=AOvVaw3jhwU8eoGLuFFnXBnRwb5u |

Google Searches

| | |
|---|---|
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/16/2022 7:27:22 PM |
| Web Page Title | Telegram: Contact @TAR_RUSSIA |
| Artifact | Chrome Web History |
| Artifact ID | 648022 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: urls(id: 40640) |
| Evidence number | • 1B20.aff4 |
| Item ID | 648023 |

Record 12

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| Artifact | Chrome FavIcons |
| Artifact ID | 675351 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| Location | • Table: favicons(id: 1)<br>• Table: icon_mapping(id: 33177)<br>• Table: favicon_bitmaps(id: 1) |
| Evidence number | • 1B20.aff4 |
| Item ID | 675357 |

Record 13

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| Artifact | Chrome FavIcons |
| Artifact ID | 675356 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| Location | • Table: favicons(id: 1)<br>• Table: icon_mapping(id: 33177)<br>• Table: favicon_bitmaps(id: 2) |
| Evidence number | • 1B20.aff4 |
| Item ID | 675360 |

Record 14

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDATOFCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxDLADoFCAAQgAQ6CgAAEIAEBqgELZ3dzLXdpcei1pbWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| Original Search Query | anti globaliation movement dialogue of nations |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| Artifact | Chrome FavIcons |
| Artifact ID | 675359 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| Location | • Table: favicons(id: 1)<br>• Table: icon_mapping(id: 33178)<br>• Table: favicon_bitmaps(id: 1) |
| Evidence number | • 1B20.aff4 |
| Item ID | 675364 |

Google Searches

### Record 15

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDATOFCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxDAVCzB1imLmD1LmgAcAB4AoABcYgB2huSAQQ0NC4xmAEAoAEBqgELZ3dzLXdpcGei1pbWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| Original Search Query | anti globaliation movement dialogue of nations |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| Artifact | Chrome FavIcons |
| Artifact ID | 675363 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\Favicons |
| Location | • Table: favicons(id: 1)<br>• Table: icon_mapping(id: 33178)<br>• Table: favicon_bitmaps(id: 2) |
| Evidence number | • 1B20.aff4 |
| Item ID | 675372 |

### Record 16

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDATOFCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxDAVCzB1imLmD1LmgAcAB4AoABcYgB2huSAQQ0NC4xmAEAoAEBqgELZ3dzLXdpcGei1pbWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:26 PM |
| Original Search Query | anti globaliation movement dialogue of nations |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| Artifact | Chrome Web Visits |
| Artifact ID | 927791 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: visits(id: 193361)<br>• Table: urls(id: 33741) |
| Evidence number | • 1B20.aff4 |
| Item ID | 927793 |

### Record 17

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDATOFCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxDAVCzB1imLmD1LmgAcAB4AoABcYgB2huSAQQ0NC4xmAEAoAEBqgELZ3dzLXdpcGei1pbWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:27 PM |
| Original Search Query | anti globaliation movement dialogue of nations |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| Artifact | Chrome Web Visits |
| Artifact ID | 927795 |

Google Searches

| | |
|---|---|
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: visits(id: 193362)<br>• Table: urls(id: 33741) |
| Evidence number | • 1B20.aff4 |
| Item ID | 927799 |

Record 18

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:27 PM |
| Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| Artifact | Chrome Web Visits |
| Artifact ID | 927798 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: visits(id: 193363)<br>• Table: urls(id: 33742) |
| Evidence number | • 1B20.aff4 |
| Item ID | 927803 |

Record 19

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:28 PM |
| Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| Artifact | Chrome Web Visits |
| Artifact ID | 927801 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: visits(id: 193364)<br>• Table: urls(id: 33742) |
| Evidence number | • 1B20.aff4 |
| Item ID | 927806 |

Record 20

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |
| URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&source=lmns&bih=710&biw=1289&hl=en&sa=X&ved=2ahUKEwiKgom6-az2AhWamWoFHYV7BBsQ_AUoAHoECAEQAA |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:31 PM |
| Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| Artifact | Chrome Web Visits |
| Artifact ID | 927805 |
| Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | • Table: visits(id: 193366)<br>• Table: urls(id: 33742) |
| Evidence number | • 1B20.aff4 |
| Item ID | 927807 |

Record 21

| | |
|---|---|
| Tags | _Ionov |
| Search Term | anti globaliation movement dialogue of nations |

Google Searches

| | | |
|---|---|---|
| | URL | https://www.google.com/search?q=anti+globaliation+movement+dialogue+of+nations&tbm=isch&ved=2ahUKEwj33pGS-az2AhWWNc0KHSFDA8QQ2-cCegQIABAA&oq=anti+globaliation+movement+dialogue+of+nations&gs_lcp=CgNpbWcQAzoHCCMQ7wMQJzoGCAAQChAYOgQIABBDOggIABCxAxCDAToFCAAQgAQ6CAgAEIAEELEDOgcIABCxAxBDOgsIABCABBCxAxDAVCzB1imLmD1LmgAcAB4AoABcYgB2huSAQQ0NC4xmAEAoAEBqgELZ3dzLXdpei1pbWcWfAAQE&sclient=img&ei=rkciYvfPFpbrtAahho2gDA&bih=710&biw=1289 |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:10:29 PM |
| | Original Search Query | anti globaliation movement dialogue of nations |
| | Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 3/4/2022 5:09:02 PM |
| | Web Page Title | anti globaliation movement dialogue of nations - Google Search |
| | Artifact | Chrome Web Visits |
| | Artifact ID | 927804 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| | Location | • Table: visits(id: 193365)<br>• Table: urls(id: 33741) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 927811 |

