| | |
|---|---|
| From: | [redacted] |
| Sent: | 3/28/2022 1:01:38 PM -0700 |
| To: | APSP WESTREGION <apspwestregion@gmail.com> |
| CC: | [redacted] jessenevel@gmail.com; [redacted]; witchofcolor@gmail.com |
| Subject: | Re: Facebook Demonstration 3/28 - All Documents Enclosed |

Uhuru Comrade

Got it! Thanks

Uhuru
Demetria

On Mon, Mar 28, 2022 at 11:57 AM APSP WESTREGION <apspwestregion@gmail.com> wrote:

*Please confirm receipt of this email.*

Uhuru comrades,
This email contains the documents in the 3/28 Facebook Demonstration Google folder which I have shared with you all in preparation for today's Facebook Mobilizations. We will go LIVE on Facebook @ 12pm PST from USM Facebook page.

In this email and in the folder I shared you will have access to:

**1. Press Release:**
Please use the attached version of the press release moving forward. And resend to your media contacts, "UPDATE FOR IMMEDIATE RELEASE"

**2. Flyer (2-sided):**
Both sides are attached individually. Backside has the list of demands.

**3. Open Letter to Mark Zuckerberg (Google Doc & IMAGE:**
The APSP WR will send the Open Letter via email to Mark Zuckerberg's Assistant, Andrea Besmehn after 11am. The WR Agit Prop is proposing that all Party members with Facebook/Twitter accounts post the as an **image** on their profile pages at or after 12pm PST at the start of the demonstration. If there seems a more strategic option for how to use the photo please let us know how to proceed.

**4. Program for Demonstration**

Please confirm receipt of this email.

And please share any list of contacts that you will or have shared the Press Release with, so that we can keep track. You can send list of contacts to apspwestregion@gmail.com

Uhuru!

Comrade Mwezi

- program_Facebook Demonstration 3/28
- page2_Open Letter to Mark Zuckerberg.jpg
- page1_Open Letter to Mark Zuckerberg.jpg
- Unfriend Facebook Lies.png
- Unfriend Facebook Lies (1).png
- Facebook Demo Press Release March 28, 2022

---

| | |
|---|---|
| X-GM-THRID: | 1728571073700083111 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Important,Opened,Category Personal |
| Delivered-To: | witchofcolor@gmail.com |
| Received: | by 2002:a05:7300:7baa:b0:59:6b28:ccad with SMTP id j42csp5012789dyk; Mon, 28 Mar 2022 13:01:50 -0700 (PDT) |
| X-Received: | by 2002:a2e:593:0:b0:249:2a74:d777 with SMTP id 141-20020a2e0593000000b002492a74d777mr21634090ljf.214.1648497710585; Mon, 28 Mar 2022 13:01:50 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1648497710; cv=none; d=google.com; s=arc-20160816; b=dvO1ZBJIP79F2e63+cGncUuQgJ4TwnSQ/cxB2uNrpOufs1fdat1uqn1a8yD7E6GflU vOke0nDmQXAjn4MrJU4Zo6f33rlTxcNNeBxWX3P0/LxrPmF+5HMkXPsDMUcvmsGei9jv BWhzpNeZ9ytfv/tZblJO7EvAOITreGCup4DXWjBs4P616ewYmK6cq2QIC0dzuxNsXl6h |

FOR IMMEDIATE RELEASE

**WHO**: The African People's Socialist Party (APSP)

**WHAT**: Demonstration and Press Conference at Facebook San Francisco Office

**WHEN**: March 28, 2022 at 12PM PDT

**WHERE**: 181 Fremont Street, San Francisco, CA 94105

**WHY**: African People demand an end to Facebook censorship of Russia and Africa

The African People's Socialist Party demands an end to the censorship of Russia and the continued censorship of Africa, Africans and other colonized people on Facebook and all Metaverse platforms.

We oppose Facebook censorship of views and news that challenges the narrative promoted by the US State Department and the North Atlantic Treaty Organization (NATO).  Facebook's leading social media presence has aligned itself with the narrative that upholds the colonial mode of production, that is colonialism. This propaganda machine is responsible for fueling the misinformation that legitimizes imperialist wars that are continuously waged upon African people everywhere we have been dispersed as a people.

The U.S. media is working overtime to pump out imperialist lies to win the masses over to the idea that Biden, the U.S. and their partners are the champions of democracy, while slanderously depicting the Russians as the aggressors.

As one of the largest contributors to this propaganda machine, Facebook is notorious for putting users in Facebook Jail, or banning pages and posts that oppose the goals of those in power. And now we are witnessing Facebook's banning of a whole country so that the world cannot take a stand against imperialism and while Russia is blindsided.

Facebook founder Mark Zukerberg actively participates in G8 Summits and sits on the  Munich Security Council. In this role, Facebook functions as the prime facilitator of colonial capitalism's ability to monopolize the media, thus facilitating this one-sided attack on Russia. The African People's Socialist Party unites that Africans should stand with Russia because Russia has always stood against our oppressor disguised as the heroic NATO alliance: United States, Canada, Belgium, Denmark, France, Iceland, Italy, Luxemburg, the Netherlands, Norway, Portugal, and the United Kingdom, Greece, Turkey, Germany, to name a few.

Russia refused to participate in the 1884 Berlin Conference (aka the Scramble for Africa) that chopped Africa up into the over 50 so-called countries we see today, all controlled indirectly by our oppressors. The Berlin Conference legitimized the false colonial borders that exist in Africa today.

These lies serve to hide the bloody hand of U.S. imperialism.

This censorship is a part of a long attack against the freedom of African People and all colonized people.

The African People's Socialist Party stands with the progressive governments and peoples of the world in denouncing the U.S. and NATO attacks on the people and government of Russia.

Along with the African People's Socialist Party and Chairman Omali Yeshitela, the leaders of Venezuela, China, Iran, Cuba, and Nicaragua have also spoken out in opposition to U.S. imperialism's dangerous, instigating role in the crisis in Ukraine.

Russia has stood against the centuries long colonial project that has been the parasite hosting off colonized people all over the globe.

The U.S. colonial-capitalist State murders African and Indigenous people inside the U.S. every single day, including George Floyd, Amir Locke, Breonna Taylor and millions of others, while also occupying and waging genocidal mass murder and terror throughout the world such as in Libya, Iraq, Afghanistan, Palestine, Somalia, Haiti, Congo, Yemen.

These facts that cannot be disputed.

We cannot separate the struggle of African people against colonialism right here inside the U.S. from the crisis sweeping the world within the colonial mode of production resting on the backs of colonized African people.

We are calling on all progressive and freedom loving people to join us in protest of Facebook at their offices in Downtown San Francisco: **181 Fremont Street, San Francisco, CA 94105, March 28, 2022 at 12PM.**

Contact the African People's Socialist Party Regional Office
apspwestregion@gmail.com 510-569-9620

_____

**BOOK AN INTERVIEW** with Bakari Olatunji, APSP Western Regional Representative

Please contact us ator email us at apspwestregion@gmail.com to book an interview.

Looking forward to seeing you at the demonstration and press conference!