# DISTURB CITY HALL MEETING

**ACTION: 2/03/2016**

**WHO IS INVOLVED:**

1. Gazi Kodzo: Leadership
2. Akile Anai: Second in command
3. Jevon Gee: Agit-Prop
4. Bruce Cainion: Security
5. Unique Devine: Protestor
6. Jay Bollers: Protestor
7. Jamie Simpson: Protestor
8. Jessie Nevel: Protestor
9. Jo'hann Bedingfield: Protestor

**DATE? TIME? LOCATION?**

February 3, 2016

8:30AM meeting at Uhuru House

Arriving to city hall at 9:00AM

Leaving city hall 10:00AM

Summation at Uhuru House as 10:15AM

**PLAN OF ACTION?**

- Gazi Kodzo will present a speech laying out what our struggle is with around the mural
- Comrades will go around passing out mural flyers to everyone in the building. (Important that media receives flyers as well as city hall officials)
- Jevon Gee will be recording the entire event
- All members except for Jevon will present images of the old mural and tear and it and shout: "IF THE BLACK COMMUNITY DOESN'T CHOOSE IT WE WILL TEAR IT DOWN!"
- We will leave the building shouting "TEAR IT DOWN"
- All members will return to cars and head back to Uhuru House for summation

**MISSION**

- To show city hall that they are in a fierce struggle with the African community concerning this mural.
- To gain more media coverage around Black Community Control of the Mural
- To obtain great footage of resistance for social media and UhuruNews.com

1B088-AFRICANS CHARGE GENOCIDE ENCAMPMENT 2016-000052

DISC-050389