

# THE BURNING SPEAR

**OFFICIAL ORGAN OF THE AFRICAN PEOPLE'S SOCIALIST PARTY**

AFRICAN PEOPLE'S SOCIALIST PARTY (APSP)    LATEST NEWS

## New installed on African People's Socialist Party National Central Committee

*By* **Spear staff**    *January 20, 2018*    💬 *0*    👁 *31*



ST. LOUIS—The Central Committee of the African People's Socialist Party convened on November 25 and 26th in St. Louis and made a number of decisions that will guide our Party and movement for the next period of struggle.

One of the most important decisions was to make critical changes in the Central Committee itself.

The Central Committee is the highest body of the Party between the Party Congresses when the organization is turned over to the leadership of the rank and file membership.

At the beginning of the Central Committee meeting, members of the National Central Committee consisted of Omali Yeshitela, our Chairman; Gazi Kodzo, Director of Recruitment and Membership and Luwezi Kinshasa, our Director of International Affairs based in London.

Other members of the National Central Committee included Deputy Chairwoman Ona Zené Yeshitela; Aisha Fields, Director of the All African People's Development and Empowerment Project (AAPDEP); Yejide Orunmila, Director of the African Women's Commission and Kalambayi Andenet, President of the International People's Democratic Uhuru Movement.

The changes made to the Central Committee included the decision to bring Comrade Kobina Bantushango of Huntsville, Alabama back on to the Central Committee as the Interim Southeast Regional Representative.

Nana Yaw Grant of Philadelphia was brought onto the Central Committee as the Interim Northeast Regional Representative, replacing Aaron O'Neal.

Two of the most important changes to the Central Committee involved the office of the **Secretary** General and that of the Department of Agitation and Propaganda, two offices that have been unfilled for a long time.

The Department of Agitation and Propaganda is a massive enterprise that includes responsibility for some very obvious institutions like Black Power 96.3 FM radio station, The Burning Spear newspaper and TheBurningSpear.com, its online publication.

The Department of Agitprop is also responsible for other, more subtle institutions. These are connected to cadre development and political education for our Party, Movement and the masses at large.

The appointment of a Director of the Department of Agitprop is a struggle for a strategical direction for the entire department, moving us away from the anarchy associated with a process of every Agitprop institution being solely preoccupied with its own area of responsibility.

Akilé Anai, a young but tested dynamic leader of the Party was appointed to this post in the National Central Committee.

The Party post of **Secretary** General has not gone unoccupied for as long as that of Agitprop Director. However, it is a post that has gone undeveloped for just as long.

The Office of the **Secretary** General has the constitutionally mandated responsibility for convening the "Central Committee and Political Bureau meetings in consultation with the Chairperson…"

The Office of **Secretary** General also represents the Party in "any forums as may be required by circumstances or delegated by the National Central Committee."

Under some emergency circumstances, the **Secretary** General could also assume temporary powers of the Chair of the APSP.

The November 2017 Central Committee meeting elected comrade Gazi Kodzo for this important post. This is a decision that was based on the very important role Gazi has played

in the Party since assuming the National Office of Recruitment and Membership (NORM).

The NORM department is now being brought into the office of the **Secretary** General.

It was not planned this way, but the Party's Central Committee is currently comprised of an equal number of men and women and includes comrades of various ages and experiences.

This combination of veterans and young people contributes to the dynamic character of our Party.

This reorganization and these additions to the Party's leading body help to reinforce the power and determination of our Party as the advanced detachment of the African working class.

*We are winning!*

## Author



Spear staff

View all posts