

# NATIONAL CENTRAL COMMITEE

Home / National Central Commitee

## About Menu

ABOUT MAIN

CONSTITUTION

CENTRAL COMMITTEE

HISTORY

PLATFORM

PROGRAM

AFRICAN INTERNATIONALISM

AFRICAN SOCIALIST INT'L

# The Leadership of the African People's Socialist Party

The National Central Committee(NCC) is the political body that comprises the top leaders of the of the African People's Socialist Party. The NCC is, formally, the "party's highest organ of authority" when the Party's Congress is not in session.

  



ABOUT    NEWS    JOIN    MEMBERS    THEBURNINGSPEAR    BLACK STAR INDUSTRIES    CONTACT    DONATE

PROGRAM

AFRICAN INTERNATIONALISM

AFRICAN SOCIALIST INT'L

THE UHURU MOVEMENT

BLACK STAR INDUSTRIES

FAQs



### Omali Yeshitela

**Chairman**

Founder and Chairman of the Uhuru Movement. Developed the political theory of African Internationalism that understands the world through the eyes of the African working class. Read full bio

Get in Touch



### Ona Zene' Yeshitela

**Deputy Chairwoman**

Ona, leads Black Star Industries LLC which brings all of the economic development institutions and projects of the African People's Socialist Party under one single umbrella.

Get in Touch



### Luwezi Kinshasa

**Secretary General, African Socialist International**

Luwezi is responsible for coordinating efforts to build African People's Socialist Parties throughout the world through the African Socialist International.

Get in Touch

secretary-general-gazi-







### Gazi Kodzo

**Secretary General, APSP USA**

Gazi leads the Party's efforts to recruit new members into the ranks of the revolution.

Get in Touch



### Akilé Anai

**Director, Agitation and Propaganda**

Akilé is responsible for coordinating the communication arm of the African People's Socialist Party which includes *The Burning Spear* newspaper and Burning Spear Media.

Get in Touch



### Kalambayi Andenet

**President, International People's Democratic Uhuru Movement**

Kalambayi leads the Party's mass organization in the struggle for Bread, Peace and Black Power in the 21st Century, through InPDUM.

Get in Touch



   

ABOUT   NEWS   JOIN   MEMBERS   THEBURNINGSPEAR   BLACK STAR INDUSTRIES   CONTACT   DONATE



### Dr. Aisha Fields

**Director, All African People's Development and Empowerment Project**

Dr. Fields is responsible for coordinating and organizing Africans into the education, agriculture, and healthcare initiatives of AAPDEP.

Get in Touch



### Kobina Bantushango

**Interim Southeast Regional Coordinator**

Kobina is the primary coordinator for the Party in the Southeast Region of the United States.

Get in Touch



### Yejide Orunmila

**President, African Women's Commission**

Yejide is responsible for coordinating all efforts to organize working class African women, through the African National Women's Organization.

Get in Touch



ABOUT    NEWS    JOIN    MEMBERS    THEBURNINGSPEAR    BLACK STAR INDUSTRIES    CONTACT    DONATE



## Nana Yaw Grant

**Interim Northeast Regional Coordinator**

Nana Yaw is the primary coordinator for the Party in the Northeast Region of the United States (Maine – Virginia).

Get in Touch