- 
- 
  - About the Uhuru Movement
  - About The Burning Spear
  - Print Edition
  - Submit News
- 
- 
- 
- 

 

- HOME
- NEWS
- VIDEO
- EVENTS
- STORE
- SUBSCRIBE
- GET INVOLVED
- DONATE

Search...

## Burning Spear News

### Updates from the #AfricansChargeGenocide Winter Encampment Tour

Jan 24, 2016
TheBurningSpear.com



Keep up with the Africans Charge Genocide Winter Encampment Tour by watching these video updates!
Comrades from the Uhuru Movement brave the cold termperatures and set up encampments to put the AfricansChargeGenocide.org petition in the forefront!
One million signatures are needed, so watch these video updates and sign and share the petition!

Sunday, January 24, 2016, 9:51am Central - Chicago, IL
Video from Gazi Kodzo

**Video Unavailable**
This video may no longer exist, or you don't have permission to view it.
Learn more

Sunday, January 24, 2016, 10:04am Central - Chicago, IL
Update

**Video Unavailable**
This video may no longer exist, or you don't have permission to view it.
Learn more

Sunday, January 24, 2016, 9:38am Central - Chicago, IL
Update

Sunday, January 24, 2016, 7:36am Central - Chicago, IL
Listen to what International Inpdum President Herdosia says of why she out here!!

DISC-000501



Sunday, January 24, 2016, 7:31am Central - Chicago, IL
Why are you out here???

Sunday, January 24, 2016, 12:36am Central - Chicago, IL
Why are you out here???

Sunday, January 24, 2016, 12:35am Central - Chicago, IL
Why are you out here???

DISC-000502



Sunday, January 24, 2016, 12:35am Central - Chicago, IL
Why are you out here???

Saturday, January 23, 2016, 8:23pm Central - Chicago, IL
Comrades Toni Taylor & Sara Raiders Giants headed to Chicago

Saturday, January 23, 2016, 4:08pm Central - Chicago, IL
St. Louis InPDUM is on the move to Chicago for the Africans Charge Encampment Tour!

DISC-000503

Saturday, January 23, 2016, 3:47pm Eastern - Jackson, MS

Testimony from a 29 year old shot 7 times and brutalized by detention center guards and given poor treatment and aftercare to his wounds. No pain medicine was given for months and when he was finally given medicine he was given the wrong medicine causing further injury.

Saturday, January 23, 2016, 11:11am Eastern - Jackson, MS

International People's Democratic Uhuru Movement members on the ground waiting for the UN to charge america with genocide!

Saturday, January 23, 2016, 0:08am Eastern - St. Louis, MO

African family charge america with the continuous murderous tactic of colonialism.

DISC-000504



Previous Article
Next Article

DISC-000505

3/9/22, 11:25 AM	TheBurningSpear.com - Burning Spear News
Case 8:22-cr-00259-WFJ-AEP   Document 207-18   Filed 08/12/24   Page 7 of 8 PageID 1234









https://www.theburningspear.com/2016/01/updates-from-the-africanscharge genocide-winter-encampment-tour	7/8

DISC-000506

- BURNING SPEAR MEDIA
  - News
  - Radio
  - Video
  - Publications
- GET INVOLVED
  - Become a supporting member
  - Submit news / events
  - Join the team
  - Subscribe to The Burning Spear
  - Email newsletter
  - Contact
- FOLLOW
  - Facebook
  - Twitter
  - YouTube
  - Flickr
- UHURU MOVEMENT
  - African Socialist International
  - African People's Socialist Party
  - Chairman Omali Yeshitela
  - Economic Self-Sufficiency
  - Development projects
  - Community programs
  - Democratic rights
  - Education
  - Health
  - Uhuru Foods and Pies
  - Uhuru Furniture
  - Media
  - Speaking tours
  - White solidarity with black power

© Copyright TheBurningSpear.com




DISC-000507