# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) No. 8:22-cr-00259-WFJ-AEP |
| OMALI YESHITELA, *ET AL.*, | ) |
| DEFENDANTS. | ) |

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF THE NATIONAL LAWYERS GUILD – CHICAGO CHAPTER**

The National Lawyers Guild – Chicago Chapter, by and through undersigned counsel, moves for leave to file the accompanying *amicus curiae* brief in support of Defendants Omali Yeshitela, Penny Hess, and Jesse Nevel.

### I. INTEREST OF NATIONAL LAWYERS GUILD

The National Lawyers Guild (the "NLG") is a progressive public interest association of lawyers, law students, paralegals and others founded in 1937 dedicated to the need for basic and progressive change for the furtherance of human rights. NLG has been involved in key social justice struggles throughout its history and has championed the First Amendment right to engage in political dissent and unpopular speech for over seven decades. Considering the compelling First Amendment issues presented in this case, the NLG has a strong interest in

ensuring political speech is not quashed and that dissenting individual views and associations are protected.

## II. THIS COURT HAS INHERENT AUTHORITY TO ACCEPT AMICUS BRIEFS.

Federal district courts have the inherent authority to grant leave to file amicus briefs. The Federal Rules of Civil Procedure contain no specific provision for the filing of amicus curiae briefs in district court. "Nevertheless, district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n. 34 (11th Cir. 2006). *Amicus curiae* serve for the benefit of the court by "assisting the court in cases of general public interest […] and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Newark Branch, NAACP v. Town of Harrison, N.J.*, 940 F.2d 792, 808 (3d Cir. 1991), quoting *Alexander v. Hall*, 64 F.R.D. 152, 155 (D.S.C. 1974) (citations omitted). Through the proposed and attached *amicus* brief, NLG's interest and historical dedication to First Amendment jurisprudence will help ensure an informed interpretation of relevant First Amendment law in this matter.

## III. THE PROPOSED BRIEF PROVIDES IMPORTANT FIRST AMENDMENT CONSIDERATIONS AND PROVIDES HISTORICAL CONTEXT REGARDING SUPPRESSED BLACK POLITICAL EXPRESSION.

*Amici* respectfully move to submit this brief to assist in clarifying the critical First Amendment issues presented in this case. The attached brief demonstrates that the prior analysis of Defendants' speech is inconsistent with established First

Amendment jurisprudence as it unconstitutionally conflates Defendants' protected speech with unprotected conduct. Defendants' alleged misconduct is inextricably intertwined with their political views. The annexed brief also provides essential historical and contextual information regarding governmental suppression of Black voices and political expression in the United States. For these reasons, the Court's consideration of these issues is particularly imperative.

## CONCLUSION

For the foregoing reasons, Amici respectfully requests that it be granted leave to file the accompanying *amicus curiae* brief.

Respectfully submitted,

Juliana Cortes
9336 Cerulean Drive
Riverview, FL 33578
cortes.yuyu@gmail.com
raguilar.law@gmail.com
*Counsel for Amicus Curiae*
*National Lawyers Guild – Chicago Chapter*

Dated: August 16, 2024

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Amici has sought consent of the parties to the filing of this brief. Counsel for Plaintiff refused consent. Counsels for Defendants were unresponsive.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I caused the foregoing Motion For Leave to File *Amicus Curiae* Brief on Behalf of the National Lawyers Guild – Chicago Chapter and accompanying Proposed *Amicus Curiae* Brief on Behalf of the National Lawyers Guild – Chicago Chapter to be filed via electronic filing using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants and via electronic mail on all counsel or parties of record on the attached Service List.

Respectfully submitted,

Juliana Cortes
9336 Cerulean Drive
Riverview, FL 33578
raguilar.law@gmail.com
cortes.yuyu@gmail.com
*Counsel for Amicus Curiae*
*National Lawyers Guild – Chicago Chapter*

Dated: August 16, 2024

## Service List

**Plaintiff United States of America**

Menno Goedman
DOJ-NSD
menno.goedman@usdoj.gov

Daniel Marcet & Risha Asokan
United States Attorney's Office – Tampa Division
daniel.marcet@usdoj.gov; risha.asokan2@usdoj.gov

Demetrius Sumner
U.S. DOJ – Public Integrity Section
demetrius.sumner2@usdoj.gov

**Counsel for Defendant Omali Yeshitela**
Ade Griffin ade@agtilaw.com

**Counsel for Defendant Penny Hess**
Leonard Goodman  lcgoodman@rcn.com

**Counsel for Defendant Jesse Nevel**
Mutaqee Akbar m.akbar@akbarthomas.com