## Aaron Maté

aaronmate@gmail.com
(347) 451-6695
Brooklyn, NY

**BIO**

I am a journalist and producer. I host the show "Pushback" for The Grayzone, co-host the podcast "Useful Idiots," and write for Substack, Real Clear Investigations and The Nation. In 2019, I was awarded the Izzy Award for outstanding achievement in independent media from Ithaca College for my coverage of the Trump-Russia scandal. In 2022, I was awarded the top Pierre Sprey journalism prize. Previously, I worked as a producer for Democracy Now!, Vice, The Real News and Al Jazeera.

**EXPERIENCE**

**Writer, (2018-present)**
Have written award-winning articles and investigations for The Nation, Real Clear Investigations, Le Monde Diplomatique, and Substack.

**Host/Producer, "Pushback with Aaron Maté", The Grayzone (July 2019-present)**
Generate and host interview segments for my own YouTube show/podcast. Mostly covering foreign policy issues from a progressive perspective. Working closely with a video editor to generate broll and visuals.

**Host/Senior Producer, The Real News (March 2017-November 2020)**
Generate and host interview segments and field pieces; and act as Senior Producer for others' content.

**Contributor, The Nation Magazine (October 2017-present)**
Write monthly political articles for the Nation magazine.

**Producer,  Al Jazeera English (August 2016-January 2017)**
Duties included generating episode topics, overseeing producing team, scripting and blocking episode, writing script and promotional copy, choosing visual elements, and line-producing live broadcast for AJE's "The Stream."

**Freelance Host/Producer, Vice/AJ+ (2015-2017)**

Hosted and produced short docs/webisodes for VICE, including "VICE Meets Daredevil", a branded interview with the Netflix series' showrunners; "BC is Burning", about forest fires and climate change; and "Infected", a three-part series on pandemics. Recently hosted & co-produced an AJ+ documentary about the U.S. heroin crisis.

**Producer/Correspondent/Co-Host, Democracy Now! (2006-2016)**

*Democracy Now!* is a daily TV/radio newscast airing on over 1,000 stations. Myriad duties include producing show content -- selecting topics; researching, writing, editing, overseeing interviews & segments; choosing video elements; writing & producing daily 10-minute "headlines" summary of domestic & global news; lineproducing live broadcast; providing host with questions & talking points during live interviews; writing and editing website content; field producing; contributing live field reporting and video reports; and, since 2013, co-hosting the show weekly.

**Researcher, Naomi Klein (2003-2005)**

Researcher for author Naomi Klein, for numerous articles and 2007 book *The Shock Doctrine*. From the acknowledgments: "It was a blessing to work with Aaron, a great intellect and terrific journalist."

**EDUCATION**

BA from Concordia University (Montreal, Canada) with a major in Communications and a minor in Political Science. (June 2003) Fluent in French.