UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

## UNITED STATES' WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this list of witnesses that it may call during its case-in-chief at trial. The United States is filing this exhibit list prior to the Court's deadline to assist the defense in preparing for trial. The United States respectfully requests that it be permitted to amend or supplement this list as becomes necessary during the course of trial preparation or trial.

1. Michael Klepac, FBI
2. William Tidwell, FBI
3. Andrea Bedford, FBI
4. Laura Haney, FBI
5. Anna Myers, FBI
6. Joanna L. Bailey, FBI
7. Josh Tomlin, FBI
8. Stephanie Bergman, FBI
9. Kelly Bowen, FBI

10. Ashley L. Haynes, FBI
11. Kirstin G. Passmore, FBI
12. David M. Carlson, FBI
13. Karen Cowan, FBI
14. Jason Shearn, FBI
15. Thuy Thibbits, FBI
16. Melissa Fair, FBI
17. Darren Boehlje, FBI
18. Iry Drupp, FBI
19. Brian D. Jackson, FBI
20. Michelle Messina, FBI
21. Shara McGowan, FBI
22. Aaron Volk, FBI
23. Kim Bonarski, FBI
24. Tracy Cato, FBI
25. Miriah Patrick, FBI
26. Stefanie L. Murphy, FBI
27. James R. Maddin, FBI
28. Carrie Panone, FBI
29. Jeffrey Gilday
30. Tetyana Zolotarova, FBI
31. Jeff Beckman, Customs and Border Protection

32. Thomas Rid, Expert Witness

33. Brian Taylor, Expert Witness

34. Any witnesses listed by the Defense, and such additional witnesses as may be necessary in a rebuttal case.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   */s/ Daniel J. Marcet*
       Daniel J. Marcet, AUSA
       Risha Asokan, AUSA
       Florida Bar No. 0114104
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       E-mail: Daniel.Marcet@usdoj.gov

       Menno Goedman
       Trial Attorney
       National Security Division
       U.S. Department of Justice
       950 Pennsylvania Ave. NW
       Washington, DC 20530
       Telephone: (202) 541-2147
       Email: Menno.Goedman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August, 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ade Griffin, Esq.
    Leonard Goodman, Esq.
    Mutaqee Akbar, Esq.

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing document and the notice of electronic filing will be sent by United States Mail to the following non-CM/ECF participant(s):

    Augustus C. Romain, Jr.
    Inmate ID: 54801510
    Citrus County Detention Facility
    2604 W Woodland Ridge Dr.
    Lecanto, FL 34461

                                  */s/ Daniel J. Marcet*
                                  Daniel J. Marcet
                                  Assistant United States Attorney
                                  Florida Bar No. 0114104
                                  400 N. Tampa St., Ste. 3200
                                  Tampa, FL 33602-4798
                                  Telephone: (813) 274-6000
                                  Facsimile: (813) 274-6358
                                  E-mail: Daniel.Marcet@usdoj.gov