UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

## PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

The United States hereby files its proposed Jury Instructions and Verdict Forms.

Respectfully submitted,

By: s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ade Griffin, Esq.
    Leonard Goodman, Esq.
    Mutaqee Akbar, Esq.

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

    Augustus C. Romain, Jr.
    Inmate ID: 54801510
    Citrus County Detention Facility
    2604 W Woodland Ridge Dr.
    Lecanto, FL 34461

    By:  s/ Daniel J. Marcet
    Daniel J. Marcet
    Assistant United States Attorney
    Florida Bar No. 0114104
    400 N. Tampa St., Suite 3200, Tampa, FL
    Daniel.Marcet@usdoj.gov | (813) 274-6028