UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No.: 8:22-CR-259-WFJ-AEP |
| v. | ) |
| | ) |
| PENNY JOANNE HESS | ) |

## VERDICT FORM

As to **Count 1**: **Conspiracy**, we, the Jury in the above-captioned case, unanimously find the Defendant Penny Joanne Hess:

GUILTY _____    NOT GUILTY _____

As to **Count 2**: **Acting as an Agent of the Russian Government or Officers Thereof without Notification to the Attorney General**, we, the Jury in the above-captioned case, unanimously find the Defendant Penny Joanne Hess:

GUILTY _____    NOT GUILTY _____

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No.: 8:22-CR-259-WFJ-AEP |
| **v.** ) | |
| ) | |
| **JESSE NEVEL,** ) | |
|     a/k/a "Jesse Nevelsky" ) | |

## VERDICT FORM

As to **Count 1**: **Conspiracy**, we, the Jury in the above-captioned case, unanimously find the Defendant Jesse Nevel:

GUILTY _____     NOT GUILTY _____

As to **Count 2**: **Acting as an Agent of the Russian Government or Officers Thereof without Notification to the Attorney General**, we, the Jury in the above-captioned case, unanimously find the Defendant Jesse Nevel:

GUILTY _____     NOT GUILTY _____

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )   Case No.: **8:22-CR-259-WFJ-AEP** |
| **v.** | ) |
| | ) |
| **AUGUSTUS C. ROMAIN, JR.,** | ) |
|     a/k/a "Gazi Kodzo" | ) |

### VERDICT FORM

As to **Count 1**: **Conspiracy**, we, the Jury in the above-captioned case, unanimously find the Defendant Augustus C. Romain, Jr.:

GUILTY  _____        NOT GUILTY  _____

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No.: 8:22-CR-259-WFJ-AEP** |
| **v.** ) | |
| ) | |
| **OMALI YESHITELA,** ) | |
| a/k/a "Joseph Waller" ) | |

## **VERDICT FORM**

As to **Count 1**: **Conspiracy**, we, the Jury in the above-captioned case, unanimously find the Defendant Omali Yeshitela:

GUILTY  _____     NOT GUILTY  _____

As to **Count 2**: **Acting as an Agent of the Russian Government or Officers Thereof without Notification to the Attorney General**, we, the Jury in the above-captioned case, unanimously find the Defendant Omali Yeshitela:

GUILTY  _____     NOT GUILTY  _____

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**