**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:22-CR-259-WFJ-AEP | | DATE:   August 27, 2024 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**OMALI YESHITELA**<br>**PENNY JOANNE HESS**<br>**JESSE NEVEL**<br>**AUGUSTUS C. ROMAIN, JR.** | | **GOVERNMENT COUNSEL:**<br>Dan Marcet, AUSA<br>Risha Ashoken, AUSA | |
| | | **DEFENDANT COUNSEL:**<br>Ade Griffin, Retained<br>Angela Reaney, Retained<br>Mutaqee Akbar, Retained<br>Mark O'Brien, CJA | |
| **COURT REPORTER:**  David Collier | | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:**  5:34 PM - 6:03 PM **TOTAL:** 29 Minutes | | **COURTROOM:** | **Zoom** |

**PROCEEDINGS:** STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

The Court discussed trial matters and procedures with the parties.

The Court sets an August 31, 2024 deadline for any pleadings.

Court adjourned.