UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA
    Plaintiff,

vs.

OMALI YESHITELA,
    Defendant.
_____/

## DEFENDANT'S WITNESS LIST

Comes Now the Defendant, **OMALI YESHITELA**, [1] by and through undersigned counsel, hereby files this list of witnesses that it may call during trial. The Defendant's witness list is being filed prior to the Court's deadline to assist the Government in preparing for trial. The Defendant's respectfully requests that it be permitted to amend or supplement this list as it becomes necessary during the court of trial preparation and/or trial. and furnishes the following list of witnesses to present at trial or hearing.

WITNESSES:

1. Yejide Orunmila
2. Herdosia Bentum aka " Kalambayi Andenet
3. Janice Kant
4. Bakari Olatunji aka "Rickey Clay"

---

[1] This Defendant's Witness List is filed on behalf of Defendant's Omali Yeshitela, Penny Hess and Jesse Nevel.

1

5. Ntambwe Bhekizitha aka "Bruce Cainion"

6. Erica Cainion

7. Akile Anai aka "Eritha Cainion"

8. Reverand Clarence Williams

9. Robin D.G. Kelley, Expert Witness

10. John Mearsheimer, Expert Witness

11. Aaron Mate, Expert Witness

12. Any and all witnesses listed by co-defendants.

13. Any and all witnesses listed by the United States Government.

14. Any and all witnesses necessary for impeachment or rebuttal.

        Respectfully submitted,

        ADE A. GRIFFIN, ESQ.
        Griffin Inskeep Law, LLC
        Harvey Building
        224 Datura St, Suite 900
        West Palm Beach, Florida 33401
        ade@agtilaw.com
        Pleadings: service@agtilaw.com
        (561) 320-6006

        ***/s/ Ade A. Griffin, Esq.***
        By: ADE GRIFFIN
        Florida Bar No. 0771961

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Ade A. Griffin, Esq.*
    ADE GRIFFIN, ESQ
    Florida Bar No. 0771961