Summary of Anticipated Testimony
Professor Robin D. G. Kelley
CASE NO.: 8:22-cr-259-WFJ-AEP

I will comment on the following items[1]:

1. **Debunking the Cold War Theory of the "Outside Agitator"**

2. **The Russian Revolution and Black Freedom**

3. **Black Sojourners, Students, and Expatriates in the Soviet Union**

4. **The Cold War, the United Nations, and Civil Rights**

5. **Dupes of Foreign Interests or Advocates for Global Justice?: The Case of Martin Luther King, Jr. and Coretta Scott-King**

6. **Black Internationalism and Russia from the 1960s to the demise of the Soviet Union**

7. **Post-Soviet Politics and the Anti-Globalization Movement**

**Debunking the Cold War Theory of the "Outside Agitator"**

Scholars of social movements have long debunked the theory that "subversive" ideas and motivations spread like a virus. During the Cold War, the U.S. government officials, journalists, and even trained scholars argued that the Soviet Union and China used propaganda and sometimes money (so-called "Moscow Gold") to recruit gullible people to sow discord and mistrust by criticizing, for example, American racism, inequality, poor wages, dilapidated housing, police violence, and the like. The dominant trend in the scholarship during the 1950s asserted that American Communists were veritable puppets of Kremlin intrigue, and African Americans were "dupes" of American Communists.[2] Leading figures such as FBI chief J. Edgar Hoover and national security expert Leo Lowenthal have described anyone supporting policies similar to those advocated by communists as "dupes" under "communist thought-control."[3] Black people, Hoover insisted, were especially vulnerable to left-wing calls for the "abolition of 'Jim Crow Laws,' full representation, and the fight for Negro rights." "The [Communist] Party's claim," Hoover continued, "that it is working for Negro rights is a deception and a fraud. The Party's sole interest, as most American Negroes know, is to hoodwink the Negro, to exploit him and use him as a tool to build a communist America."[4] During the height of the Civil Rights movement, Hoover spoke for both the Justice Department and the State Department when he insisted that communists have infiltrated "the Negro movement," causing large swaths of the

community "to lose perspective on the issues involved and, without realizing it, succumb to the party's propaganda lures."[5]

By declaring anyone backing allegedly subversive causes as "dupes" of foreign or outside interference not only vastly underestimates the intelligence of activists (American or otherwise) but it functions to discredit the legitimate demands of social movements. From the urban rebellions of the 1960s to the more recent uprisings in response to the killing of George Floyd, politicians and law enforcement continually repeated the claim that "outside agitators" were to blame, in some instances attributing the violence to Soviet or Chinese agents. The effect has been to obscure the real reasons behind the rebellions, effectively erasing the core problem that brought people to the streets in the first place: police violence and the absence of accountability.[6] Moreover, as I will show below, forces with varying motivations can still find common cause without becoming a client or representative of the other party. Or to put it in more concrete terms, Africans and African Americans can seek support from, and ally with, Russia and Eastern bloc countries (Soviet or post-Soviet) without becoming "puppets," "dupes," or foreign agents.

## The Russian Revolution and Black Freedom

People of African descent have been citizens, residents, and travelers in Russia for centuries. But the Russian Revolution of 1917, which transformed the Tsarist empire into the Union of Soviet Socialist Republics (USSR), radically changed the relationship between Black people and Russia. Vladimir Lenin, leader of the Bolshevik Party and the USSR's first head of state, had long supported freedom for Black people. As early as 1913, he wrote a short article entitled "Russians and Negroes," comparing the plight of African Americans to that of emancipated Russian serfs. Elsewhere, he criticized the Socialist Party of America's failure to organize Black workers and poor farmers.[7]

The regime launched a new international body, the Communist International (Comintern), that brought together representatives of Communist parties from around the world. This was not a novel idea; since 1848, socialists and communists believed workers all over the world face a common enemy: capitalism. The Comintern, formed in 1919, represented the third attempt since 1848 to coordinate a global socialist movement. When the Communist Party of the United States (CPUSA) formed in 1921, international communist leaders criticized it for being insufficiently attentive to the plight of Black workers. Under pressure from Lenin and M.N. Roy, leader of the Communist Party of India, CPUSA leadership worked harder to recruit Black members. It formed the American Negro Labor Congress (ANLC) in 1925, an organization tasked with building interracial unity in the labor movement. And in 1927, European Communists organized a conference in Brussels under the auspices of the League Against Colonial Oppression. Several African Americans attended. Having come from the U.S. where they were segregated; denied fair wages, decent housing, and basic civil rights (including the right to vote); and subject to lynching and other forms of racist terror, the Black delegates were pleasantly surprised when the conference passed a resolution proclaiming, "Africa for the Africans, and . . . full freedom and equality with other races and the right to govern Africa."[8]

