UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA
               Plaintiff,
vs.

OMALI YESHITELA,
PENNY JOANNE HESS,
JESSE NEVEL
               Defendants.
_____/

## ORDER PERMITTING ELECTRONICS IN COURTROOM

It is hereby **ORDERED**:

1. Counsel for the Defendant's: Ade Griffin, Esq, Mutaqee Akbar, Esq, Angela Reaney, Esq, Leonard Goodman, Esq and Thomas Inkseep, Esq are permitted to bring laptops, cell phones and any other electronic devices necessary for Trial into the courthouse beginning September 3, 2024, until its conclusion.

2. The Defendants, OMALI YESHITELA, PENNY JOANNE HESS, and JESSE NEVEL, are permitted to bring one cell phone into the Courthouse for Trial

beginning September 3, 2024, until its conclusion.

**DONE AND ORDERED** in Chambers in Tampa, Florida, on August 29, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

2