UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA
        Plaintiff,
vs.

OMALI YESHITELA,
        Defendant.
_____/

### DEFENDANT'S EXHIBIT LIST

Comes Now the Defendant, **OMALI YESHITELA**,[1] by and through undersigned counsel, hereby files this Exhibit List, which lists the exhibits that the Defendant may introduce during trial, both in Defendant's case-in chief and during the prosecution's case-in chief. This exhibit list is being filed in advance of the Court's deadline to assist the prosecution in trial preparation. The Defendant respectfully submits that he be permitted to amend this list as becomes necessary during trial preparation or trial.

Respectfully submitted,

ADE A. GRIFFIN, ESQ.
Griffin Inskeep Law, LLC
Harvey Building
224 Datura St, Suite 900
West Palm Beach, Florida 33401
ade@agtilaw.com
Pleadings: service@agtilaw.com

---

[1] This Defendant's Exhibit List is filed on behalf of Defendants Omali Yeshitela, Penny Hess and Jesse Nevel.

1

(561) 320-6006

*/s/ Ade A. Griffin, Esq.*
By: ADE GRIFFIN
Florida Bar No. 0771961

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ade A. Griffin, Esq.*
By:  ADE GRIFFIN, ESQ
     Florida Bar No. 0771961