# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:22-cr-259-WFJ-AEP

V.

OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

## UNITED STATES' AMENDED VOIR DIRE

    The United States hereby submits this amended request for the Court to ask the following questions of the jury panel during jury selection. At the time of the prior filing (Doc. 235), the United States understood that the attorneys would be conducting voir dire. This filing is intended to replace the prior filing to include questions that the undersigned AUSA had intended to ask during voir dire.

                                              Respectfully submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

By:   /s/ Daniel J. Marcet
        Daniel J. Marcet
        Assistant United States Attorney
        Florida Bar No. 0114104
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Daniel.Marcet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Ade Griffin, Esq.
> Leonard Goodman, Esq.
> Mutaqee Akbar, Esq.
> Mark J. O'Brien, Esq.

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

> Augustus C. Romain, Jr.
> Inmate ID: 54801510
> Citrus County Detention Facility
> 2604 W Woodland Ridge Dr.
> Lecanto, FL 34461

By:   s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028