## GOVERNMENT'S REQUESTED VOIR DIRE NO. 1

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States or the Defendants?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 2

In this case, you will hear testimony from agents of the Federal Bureau of Investigation, or FBI. The United States Department of Justice, federal law enforcement agencies such as the FBI, and the criminal justice system are often the topic of current events and news stories, and these events can shape the way that individuals view the criminal justice system in both positive and negative ways. Does anyone feel that any current events, or any other knowledge or personal views that you have about police officers, federal law enforcement agencies, or the criminal justice system, will lead you to favor of disfavor either the United States or the Defendants in sitting as a juror in this case?

## GOVERNMENT'S REQUESTED QUESTION NO. 3

During this trial, you may hear evidence about other individuals who were involved in the conduct in this case, but who are not on trial in this case. Your job is to evaluate the evidence as to the Defendants who are on trial here.

Is there anyone here who would not be able to fairly and impartially evaluate the evidence in this case as to the Defendants who are here on trial, just because some individuals involved in these events are not charged in this case or are not a part of this trial?

## GOVERNMENT'S REQUESTED QUESTION NO. 4

One of the crimes charged in this case is the crime of "conspiracy." At the end of this case, I will explain to you all of the law relating to exactly what a conspiracy is and which elements, or facts, the United States must prove for you to find a Defendant guilty of that crime. But, in general terms, a "conspiracy" is an agreement by two or more people to commit an unlawful act. In other words, it is a kind of "partnership" for criminal purposes. The heart of a conspiracy is the making of the unlawful plan itself followed by the commission of any overt act. The Government does not have to prove that the conspirators succeeded in carrying out the plan.

Is there anyone here who would not be able to find a defendant guilty of the crime of conspiracy, even if the United States had proven all of the elements of that crime beyond a reasonable doubt, merely because the conspirators had not succeeded in carrying out their plan?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

The crime, or the object of the conspiracy, that is alleged in the Indictment is that the Defendants acted as agents of the Russian government without notification to the Attorney General. Is there anyone here who has strong feelings about the Russian government, whether positive or negative, that might influence their decisionmaking in this case?

If so, are you able to set those views aside and apply the law to the facts as instructed by the judge?

**GOVERNMENT'S REQUESTED VOIR DIRE NO. 6**

The statute—the actual criminal law—at issue in this case criminalizes "acting" as an agent of a foreign government without notification to the Attorney General. The term "agent of a foreign government" means an individual, other than a diplomatic or consular officer or attaché, who agrees to operate within the United States subject to the direction or control of a foreign government or foreign government official. The law provides that an individual may be an agent of a foreign government even if he or she does not have direct contact with a foreign government or foreign official, and if the foreign government or official exercises direction or control through an intermediary.

Is there anyone here who, even if the United States proves all of the elements of the charged crime beyond a reasonable doubt, would require the United States to establish direct contact between a defendant and a foreign government official in order to find that particular defendant guilty of acting as an agent of a foreign government?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 7

Under the law, acting as an agent of a foreign government has a broad meaning that includes any kind of acts, even acts that would otherwise be lawful if not done as an agent of a foreign government. For example, acting could encompass publishing articles or engaging in demonstrations at the direction of a foreign government, if such actions are done without notification to the Attorney General.

Is there anyone here who believes it should be irrelevant whether someone is acting on behalf of a foreign government, and that otherwise legal conduct should not be criminalized just because it's being done as an agent of a foreign government?

If so, are you certain that you would be able to put aside that belief and follow the law as I instruct you?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 8

Now, as I said, acting is a broad term that includes even actions that might be considered "free speech" if not done as an agent of a foreign government without notification to the Attorney General.

Is there anyone here who believes that free speech should be completely absolute, and that there should be no circumstances under which speech can be criminalized?

Is there anyone here who believes that it should be irrelevant whether someone is engaging in free speech at the direction of a foreign government— without disclosing that fact?

If so, are you able to set aside those feelings and apply the law neutrally and impartially, as I will instruct you?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

The law provides that it is a crime to act as an agent of a foreign government *without notification to the Attorney General*. This means that individuals can lawfully act as agents of a foreign government, so long as they do so with transparency, that is, notify the Attorney General of their intent to act as an agent of a foreign government

Does anybody think that transparency is irrelevant, and that acting as an agent of a foreign government should not be criminalized just because the person so acting did not notify the Attorney General?

If so, are you able to set aside that belief and follow the law as I will instruct you?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 10

The statute that the Defendants are charged with violating requires the United States to prove that the Defendants knew they were acting at the direction or control of the Russian Government. It also requires the United States to prove that the Defendants did not in fact notify the Attorney General of those actions. But it does not require the United States to prove that the Defendants knew that they were required to give notice to the Attorney General.

Does anyone believe themselves unable or unwilling to convict an individual under this offense, assuming the Government carried its burden of proof?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 11**

You must never consider punishment in any way to decide whether a Defendant is guilty or not guilty. If you find a Defendant guilty, the punishment is for the Judge alone to decide later.

Is there anyone here who is concerned that they would not be able to follow that requirement, and assess the facts in this case without consideration of punishment?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 12**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendants or the United States?