UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA
        Plaintiff,

vs.

OMALI YESHITELA,
        Defendant.
_____/

## DEFENDANT'S AMENDED EXHIBIT LIST[1]

| Exhibit Number | Date ID'd | Date Admitted | Witness | Description of Exhibits |
|---|---|---|---|---|
| 1 | | | | 1969 Burning Spear Newspaper |
| 2 | | | | 1977 African Peoples Socialist Party Pamphlet on Tactics and Strategy for Black Liberation |
| 3a | | | | Picture APSC yearly march against Genocide, March on Reparations |
| 3b | | | | Picture APSC yearly march against Genocide, March on Reparations |
| 3c | | | | Picture APSC yearly march against Genocide, March on Reparations |
| 3d | | | | Picture APSC yearly march against Genocide, March on Reparations |
| 3e | | | | Picture APSC yearly march against Genocide, March on Reparations |
| 4a | | | | Picture of Cover: Overturning Culture of Violence, By Penny Hess |
| 4b | | | | Picture of cover of Chapter 5 (Genocide in Modern Form), of Overturning the Culture of Violence |
| 5a | | | | Burning Spear Newspaper, 1975 |

---

[1] This Defendant's Exhibit List is filed on behalf of Defendants Omali Yeshitela, Penny Hess and Jesse Nevel.

| Exhibit Number | Date ID'd | Date Admitted | Witness | Description of Exhibits |
|---|---|---|---|---|
| 5b | | | | Burning Spear Newspaper, 1976 |
| 5c | | | | Burning Spear Newspaper 1979 |
| 5d | | | | Burning Spear Newspaper 1980 |
| 5e | | | | Burning Spear Newspaper, Draft opposition 1980 |
| 5f | | | | Burning Spear Newspaper 1980 |
| 5g | | | | Burning Spear Newspaper 1981 |
| 5h | | | | Burning Spear Newspaper 1982 |
| 5i | | | | Burning Spear Newspaper 1984 |
| 5j | | | | Burning Spear Newspaper 1991 |
| 5k | | | | Burning Spear Newspaper 2011 |
| 5l | | | | Burning Spear Newspaper 2012 |
| 5m | | | | Burning Spear Newspaper 2013 |
| 5n | | | | Burning Spear Newspaper 2014 |
| 6 | | | | Black Power Blueprint Pamphlet and African Independence Workforce alliance Pamphlet |
| 7 | | | | APSP donations cards |
| 8 | | | | February 23 2014 minutes to APSC NCC meeting, office of chair report 2014 |
| 9 | | | | May 10, 2015 to May 13, 2015 emails re: May 2015 trip to Russia |
| 10 | | | | May 2015 Skype communications AGMR and Penny Hess |
| 11 | | | | Video Sunday Rally June 18 2015 |
| 12 | | | | Skype communications Penny Hess and AGMR July 21, 2015 to September 3, 2015 |
| 13 | | | | FB Penny Hess August 20, 2015 |
| 14 | | | | Petition on Crime of Genocide against African People posted Change.org August 25, 2015 |
| 15 | | | | Petition Crime of Genocide Against African People |
| 16 | | | | Nevel FB august 17, 2015 to September 21, 2015 |
| 17 | | | | AGMR invitation August 25, 2015 |

| Exhibit Number | Date ID'd | Date Admitted | Witness | Description of Exhibits |
|---|---|---|---|---|
| 18 | | | | January 15, 2016 audio recording of APSP meeting |
| 19 | | | | OCD summation of InPDUM Encampment Financial Situation |
| 20 | | | | pictures of tents |
| 21 | | | | FB Penny Hess and Anastacia January-March 2016 |
| 22 | | | | Video of 4 city tour |
| 23 | | | | 2017 platform for Jesse Nevel election |
| 24 | | | | 2017 platform for Akile Anai election |
| 25 | | | | Gazi Kodzo letter of removal from APSP November 2018 |
| 26 | | | | Pay Pall August 30, 2019, Donations from Outside U.S. returned |
| 27 | | | | 2019 election platform Akile |
| 28 | | | | AGMR conference zoom video |
| 29 | | | | Non-Governmental Organizations in the U.S. fact sheet, January 2021 |
| 30 | | | | Video Russia and Ukraine: What's Really Happening Feb 23 2022 |
| 31 | | | | Hess email March 11, 2022 |
| 32 | | | | Omali Taught me March 2022 Ionov speaks video |
| 33 | | | | Video March 2022 re: FB protest |
| 34 | | | | Video March 2022 re: APSP meeting on FB protest |
| 35** | | | | Handler reports ** |
| 36 | | | | Ionov Resume and tax documents |
| 37 | | | | FY 2025 performance budget congressional submission |
| 38 | | | | 2018 Oxford Union Invitation |
| 39 | | | | Video Moscow September 2015 |
| 40 | | | | Video interview Moscow 2015 of Yeshitela by Anastacia |

| Exhibit Number | Date ID'd | Date Admitted | Witness | Description of Exhibits |
|---|---|---|---|---|
| 43 | | | | Aug 26, 2015 memo from Yeshitela to Ionov re: acceptance of invitation to Moscow and information needed |
| 45 | | | | Nov 5, 2016 memo from APSP to Ionov re: request to give solidarity statement |
| 46 | | | | INPDUM report re: Sept 27, 28 2008 by Yeshitela |
| 47 | | | | Message to Venezuela |
| 48 | | | | Pamphlet for Inpdum conference 2008 |
| 49 | | | | Organizational chart |
| 68 | | | | 2015 Petition of international campaign (UAPOLITFREEDOM) Re: Ukraine Leadership |
| 69 | | | | Biden admin statement re: Russia Ukraine war Feb 24, 2022 |
| 70 | | | | July 3, 2022, Omali Taught me |
| 71 | | | | July 24, 2021, Video Bread Peace and Black Power campaign presents: Who are the real looters? |
| 73 | | | | Burning Spear Forum on the Russian Revolution Nov 29, 1985 featuring Alexander Terekin |
| 74 | | | | Video Just touched down in Moscow game plan for Puerto Ricans Sept 17, 2015 |
| 75 | | | | Grove Broadcasting hosts Tribute to Marcus Garvey Invitation May 22, 2015 |
| 76 | | | | plenary Report 2016 |
| 77 | | | | Burning Spear: Send us your story |
| 78 | | | | Burning Spear article July 14, 2011 |
| 79 | | | | Burning Spear article August 24, 2012 |
| 80 | | | | Spreadsheet of International Refunds: Akile 2019 |

\*\* subject to ruling on objections of the introduction of Handler reports