# EXHIBIT A

Case 8:22-cr-00259-WFJ-AEP   Document 252-1   Filed 08/30/24   Page 1 of 11 PageID 1853



United States Department of State
Washington, D.C. 20520

RE: Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State

I, John E. Echard, Jr. hereby declare under penalty of perjury:

I am a Deputy Director with the Office of Information Management and Liaison within the Visa Office of the Bureau of Consular Affairs, U.S. Department of State. I am authorized to certify the authenticity of visa records of the Bureau of Consular Affairs, including the visa records from the Consular Consolidated Database. The Consular Consolidated Database contains records of visa applications since 1997.

The attached documents are true, accurate and complete copies of the information in the non-immigrant visa application records from the Consular Consolidated Database maintained by the Department of State, Bureau of Consular Affairs, for the non-immigrant visa application submitted by **Aleksei Borisovich Sukhodolov** (Date of Birth **April 19, 1974**) and adjudicated at the U.S. Embassy in **Moscow** (Control Number **20172561050002**). This record was made from the information provided by the visa applicant at or near in time to when that information was transmitted to the U.S. Department of State. The record was kept pursuant to the Department of State's procedures for the adjudication and retention of visa applications and was made as part of a regular practice.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
January 24, 2023

John E. Echard, Jr.



| | NIV Applicant Detail | | The United States Department of State/Bureau of Consular Affairs |
|---|---|---|---|

**Sensitive But Unclassified (SBU)**–Information Protected under INA 222(f) and 9 FAM 603: This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 603. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.

Refer to FPU (Fraud Prevention Unit)



**Issuing Post Name**
MOSCOW (MOS)

**Surname**
SUKHODOLOV

**Given Name**
ALEKSEI BORISOVICH

**Control Number**
2017256 105 0002

**Passport Number**
100137518, Diplomatic

**Gender**
Male

**Date of Birth**
1974

**Nationality**
RUS

**Place of Birth**
Russia (RUS)

**City of Birth**
VORONEZH

### Alias List
- Sukhodolov, Alexey Borisovich

### Visa Data

| | | | |
|---|---|---|---|
| Visa Class | Other Foreign Govt Official And Immediate Family (A2) | | |
| Issued | 15-SEP-2017 | Expires | 13-DEC-2017 |
| Entries | 1 | Foil Number | M4201803 |
| Annotation | E/E LTD POE?S: ANCH, DC(DCA IAD,BWI),HOUS, CHAMPLAIN/ROUSE?S POINT, LA, NY, SEA, SF TDY, FBI CONSULTATIONS; WASH, DC | | |

### Additional Case Notes
There are presently no additional case notes for this case.

### Case Memo(s)

| Date Entered | User ID | Memo |
|---|---|---|
| 14-SEP (September)-2017 | | |
| 15-SEP (September)-2017 | | |

### Adjudication History

| Adjud Date | Status |
|---|---|
| 14-SEP (September)-2017 | Issued |
| 14-SEP (September)-2017 | Error |

Showing 1 to 2 of 2 entries

### Foil History

| Foil Number | Class | Printed | Foil Status | Date Spoiled |
|---|---|---|---|---|
| M4201803 | A2 | 15-SEP (September)-2017 | Printed and passed QA | |



**Application Data**

| | | | |
|---|---|---|---|
| Appointment Date | | Birth Place City | VORONEZH |
| Passport Number | 100137518 | Passport Book Number | |
| Passport Issue Date | 06-SEP-2017 | Passport Expires | 06-SEP-2022 |
| Passport City | MOSCOW RUS | Passport Country | RUS |
| Address | BOL. LUBYANKA 1 | State | |
| City | MOSCOW | Postal Code | 101000 |
| Country | RUS | | |
| Barcode Number | AA007951DM | Visa Type | Diplomatic |
| National ID | | Petitioner Name | |
| Employer | FSB OF RUSSIA | STC Name | |
| Occupation | GOVERNMENT | | |
| Telephone | 84959298743 (home) | Email | FP@FSB.RU |
| Contact Name | YURI IVANOV | Contact Phone(s) | 12024457747 |
| Arrival Date | 18-SEP-2017 | Misc Data | |



