# EXHIBIT B

# РОССИЙСКАЯ ФЕДЕРАЦИЯ

Паспорт выдан **ОТДЕЛОМ УФМС РОССИИ ПО ВОЛГОГРАДСКОЙ ОБЛАСТИ В ТРАКТОРОЗАВОДСКОМ РАЙОНЕ ГОР. ВОЛГОГРАДА**

Дата выдачи **31.01.2012**   Код подразделения **340-007**

18 11 675248

Личный код



Фамилия **ПОПОВ**
Имя **ЕГОР**
Отчество **СЕРГЕЕВИЧ**
Пол **МУЖ.**   Дата рождения ███████ .1992
Место рождения **ГОР. ВОЛГОГРАД**

```
PNRUSPOPOV<<EGOR<SERGEEVI3<<<<<<<<<<<<
1816752484RUS9201257M<<<<<<<11201313400073
```