UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

## UNITED STATES' AMENDED WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this amended list of witnesses that it may call during its case-in-chief at trial.

1. Michael Klepac, FBI
2. William Tidwell, FBI
3. Andrea Bedford, FBI
4. Laura Haney, FBI
5. Anna Myers, FBI
6. Joanna L. Bailey, FBI
7. Josh Tomlin, FBI
8. Stephanie Bergman, FBI
9. Kelly Bowen, FBI
10. Ashley L. Haynes, FBI
11. Kirstin G. Passmore, FBI
12. David M. Carlson, FBI

13. Karen Cowan, FBI
14. Jason Shearn, FBI
15. Thuy Thibbits, FBI
16. Melissa Fair, FBI
17. Darren Boehlje, FBI
18. Iry Drupp, FBI
19. Brian D. Jackson, FBI
20. Michelle Messina, FBI
21. Shara McGowan, FBI
22. Aaron Volk, FBI
23. Kim Bonarski, FBI
24. Tracy Cato, FBI
25. Miriah Patrick, FBI
26. Stefanie L. Murphy, FBI
27. James R. Maddin, FBI
28. Carrie Panone, FBI
29. Jeffrey Gilday
30. Tetyana Zolotarova, FBI
31. Jeff Beckman, Customs and Border Protection
32. Thomas Rid, Expert Witness
33. Brian Taylor, Expert Witness
34. Monique Lesher, FBI

35. Kory Miller, FBI

36. Katelyn Casten, FBI

37. Lauren Gulotta, FBI

38. Dayton Ready, DSS

39. Any witnesses listed by the Defense, and such additional witnesses as may be necessary in a rebuttal case.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   */s/ Daniel J. Marcet*
      Daniel J. Marcet, AUSA
      Risha Asokan, AUSA
      Florida Bar No. 0114104
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      E-mail: Daniel.Marcet@usdoj.gov

      Menno Goedman
      Trial Attorney
      National Security Division
      U.S. Department of Justice
      950 Pennsylvania Ave. NW
      Washington, DC 20530
      Telephone: (202) 541-2147
      Email: Menno.Goedman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August, 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ade Griffin, Esq.
    Leonard Goodman, Esq.
    Mutaqee Akbar, Esq.

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing document and the notice of electronic filing will be sent by United States Mail to the following non-CM/ECF participant(s):

    Augustus C. Romain, Jr.
    Inmate ID: 54801510
    Citrus County Detention Facility
    2604 W Woodland Ridge Dr.
    Lecanto, FL 34461

    */s/ Daniel J. Marcet*
    Daniel J. Marcet
    Assistant United States Attorney
    Florida Bar No. 0114104
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: Daniel.Marcet@usdoj.gov