**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

CASE NO. 8:22-cr-259-WFJ-AEP

V.

OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

**UNITED STATES' CASE SUMMARY FOR VOIR DIRE**

Pursuant to the Court's August 27, 2024 Order, the United States respectfully files this Proposed Case Summary for the Court to read during jury selection. The United States provided this proposed summary to counsel for the Defendants on August 28, 2024, who have not yet responded with any position.

> The Indictment contains allegations about what the United States claims that the Defendants did. These are only allegations, and must be proven through the evidence at trial.
>
> According to the Indictment, defendant Aleksandr Viktorovich Ionov was a Russian citizen residing in Russia, and was the founder and president of the Anti-Globalization Movement of Russia. The Indictment further alleges that defendants Yegor Sergeyevich Popov and Aleksey Borisovich Sukhodolov were officers of the Russian Federal Security Service, also known as the FSB, residing in Russia.
>
> According to the Indictment, defendant Omali Yeshitela was the founder and Chairman of the African People's Socialist Party, or the APSP, a group based in St. Petersburg, Florida. Defendant Penny Joanne Hess was a leader of a component of the APSP, and defendant Jesse Nevel was a member of a component of the APSP. Defendant Augustus C. Romain, Jr., is alleged to

have been a member of the APSP in St. Petersburg until 2018, and thereafter founded a group called the Black Hammer based in Atlanta, Georgia.

The Indictment alleges that, beginning on an unknown date, but at least as early as in or around November of 2014, and continuing until on or about July 20, 2022, in the Middle District of Florida, Russia, and elsewhere, the defendants, Aleksandr Viktorovich Ionov, Yegor Sergeyevich Popov, Aleksey Borisovich Sukhodolov, Omali Yeshitela, Penny Joanne Hess, Jesse Nevel, and Augustus C. Romain, Jr., did knowingly and willfully conspire to commit an offense against the United States, that is, to act as an agent of the Russian government or Russian officials, without prior notification to the Attorney General. The Indictment further alleges that, during that same timeframe, defendants Omali Yeshitela, Penny Joanne Hess, and Jesse Nevel did knowingly act within the United States as agents of the Russian government or Russian officials.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ade Griffin, Esq.
Leonard Goodman, Esq.
Mutaqee Akbar, Esq.
Mark J. O'Brien, Esq.

I hereby certify that on September 3, 2024, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Augustus C. Romain, Jr.
Inmate ID: 54801510
Citrus County Detention Facility
2604 W Woodland Ridge Dr.
Lecanto, FL 34461

By:    s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028