UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
  a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
  a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
  a/k/a "Gazi Kodzo"

**UNITED STATES SECOND AMENDED PROPOSED JURY INSTRUCTIONS**

The United States hereby files this second amended proposed jury instructions. This set of jury instructions incorporates additional instructions requested by the defendants, including the Eleventh Circuit pattern instructions for withdrawal from a conspiracy, multiple conspiracies, and venue, in order to ensure that the Court has a complete set of instructions.

Respectfully submitted,

By: s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ade Griffin, Esq.
Leonard Goodman, Esq.
Mutaqee Akbar, Esq.

I hereby certify that on September 8, 2024, a true and correct copy of the foregoing document and the notice of electronic filing will be sent by United States Mail to the following non-CM/ECF participant(s):

Augustus C. Romain, Jr.
Inmate ID: 54801510
Citrus County Detention Facility
2604 W Woodland Ridge Dr.
Lecanto, FL 34461

By: s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028