UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

**UNITED STATES' RENEWED MOTION IN LIMINE REGARDING EXPERT TESTIMONY**

In response to the Court's Order on September 6, 2024, the United States respectfully opposes Defendant Hess's potential proposal to call Prof. John Mearsheimer as an expert. In an email dated September 8, 2024, counsel for Defendant Hess wrote:

> Defendants Yeshitela, Hess and Nevel have decided not to call Aaron Mate or Professor Robin D. G. Kelley. We are unable to make a final decision on Professor Mearsheimer because Case Agent Bowen has not yet introduced the government's evidence about our clients' political activism in the spring of 2022 following Russia's invasion of Ukraine.
>
> If we do call Prof Mearsheimer, his testimony will be limited to the historical background that led up to Russia's invasion of Ukraine on Feb. 24, 2022. Mearsheimer is one of the leading international relations scholars and an expert on the Russia-Ukraine war. He will testify that:
>
> - The principal cause of the conflict is the NATO decision to bring Ukraine into the alliance, which virtually all Russian leaders see as an existential threat that must be eliminated;

- NATO expansion is part of a broader strategy that is designed to make Ukraine a Western bulwark on Russia's border.

This recent article from Professor Mearsheimer provides more details on the historical background of the crisis.

Who Caused the Ukraine War?
https://mearsheimer.substack.com/p/who-caused-the-ukraine-war

If we decide to call him, his testimony will be limited to only what is necessary to rebut the government's evidence in support of the charge that our clients spread "Russian propaganda and disinformation" about the war in Ukraine.

To begin with, the United States has already introduced all of the evidence that it intends to introduce relating to the Defendants' hosting of Ionov to speak on matters relating to the Ukraine war. The only remaining evidence to be introduced on this topic as to these defendants is a single video of a Facebook protest that they directed their organization to undertake in March of 2022, relating to censorship of Russians.

In any event, for the reasons set forth in the previously-filed motion to exclude Prof. Mearsheimer's testimony, Doc. 209, the United States submits that Prof. Mearsheimer's proposed testimony is not relevant to any material issue in this trial. Put simply, Prof. Mearsheimer's testimony will offer what he believes to be "[t]he principal cause" of the ongoing war between Russia and Ukraine, including, specifically, that the conflict was caused by "the NATO decision to bring Ukraine into the alliance." But, as the United States previously argued, "whether the viewpoint that the defendants espoused as agents of the Russian government is

'correct' is not even remotely relevant to an element of the charged crimes." *See* Doc. 209 at 6. And, as previewed in that earlier motion, none of the evidence or testimony introduced by the United States at this trial has taken a position on whether the Defendants' views are factually accurate. Accordingly, the United States moves to exclude the proposed testimony of Prof. Mearsheimer.

Respectfully submitted,

ROGER B. HANDBERG  
United States Attorney

By: *s/ Daniel J. Marcet*  
DANIEL J. MARCET  
RISHA ASOKAN  
Assistant United States Attorneys  
Florida Bar No. 0114104  
400 N. Tampa St., Ste 3200, Tampa, Florida  
813/274-6000 | Daniel.Marcet@usdoj.gov

JENNIFER K. GELLIE  
Acting Chief, Counterintelligence and Export Control Section

By: *s/ Menno Goedman*  
MENNO GOEDMAN  
Trial Attorney, National Security Division  
950 Pennsylvania Ave. NW, Washington, DC  
(202) 451-7626 | Menno.Goedman@usdoj.gov

U.S. v. Ionov, et al.                                  Case No. 8:22-cr-259-WFJ-AEP

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ade Griffin, Esq.
Leonard Goodman, Esq.
Mutaqee Akbar, Esq.
Mark O'Brien, Esq.

I hereby certify that on September 9, 2024, a true and correct copy of the foregoing document and the notice of electronic filing will be sent by United States Mail to the following non-CM/ECF participant(s):

Augustus C. Romain, Jr.
Inmate ID: 54801510
Citrus County Detention Facility
2604 W Woodland Ridge Dr.
Lecanto, FL 34461

/s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov