UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-259-WFJ-AEP

OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo,"
_____/

## ORDER SEALING IDENTITY AND ALL PERSONAL INFORMATION OF JURORS

Ordered: The identity and any personal information whatsoever about any trial juror or alternate in this case is sealed. No such information may be disseminated in any way or form without written, prior approval of the undersigned. The Clerk will ensure sealing of all such court records, but this Order applies to all personal data or information about a juror including photography, whatever the source or location, or however obtained.

This Order covers all parties, attorneys, agents, staff, spectators, media, and all other persons. This Order will be enforced by the Court's contempt power. *See* 18 U.S.C. § 401(3); *see also* M.D. Fla. R. 5.02.

Entered, 9:15 a.m., September 12, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE