PLEASE PRINT AND DELIVER:

- 7 COPIES OF JURY INSTRUCTIONS
- 11 COPIES OF THE INDICTMENT

IF POSSIBLE, CAN WE HAVE THE POWERPOINT PRESENTATION PRESENTED BY THE UNITED STATES DURING CLOSING ARGUMENTS OUTLINING THE OVERT ACTS?

THANKS,

[redacted] FOREMAN

WED, 9/11/2024, 1:20 PM

That item is not in evidence.

William F. Jung

1:47 PM

9/11/24

THE JURORS ARE REQUESTING THAT OUR IDENTITIES AND PERSONAL INFORMATION BE SEALED. THIS WAS A CONCERN SINCE DAY 1, HOWEVER FOLLOWING TESTIMONY REGARDING "DOXXING", WE BELIEVE THAT THIS CONCERN IS VALID AND REALIZED.

[redacted] FOREMAN

WEDNESDAY, SEPT 11, 2024 4:48 PM

United States District Court
Middle District of Florida
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

Chambers of
William F. Jung
United States District Judge




9/12/24

Dear Jury -

Your identity and personal information is sealed pursuant to Court Order.

William F. Jung

JUROR INSTRUCTIONS INCLUDE 4 DEFENDANTS, BUT THE INDICTMENT LISTS 7. JUROR INSTRUCTIONS, PAGE 12, #2 STATES: "THE DEFENDANT KNEW THE UNLAWFUL PURPOSE OF THE PLAN AND WILLFULLY JOINED IN IT". ARE WE CONSIDERING ONLY THE 4 ~~JURORS~~ DEFENDANTS LISTED ON THE JURY INSTRUCTIONS, OR ALL 7 DEFENDANTS ON THE INDICTMENT?

[redacted], FOREMAN

THURSDAY, SEPT 12, 2024 9:44 AM

You are considering four, and you must consider the jury instructions as a whole.

[illegible signature]

WE HAVE REACHED A VERDICT.

IN COMPLETING THE VERDICT FORM FOR OMALI YESHITELA, A MISTAKE WAS MADE. CAN I PLEASE REQUEST A NEW COPY OF THAT FORM?

[redacted], FOREMAN

THURSDAY, SEPT 12 2024 10:26AM