UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA )
) Case No.: 8:22-CR-259-WFJ-AEP
v. )
)
OMALI YESHITELA, )
   a/k/a "Joseph Waller" )

## VERDICT FORM

As to **Count One**: Conspiracy to Act as an Agent of the Russian Government or Officials without Prior Notification to the Attorney General, we, the Jury in the above-captioned case, unanimously find the Defendant Omali Yeshitela:

NOT GUILTY _____    GUILTY  ✓

As to **Count Two**: Acting as an Agent of the Russian Government or Officials without Prior Notification to the Attorney General, we, the Jury in the above-captioned case, unanimously find the Defendant Omali Yeshitela:

NOT GUILTY  ✓    GUILTY _____

SO SAY WE ALL

DATE: SEPTEMBER 12, 2024

_____
FOREPERSON OF THE JURY