# U.S. District Court
# Middle District of Florida
# Tampa Division

DEFENDANTS OMALI YESHITELA, PENNY HESS AND JESSE NEVEL EXHIBIT

**Exhibit No.: 32**

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

Vs.

OMALI YESHITELA, ET AL.

Date Identified: _____

Date Admitted: _____

# Omali Taught Me: March, 2022: Ionov Speaks Video