# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# Meta Protests



**Gazi**
Mar 18, 2022, 8:52 PM: Alexander Ionov

AI

**You there?**
Mar 18, 2022, 8:52 PM: Alexander Ionov

AI

alexanderposter.pdf

Media/14042077491@s.whatsapp.net/0/0/00e32c4a-11a1-4d80-a9bf-0066a6e7e58c.pdf

[Document - See attached]
Mar 18, 2022, 9:08 PM: Alexander Ionov

AI

**You can print these banners?**
Mar 18, 2022, 9:08 PM: Alexander Ionov

AI

GX186
Page 1

2

GX185B
Page 1

3



GX332
Page 3

4





Mar 19, 2022, 8:19 PM: Alexander Ionov

GX186
Page 8

6



GX186
Page 15

7



# UNITED AIRLINES INC

| | | | |
|---|---|---|---|
| | Conjunction Ticket(s) | Origin/Destination | Point Of Sale : DE BER |
| | | ATLSFO | Point Of issue : BER |
| | | Airline PNR/CTO_ATO | Agency Name : PUL EXPRESS GMBH |
| | | VDDPJT/AA 0165 | Book/Tktg Agnt : 23255455 / |
| | | | Bkg Outlet : |

| Name of Passenger | Date of Issue | Original Issue info: | |
|---|---|---|---|
| ROMAIN/AUGUSTUS MR. | 2022-03-19 | | |

| Restrictions / Endorsements | Tour Code | Extn Src Id : BSPFRA | Pax Type : |
|---|---|---|---|
| NONREF/0VALUAFTDPT | | Src Id: BSP<br>Trans Type : S     PED: 2022-03-19<br>Load Date: 2022-03-19 | Cpn Issn Usage :<br>Doc Type : TKTT<br>Load Id : 6000014448<br>Original Sale Info : |

| Tkt | Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Bkg/ | Fare Basis / Ticket Designator | Dprt Dt | Dprt Time | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0165886325145 | 1 | ATL | DEN | UA | UA | 00340 | 00340 | V | VAA3KKEN | 22-MAR-22 | 845 | 164.81 | 0.00 |
| 0165886325145 | 2 | DEN | SFO | UA | UA | 01561 | 01561 | V | VAA3KKEN | 22-MAR-22 | 1115 | 147.98 | 0.00 |
| 0165886325145 | 3 | SFO | IAD | UA | UA | 02002 | 02002 | V | VAA3KKEN | 24-MAR-22 | 1300 | 213.20 | 0.00 |
| 0165886325145 | 4 | IAD | ATL | UA | UA | 01657 | 01657 | V | VAA3KKEN | 24-MAR-22 | 2202 | 99.57 | 0.00 |

| FARE | 610.24 USD |
|---|---|
| AY | 10.14 |
| US | 41.40 |
| XF | 3.97 |
| XF | 3.97 |
| XF | 3.97 |
| XF | 3.97 |
| ZP | 16.28 |
| Total Fare | 720.86 USD |

**Fare Calculation Area**

ATL UA X/DEN UA SFO305.12UA X/WAS UA ATL305.12USD610.24END ZPATLDENSFOIAD XFATL4.5DEN4.5SFO4.5IAD4.5

| Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd./CC.Expir.Dte./UatpNm. |
|---|---|---|---|---|---|---|---|---|
| CA | | 0.00 | 0.00 | 720.86 | 636.10 | 0.00 | 0.00/ | // |
| Eqiv Amt:552 | Seq # | 1 | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| Fare Amt USD: 610.24 | | | | | N/A | N/A | 0.00 | 0.00 |
| Tkt Doc USD. 720.86 | Airline Form-serial | 0165886325145 | | Tkt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | Ancillary Description |
| | | | | | 0.00 | 0.00 | 0.00 | |



# UNITED AIRLINES INC.

| | |
|---|---|
| **Conjunction Ticket(s)** | |
| **Origin / Destination** | ATLSFO<br>Airline PNR/CTO_ATO<br>VDDPJT/AA 0165 |

