# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# May to July 2022: Final Demonstrations

1



GX191
Page 34



Case 8:22-cr-00259-WFJ-AEP   Document 296-12   Filed 09/17/24   Page 4 of 12 PageID 2891

**AR:** Got it!!!! Sending you video on telegram
May 8, 2022, 7:13 PM: Augustus Romain

**Al:** I wait)))
May 8, 2022, 7:13 PM: Alexander Ionov

**AR:** We had soooo many people!!!!
May 8, 2022, 7:14 PM: Augustus Romain

**Al:** I wait video
May 8, 2022, 7:14 PM: Alexander Ionov

**Al:** And send to media
May 8, 2022, 7:14 PM: Alexander Ionov

**AR:** Wait till you see it! PSL and Omali could never do what I do lmao
May 8, 2022, 7:14 PM: Augustus Romain

GX191 Page 40

3





GX191
Page 70

5



GX191
Page 71-72

6



I will do my best for PR, we will need more people for the action. Today I have arranged with an Irish newspaper and a website from Italy, they will publish your campaign. So let's prepare everything cool!

Tomorrow I suggest we talk again in Votsap !

Jun 20, 2022, 12:15 PM: Alexander Ionov



Not a problem! Thank you so much for the Irish and Italy news!

Jun 20, 2022, 12:25 PM: Augustus Romain



GX191
Page 75

7





GX191
Page 91

9

**Have fun)**
Jul 1, 2022, 9:21 AM: Alexander Ionov

**Apart from 'SI', was the event by the Capitol in Atlanta covered anywhere else? Last time there were no links either.**
Jul 1, 2022, 12:19 PM: Egor Popov

GX342
Page 6

10



GX66
Page 1

11