# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Enough is ENOUGH! "Feed Our People, Not Ukkkraine...    https://web.archive.org/web/20220718193542/http://st...

The Wayback Machine - https://web.archive.org/web/20220718193542/http://stop-imperia...

Home › News › Enough is ENOUGH! "Feed Our People, Not Ukkkraine" Protest at Georgia State...

# ENOUGH IS ENOUGH! "FEED OUR PEOPLE, NOT UKKKRAINE" PROTEST AT GEORGIA STATE CAPITOL A VICTORY!

*NEWS    UKRAINE    USA*

**29.06.2022**

BY **CYNTHIA MEYER**



Members of the Atlanta headquarters of the Black Hammer Party along with other members of the community, including many of the homeless of Atlanta, marched to the Georgia State Capitol to take on Biden's agenda to give Ukkkraine as much money as possible for its war against Russia. Sleepy Joe is wide awake when it comes to making sure that Ukraine has javelins, missiles, and ammunition, but asleep when it comes to baby formula

shortages and rising gas prices!



*Most gas prices in California are well above $6 per gallon, many have reached $7 or $8 per gallon.*

The past several months, parents and people across the united snakkkes have been struggling to feed their children. 1 in 3 babies strictly get their nutrition from formula and 1 in 3 babies have a combination of both formula and breastmilk, so ALMOST 75% of the country's children have been starving under this shortage. People are driving across state lines to get formula, many of which are specialized for certain dietary restrictions or nutritional needs such as sensitive metabolisms or low iron. What did Biden do to solve it? He ordered 132 pallets of baby formula from europe, enough for 9,000 babies for ONE WEEK. A COMPLETE FAILURE. And what did Biden do right after? Add more cash to the $43 billion in aid that has been sent to ukkkraine for its war with Russia. That bill isn't the only one growing, the one at the gas station is growing too. Gas has averaged out to $5 per gallon across the entire country, reaching $8 in some places in California. Gas or food has become an all too common decision for many.



*All the baby formula that Biden ordered to feed babies in a nation of over 330 million people.*

Are the Russian people starving our babies? No. Are the Russian people the ones who banned their own gasoline exports? No. It's Biden and his demoncrat party stooges that are doing the damage. So why should we be upset with Russia or side against Russia in this war? We should be upset with how amerikkka is treating its own people instead! And that is why the people of Atlanta protested with the Black Hammer Party outside the Georgia State Capitol. The people wanted to make it clear that this government's priorities are ALL mixed up, and that the people need to be fed and sheltered instead of ukkkraine getting an arsenal. The people of Atlanta marched from Woodruff Park in downtown Atlanta to the steps of the Georgia State Capitol, calling on Georgia's governor Brian Kemp to pressure Biden and the demoncrats to end their tyrannical hold on the people's resources.





*Protestors in Atlanta's Woodruff Park before making their way to the Georgia State Capitol.*



*The protest in front of the Georgia State Capitol!*

Enough is ENOUGH! The people are starving while Biden feeds the enemy. Black Hammer and other poor and working class colonized people understand that we are not this government's priority. But we won't work to become their priority. We will work to become their ultimate defeat! Land back!