# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



## Global Investigations

| | |
|---|---|
| Law Enforcement Officer: | Tomlin, Joshua FoA |
| Law Enforcement Agency: | FBI |
| Requested On: | Tue, 22 Mar 2022 21:55:56 |
| Evidence Gathered On: | Wed, 06 Apr 2022 20:17:01 |
| Law Enforcement Reference: | SH Req. Id:PP_SH_25477 LE Ref. Id:2021R00610-122 |

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Richard |
| Middle Name | |
| Last Name | Piedrahita |
| DOB | 08-May-73 |
| CC Statement Name | BLACKISBACK |
| Email | donations@blackisbackcoalition.org |
| *Business Info* | |
| Business Name | Black Is Back Coalition |
| URL | http://blackisbackcoalition.org |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 1479888175687161763 |
| Account Type | Business - Verified |
| Time Created | Tue, 29 Sep 2009 22:54:26 |
| *SSN* | |
| SSN | 131685213 |
| TIN | 271080535 |

| Email Addresses | | | |
|---|---|---|---|
| Email Address | Primary | Confirmed | Active |
| donations@blackisbackcoalition.org | TRUE | TRUE | TRUE |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| +1 2025904318 | Confirmed | Mobile |
| +1 7038550399 | Confirmed | Mobile - Deleted |
| +1 7038550399 | Confirmed | Work - Deleted |

### Addresses

| Address | Use | Date Entered |
|---|---|---|
| Black Is Back Coalition, 3143 Hawthorne DR NE , WASHINGTON, DC, US 20017 | Home Or Work | 01/07/17 |
| Black Is Back Coalition, 3143 Hawthorne DR NE , WASHINGTON, DC, US 20017 | Home Or Work | 06/13/14 |
| Black Is Back Coalition, 1033 Higgins Way , Hyattsville , MD, US 20782 | Home Or Work | 10/25/19 |
| Black Is Back Coalition, 42791 Pilgrim Sq , Chantilly, VA, US 20152 | Third Party Added (Hidden) | 11/08/15 |
| Black Is Back Coalition, 3143 Hawthorne DR NE , WASHINGTON, DC, US 20017 | Third Party Added (Hidden) | 11/08/15 |

### Financial Information

*Summary*

| | |
|---|---|
| Account Balance | USD 4,099.23 (Primary) |
| Total Amount Sent | USD 21,354.58 (Primary) |
| Total Amount Received | USD 55,811.17 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 40.00 |
| Amount Received Month 2 | USD 128.16 |
| Amount Received Month 3 | USD 50.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

*Secure Card Attributes*

| | |
|---|---|
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |

*PayPal Credit*

| | |
|---|---|
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

### Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| 1360431270 | ACTIVE | Black Is Back Coalition | | 065000090 |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | CAPITAL ONE, NATIONAL | Confirmation Initiated: Two | | US |

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| | | ASSOCIATION | Random Deposits | |
| 1360431270 | ACTIVE-Primary | Black Is Back Coalition | | 255071981 |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | CAPITAL ONE, NA | Confirmed: Instant | | US |
| **Account #** | **Status** | **Name** | **Bank Info** | **Routing #** |
| 1000098799900 | INACTIVE | Black Is Back Coalition | | 055002707 |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | SunTrust Bank | Confirmed: Two Random Deposits | | US |
| **Account #** | **Status** | **Name** | **Bank Info** | **Routing #** |
| 0001509258608 | INACTIVE | Black Is Back Coalition | | 263182914 |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | GROW FINANCIAL FCU | Confirmation Initiated: Two Random Deposits | | US |

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 4294048061915647 | INACTIVE-Expired | Richard Piedrahita | 27-Apr-10 | 04/2013 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| VISA DEBIT | | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| 5480125000172984 | INACTIVE-Expired | Ousainou Piedrahita | 13-Jun-14 | 09/2015 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| MASTER_CARD CREDIT BUSINESS | CAPITAL ONE, NATIONAL ASSOCIATION | Unconfirmed | | USD |

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|
| COMPLIANCE-DD Charities Warning | 2009-09-30T23:15:55Z | 2009-10-08T03:17:05Z | PP-000-798-922-436 |
| Compliance Global CIP Verification | 2015-11-10T14:43:29Z | 2015-11-16T12:00:28Z | PP-004-311-412-926 |
| COMPLIANCE-DD Charities | 2009-10-08T03:17:05Z | 2009-12-28T12:34:03Z | PP-000-798-922-436 |
| CRS - Unauthorized Account Access | 2018-03-02T16:34:44Z | 2018-03-02T16:51:31Z | PP-006-693-693-997 |

## VBAN Accounts

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

| CONFIDENTIALITY NOTICE |
|---|
| This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. |
| **DISCLAIMER** |
| In December 2019, PayPal, Inc. acquired a controlling interest of Guofubao Information Technology Co., Ltd. (GoPay), a People's Republic of China ("PRC" ) payment platform, and PayPal is now the first foreign payments platform licensed to provide online payment services in the PRC.<br><br>A gradual migration of PRC account information, to the GoPay platform, began in July 2020. Requests for current PRC account data that reside on the GoPay platform must be requested from GoPay directly. Under the laws of PRC, GoPay may not provide cross-border information to non-PRC authorities unless they go through   the Mutual Legal Assistance Treaty (MLAT) process. PayPal encourages requestors to consult with their legal counsel regarding PRC's International Criminal Judicial Assistance Law (ICJAL) and MLAT processes.<br><br>If the data you have requested includes PayPal legacy account information prior to the migration of the data to GoPay, PayPal, Inc. no longer has access to all of the account information native to GoPay. The information PayPal can provide on PRC accounts is limited to the following: Legal business name, business email address, business phone number, legal trading name, and merchant industry. Please note that any subsequent change to business information will not be reflected and so some information may be out-of-date. |