# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

From: Facebook: 779185077 Jesse Nevel

Great photo!

7/30/2015 5:45:30 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

2

**Start Time:** 7/20/2017 11:38:30 AM(UTC+0)
**Last Activity:** 7/20/2017 5:57:11 PM(UTC+0)
**Number of attachments:** 2
**Source:** Facebook Warrant Return
**Account:** 779185077
**Source Extraction:** 26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)
**Body file:** chat-2.txt

**Participants:**


Facebook: 680033998
Bokhua Edvardi


Facebook: 779185077
Jesse Nevel (owner)

**Identifier:** 10154803034208999

From: Facebook: 680033998 Bokhua Edvardi

Missed audio call. Duration 0

7/20/2017 11:38:30 AM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

Jasse, Good day!
How are You?
I would like to contact you and talk about the meeting that you had with the public on 9 July. I would like to ask you to send me information about this meeting, we would like to publish on our resources your essay of the event and also tell about the problems faced by the residents in St. Petersburg.
When you will talk to me ?

7/20/2017 11:42:03 AM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

also, on behalf of the President of the anti-Globalization movement of Russia, Alexander ionov, to contact you about working together

7/20/2017 11:43:02 AM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> Missed audio call. Duration 0
>
> 7/20/2017 11:43:16 AM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> Missed audio call. Duration 0
>
> 7/20/2017 12:00:29 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> Missed audio call. Duration 0
>
> 7/20/2017 12:37:57 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> Missed audio call. Duration 0
>
> 7/20/2017 12:43:20 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> audio call. Duration 19
>
> 7/20/2017 5:22:55 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> audio call. Duration 131
>
> 7/20/2017 5:25:26 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

> From: Facebook: 680033998 Bokhua Edvardi
>
> wrote here
>
> 7/20/2017 5:25:38 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

10

From: Facebook: 779185077 Jesse Nevel

Please email pennyuhuru@gmail.com

7/20/2017 5:26:02 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

OK

7/20/2017 5:26:10 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

2 minutes send you

7/20/2017 5:26:17 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

Attachments:

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-lla.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tbnRfbGxhIn0%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-lla&oh=f1ca0a9ed20508f7190df63f77091c76&oe=61B6EA8B

linked_media/unified_message_369239263222822.png

7/20/2017 5:26:21 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

Hello again.
How i tell by video call, we want speack with Jesse.
We would like to record with Jesse Nevel interviews about reparations and about the fact that he is going to run for mayor of St. Petersburg.
I need this in order to publish interview on our resources.
Alexander Ionov, asked me to ask Jasse, how the Anti-Globalization movement can take part in joint activities that lie ahead in the near future, and what assistance can the Anti-Globalization movement of your organization and also directly Jasse Nevelo.

If you already have a what is the essay written with Jesse? could you send me this interview, at this stage, that would be enough for publications.
We are ready to support your movement all what we can, including campaign Finance Jasse

7/20/2017 5:35:28 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

send it

7/20/2017 5:35:31 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

can we do something for now for interwiu ?

7/20/2017 5:35:51 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

Bokhua sent a sticker.

**Attachments:**



Title: sticker (126362074215256)
Size: 158114
File name: linked_media/unified_message_126362074215256.png
Path: https://interncache-lla.fbcdn.net/v/t39.1997-6/851575_126362077548589_1478503186_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudF9pbnRlcnRpbGxhIn0%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-lla&oh=d3f170bddae595c661909ab12d10e731&oe=61B7CD85

linked_media/unified_message_126362074215256.png

7/20/2017 5:35:58 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

From: Facebook: 680033998 Bokhua Edvardi

did you chek mail ? )

7/20/2017 5:57:11 PM(UTC+0)

Source Extraction:
26- 07182017-10192017\ 644019049945524.zip (jesse.nevel)

---

| 3 | **Start Time:** 8/11/2015 8:13:30 AM(UTC+0) <br> **Last Activity:** 8/11/2015 2:56:52 PM(UTC+0) <br> **Number of attachments:** 3 <br> **Source:** Facebook Warrant Return <br> **Account:** 779185077 <br> **Source Extraction:** 22- 07052015-10062015\ 274502951385883.zip (jesse.nevel) <br> **Body file:** chat-3.txt <br> **Participants:** <br><br>  Facebook: 100003266164592 <br> Alexander Ionov <br><br>  Facebook: 779185077 <br> Jesse Nevel (owner) <br><br> **Identifier:** 10155970370040078 | |