# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

12

**Start Time:** 8/18/2018 2:37:51 PM(UTC+0)
**Last Activity:** 1/8/2019 11:06:18 PM(UTC+0)
**Number of attachments:** 7
**Source:** Facebook Warrant Return
**Account:** 549328541
**Source Extraction:** 10- 07252018-01272019\340889751371942.zip (pennyuhuru)
**Body file:** chat-12.txt

**Participants:**



Facebook: 100003266164592
Alexander  Ionov



Facebook: 549328541
Penny Hess (owner)

**Identifier:** 10153205431908542

---

From: Facebook: 549328541 Penny Hess

Uhuru Alexander! We are looking forward to your video presentation for the 7th Congress of the African People's Socialist Party October 6-12, in St. Louis!

8/18/2018 2:37:51 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

I believe you stated that you can send a video statement to the Congress. This could be about 5 minutes long. Could you send that by 20 September?

8/18/2018 2:38:53 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Also here is the Political Report by Chairman Omali that will be published as a new book early next year.

8/18/2018 2:43:18 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

You sent an attachment.

**Attachments:**

Title: 7thCongPolReport_PDFRelease_V3.pdf (419046768499506)
Size: 2605084
File name: linked_media/unified_message_419046768499506.pdf
Path: https://interncache-prn.fbsbx.com/v/t59.2708-21/39357147_419046771832839_8838253529287098368_n.pdf/7thCongPolReport_PDFRelease_V3.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJuaHBfdXJsZ2VuX2NsaWVudCJ9&_nc_ht=interncache-prn.fbsbx.com&oh=03_AVIPppRzst7uRlXVK7CSM0FclxBLelT57i-KTisYLeRPxQ&oe=61BB7353&dl=1
linked_media/unified_message_419046768499506.pdf

8/18/2018 2:43:24 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru Penny

8/20/2018 8:27:41 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Haw are you?

8/20/2018 8:27:49 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Yes I do these

8/20/2018 8:27:59 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you, Alexander. Can you have the video by Sept. 20?

8/20/2018 2:43:15 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Yes

8/23/2018 3:21:15 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I do these

8/23/2018 3:21:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (126361874215276)
Size: 105913
File name: linked_media/unified_message_126361874215276.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-
6/851586_126361877548609_1351776047_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZV9wcmVtY2F0Y2dlbl9maW9mc2RfdXJsdXRpbCJ9
kvc3RpY2tlcnMiLqIQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=00_AT82K8Qw9r8dFJ6YfBdsL03PD9oOEtCyDIcBzIY7yuKFVw&oe=61BE12
B0
linked_media/unified_message_126361874215276.png

8/23/2018 3:21:25 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

8/23/2018 3:56:00 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (126362100881920)
Size: 159730
File name: linked_media/unified_message_126362100881920.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-
6/851586_126362104215253_1651254063_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZV9wcmVtY2F0Y2dlbl9maW9mc2RfdXJsdXRpbCJ9
kvc3RpY2tlcnMiLqIQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=00_AT9Zt1A5WcF0vFNp-
G_RXaf899MEGORT9ne1UP6uz0dl0g&oe=61BE05E0
linked_media/unified_message_126362100881920.png

8/23/2018 11:58:36 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Missed audio call. Duration 0

9/18/2018 7:10:31 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a voice message.

Attachments:

Title: audioclip-1537297842708-7268.aac (329224107849058)
Size: 51274
File name: linked_media/unified_message_329224107849058.aac
Path: https://interncache-prn.fbsbx.com/v/t59.3654-
21/42018268_329224114515724_7951328952868405248_n.aac/audioclip-
1537297842708-7268.aac?ccb=1-
5&_nc_sid=7272a8&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbRpdH
kvbWVzc2FnZV9hdWRpbyJ9&_nc_ht=interncache-
prn.fbsbx.com&oh=03_AVl94Qf4X636diu-
lg6qVNltjjMu1lII4yDhXnyJ5EJpUg&oe=61BB6615&dl=1
linked_media/unified_message_329224107849058.aac

9/18/2018 7:10:44 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Hi Alexander, I just saw this. You are not answering right now. Will try later or tomorrow.

