# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| **From:** | Tammy Harris <harris.tammy63@yahoo.com> |
| **Sent:** | Friday, May 8, 2020 1:59 PM |
| **To:** | Omali Yeshitela <omaliyesh@yahoo.com> |
| **Cc:** | Elikya Ngoma <elikya.ngoma@gmail.com> |
| **Subject:** | REQUEST FROM RUSSIA |

Uhuru! Chairman see below

Uhuru! Dear Ekenge!
The 6th anniversary of the Donetsk People's Republic is approaching. Unfortunately, due to the global coronavirus pandemic and restrictions associated with counteracting its spread, there will be no mass events in Donetsk on May 11th.
However, residents of the republic would be happy if friends of the Donetsk People's Republic congratulated them on this day in a video greeting format. If it's not difficult for you, could you record a short video with congratulations to the residents of the Donetsk People's Republic. Thanks in advance.


Sent from Yahoo Mail on Android