# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 9 |
| Display names | +15103042078 |
| | +16197949544 |
| | +17274200924 |
| | +17276673001 |
| | Bakari (+15103042078) |
| | Gaida (+17276673001) |
| | Local User <1B116.E01> |
| | Ona (+17274200924) |
| | Tammy (+16197949544) |
| Local user | Local User <1B116.E01> |
| **CONVERSATION DETAILS** | |
| Number of messages | 219 |
| First message sent date/time | 5/26/2015 6:41:19 PM |
| Last message sent date/time | 6/1/2015 7:23:51 AM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**Bakari (+15103042078)**

✓ Received
5/26/2015 6:41:19 PM

SG added to messaging

---

**Bakari (+15103042078)**

✓ Received
5/26/2015 7:04:18 PM

At the gate boarding will begin shortly

---

**Ona (+17274200924)**

✓ Received
5/26/2015 7:07:14 PM

Uhuru comrade, thank you

**Bakari (+15103042078)**

✓ Received
5/26/2015 7:08:18 PM

Uhuru!
Will make contact upon landing

Local User <1B116.E01>

↗ Sent
5/26/2015 7:10:35 PM

In any emergency call Tammy Gaida and myself

**Bakari (+15103042078)**

✓ Received
5/26/2015 7:11:04 PM

Uhuru!

**Bakari (+15103042078)**

✓ Received
5/26/2015 7:37:21 PM

Seated on plane
Take off approximately
30 min

**Bakari (+15103042078)**

✓ Received
5/26/2015 7:47:38 PM

Phones are off for flight.
Uhuru!

**Bakari (+15103042078)**

✓ Received
5/27/2015 5:37:13 AM

Just landed in Moscow!

**Gaida (+17276673001)**

✓ Received
5/27/2015 5:39:33 AM

Keep us posted.

Local User <1B116.E01>

↗ Sent
5/27/2015 5:40:00 AM

Uhuru!

**Bakari (+15103042078)**

✓ Received
5/27/2015 5:40:11 AM

I will

**Bakari (+15103042078)**

✓ Received
5/27/2015 6:15:49 AM

Customs cleared OK
With contacts
Going to Hotel
Event in 4-5 hours

**Bakari (+15103042078)**

✓ Received
5/27/2015 6:37:16 AM

Actually
We are going to eat first

**Gaida (+17276673001)**

✓ Received
5/27/2015 6:38:25 AM

Gotcha.

**Bakari (+15103042078)**

✓ Received
5/27/2015 6:39:31 AM

My phone needs recharging
Need to conserve until able to

**Tammy (+16197949544)**

✓ Received
5/27/2015 7:34:22 AM

Uhuru thanks

**Bakari (+15103042078)**

✓ Received
5/27/2015 7:36:27 AM

Arrived at hotel
Traffic usual big city stuff
Refresh
Eat
Then event

✓ Received

**Gaida (+17276673001)**                                      5/27/2015 7:38:12 AM

Ok

**Bakari (+15103042078)**                          ✓ Received
                                                   5/27/2015 8:07:58 AM

Still waiting for rooms to be cleaned
Having tea and talking with hosts in hotel cafe

**Ona (+17274200924)**                             ✓ Received
                                                   5/27/2015 8:09:39 AM

Uhuru,, thanks comrade

**Bakari (+15103042078)**                          ✓ Received
                                                   5/27/2015 9:18:51 AM

Checked into rooms
Need ability to iron
Contacts will pick us up to eat then to round table

**Bakari (+15103042078)**                          ✓ Received
                                                   5/27/2015 9:19:23 AM

Chargers work ok

**Ona (+17274200924)**                             ✓ Received
                                                   5/27/2015 9:23:39 AM

Take a picture and send

**Local User <1B116.E01>**                          ↗ Sent
                                                   5/27/2015 9:24:21 AM

Uhuru! Thanks for updates

**Bakari (+15103042078)**                          ✓ Received
                                                   5/27/2015 10:25:53 AM



