# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# FACEBOOK MESSENGER MESSAGES

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 100003266164592<br>100007495290394<br>Alexander Ionov<br>Gazi Hammer |
| Local user | Alexander Ionov (100003266164592) |
| **CONVERSATION DETAILS** | |
| Number of messages | 11 |
| First message sent date/time | 2020/07/15 21:54:17 |
| Last message sent date/time | 2020/09/07 16:14:27 |
| Case time zone | (UTC) Coordinated Universal Time |

↙ Received
**Gazi Hammer (100007495290394)** **2020/07/15 21:54:17**

Thank you so are you! I love how you are able to provide so much to your people in these times. I hope to be at that magnitude one day.

↗ Sent
**2020/07/15 21:55:55** **Alexander Ionov (100003266164592)**

I will help You in any way

↙ Received
**Gazi Hammer (100007495290394)** **2020/07/15 22:05:28**

https://www.gofundme.com/f/buildhammercity

↙ Received
**Gazi Hammer (100007495290394)** **2020/07/15 22:06:04**

😊😊 lol

↗ Sent
**2020/07/15 22:06:49** **Alexander Ionov (100003266164592)**

😎✊

↗ Sent
**2020/07/15 22:07:00** **Alexander Ionov (100003266164592)**





Great game

✓ Received

**Gazi Hammer (100007495290394)**    2020/07/15 22:29:37

When u having another event? I'd love to come to Russia.

↗ Sent

2020/07/15 22:31:45    **Alexander Ionov (100003266164592)**

we are waiting for the opening of international flights. We planned the forum back in may, but it was postponed due to a virus

✓ Received

**Gazi Hammer (100007495290394)**    2020/07/15 22:53:25

Well now u can make a spot for a young radical baddie 🥑

↗ Sent

2020/07/15 22:54:41    **Alexander Ionov (100003266164592)**

image/webp

↗ Sent

2020/09/07 16:14:27    **Alexander Ionov (100003266164592)**

😎