# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# FACEBOOK MESSENGER MESSAGES

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 4 |
| Display names | 100003266164592<br>1036830830<br>Alexander Ionov<br>Gazi Kodzo |
| Local user | Alexander Ionov (100003266164592) |
| **CONVERSATION DETAILS** | |
| Number of messages | 27 |
| First message sent date/time | 2020/06/07 13:17:29 |
| Last message sent date/time | 2020/12/31 20:24:39 |
| Case time zone | (UTC) Coordinated Universal Time |

↙ Received
**Gazi Kodzo (1036830830)** 2020/06/07 13:17:29

They deleted my Twitter too for the 8th time!! 🤣

↗ Sent
2020/06/07 13:40:59 **Alexander Ionov (100003266164592)**

Ahaha

↗ Sent
2020/06/07 13:41:03 **Alexander Ionov (100003266164592)**

Cool)

↙ Received
**Gazi Kodzo (1036830830)** 2020/06/07 16:32:51

https://www.breitbart.com/social-justice/2020/06/06/watch-kneelin g-protesters-told-to-recite-revolution-is-the-solution-not-voting/

↙ Received
**Gazi Kodzo (1036830830)** 2020/06/07 16:32:58

Have you ever heard of Breitbart

↗ Sent
2020/06/07 21:31:43 **Alexander Ionov (100003266164592)**





No

↙ Received
**Gazi Kodzo (1036830830)** 2020/06/14 20:19:57

Check ur signal chat

↙ Received
**Gazi Kodzo (1036830830)** 2020/06/14 20:20:06

I got a gift for you 🥰

↗ Sent
2020/06/14 20:22:04 **Alexander Ionov (100003266164592)**

*No message content to display.*

↗ Sent
2020/06/14 20:22:05 **Alexander Ionov (100003266164592)**

image/webp

↗ Sent
2020/09/05 19:03:55 **Alexander Ionov (100003266164592)**

😎👍

↙ Received
**Gazi Kodzo (1036830830)** 2020/09/05 21:32:41

How's the article coming along?

↗ Sent
2020/09/05 23:49:47 **Alexander Ionov (100003266164592)**

Monday

↗ Sent
2020/09/05 23:49:56 **Alexander Ionov (100003266164592)**

Well be ready

↗ Sent
2020/09/05 23:50:06 **Alexander Ionov (100003266164592)**

image/webp

↙ Received
**Gazi Kodzo (1036830830)** 2020/09/06 01:23:28

Oh my gosh! I'm so excited!! This is huge!! Thank you! 🙏🏾

↙ Received
**Gazi Kodzo (1036830830)** 2020/09/06 21:47:52

> Black Hammer был(-а) в прямом эфире.
> Black Hammer

✓ Sent
**2020/09/06 21:48:46**  **Alexander Ionov (100003266164592)**

> Great 👍

✓ Received
**Gazi Kodzo (1036830830)**  **2020/09/06 22:06:13**

> Yas I met with Black First Land First South Africa

✓ Sent
**2020/09/07 05:05:22**  **Alexander Ionov (100003266164592)**

> https://www.ridus.ru/news/335839

✓ Received
**Gazi Kodzo (1036830830)**  **2020/09/26 21:22:01**

> Black Hammer в прямом эфире.
> Black Hammer

✓ Received
**Gazi Kodzo (1036830830)**  **2020/12/29 19:05:32**

> image/jpeg

✓ Received
**Gazi Kodzo (1036830830)**  **2020/12/29 19:05:35**

> Would love for you to come we are displaying everything we have done in 2020!
>
> 💥🔨💯🎆🖍💥🔨💯🎆🖍❗JOIN TONIGHT❗ BLACK HAMMER RALLY #30💥
> 7PM EST / 6PM CST / 5PM MST / 4PM PST
> ✅ HOP ON ZOOM http://tinyurl.com/HAMMERSRALLY (Password: Lumumba)

✓ Sent
**2020/12/29 19:05:51**  **Alexander Ionov (100003266164592)**

> image/webp

✓ Received
**Gazi Kodzo (1036830830)**  **2020/12/29 19:10:37**

> Hopefully you can make it and HAPPY BIRTHDAY!!!!

✓ Sent
**2020/12/31 18:33:17**  **Alexander Ionov (100003266164592)**

> image/jpeg

**Gazi Kodzo (1036830830)** 2020/12/31 20:24:39 ✓ Received

video/mp4