Record 22

| | | |
|---|---|---|
| | Tags | _Ionov |
| | Search Term | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| | URL | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647296461060000&usg=AOvVaw3XSyB_LzW9i_2y-DFdq6Qs |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 3/13/2022 10:21:08 PM |
| | Web Page Title | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| | Artifact | Chrome Web Visits |
| | Artifact ID | 996623 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| | Location | • Table: visits(id: 222967)<br>• Table: urls(id: 39073) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 996628 |

Record 23

| | | |
|---|---|---|
| | Tags | _Ionov |
| | Search Term | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| | URL | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647354867450000&usg=AOvVaw3kTJzQ5DT5krD6oPu5nSY9 |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 3/14/2022 3:09:35 PM |
| | Web Page Title | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| | Artifact | Chrome Web Visits |
| | Artifact ID | 1001759 |
| | Source | • Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| | Location | • Table: visits(id: 225261)<br>• Table: urls(id: 39435) |
| | Evidence number | • 1B20.aff4 |
| | Item ID | 1001767 |

Record 24

| | | |
|---|---|---|
| | Tags | _Ionov |

Google Searches

| | | |
|---|---|---|
| Search Term | | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| URL | | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647384628355000&usg=AOvVaw2tkqBzr_TpmizWM-Aa5wG6 |
| Date/Time - UTC+00:00 (M/d/yyyy) | | 3/14/2022 10:55:54 PM |
| Web Page Title | | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| Artifact | | Chrome Web Visits |
| Artifact ID | | 1006438 |
| Source | • | Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | •<br>• | Table: visits(id: 227106)<br>Table: urls(id: 39756) |
| Evidence number | • | 1B20.aff4 |
| Item ID | | 1006441 |

Record 25

| | | |
|---|---|---|
| Tags | | _Ionov |
| Search Term | | https://docs.google.com/document/d/1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw/edit?usp=sharing&urp=gmail_link |
| URL | | https://www.google.com/url?q=https%3A%2F%2Fdocs.google.com%2Fdocument%2Fd%2F1Q7_ZgmHSZ2gGwbv_GMMlebvw7ukZuV4GpuUKUyBBpGw%2Fedit%3Fusp%3Dsharing%26urp%3Dgmail_link&source=gmail&ust=1647393597908000&usg=AOvVaw23kkIRCWdC7jd5vppDAJeN |
| Date/Time - UTC+00:00 (M/d/yyyy) | | 3/15/2022 2:03:34 PM |
| Web Page Title | | Transcription of English interpretation of Alexander Ionov 3/13 on Omali Taught Me Sunday Study - Google Docs |
| Artifact | | Chrome Web Visits |
| Artifact ID | | 1009764 |
| Source | • | Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | •<br>• | Table: visits(id: 228489)<br>Table: urls(id: 39996) |
| Evidence number | • | 1B20.aff4 |
| Item ID | | 1009767 |

Record 26

| | | |
|---|---|---|
| Tags | | _Kodzo |
| Search Term | | gazi kodzo |
| URL | | https://www.google.com/search?q=gazi+kodzo&tbm=isch&ved=2ahUKEwiFpNLfhYX3AhXOkGoFHZYjCMEQ2-cCegQIABAA&oq=gazi+ko&gs_lcp=CgNpbWcQARgAMgUIABCABDIFCAAQgAQyBQgAEIAEMgUIABCABDIFCAAQgAQyBAgAEB4yBAgAEB4yBAgAEB4yBAgAEB4yBAgAEB46BwgjEO8DECc6CwgAEIAEELEDEIMBOggIABCxAxCDAQQsQM6BAgAEEM6BwgAELEDEEM6CggAELEDEIMBEENQ-QhY_BZg4x5oAHAAeACAAVmIAf4EkgEBOJgBAKABAAoBC2d3cy13aXotaW1nAAEB&sclient=img&ei=D3hQYsXgBs6hqtsPlsegiAw&bih=721&biw=1207 |
| Date/Time - UTC+00:00 (M/d/yyyy) | | 4/8/2022 6:00:56 PM |
| Original Search Query | | gazi ko |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | | 4/8/2022 5:59:43 PM |
| Web Page Title | | gazi kodzo - Google Search |
| Artifact | | Chrome Web Visits |
| Artifact ID | | 1163381 |
| Source | • | Entire Disk (APFS Container, 233.47 GB)\92740e41-3c2e-458f-a241-e6b6abaf4201\Users\jnevelsky\Library\Application Support\Google\Chrome\Profile 1\History |
| Location | •<br>• | Table: visits(id: 295818)<br>Table: urls(id: 51752) |
| Evidence number | • | 1B20.aff4 |
| Item ID | | 1163382 |