In 1928, the Comintern went further. With input from Black American and South African Communist leaders, it passed a resolution asserting that African-Americans in the U. S. South are an "oppressed nation" with the right to "self-determination" (independence from the U.S.) if they so desire. While Southern Blacks were not looking to secede from the Union, the resolution held symbolic importance by valuing the rights, dignity, and distinct struggles of African Americans. Two years later, the CPUSA formed a new organization called the League of Struggle for Negro Rights (LSNR), whose members chose renowned poet Langston Hughes to serve as president. Black support for the Communist Party and the Soviet Union grew in the 1930s, not because they promoted Black "self-determination" but because they formed interracial unemployed councils and demanded relief and fair wages for all workers, irrespective of race; and they opposed lynching, defended Black victims of police and vigilante violence, and provided legal defense for African Americans unjustly arrested and prosecuted. The most famous case involved nine young men falsely accused to raping two white women in 1931. They were known around the world as the Scottsboro Boys. Ada Wright, a mother of one of the defendants, traveled all over the world sponsored by the party, speaking on behalf of the young men. She even traveled to Russia where she addressed tens of thousands of workers packed into Moscow's Red Square.

By 1935, as fascist regimes in Germany and Italy grew more powerful and threatened to wage war, Soviet leaders and the Comintern changed course. They promoted a Popular Front against fascism and encouraged the CPUSA to organize trade unions, attract more artists and intellectuals into their ranks, de-emphasize their socialist ideology, and support the Democrats and President Franklin Roosevelt's New Deal policies. Black activists continued to form broad-based organizations such as the National Negro Congress (1935-1946) and the Southern Negro Youth Congress (1937-1948), both of which represented hundreds of black liberal and progressive organizations committed to stopping fascism in its tracks. The Roosevelt administration also warmed toward Russia; in 1934 Franklin D. Roosevelt was the first U.S. president to recognize the USSR since its founding in 1917.

Between 1936 and 1939, Black antifascism persuaded more than eighty men and two women to risk life, limb, and their own U.S. citizenship to defend Republican Spain from a fascist takeover by General Francisco Franco, whose armies had the backing of Mussolini and Hitler. The Republican government was led by Communists, Socialists, and liberals, and a large proportion of its military consisted of volunteers from around the world. Only the Soviet Union and Mexico provided the Spanish Republic with substantial material aid; the U.S. and European countries asserted neutrality and banned arm sales to the Republic. Eventually, Franco's armies prevailed. Black volunteers who survived the war (nearly half died in battle) endured both racism and harassment by the justice department and the FBI for being "premature antifascists." They did not forget the Soviet Union's principled defense of Republican Spain.

U.S. – Soviet relations cooled in 1939 after Josef Stalin signed a non-aggression pact with Germany in a desperate effort to avoid a Nazi invasion, but when the pact was broken in 1941 and Russia was drawn into the conflict, the U.S. and the USSR became allies throughout World War II.

**Black Sojourners, Students, and Expatriates in the Soviet Union**

Thousands of Black people from around the world passed through the Soviet Union during this period, either as travelers, students, or expatriates. The Soviets hired Oliver Golden to oversee agricultural production in Central Asia. He was an expert agronomist unable to secure a decent job in the U.S. In 1931, Golden sent a letter to the renowned scientist George Washington Carver asking for recommendations of other specialists willing to work in the USSR, remarking that "Russia is the only country in the world today that gives equill [sic] chances to black and white alike." Carver, who was sympathetic to socialism and admired the Soviet experiment from a distance, replied that he would go himself if it were not for his poor health. "I appreciate the invitation to study Russia," he wrote. "I hope I can do it, but not until I get stronger." [9]

Indeed, the Soviet Union became a magnet for young Black and anti-colonial activists to study. From about 1921 to 1938, many future Third World leaders, from India's Nehru to Kenya's Jomo Kenyatta, alongside ordinary African American workers (some of whom were barely literate) attended KUTV, also known as the University of the Toilers of the East in Moscow. They studied history, politics, math and science, debated Soviet colonial policy and never paid tuition. Others came as cultural workers.

In 1932, Soviet leaders invited a group of Black actors, writers, and artists to work with a renowned Russian filmmaker on a movie depicting Black life in the U.S. The script proved unworkable, the entire project was disorganized and fraught, so nothing came of it. However, many of the participants took the opportunity to travel around the USSR. Langston Hughes wrote about his travels and compared Soviet Central Asia "with that of the coloured and oppressed peoples I had known under capitalism in Cuba, Haiti, Mexico, and my own United States of America." Others stayed for longer periods of time. Robert Robinson, a Black worker auto worker, not only became an engineer in the Soviet Union but was elected to the Moscow City Council. William L. Patterson, a radical lawyer from New York, married a Russian woman and lived there for several years before returning to the U.S. to take up a post as a leader in the CPUSA and a leading civil rights attorney.