**NIV Online Application**

View NIV Online Application Detail (/CEACWeb/GENNIVReport/webpages/GENNIVReview.aspx?
p_user_id= &p_credentials=D613EF0FF74DD75D69258423BE549A02102668581838&p_site_cd=MOS&p_clist=D613EF0FF74DD75D69258423BE549A02102668581838&p_tim

**Scanned Documents**

| Scan Batch | Date Scanned | Scanned By | Comments |
|---|---|---|---|
| 0000342208 | 13-SEP-2017 10:00 | | |

(/pls/public/rpt_csd_scan_docs.display_doc?p_scan_batch_id=0000342208&p_scan_seq_num=1&p_scan_seq_end_num=1&p_subject_name=SUKHODOLOV, ALEKSEI BORISOVICH&p_site_cd=MOS&p_system_id=NIV)

| Scan Batch | Date Scanned | Scanned By | Comments |
|---|---|---|---|
| 0000342209 | 13-SEP-2017 10:00 | | cv |

(/pls/public/rpt_csd_scan_docs.display_doc?p_scan_batch_id=0000342209&p_scan_seq_num=1&p_scan_seq_end_num=1&p_subject_name=SUKHODOLOV, ALEKSEI BORISOVICH&p_site_cd=MOS&p_system_id=NIV)

**Batch ID** 0000342209
**Seq Num** 1

СУХОДОЛОВ Алексей Борисович

Дата рождения: **19/04/1974**

Место рождения: **Воронеж, СССР**

Должность: **начальник отдела Управления по защите конституционного строя ФСБ России**

Звание: **полковник**

Описание служебных обязанностей: **руководство деятельностью отдела Управления по защите конституционного строя ФСБ России**

Цель визита: **участие в консультациях с ФБР США**

Прибытие: **18 сентября 2017 года, г. Вашингтон**

Убытие: **20 сентября 2017 года, г. Вашингтон**

Срок пребывания в США: **3 дня**

---

SUKHODOLOV Aleksei Borisovich

Date of birth: [REDACTED] 1974

Place of birth: **Voronezh, USSR**

Position: **FSB's Constitutional Protection Directorate, unit chief**

Rank: **Colonel**

Current responsibilities: **Managing of FSB's Constitutional Protection Directorate unit**

Purpose of trip: **consultations with the FBI**

Arrival: **18 September 2017**

Departure: **20 September 2017**

Length of stay: **3 days**

**Batch ID** 0000342208
**Seq Num** 1

## МИНИСТЕРСТВО ИНОСТРАННЫХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ

US Embassy Moscow
12 SEP 2017
Application Received

№ КУ – 5673    Министерство Иностранных Дел Российской Федерации свидетельствует свое уважение Посольству Соединённых Штатов Америки и имеет честь просить не отказать в любезности выдать визы

ВИЗА    въездная
        дипломатическая, служебная

Ф.И.О.  ДАНИЛОВ АНДРЕЙ БОРИСОВИЧ, 22.12.1970 Г.Р.
        СУХОДОЛОВ АЛЕКСЕЙ БОРИСОВИЧ, 19.04.1974 Г.Р.
        ФАДЮХИН АНДРЕЙ ВЛАДИМИРОВИЧ, 13.10.1976 Г.Р.
        ФОМЕНКО ВИКТОР АНАТОЛЬЕВИЧ, 31.03.1972 Г.Р.

СРОК    7 дней
ЦЕЛЬ ПОЕЗДКИ    участие в экспертных консультациях с ФБР США
ГОРОДА ПОСЕЩЕНИЯ    Вашингтон
СООБЩЕНИЕ    должность/обязанности: Данилов А.Б.- зам.начальника отдела Управления международного сотрудничества ФСБ России/полковник; Суходолов А.Б.-начальник отдела Управления по защите конституционного строя ФСБ России/полковник; Фоменко В.А.- начальник подразделения Управления по борьбе с терроризмом ФСБ России/полковник; Фадюхин А.В -заместитель начальника Управления по борьбе с терроризмом ФСБ России/генерал-майор

ДАТА ВЪЕЗДА    18 сентября 2017 года

Министерство заранее выражает благодарность Посольству за удовлетворение настоящей просьбы.