**Point Of Sale :** DE BER
**Point Of issue :** BER
**Agency Name :** PUL EXPRESS GMBH
**Book/Tktg Agnt :** 23255455 /
**Bkg Outlet :**

| Name of Passenger | Date of Issue | Original Issue info: |
|---|---|---|
| MCCOYREIMER/ALEXANDER MR | 2022-03-19 | |

| Restrictions / Endorsements | Tour Code | Extn Src Id : BSPFRA |
|---|---|---|
| NONREF/0VALUAFTDPT | | Src Id: BSP<br>Trans Type : S    PED: 2022-03-19<br>Load Date: 2022-03-19 |

**Pax Type :**
**Cpn Issn Usage :**
**Doc Type :** TKTT
**Load Id :** 6000014448
**Original Sale Info :**

| Tkt | Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Bkg / | Fare Basis / Ticket Designator | Dprt Dt | Dprt Time | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0165886325146 | 1 | ATL | DEN | UA | UA | 00340 | 00340 | V | VAA3KKEN | 22-MAR-22 | 845 | 164.81 | 0.00 |
| 0165886325146 | 2 | DEN | SFO | UA | UA | 01561 | 01561 | V | VAA3KKEN | 22-MAR-22 | 1115 | 147.98 | 0.00 |
| 0165886325146 | 3 | SFO | IAD | UA | UA | 02002 | 02002 | V | VAA3KKEN | 24-MAR-22 | 1300 | 213.20 | 0.00 |
| 0165886325146 | 4 | IAD | ATL | UA | UA | 01657 | 01657 | V | VAA3KKEN | 24-MAR-22 | 2202 | 99.57 | 0.00 |

| FARE | 610.24 USD |
|---|---|
| AY | 10.14 |
| US | 41.40 |
| XF | 3.97 |
| XF | 3.97 |
| XF | 3.97 |
| XF | 3.97 |
| ZP | 16.28 |
| Total Fare | 720.86 USD |

**Fare Calculation Area**

ATL UA X/DEN UA SFO305.12UA X/WAS UA ATL305.12USD610.24END ZPATLDENSFOIAD XFATL4.5DEN4.5SFO4.5IAD4.5

| Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd/CC.Expir.Dte./UatpNm. |
|---|---|---|---|---|---|---|---|---|
| CA | | 0.00 | 0.00 | 720.86 | 636.10 | 0.00 | 0.00/ | / / |
| Eqiv Amt:552 | Seq # | | 1 | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| Fare Amt USD: 610.24 | | | | | N/A | N/A | 0.00 | 0.00 |
| Tkt Doc USD. 720.86 | Airline Form-serial | | 0165886325146 | Tkt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | Ancillary Description |
| | | | | | 0.00 | 0.00 | 0.00 | |

GX94
Page 2

# UNITED AIRLINES INC

| | | |
|---|---|---|
| **Conjunction Ticket()** | ATLSFO **Airline PNR/CTO_ATO** VDDPJT/AA 0165 | **Origin/ Destination** |

**Point Of Sale :** DE BER
**Point Of issue :** BER
**Agency Name :** PUL EXPRESS GMBH
**Book/Tktg Agnt :** 23255455 /
**Bkg Outlet :**

| Name of Passenger | Date of Issue | Original Issue info: |
|---|---|---|
| RUSHIN/XAVIER MR | 2022-03-19 | |

| Restrictions / Endorsements | Tour Code | |
|---|---|---|
| NONREF/0VALUAFTDPT | | Extn Src Id : BSPFRA |
| | | Src Id:  BSP  Trans Type :  S   PED: 2022-03-19  Load Date:  2022-03-19 |