9/20/2018 1:43:55 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Missed audio call. Duration 0

9/20/2018 5:17:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

audio call. Duration 253

9/20/2018 5:22:19 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I send mail

9/21/2018 8:04:46 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru

9/21/2018 8:04:50 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

**Attachments:**



Title: sticker (1458993767465733)
Size: 92410
File name: linked_media/unified_message_1458993767465733.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-
6/16685101_1458993770799066_2184359580073459712_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5j
YWNoZS1wcm4ifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=00_AT9cQFPmhx8D01DsicMTTQGl3lYtmTj-
lUghTnAKCi3cJg&oe=61BE0D33
linked_media/unified_message_1458993767465733.png

9/21/2018 8:04:52 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

**Attachments:**



Title: sticker (1458993767465733)
Size: 92410
File name: linked_media/unified_message_1458993767465733.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-
6/16685101_1458993770799066_2184359580073459712_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5j
YWNoZS1wcm4ifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=00_AT9cQFPmhx8D01DsicMTTQGl3lYtmTj-
lUghTnAKCi3cJg&oe=61BE0D33
linked_media/unified_message_1458993767465733.png

9/25/2018 10:05:35 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

From: Facebook: 100003266164592 Alexander  Ionov

Hi

9/27/2018 11:43:18 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

From: Facebook: 100003266164592 Alexander  Ionov

Penny

9/27/2018 11:43:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Missed audio call. Duration 0

10/1/2018 6:05:11 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Missed audio call. Duration 0

10/19/2018 12:23:24 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Hi

10/19/2018 12:25:29 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

haw are

10/19/2018 12:25:32 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

plese call me

10/19/2018 12:25:39 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

thanks

10/19/2018 12:25:42 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander is waving at you!

11/1/2018 10:05:02 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Penny

11/1/2018 10:05:08 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! Alexander

11/1/2018 10:06:01 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Haw are you

11/2/2018 9:00:50 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

**Attachments:**



Title: sticker (1775284172712287)
Size: 68679
File name: linked_media/unified_message_1775284172712287.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-
6/14130025_1775284179378953_314560790_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZV9wcm9maWxlIn0%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=00_AT_PhmqOOUh8jL8SiNoEj-
pmNTRoXGUanI,_vCyGWeRepLQ&oe=61BE0335
linked_media/unified_message_1775284172712287.png

11/2/2018 9:00:55 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Missed audio call. Duration 0

11/10/2018 11:07:34 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Missed audio call. Duration 0

11/22/2018 10:16:12 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander is waving at you!

1/8/2019 6:53:16 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

audio call. Duration 444

1/8/2019 7:00:59 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

audio call. Duration 13

1/8/2019 7:01:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Penny

1/8/2019 7:06:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Send your number please

1/8/2019 7:06:47 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

My telephone +7-915-123-66-88

1/8/2019 7:07:11 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

???

1/8/2019 10:56:32 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

My number is 727-580-5573

1/8/2019 11:06:18 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

| 13 | |
|---|---|
| **Start Time:** 9/12/2019 9:58:45 PM(UTC+0) | |

**Start Time:** 9/12/2019 9:58:45 PM(UTC+0)
**Last Activity:** 9/12/2019 10:26:52 PM(UTC+0)
**Number of attachments:** 0
**Source:** Facebook Warrant Return
**Account:** 549328541
 **Source Extraction:** 11- 08012019-02032020\1476130342788395.zip (Pennyuhuru)
**Body file:** chat-13.txt

**Participants:**


Facebook: 100003266164592
Alexander  Ionov


Facebook: 549328541
Penny Hess (owner)

**Identifier:** 10153205431908542

From: Facebook: 100003266164592 Alexander  Ionov

You missed a call from Alexander.

9/12/2019 9:58:45 PM(UTC+0)

Source Extraction:
11- 08012019-02032020\1476130342788395.zip (Pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Hi

9/12/2019 10:26:52 PM(UTC+0)

Source Extraction:
11- 08012019-02032020\1476130342788395.zip (Pennyuhuru)