The Kremlin

**Bakari (+15103042078)**

✓ Received
5/27/2015 10:25:53 AM



The Kremlin

**+15103042078**

✓ Received
5/27/2015 10:25:53 AM

The Kremlin

**Local User <1B116.E01>**

↗ Sent
5/27/2015 10:28:26 AM

Thank you

**Ona (+17274200924)**

✓ Received
5/27/2015 11:48:18 AM

Uhuru, Can we get one of the chairman

**Bakari (+15103042078)**

✓ Received
5/27/2015 11:49:57 AM



**+15103042078**

✓ Received
5/27/2015 11:49:57 AM

**Bakari (+15103042078)**

✓ Received
5/27/2015 11:50:36 AM

An African from Ethiopia

**Tammy (+16197949544)**

✓ Received
5/27/2015 12:35:34 PM

Uhuru thanks for photos plz make sure chairman gets rest time as well

**Bakari (+15103042078)**

✓ Received
5/27/2015 5:04:32 PM

Less than 3% in phone
And me
Out at dinner
Then Hotel
Then sleep
Will send photos and videos in morning
Uhuru!

**Tammy (+16197949544)**

✓ Received
5/27/2015 5:05:20 PM

Uhuru

Local User <1B116.E01>

↗ Sent
5/27/2015 5:06:17 PM

Uhuru! Get some rest

**Bakari (+15103042078)**

✓ Received
5/27/2015 8:39:46 PM

At hotel
Weak wifi signal
Can't email or skype
Will be in contact via text when I have a wifi connection

**Gaida (+17276673001)**

✓ Received
5/27/2015 8:41:03 PM

.

✓ Received

**Tammy (+16197949544)**                                          5/27/2015 8:42:12 PM

Uhuru

**Local User <1B116.E01>**                                                ↗ Sent
                                                                    5/27/2015 9:08:23 PM

How come you are not asleep

**Bakari (+15103042078)**                                          ✓ Received
                                                                    5/28/2015 9:09:49 AM



**+15103042078**

✓ Received
5/28/2015 9:09:49 AM

**Bakari (+15103042078)**

✓ Received
5/28/2015 9:09:51 AM

Waiting for Slava and Alexander to pick us up and go to University to meet with students. Here's a pic of our contacts.

Local User <1B116.E01>

↗ Sent
5/28/2015 9:12:43 AM

Uhuru! To the Patrice Lumumba university right?

**Bakari (+15103042078)**

✓ Received
5/28/2015 9:13:08 AM

Correct

**Gaida (+17276673001)**

✓ Received
5/28/2015 9:15:21 AM

These r big guys!

**Tammy (+16197949544)**

✓ Received
5/28/2015 1:58:11 PM

Uhuru can we get a caption for the photo so we know who is who?

**Bakari (+15103042078)**

✓ Received
5/28/2015 2:06:07 PM

Alex on left
Slava on right.

Left the university
Going to office to meet sponsoring group members.

**Tammy (+16197949544)**

✓ Received
5/28/2015 2:26:25 PM

Uhuru

**Bakari (+15103042078)**

✓ Received
5/28/2015 5:25:36 PM

Just wrapping up discussion and interviews at Anti-globalization Movement office.
To dinner

Then Hotel.

**Bakari (+15103042078)**



**Bakari (+15103042078)**

✓ Received
5/28/2015 5:25:41 PM





**+15103042078**

✓ Received
5/28/2015 5:25:41 PM

**Bakari (+15103042078)**

✓ Received
5/28/2015 6:42:42 PM



**Bakari (+15103042078)**

✓ Received
5/28/2015 6:42:42 PM



**+15103042078**

✓ Received
5/28/2015 6:42:42 PM

**Bakari (+15103042078)**

✓ Received
5/28/2015 6:42:57 PM

Pics from Union University earlier

**Bakari (+15103042078)**

✓ Received
5/28/2015 6:43:53 PM



**+15103042078**

✓ Received
5/28/2015 6:43:53 PM

**Bakari (+15103042078)**

✓ Received
5/28/2015 6:45:06 PM



**+15103042078**

✓ Received
5/28/2015 6:45:06 PM

**Local User <1B116.E01>**

↗ Sent
5/28/2015 6:47:52 PM

Uhuru! Great pictures! Where are the Africans tho?