**The Cold War, the United Nations, and Civil Rights**

The Soviet Union dissolved the Comintern in 1943 and formed the short-lived Communist Information Bureau (Cominform), which lasted from 1947 to 1956. However, Soviet policy – especially after Stalin's death in 1953 – actively supported anticolonial movements and newly independent countries alike. In fact, it competed with China (which became a socialist republic led by the Chinese Communist Party in 1949) over building alliances with nations of Africa and Asia seeking to break free from European and American control over their economies.

African American leaders supported the Second World War but called for a "double victory" against fascism—abroad and at home. But Black veterans returned home only to find themselves targets of brutal racism. In 1945-46 alone, the black press and organizations such as the NAACP and the Civil Rights Congress (CRC) documented hundreds of reported incidents of anti-black violence

(shootings, beatings, torture, lynchings, rape and sexual violence) by police, mobs, and vigilantes across the country. The image of Black soldiers returning from war only to face discrimination and violence resembling that of the Third Reich undermined America's professed role as the world's beacon of freedom and democracy. The Cold War rivalry between the U.S. and the Soviets, the creation of the United Nations, and the increasing number of colonies gaining independence, gave Civil Rights and anticolonial activists greater leverage. The Soviets and other Communist-bloc countries became their strongest allies and sharpest critics of European colonialism in Africa and the Caribbean and racism in the United States.

A core principle of the UN Charter was the "prevention of discrimination on grounds of race." It established a Commission on Human Rights in 1946 with a mandate to protect the human rights of all people—racial minorities, oppressed nationalities, women, etc. In June of that year, the National Negro Congress and the Southern Negro Youth Congress, both organizations loosely affiliated with the Communist Party, filed a petition with the United Nations "on behalf of 13 million oppressed Negro citizens," presenting evidence of systemic violence, disfranchisement, and racial disparities in health, housing, education, wealth, and income. It called on the UN to eliminate "political, economic and social discrimination against Negroes." The NNC petition inspired W.E.B. Du Bois, widely regarded as one of most important intellectuals of the 20th century, to begin drafting a more substantive UN petition on behalf of the National Association for the Advancement of Colored People (NAACP), resulting in a detailed 155-page indictment of systemic racism in the U.S. dating back to the founding of the country. Published in 1947 as *An Appeal to the World! A Statement on the Denial of Human Rights to Minorities in the Case of Citizens of Negro Descent in the United States of America and an Appeal to the United Nations for Redress*, the petition ascribes racial inequality not to interpersonal prejudice but rather to the law, government policies, employers, educational institutions, real estate agencies, hospitals, and some trade unions. Du Bois's introductory essay points out that in 1946 Southern states controlled about 1/4th of the electoral college and yet only represented 1/10th of the nation's voters since African Americans were denied the right to vote. "It is not Russia that threatens the United States," Du Bois opined, "so much as Mississippi; not Stalin and Molotov but Bilbo and Rankin."[10] When the petition was finally submitted to the UN on October 23, 1947, former first lady Eleanor Roosevelt, a UN delegate and member of the Economic and Social Council, blocked Du Bois from presenting it to the General Assembly. The Soviet delegation not only endorsed the document but called on the General Assembly to seriously consider the charges and proposed a resolution that all governments take "prompt and energetic steps" to end discrimination.

Four years later, William L. Patterson, now executive director of the Civil Rights Congress (CRC), along with the renowned Black singer, actor, and activist Paul Robeson, tried to submit an even more substantial petition to the UN titled, *We Charge Genocide!: The Crime of Government Against the Negro People.* The CRC's book-length petition not only documented hundreds of incidents of anti-black violence during the six years since the end of World War II, but it invoked the UN's 1948 Convention on Genocide. The UN Convention defined genocide as any attempt to "destroy, in whole or in part, a national, ethnical, racial or religious group" by causing "serious bodily or mental harm" and imposing "conditions of life calculated to bring about its physical destruction in whole or in part" to group members. Once again, the U.S. blocked the petition from being considered by the UN General Assembly, and the U.S. State Department considered Patterson's actions libelous and possibly criminal. As a member of the Communist Party who had

lived in the Soviet Union in the late 1920s, the government treated him as an enemy agent. His passport was subsequently revoked, and he was jailed two years later for merely refusing to turn over the CRC's receipt books.