Москва, сентябрь 12, 2017 года

ПРИЛОЖЕНИЕ
паспорта    4
анкеты      4

ПОСОЛЬСТВУ СОЕДИНЁННЫХ ШТАТОВ АМЕРИКИ
г. Москва

# CEAC DS-160 Report - Sensitive But Unclassified(SBU)

**All security questions are answered 'NO'.**

**BARCODE #: AA007951DM**

**STATUS: SUBMITTED**

⚠ **Data Check Pending**

## REMARKS

| Seq. | Section | Remarks | Added By | Submit Date | Site Code |
|---|---|---|---|---|---|
| (1) | PERSONAL | ▓▓▓ | ▓▓▓ | 13-SEP-2017 17:00:31 GMT | MOS |

## PERSONAL

| | |
|---|---|
| Name Provided: | SUKHODOLOV, ALEKSEI |
| Full Name in Native Language: | СУХОДОЛОВ АЛЕКСЕЙ БОРИСОВИЧ |
| Other Names Used: | NO |
| Do you have a telecode that represents your name? | NO |
| Date of Birth: | ▓▓▓ 1974 |
| Country/Region of Birth: | VORONEZH, RUSSIA |
| Country/Region of Origin (Nationality): | RUSSIA |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | NO |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) indicated above? | NO |
| Sex: | MALE |
| Marital Status: | SINGLE |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |



## PASSPORT

## TRAVEL

The List of Purposes of Trip to the U.S.

| | |
|---|---|
| (1) Purpose of Trip: | FOREIGN GOVERNMENT OFFICIAL (A) |
| Specify: | FOREIGN OFFICIAL/EMPLOYEE (A2) |
| Specific Travel Plan? | YES |
| Date of Arrival in U.S.: | 18 SEPTEMBER 2017 |
| Arrival City: | WASHINGTON |
| Date of Departure from U.S.: | 21 SEPTEMBER 2017 |
| Departure City: | WASHINGTON |

The Location you plan to visit in the U.S.:

| | |
|---|---|
| (1) Location : | 2650 WISCONSIN AVE, WASHINGTON, DC 20007 |
| Address where you will stay in the U.S.: | 2650 WISCONSINE AVE, WASHINGTON, DISTRICT OF COLUMBIA 20007 |
| Sponsoring Mission/Organization: | FSB OF RUSSIA |
| Contact Name: | IVANOV, YURI |
| U.S. Address: | 2650 WISCONSINE AVE, WASHINGTON, DISTRICT OF COLUMBIA 20007 |
| Telephone Number: | 12024457747 |
| Person/Entity Paying for Your Trip: | SELF |

## TRAVEL COMPANION

| | |
|---|---|
| Other Persons Traveling with You: | NO |

## US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | IVANOV, YURI |

| | | | | |
|---|---|---|---|---|
| Passport/Travel Document Type: | **DIPLOMATIC** | | Organization Name in the U.S.: | FSB OF RUSSIA |
| Passport/Travel Document Number: | **100137518** | | Relationship to You: | OTHER |
| Passport Book Number: | DOES NOT APPLY | | U.S. Contact Address: | 2650 WISCONSINE AVE |
| Country/Authority that Issued Passport/Travel Document: | **RUSSIA** | | | WASHINGTON, DISTRICT OF COLUMBIA 20007 |
| City Where Issued: | **MOSCOW** | | Phone Number: | 12024457747 |
| Country/Region Where Issued: | **RUSSIA** | | Email Address: | fp@fsb.ru |
| Issuance Date: | **06 SEPTEMBER 2017** | | | |
| Expiration Date: | **06 SEPTEMBER 2022** | | | |
| Have you ever lost a passport or had one stolen? | NO | | | |

## PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. visa? | NO |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | **NO** |
| Are you or have you ever been a U.S. legal permanent resident? | NO |
| Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? | NO |

## WORK, EDUCATION AND TRAINING

### Present Work/Education/Training

| | |
|---|---|
| Primary Occupation: | GOVERNMENT |
| Present Employer or School Name: | FSB OF RUSSIA |
| Address: | BOL. LUBYANKA 1 |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | 101000 |
| Country/Region: | RUSSIA |
| Work Phone Number: | 84959298743 |
| Monthly Income in Local Currency(if employed): | DOES NOT APPLY |
| Briefly Describe your Duties: | OFFICER |