**Pax Type :**
**Cpn Issn Usage :**
**Doc Type :**       TKTT
**Load Id :**         6000014448
**Original Sale Info :**

| Tkt | Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Bkg/ | Fare Basis / Ticket Designator | Dprt Dt | Dprt Time | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0165886325147 | 1 | ATL | DEN | UA | UA | 00340 | 00340 | V | VAA3KKEN | 22-MAR-22 | 845 | 164.81 | 0.00 |
| 0165886325147 | 2 | DEN | SFO | UA | UA | 01561 | 01561 | V | VAA3KKEN | 22-MAR-22 | 1115 | 147.98 | 0.00 |
| 0165886325147 | 3 | SFO | IAD | UA | UA | 02002 | 02002 | V | VAA3KKEN | 24-MAR-22 | 1300 | 213.20 | 0.00 |
| 0165886325147 | 4 | IAD | ATL | UA | UA | 01657 | 01657 | V | VAA3KKEN | 24-MAR-22 | 2202 | 99.57 | 0.00 |

| FARE | 610.24 USD |
|---|---|
| AY | 10.14 |
| US | 41.40 |
| XF | 3.97 |
| XF | 3.97 |
| XF | 3.97 |
| XF | 3.97 |
| ZP | 16.28 |
| Total Fare | 720.86 USD |

**Fare Calculation Area**
ATL UA X/DEN UA SFO305.12UA X/WAS UA ATL305.12USD610.24END ZPATLDENSFOIAD XFATL4.5DEN4.5SFO4.5IAD4.5

| Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd./CC.Expir.Dte./Uatp.Nm. |
|---|---|---|---|---|---|---|---|---|
| CA | | 0.00 | 0.00 | 720.86 | 636.10 | 0.00 | 0.00/ | // |
| Eqiv Amt:552 | Seq # | 1 | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| Fare Amt USD: 610.24 | | | | | N/A | N/A | 0.00 | 0.00 |
| Tkt Doc USD. 720.86 | Airline Form-serial | 0165886325147 | | Tkt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | Ancillary Description |
| | | | | | 0.00 | 0.00 | 0.00 | |

GX95 Page 2

10

| | | |
|---|---|---|
| | Conjunction Ticket(s) | Origin/Destination |
| | | ATLSFO |
| | | Airline PNR/CTO_ATO |
| | | VDDPJT/AA 0165 |

**Point Of Sale:** DE BER
**Point Of issue:** BER
**Agency Name:** PUL EXPRESS GMBH
**Book/Tktg Agnt:** 23255455 /
**Bkg Outlet:**

| Name of Passenger | Date of Issue | Original Issue info: |
|---|---|---|
| CAMPBELL/MARTINUS MR | 2022-03-19 | |

| Restrictions / Endorsements | Tour Code | Extn Src Id : BSPFRA |
|---|---|---|
| NONREF/0VALUAFTDPT | | Src Id: BSP |
| | | Trans Type : S    PED: 2022-03-19 |
| | | Load Date: 2022-03-19 |

**Pax Type:**
**Cpn Issn Usage:**
**Doc Type:** TKTT
**Load Id:** 6000014448
**Original Sale Info:**

| Tkt | Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Bkg / | Fare Basis / Ticket Designator | Dprt Dt | Dprt Time | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0165886325148 | 1 | ATL | DEN | UA | UA | 00340 | 00340 | V | VAA3KKEN | 22-MAR-22 | 845 | 164.81 | 0.00 |
| 0165886325148 | 2 | DEN | SFO | UA | UA | 01561 | 01561 | V | VAA3KKEN | 22-MAR-22 | 1115 | 147.98 | 0.00 |
| 0165886325148 | 3 | SFO | IAD | UA | UA | 02002 | 02002 | V | VAA3KKEN | 24-MAR-22 | 1300 | 213.20 | 0.00 |
| 0165886325148 | 4 | IAD | ATL | UA | UA | 01657 | 01657 | V | VAA3KKEN | 24-MAR-22 | 2202 | 99.57 | 0.00 |