**Local User <1B116.E01>**

↗ Sent
5/28/2015 6:48:41 PM

The Chairman got a medal from the Communist Party right?

**Bakari (+15103042078)**

✓ Received
5/28/2015 6:50:58 PM

Yes

**Bakari (+15103042078)**

✓ Received
5/29/2015 12:05:50 AM



**Bakari (+15103042078)**

✓ Received
5/29/2015 12:05:50 AM



**+15103042078**

✓ Received
5/29/2015 12:05:50 AM

**Bakari (+15103042078)**

✓ Received
5/29/2015 12:06:57 AM



**Bakari (+15103042078)**

✓ Received
5/29/2015 12:06:57 AM



**+15103042078**

✓ Received
5/29/2015 12:06:57 AM

✓ Received

**Bakari (+15103042078)**

5/29/2015 12:07:02 AM



Back at the hotel
Made detour to the Night Wolves
A Biker organization

**+15103042078**

✓ Received
5/29/2015 12:07:02 AM

Back at the hotel
Made detour to the Night Wolves
A Biker organization
⌗

**Bakari (+15103042078)**

✓ Received
5/29/2015 12:07:30 AM

Yes
It's 3:00AM here

**Ona (+17274200924)**

✓ Received
5/29/2015 12:07:51 AM

Uhuru wow

**Bakari (+15103042078)**

✓ Received
5/29/2015 11:56:28 AM

On way to Venezuela Embassy

**Gaida (+17276673001)**

✓ Received
5/29/2015 11:59:19 AM

Great!

**Bakari (+15103042078)**

✓ Received
5/29/2015 12:06:59 PM



At Embassy

**+15103042078**

✓ Received
5/29/2015 12:06:59 PM

At Embassy

**Ona (+17274200924)**

✓ Received
5/29/2015 12:08:06 PM

Get some pic inside as well

**Bakari (+15103042078)**

✓ Received
5/29/2015 1:36:53 PM

Leaving Embassy
Headed to interview

**Bakari (+15103042078)**

✓ Received
5/29/2015 1:40:07 PM



⊞From Embassy

**+15103042078**

⊞From Embassy

✓ Received
5/29/2015 1:40:07 PM

**Local User <1B116.E01>**
Seems to have gone well

↗ Sent
5/29/2015 1:58:53 PM

**Bakari (+15103042078)**
I'd say so.
Got video and pics

✓ Received
5/29/2015 2:00:05 PM

**Bakari (+15103042078)**
Finally
A vegetarian restaurant
With a great selection
Before interview

✓ Received
5/29/2015 2:44:51 PM

**Local User <1B116.E01>**
Great!

↗ Sent
5/29/2015 2:51:50 PM

**Bakari (+15103042078)**

✓ Received
5/29/2015 3:44:25 PM



▦Chairman received Russian medal at Round Table on Wednesday

**+15103042078**
✓ Received
5/29/2015 3:44:25 PM

▦Chairman received Russian medal at Round Table on Wednesday

**Bakari (+15103042078)**
✓ Received
5/29/2015 5:16:51 PM

Leaving interview
Headed to hotel

**Bakari (+15103042078)**
✓ Received
5/29/2015 5:17:13 PM

Rainstorm today

**Bakari (+15103042078)**
✓ Received
5/30/2015 10:19:01 AM

Waiting to be picked up to visit Red Square

**Ona (+17274200924)**

✓ Received
5/30/2015 10:22:50 AM

Uhuru

**Bakari (+15103042078)**

✓ Received
5/30/2015 11:10:23 AM

At Red Square

**Gaida (+17276673001)**

✓ Received
5/30/2015 11:12:16 AM

Uhuru!