By the mid-1950s, nearly all of the black organizations committed to labor and internationalism had collapsed under the weight of government repression. Several left-leaning Black activists and intellectuals were jailed, deported, forced underground, or fired from their respective jobs and/or "blacklisted" within their professions. Anticommunism was used to silence voices critical of U.S. policy, exemplified by the case of Paul Robeson. Long an object of FBI surveillance, Robeson was a celebrated star of stage and screen, and a renowned concert singer who performed around the world. In 1945, the NAACP honored Robeson with the highly coveted Arthur Springarn Medal for his humanitarian and artistic contributions, but his acceptance speech created a stir when he praised the Soviet Union and criticized the U.S. and the Truman administration for failing to support decolonization abroad and civil rights at home. His unsparing critique of U.S. foreign policy rendered Robeson an enemy of the administration and a pariah among more conservative civil rights organizations. The attacks on Robeson came to a head in 1949 when, in an address to the World Peace Congress in Paris, he declared that the very black *and* white workers upon whose backs American wealth was built "are resolved to share it equally among our children. And we shall not put up with any hysterical raving that urges us to make war on anyone. Our will to fight for peace is strong. We shall not make war on anyone. We shall not make war on the Soviet Union." The Associated Press mangled his speech, reducing Robeson's words to a declaration that Black people would not go to war with the Soviet Union. One year later, the State Department revoked his passport, denying him the right to travel outside of the country. When he was finally forced to testify before a Congressional committee on "un-American" activities in 1956 about his alleged Communist sympathies, he stated: "I am not being tried for whether I am a Communist, I am being tried for fighting for the rights of my people, who are still second-class citizens in this United States of America. My mother was born in your state, Mr. [Francis] Walter, and my mother was a Quaker, and my ancestors in the time of Washington baked bread for George Washington's troops when they crossed the Delaware, and my own father was a slave. I stand here struggling for the rights of my people to be full citizens in this country."[11]

W. E. B. Du Bois endured a similar fate. Having participated in the Cultural and Scientific Conference for World Peace, deemed a "communist front" by the FBI, as well as the Paris Peace Congress alongside Robeson, Du Bois had also come under intense government scrutiny. In March 1949, he delivered a speech at a peace rally in Madison Square Garden asserting that fighting for world peace is not treason. The following year, Du Bois became chairman of the Peace Information Center (PIC), whose main task was to publicize the Stockholm Peace appeal for nuclear disarmament. Following the outbreak of the Korean War, the PIC's publication *Peacegram* announced that the Stockholm Appeal had gotten 1.5 million signatures. Secretary of State Dean Acheson then released a statement attacking *Peacegram* and the Stockholm appeal as spurious propaganda from the Soviet Union. Du Bois responded in an eloquent opinion piece in the *New York Times*, embarrassing Acheson and triggering a directive from the Justice Department requiring the PIC to register as a foreign agent. When Du Bois refused, he and several members of the PIC were arrested and charged with treason and conspiracy. The image of the eighty-three-year old Du Bois in handcuffs generated outrage in the Black press. The case was subsequently dismissed, but not before Du Bois lost his passport and many texts bearing his name were removed from libraries and

schools across the country. When his passport was finally restored eight years later, he prepared to leave the U.S. for good. In 1961, he and his wife Shirley Graham Du Bois renounced their U.S. citizenship, joined the Communist Party out of protest, and moved to Accra, Ghana, where he died two years later.[12]

**Dupes of Foreign Interests or Advocates for Global Justice?: The Case of Martin Luther King, Jr. and Coretta Scott-King**

Today, few could imagine the federal government asking Dr. Martin Luther King, Jr. or his wife, Coretta Scott-King, to register as foreign agents, and yet by the criteria established by the prosecution, they both would have likely faced indictments. Before marrying Dr. King, Coretta Scott attended Antioch College in Yellow Springs, Ohio, where she was the student delegate to the Progressive Party's convention in 1948. Its presidential candidate, Henry Wallace, campaigned on a platform of "PEACE, FREEDOM, and ABUNDANCE," and stood against racism, colonialism, the Cold War, and the very idea of going to war with the Soviet Union. For these reasons, the Progressive Party became a target of the House Un-American Activities Committee (HUAC). As a delegate, Coretta listened to the keynote speech by Shirley Graham Du Bois in which she called for "PEACE without battleships, atomic bombs and lynch ropes." Scott-King went on to be active in the Women's International League for Peace and Freedom, as well as Women Strike for Peace (WSP), which also became a target of HUAC. Nevertheless, in 1962, she attended WSP's international conference on disarmament in Geneva, and a year later spoke at a WSP event in Washington D. C., aptly titled "From Armaments to Abundance." It was Coretta who convinced her husband to come out in opposition to the Vietnam war.[13]

Martin, on the other hand, had become a leader in the global movement against apartheid in South Africa as early as 1960, working closely with Chief Albert Lithuli, the leader of the banned African National Congress. The Pentagon and the State Department believed the ANC was a puppet of the Communist Party (they did have a close alliance) and it provided intelligence to help the South African government capture and jail Nelson Mandela. In a 1965 speech calling for an international boycott of South Africa, Dr. King insisted that a boycott be extended to other U.S. allies—Rhodesia and Portugal, which was waging a violent war against anticolonial forces in Angola, Mozambique, and Guinea-Bissau. The U.S. helped fund the war, which regarded Portugal a critical bulwark against communism, and the movements fighting for independence as proxies of the Soviet Union. Dr. King would later single out the U.S. as a prime enabler of apartheid. He wrote, "We have been notoriously silent about the more than $700 million of American capital which props up the system of apartheid, not to mention the billions of dollars in trade and the military alliances which are maintained under the pretext of fighting Communism in Africa."[14]