### Previous Work/Education/Training

| | |
|---|---|
| Were you previously employed? | NO |
| Have you attended any educational institutions at a secondary level or above? | NO |

### Additional Work/Education/Training

| | |
|---|---|
| Do you belong to a clan or tribe? | NO |

Provide a List of Languages You Speak

| | |
|---|---|
| (1) Language Name: | RUSSIAN |

| | |
|---|---|
| Have you traveled to any countries/regions within the last five years? | NO |
| Have you belonged to, contributed to, or worked for any | NO |

## SECURITY AND BACKGROUND

### Part 1

| | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.) | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |

### Part 2

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| | NO |

| | | | |
|---|---|---|---|
| professional, social, or charitable organization? | | Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | |
| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | **NO** | Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| | | Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Have you ever served in the military? | **NO** | Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | **NO** | Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |

**ADDRESS AND PHONE**

**Part 3**

| | |
|---|---|
| Home Address: | **BOL. LUBYANKA 1** |
| City: | **MOSCOW** |
| State/Province: | **DOES NOT APPLY** |
| Postal Zone/ZIP Code: | **101000** |
| Country/Region: | **RUSSIA** |
| Same Mailing Address? | YES |
| Primary Phone Number: | 84959298743 |
| Secondary Phone Number: | DOES NOT APPLY |
| Work Phone Number: | DOES NOT APPLY |
| Email Address: | fp@fsb.ru |

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years? | |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment or the use of child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will? | NO |
| | NO |

**FAMILY**

| Relatives | |
|---|---|
| Father's Surnames: | DO NOT KNOW |
| Father's Given Names: | DO NOT KNOW |
| Mother's Surnames: | DO NOT KNOW |
| Mother's Given Names: | DO NOT KNOW |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

**LOCATION, PREPARER AND SUBMISSION**

| Current Location | |
|---|---|
| | MOSCOW |

| | | | |
|---|---|---|---|
| Location where you will be submitting your application: | | Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue? | |
| CEAC Version NO: | 01.04.00 | | |
| **Preparer of Application** | | **Part 4** | |
| Did anyone assist you in filling out this application? | NO | Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| **Submission** | | **Part 5** | |
| Creation IP Address: | 213.24.76.22 | | |
| Submission IP Address: | 213.24.76.22 | Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Date of Submission: | 11 SEPTEMBER 2017 04:47:15 AM (GMT -05.00) | Have you voted in the United States in violation of any law or regulation? | NO |
| | | Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |

## ⇧ SIGN AND SUBMIT LANGUAGE

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

Some visa applicants are required to undergo a medical examination with an authorized physician to assess visa eligibility consistent with INA Sections 212(a) and 221(d), and will be notified of the requirement. If you are notified and required to undergo a medical examination, failure to provide required information may cause delay or denial of your visa application. If required to undergo a medical examination, your medical examination information may be collected and temporarily stored in the eMedical system hosted, operated, and maintained by the Australian Department of Home Affairs. If your medical examination is collected in eMedical, you will be requested to provide consent to its collection and temporary storage in such system, and being transferred to the U.S. Government for the purposes of enabling the U.S. Department of State to determine your medical eligibility and for the U.S. Centers for

Disease Control and Prevention to undertake public health functions under the Public Health Service Act Section 325 and INA Section 212(a).

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). If you wish to correct a record as it appears in the FBI's CJIS Division Records System, you should follow procedures to change, correct, or update a record that are set forth in Title 28, CFR, Section 16.34. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

## Data Check Details

| Seq. | Data Check Type | Data Checked By | Data Checked Date | Site Code |
|---|---|---|---|---|
| (1) | BIODATA VERIFIED W/TRAVEL DOC | ███████ | 2017-09-13 | MOS |

**To Top**

| | |
|---|---|
| Data Check Type: | - SELECT ONE - |

**Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".**

0 of 4000 characters entered.

*Note: Per VO guidance, once the DS-160 is reopened the applicant must resubmit the DS-160 before further NIV processing.*

**Are you sure that you want to request the previous report to display?**