| FARE | 610.24 USD | Fare Calculation Area | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AY | 10.14 | ATL UA X/DEN UA SFO305.12UA X/WAS UA ATL305.12USD610.24END ZPATLDENSFOIAD XFATL4.5DEN4.5SFO4.5IAD4.5 | | | | | | | | | |
| US | 41.40 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd./CC.Expir.Dte./UatpNm. |
| XF | 3.97 | CA | | 0.00 | 0.00 | 720.86 | | 636.10 | 0.00 | 0.00/ | / / |
| XF | 3.97 | Eqiv Amt:552 | Seq # | 1 | | Other Fop: USD Amt: Orig Amt: | | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| XF | 3.97 | Fare Amt USD: 610.24 | | | | | | N/A | N/A | 0.00 | 0.00 |
| XF | 3.97 | Tkt Doc USD. 720.86 | Airline Form-serial | 0165886325148 | | Tkt Exch.Info Cpns Surrendered | | Atl Comm Amt | Overrd. Amt | Comm Rate | Ancillary Description |
| ZP | 16.28 | | | | | | | 0.00 | 0.00 | 0.00 | |
| Total Fare | 720.86 USD | | | | | | | | | | |



good day! how are you? don't forget to print these posters, it's important, thank you
Mar 23, 2022, 7:03 AM: Alexander Ionov

AI

alexanderposter.pdf



Media/14042077491@s.whatsapp.net/6/0/60167cbc-d0d8-4b86-b6ec-d49e2a9a3109.pdf

[Document - See attached]
Mar 23, 2022, 7:03 AM: Alexander Ionov

AI

AR

We made posters so they look more organic.

Media/14042077491@s.whatsapp.net/a/1/a137b142-087c-49b2-a17c-8d1fe7a2abd8.jpg
Mar 23, 2022, 3:38 PM: Augustus Romain
(Message continues)



GX186
Page 23

12

Mar 23, 2022, 3:38 PM: Augustus Romain

GX186
Page 24

13



Media/14042077491@s.whatsapp.net/f/f/ff6a0cbc-2b43-4998-a788-ae497d2b7834.jpg



Mar 23, 2022, 3:46 PM: Augustus Romain

GX186
Page 27

14



GX185J
02:01

15



GX186
Page 44

16

900 000 followers
Mar 23, 2022, 9:00 PM: Alexander Ionov

AI



Media/14042077491@s.whatsapp.net/e/4/e4f1a54f-4075-41d4-a6bf-32c1f950641d.webp

AI

Mar 23, 2022, 9:01 PM: Alexander Ionov

1500 likes
Mar 23, 2022, 9:01 PM: Alexander Ionov

AI

GX186
Page 45

17

## The Black Hammer

Aleksandr Ionov in collaboration with publication R. organized a trip for a group of activists from Atlanta to San Francisco in order to organize a rally by META's office. Ionov transferred 6,500 dollars to the organizers.

The police and META security were called to the rally site. The rally gained extensive coverage in Russian and foreign mass media. You have the information in TG.

GX321
Page 3

18



GX115
15:50

19

# Western Regional Committee Agenda
## Sunday, March 20, 2022
## 6 PM PDT

**Who:** APSP (WR/MW/S)

**What:** "Unfriend Facebook Lies" - Censorship

**When:** Wednesday March 23rd @ 12pm PST

**Where:** Menlo Park/Silicon Valley (close to Stanford and San Francisco)
Outside the gate

**How:** Street mobilization

GX112
Page 2

20

Minutes:

Political Overview

WR Rep Bakari announced that we need to mobilize quickly for an Action in Western Region at Menlo Park/Silicon Valley (close to Stanford and San Francisco) to call our FB/Metaverse for Censorship against Russia, and history of censorship against Africa and African people.  Uphold The Party's position on Facebook as facilitating colonialism and participation in the monopoly on the media, facilitating this one-sided attack on Russia. There is no information being put out about NATO.  Zuckerberg is the head of FB/Meta and participates in G8 Summits, and Munich Security Council.

GX112
Page 3-4

21





# JOIN US IN DEMANDING AN END TO THE CENSORSHIP OF RUSSIA AND AFRICA

## Demonstration:

## MARCH 28, 2022 @ 12PM

181 Fremont Street | Downtown San Francisco

(In Front of Facebook Office)

Contact us: apspwestregion@gmail.com 510-569-9620

GX113
Page 5

22