Local User <1B116.E01>

↗ Sent
5/30/2015 11:14:39 AM

Uhuru!

**Tammy (+16197949544)**

✓ Received
5/30/2015 11:46:26 AM

Uhuru bakari you r both checked in for flight 2morrow

**Bakari (+15103042078)**

✓ Received
5/30/2015 11:47:35 AM

Correct

**Bakari (+15103042078)**

✓ Received
5/30/2015 1:50:50 PM



Chairman at Lenin tomb and at statue of Karl Marx

**Bakari (+15103042078)**

✓ Received
5/30/2015 1:50:50 PM



Chairman at Lenin tomb and at statue of Karl Marx

**+15103042078**

Chairman at Lenin tomb and at statue of Karl Marx

✓ Received
5/30/2015 1:50:50 PM

**Local User <1B116.E01>**

↗ Sent
5/30/2015 1:57:08 PM

Wq c

Splendid!

**Bakari (+15103042078)**

✓ Received
5/30/2015 8:13:17 PM

Just arrived to hotel from a long day
Pack
Sleep
Airport.

**Gaida (+17276673001)**

✓ Received
5/30/2015 8:37:59 PM

Make sure u get some sleep because u have to b more aware of ur surroundings on re entry!
Secure contacts, not in ur bag because that more than likely will b searched. Go over all ur
security questions. Question like why was in Russia? Both answers must b consistent. If C
detained, make the call and hang around nearby as long as can to observe. Do not leave area and
make frequent inquiries. U may b asked to leave the immediate area but don't venture too far
away. Establish with them that u should b informed on status. If u r detained chair should move
out of harms way immediately and call. Once u can call and we will keep u updated. Chair should
prepare to board his next flight. Observe ur surroundings the minute u begin to travel to airport
and b on high alert. If u do there should b no surprises.

**Bakari (+15103042078)**

✓ Received
5/30/2015 8:39:58 PM

Understood

**Bakari (+15103042078)**

✓ Received
5/31/2015 3:47:31 AM

Waiting for transport to Airport.
Checked out of room

**Gaida (+17276673001)**

✓ Received
5/31/2015 3:48:48 AM

Ok

**Bakari (+15103042078)**

✓ Received
5/31/2015 4:04:26 AM

Enroute to Airport

**Gaida (+17276673001)**

✓ Received
5/31/2015 4:05:19 AM

Ok

**Bakari (+15103042078)**

✓ Received
5/31/2015 4:26:42 AM

At Airport

**Gaida (+17276673001)**

✓ Received
5/31/2015 4:28:27 AM

Have a good trip back

**Tammy (+16197949544)**

✓ Received
5/31/2015 4:49:57 AM

Uhuru chairman uze cc for bags

**Bakari (+15103042078)**

✓ Received
5/31/2015 4:58:28 AM

Uhuru

**Bakari (+15103042078)**

✓ Received
5/31/2015 6:07:34 AM

Through Airport security in Moscow

**Ona (+17274200924)**

✓ Received
5/31/2015 6:07:58 AM

Uhuru

**Gaida (+17276673001)**

✓ Received
5/31/2015 6:11:13 AM

1 ! Down 1 to go!

**Bakari (+15103042078)**

Indeed

✓ Received
5/31/2015 6:11:59 AM

**Bakari (+15103042078)**

Onboard plane

✓ Received
5/31/2015 7:21:18 AM

**Ona (+17274200924)**

Uhuru

✓ Received
5/31/2015 7:21:50 AM

**Gaida (+17276673001)**

Uhuru!