**Black Internationalism and Russia from the 1960s to the demise of the Soviet Union**

The Communist Party barely survived the pressure of Cold War anticommunism, but the Civil Rights and Black Power movements gave birth to a "New Left" which operated alongside, or sometimes in tension with, the Old Left. The Black Panther Party, the Revolutionary Action

Movement, the Black Liberation Army, the Republic of New Africa, and the African People's Socialist Party were among an array of organizations demanding political and economic power, some level of autonomy, and even reparations for crime of slavery and racial discrimination. The CPUSA launched new, sometimes competing organizations, including the W. E. B. Du Bois Clubs, the Che Lumumba Clubs, the National Alliance Against Racist and Political Repression (NAARPR), and the National Anti-Imperialist Movement in Solidarity with African Liberation (NAIMSAL).[15] It is important to acknowledge that these organizations were independent of the Soviet Union, and often at odds with prevailing Soviet government policy. For example, the Soviet press criticized the police and FBI attacks on the Panthers, but Soviet officials privately opposed Black Power which it had deemed racial chauvinism and separatist. When exiled South Africans in the African National Congress met with the Soviet Afro-Asian Solidarity Committee in early 1976, the Soviets expressed concerns about the influence of what they perceived to be American ideas of Black Power and Black Consciousness on South Africans. And yet, despite these obvious tensions and disagreements, a large swath of the Black activist community defended the Soviet Union for its ongoing support of Third World liberation movements, and at the very least out of fear of nuclear war.

From our vantage point in 2024, it may seem hard to believe that the global political winds were shifting toward Marxism-Leninism or some version of democratic socialism. Many of these revolutions proved to be short-lived, or at later points took disastrous turns. But from the late 1960s through the 1980s, just consider all of the countries and national liberation movements moving toward a "socialist path": Chile, Mozambique, Angola, Guinea Bissau and Cape Verde Islands, People Republic of the Congo, Vietnam, Jamaica, Grenada, Nicaragua, St. Lucia, Dominica, and St. Vincent, Tanzania, South Africa, Zimbabwe, to name a few. No one knew the political machinations occurring within the Soviet Politburo, the various movements it may or may not have betrayed in order to shore up its own strategic interests. But looking from the outside one could have easily concluded that revolution gripped the world and that the USSR was a beacon lighting the way. Moreover, the Soviet Union provided substantial support for the anti-apartheid movement and the African National Congress in South Africa. And even though it had its own questionable and problematic history of foreign intervention (Hungary, Czechoslovakia, Afghanistan, etc.), its opposition to U.S. interventions in nations such as Grenada, the Congo, Honduras, Panama, Haiti, etc., earned the support of Black activists.[16]

Soviet aid for African and Caribbean development did not wane during the 1960s and 70s, especially as more and more countries adopted socialist or social democratic economies. The Soviet Union also continued to educate tens of thousands of students from African and the African diaspora, free of charge. By 1990, there were some 30,000 African students studying in the Soviet Union, representing one-quarter of all foreign students. No one claims it was perfect; individuals experienced incidents of discrimination, though not worse than the discrimination African students faced in the UK, France, the U.S. or China. And Soviet officials discouraged African and African American students from creating racially exclusive organizations. They prohibited any kind of separatism and insisted on interracial unity and promoting "color blindness," recognizing shared exploitation under the system of capitalism. Nevertheless, the continued aid became a source of resentment for Russians. "Perestroika," the period of open debate and disclosure, exposed the weakness of the Soviet system and the economic realities,

which led to severe cuts in aid to Third World nations.[17] This frustrated Black activists, who had looked to the Soviets for leadership. Many now turned to China.

Finally, the election of Ronald Reagan to the presidency in 1980 rekindled fears of nuclear war. His aggressive stance toward the Soviet Union and dramatic increase in the military budget led many African American liberals to protest U.S. foreign policy and advocate for nuclear disarmament. In 1983, the Congressional Black Caucus and Coretta Scott-King brought together some 800 organizations to form a "Coalition of Conscience" and hold a March on Washington to commemorate the 20th anniversary of the first mass Civil Rights march on the capitol. Some 200,000 people gathered on the mall under the banner "Jobs, Peace and Freedom," protested the rollback of Civil Rights legislation, rising unemployment, the buildup of nuclear and conventional weapons, and U.S. covert wars, and called for an end to the Cold War.[18] The 1983 March on Washington was the catalyst for Jesse Jackson's presidential bid the following year. Dubbed the "Rainbow Coalition" by his campaign manager, Jack O'Dell, the campaign emphasized ending economic inequality and promoting global peace, cutting the military budget and reallocating money to social programs, a bilateral nuclear freeze, unconditional opposition to U.S. military intervention in Central America, Caribbean, Middle East and Southern Africa, and cancellation of all strategic defense initiatives. O'Dell, who had worked closely with Dr. Martin Luther King, Jr., warned that "anti-Sovietism" threatened not only democracy and free speech, but the movement to end racism and class inequality. Anti-Sovietism, he argued, "has become an integral part of the belief system both in our foreign policy and in our culture. . . . We are reminded that this ideology has repeatedly served as the rationale to justify military collaboration between the West and the racist apartheid regime in South Africa. We also face the issue of Angola as a challenge where the people fought for nine years for freedom from Portuguese colonialism, fought against the Portuguese fascists who were armed with American money and weapons supplied through NATO [North Atlantic Treaty Organization]. The Angolan people won their independence, yet the United States has consistently refused to recognize the Republic of Angola and thereby attempts to dismiss their victory. Now we have a concerted effort in the U.S. Congress to destabilize Angola by proposing to allocate $200-$300 million to support the contras to overthrow that government."[19]