✓ Received
5/31/2015 7:22:56 AM

**Bakari (+15103042078)**

Uhuru
Will make contact in NY

✓ Received
5/31/2015 7:29:06 AM

**Ona (+17274200924)**

Uhuru

✓ Received
5/31/2015 7:31:47 AM

**Gaida (+17276673001)**

Uhuru

✓ Received
5/31/2015 7:33:13 AM

**Bakari (+15103042078)**

Just landed JFK

✓ Received
5/31/2015 6:37:44 PM

✓ Received

**Ona (+17274200924)**                                          5/31/2015 6:38:19 PM

Uhuru

---

                                                               ✓ Received
**Tammy (+16197949544)**                                       5/31/2015 6:45:48 PM

Uhuru

---

                                                               ↗ Sent
Local User <1B116.E01>                                         5/31/2015 6:46:25 PM

Uhuru

---

                                                               ✓ Received
**Bakari (+15103042078)**                                      5/31/2015 7:06:15 PM

Clear of customs
Going through entry security now

---

                                                               ↗ Sent
Local User <1B116.E01>                                         5/31/2015 7:36:59 PM

Good!

---

                                                               ✓ Received
**Bakari (+15103042078)**                                      5/31/2015 7:37:36 PM

Through security

---

                                                               ✓ Received
**Ona (+17274200924)**                                         5/31/2015 7:40:07 PM

Uhuru

---

                                                               ✓ Received
**Gaida (+17276673001)**                                       5/31/2015 7:55:40 PM

Good

---

                                                               ✓ Received
**Bakari (+15103042078)**                                      5/31/2015 9:29:57 PM

Flight delayed to 7:00pm

**Local User <1B116.E01>**
↗ Sent
5/31/2015 9:30:58 PM

Bad storm here in New York right now

**Gaida (+17276673001)**
✓ Received
5/31/2015 9:31:03 PM

Ok. Will pass on to tammy.

**Tammy (+16197949544)**
✓ Received
5/31/2015 9:42:02 PM

Uhuru got it

**Bakari (+15103042078)**
✓ Received
5/31/2015 10:43:10 PM

From weather delay to a jumbo jet blocking our gate
Definite delays
How long is the question.

**Tammy (+16197949544)**
✓ Received
5/31/2015 10:44:36 PM

Uhuru no worries i am checking

**Local User <1B116.E01>**
↗ Sent
5/31/2015 10:55:04 PM

Storm has passed over now

**Gaida (+17276673001)**
✓ Received
5/31/2015 10:58:14 PM

Ok

**Bakari (+15103042078)**
✓ Received
5/31/2015 11:10:52 PM

Severe thunder at airport
Closed the runway

**Gaida (+17276673001)**

✓ Received
5/31/2015 11:12:51 PM

How long is the total delay?

**Bakari (+15103042078)**

✓ Received
5/31/2015 11:49:54 PM

ETD now 8:36PM

**Bakari (+15103042078)**

✓ Received
6/1/2015 12:05:41 AM

ETA in Tampa 11:30 something

**Gaida (+17276673001)**

✓ Received
6/1/2015 12:06:20 AM

Uhuru!

**Bakari (+15103042078)**

✓ Received
6/1/2015 12:28:24 AM

Boarding plane

**Local User <1B116.E01>**

↗ Sent
6/1/2015 12:28:53 AM

Uhuru

**Gaida (+17276673001)**

✓ Received
6/1/2015 12:31:39 AM

Has anyone heard from tammy? Phone don't seem to b working.

**Bakari (+15103042078)**

✓ Received
6/1/2015 1:47:39 AM

Still waiting on plane at gate

**Bakari (+15103042078)**

✓ Received
6/1/2015 1:48:36 AM

Boarded an hour ago
Airport backed up from earlier delays

**Gaida (+17276673001)**

✓ Received
6/1/2015 1:50:01 AM

Raining thundering here.

**Tammy (+16197949544)**

✓ Received
6/1/2015 2:44:32 AM

Uhuru now says 1:22am

**Bakari (+15103042078)**

✓ Received
6/1/2015 3:24:34 AM

43 planes in front of us for takeoff
Do the math

**Bakari (+15103042078)**

✓ Received
6/1/2015 4:11:18 AM

Pushing away from gate to get in a long line of planes

**Bakari (+15103042078)**

✓ Received
6/1/2015 5:09:40 AM

Taking off!

**Bakari (+15103042078)**

✓ Received
6/1/2015 7:23:51 AM

Just landed