**Post-Soviet Politics and the Anti-Globalization Movement**

For some Black activists, the collapse of the Soviet Union in 1989 spelled doom for ongoing African liberation movements and material support for struggling socialist regimes, not to mention a strong voice within the UN against racial discrimination and anti-Black oppression. For others, it offered an opportunity for an open and democratic Russia, along with independence for the various nations and republics within the Soviet orbit. Neither prediction completely panned out, and what followed after a period of reorganization and chaos was a Russia under authoritarian rule over an economy based on a mix of state intervention and free market principles. Like the U.S., Russian foreign policy continued to be guided by geopolitical interests. However, U.S. - Russian relations began to deteriorate as a result of NATO's expansion and the proliferation of U.S. oil pipeline projects in the former Soviet bloc countries beginning around 1995.

Russia's greatest fear was NATO's expansion in Eastern Europe. Long before Vladimir Putin's ascent to power, Mikhail Gorbachev--considered an ally of the U.S.--complained vigorously when the U.S. promised to bring Georgia and Ukraine into NATO. Even James Baker, Secretary of State at the time under President George H. W. Bush, made clear at the Malta Summit in December 1989 that NATO would *not* expand, and certainly not to Russia's borders. As a frustrated Gorbachev stated in 2008, "The American's promised that they would not expand beyond the boundaries of Germany after the Cold War but now, half of eastern and Central Germany are members, so what happened to their promises? It shows that they cannot be trusted."[20] When the crisis over Ukraine erupted during the Obama administration, former U.S. Ambassador to the Soviet Union, Jack Matlock Jr., argued that the "U.S. and Europe brought on this whole mess in the first place by trying to place military bases outside of Russia."[21]

NATO's presence has grown over the years and is seen by some observers as a catalyst for the current military conflict; others see it as a deterrent to Russian expansion. The veracity of either claim is not important for understanding *why* some activists might regard the U.S. and NATO as a threat to international peace and security, especially if missiles are pointed toward Russia. Principled opposition to NATO has been a common position in the international peace movement for decades, and it is not driven by the hidden hand of the Russian state or sympathy for the Putin regime.

Indeed, concern over postwar economic arrangements, military expansion, and the unfettered flow of capital resulting from free trade agreements prompted the rise of the "anti-globalization movement." Progressive international social movements of the 21st century have shifted from decolonization to anti-globalization. Variously called the "global justice movement," "globalization from below," and "alter-globalization," the movement was launched partly in response to the ratification of the North American Free Trade Agreement (NAFTA) in January of 1994. Eliminating barriers to trade and investment between the US, Canada and Mexico, accelerated inequality, strengthened U.S. agribusiness at the expense of Mexican farmers, and enticed more American manufacturers to move to Mexico to take advantage of lower wages, which had the effect of reducing wages and cutting manufacturing jobs in the U.S.

The anti-globalization movement is a legitimate trend based on a legitimate argument that free trade policies have created greater inequality, depressed wages while feeding inflation, irreparably damaged the environment and contributed to climate change. They oppose global institutions they believe benefit capital at the expense of ordinary people and the planet (i.e., the International Monetary Fund, the World Bank, the World Trade Organization, etc.) And many fear a unipolar world dominated by U.S. corporate interests, promoting instead a multipolar world. Some of the sharpest critics of, and movements against, globalization are situated here in the U.S., and it finds support in mainstream outlets such as *Foreign Policy* magazine and the Council on Foreign Relations.[22]

Anti-globalization movements took hold around the world, swelling in numbers in 2011 when the Occupy Movement formed in the wake of the 2008 economic crisis. Russia was no exception. Alexander Ionov founded the Anti-Globalization Movement of Russia (AMR) in 2012 and organized its first international conference in 2015. In attendance were representatives from dozens of movements, including a fairly large coalition of U.S. organizations called United

National Antiwar Coalition (UNAC). Many well-respected progressive activists sit on its board, among them Margaret Kimberley, an editor of the *Black Agenda Report*, Judy Bello of the Fellowship of Reconciliation, and Abayomi Azikiwe of *Pan African News Wire*. The delegates represented over 150 organizations, including Black Alliance for Peace, US Peace Council, Veterans for Peace, and The Red Nation.

Not every Russian activist is an "operative," that is to say, paid agents secretly working for the Russian government to collect intelligence or advance a particular agenda. And none of the U.S. delegates who participated were U.S. "operatives," as far as we know. But even if there were "operatives" among the delegates and/or organizers, activists showed up in order to advance what they believed was a common cause: to fight globalization and its consequences. Moreover, none of the delegates were recruited *into* the anti-globalization movement; they were already part of an international movement, some for more than a decade. Moscow was one of literally dozens of cities where such international convenings have taken place—before 2015 and after.

Nevertheless, as with every such international gathering—whether the "Battle in Seattle" in 1999, the World Social Forum in Brazil in 2001, or the convenings in Washington D. C., Genoa, Cincinnati, Detroit, etc.—*there has never been consensus on what globalization means and what should be done about it*. Indeed, the movement has attracted right-wing nationalists promoting "America First" as well as anarchists. Russia's movement has focused more on building a multipolar world than climate justice, capital flight, or international labor conditions. It is no secret that Ionov's agenda aligns with the Putin administration's understanding of multipolar as a means to defend Russia's claim to Ukraine. And yet, by characterizing their actions as "anti-imperialist," the AMR effectively draws on the history of Soviet support for decolonization, not to mention critiques of U.S. hegemony as a driver of inequality and poverty in much of the Global South. This is precisely what most movement supporters identified with. It is worth noting that only 45 countries have imposed sanctions on Russia since the war in Ukraine began, which means that two-thirds of the world's population live in countries that have no sanctions.

Finally, the fact that other movements may share aspects of AMR's agenda does not mean they are doing Russia's bidding or are under Russian control. On the contrary, we know from subsequent meetings that the AMR invited "separatist" organizations that promote white nationalism and ideologies that the other delegates vehemently reject, and with whom they refuse to work. And at the same time, history reminds us that the modern world is full of examples of alliances based on shared interests with radically different motivations. World War II provides ample examples: the Chinese Nationalists and the Communists allied against Japanese aggression; the U.S. and the Soviet Union allied against fascist aggression; the U.S. and Russia coordinating counter-terrorism efforts in the immediate aftermath of 9/11; Zionists and openly antisemitic White Nationalists uniting in defense of Israel.

The point is that the hundreds of organizations fighting globalization did not, and do not, need Russia to persuade them to act. And as the late Dr. John Bracey, a celebrated historian of labor and social movements, once said: "When you're in the middle of a fight and someone hands you a stick to defend yourself, you don't stop to analyze the wood."

---

**NOTES**

[1] A note on language: Black is used to designate all people of African descent—including the U.S., the Caribbean, Africa, and elsewhere. African American refers to Black people living in the U.S. or expatriates for whom the U.S. is the home country (though not necessarily their country of birth). African refers to people living on or from the African continent (might be exiled or expats), including North Africa (Egypt, Libya, Tunisia, Algeria, Morocco, etc.), the majority of whom are not necessarily identified as Black.

[22] See, for example, Theodore Draper, *American Communism and Soviet Russia* (New York, 1960); Ralph Lord Roy, *Communism and the Churches* (New York, 1960); Nathan Glazer, *The Social Basis of American Communism* (New York, 1961); Gabriel Almond, *The Appeals of Communism* (Princeton, 1954); Irving Howe and Lewis Coser, *The American Communist Party: A Critical History, 1919-1957* (Boston, 1957); Wilson Record, *The Negro and the Communist Party* (Chapel Hill, 1951); *Race and Radicalism: The NAACP and the Communist Party in Conflict* (Ithaca, 1964); William Nolan, *Communism versus the Negro* (Chicago, 1951).

[3] J. Edgar Hoover, *Masters of Deceit: The Story of Communism and How to Fight It* (New York: Henry Holt, 1958), p. 93; see also, Leo Lowenthal, *False Prophets: Studies on Authoritarianism* (New Brunswick: Transaction Books, 1987)

[4] Hoover, *Masters of Deceit*, 194, 246.

[5] "HOOVER SAYS REDS EXPLOIT NEGROES; F.B.I. Chief Asserts Party Infiltrates Rights Drive," *New York Times*, April 22, 1964

[6] Li Zou, "The trope of "outside agitators" at protests, explained," *Vox* (June 3, 2020), https://www.vox.com/2020/6/3/21275720/george-floyd-protests-outside-agitators-ferguson-civil-rights-movement; Eric Levitz, "We Have Seen the 'Outside Agitator' and He Is Us," New York Magazine (June 1, 2020), https://nymag.com/intelligencer/2020/06/outside-agitators-george-floyd-riots-protests-police.html

[7] V.I. Lenin, "Notebooks in Imperialism," *Collected Works*, vol. 39, pp. 590-591; "Russians and Negroes," *Collected Works*, vol. 18, 543-44; "New Data on the Laws Governing the Development of Capitalism in Agriculture," in *Collected Works*, vol. 22, pp. 13-102; "On Statistics and Sociology," in *Collected Works*, vol. 23, p. 276.

[8] Edward T. Wilson, *Russia and Black Africa Before World War II* (New York and London, 1974), 151; *South African Worker*, April 1, June 24, 1927; "Les Decisions du Congres: Resolution Commune sur la Question Negre," *La Voix des Negres* 1, no. 3 (March 1927), 3.

[9] Linda O. Hines, "White Mythology and Black Duality: George W. Carver's Response to Racism and the Radical Left," *Journal of Negro History* 62 no. 2 (April 1977), 141-142.

[10] W. E. B. Du Bois, et al. *Appeal to the World: A Statement on the Denial of Human Rights to Minorities in the Case of Citizens of the United States of America and an Appeal to the United Nations for Redress* (1947), https://archive.org/stream/NAACP-Appeal-to-the-World/appeal_to_the_world_djvu.txt

[11] The original transcript of Paul Robeson's testimony can be found in U.S. House Committee on Un-American Activities, *Investigation of the Unauthorized Use of United States Passports: Hearing* (Washington D. C.: U.S. Government Printing Office, 1956), pp. 4492 – 4509. An audio recording can be found here: https://www.youtube.com/watch?v=kmFjjaFNHKo

[12] See David Levering Lewis, *W. E. B. Du Bois, 1919-1963: The Fight for Equality and the American Century* (New York: Henry Holt and Co., 2000), 546-552, 566-569.

---

[13] David P. Stein, "'This Nation Has Never Honestly Dealt with the Question of a Peacetime Economy': Coretta Scott King and the Struggle for a Nonviolent Economy in the 1970s," *Souls*, pp. 80-105.

[14] Martin Luther King, Jr., *The Radical King*, ed. by Cornel West (Boston: Beacon Press, 2016), 91.

[15] Tony Pecinovsky, "100 years of CPUSA: A critical reply to 'Jacobin,'" *Communist Party USA* (May 8, 2020), https://www.cpusa.org/article/100-years-of-cpusa-a-critical-reply-to-jacobin/

[16] Francis Njubi Nesbitt, *Race for Sanctions: African Americans Against Apartheid, 1946-1994* (Bloomington and Indianapolis: Indiana University Press, 2004); Robin D. G. Kelley, "The Role of the International Sports Boycott in the Anti-Apartheid Movement," *Ufahamu* 13, nos. 2 and 3 (1984), 26-39; Lisa Brock, Van Grosse, and Alex Lichtenstein, "The Global Antiapartheid Movement, 1946-1994," *Radical History Review* 119 (Spring 2014); on U.S. interventions in the 1980s, see Bradford Martin, *The Other Eighties: A Secret History of America in the Age of Reagan* (New York: Hill and Wang, 2011), 25-66.

[17] Hilary Lynda and Thom Loyd, "Histories of Color: Blackness and Africanness in the Soviet Union," *Slavic Review* 81, no. 2 (Summer 2022), 408-410; Maxim Matusevich, "Journeys of Hope: African Diaspora and the Soviet Society," *African Diaspora* 1 (2008), 53-85.

[18] Manning Marable, "Jobs, Peace, Freedom: A Political Assessment of the August 27 March on Washington," *Black Scholar* 14, no. 6 (November/December 1983), 2 -20.

[19] Jack O'Dell, "The Soviet Union is an Ally for Peace," *The Black Scholar* Vol. 17, No. 1, (January/February 1986), 38-43

[20] Adrian Blomfield and Mike Smith in Paris, "Gorbachev: U.S. Could Start a New Cold War: Mikhail Gorbachev has accused the U.S. of mounting an imperialist conspiracy against Russia that could push the world into a new Cold War," *Telegraph*, May 6, 2008, http://www.telegraph.co.uk/news/worldnews/europe/russia/1933223/Gorbachev-US-could-start-new-Cold-War.html

[21] Jack F. Matlock Jr., "Who is the Bully? The U.S. has treated Russia like a loser since the end of the Cold War," *Washington Post*, March 14, 2014, https://www.washingtonpost.com/opinions/who-is-the-bully-the-united-states-has-treated-russia-like-a-loser-since-the-cold-war/2014/03/14/b0868882-aa06-11e3-8599-ce7295b6851c_story.html

[22] Edward Alden, "The Dangerous New Anti-Globalization Consensus," *Foreign Policy* (May 3, 2022), https://foreignpolicy.com/2022/05/03/globalization-deglobalization-inflation-economy-trade-borders/