# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Friday, March 18, 2022

 Media/14042077491@s.whatsapp.net/2/2/22a0b92f-e12f-4c64-a332-83f33bcad5c0.opus 

[Audio file - See attached]

Gazi, uh, I'm sorry I call you after two hours, uh, I going to the my, uh, uh, financial [unintelligible] manager and go back to you, but [unintelligible] after two hours. Sorry and uh we'll be in touch. Thank you so much, comrade, thank you so much.
Mar 18, 2022, 5:06 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/5/f/5fb2f8b3-fc08-4a20-9407-eb070f93c1b0.webp 



Mar 18, 2022, 5:07 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/5/f/5f1b7364-f98c-498c-b639-582f63fe1f7a.webp
Mar 18, 2022, 5:07 PM: Alexander Ionov
(Message continues)



Mar 18, 2022, 5:07 PM: Alexander Ionov



No problem Comrade! We got your back!
Mar 18, 2022, 5:07 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/2/1/213bfa7c-6d99-4c31-9ee3-ac48b4dcd9d6.webp
Mar 18, 2022, 5:08 PM: Alexander Ionov
(Message continues)



Mar 18, 2022, 5:08 PM: Alexander Ionov



Gazi
Mar 18, 2022, 8:52 PM: Alexander Ionov



You there?
Mar 18, 2022, 8:52 PM: Alexander Ionov

alexanderposter.pdf

Media/14042077491@s.whatsapp.net/0/0/00e32c4a-11a1-4d80-a9bf-0066a6e7e58c.pdf

[Document - See attached]
Mar 18, 2022, 9:08 PM: Alexander Ionov



You can print these banners?
Mar 18, 2022, 9:08 PM: Alexander Ionov



Yes I can print this
Mar 18, 2022, 9:13 PM: Augustus Romain





Thanks you so much
Mar 18, 2022, 9:13 PM: Alexander Ionov





I go sleep
Mar 18, 2022, 9:13 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/d/1/d1ba71ad-8312-4ae7-a24e-9800712377c0.webp





Mar 18, 2022, 9:13 PM: Alexander Ionov



Ok good night I'm sending the information now.
Mar 18, 2022, 9:14 PM: Augustus Romain



 Media/14042077491@s.whatsapp.net/6/0/60aaa351-db3c-44dd-b596-96cda6d2041a.webp



Mar 18, 2022, 9:20 PM: Alexander Ionov

Saturday, March 19, 2022

 I'm ready now
Mar 19, 2022, 1:31 PM: Augustus Romain

 Untitled document

Media/14042077491@s.whatsapp.net/f/9/f93f2400-bf36-4ac8-bf31-9e799f469e5a.docx

[Document - See attached]
Mar 19, 2022, 1:50 PM: Augustus Romain

 Все ли в порядке?  Я за рулем прямо сейчас.  Собираем припасы для протеста.
Mar 19, 2022, 5:31 PM: Augustus Romain

 Yes
Mar 19, 2022, 5:31 PM: Alexander Ionov


 All good
Mar 19, 2022, 5:31 PM: Alexander Ionov


 0x188d45ae9BeDBDA4338aa77A5642a6CA6EcCEc06
Mar 19, 2022, 7:31 PM: Augustus Romain


 [Emoji(s)]
Mar 19, 2022, 7:31 PM: Alexander Ionov


 Media/14042077491@s.whatsapp.net/e/b/eb515331-dc2c-43b0-9283-fb29d695d4b2.jpg
Mar 19, 2022, 7:43 PM: Alexander Ionov
(Message continues)




Mar 19, 2022, 7:43 PM: Alexander Ionov

 We got disconnected

Mar 19, 2022, 7:44 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/3/c/3c4ef63d-de5c-4dbf-a764-baa24af0144a.jpg





Mar 19, 2022, 7:48 PM: Alexander Ionov

We try booking
Mar 19, 2022, 7:48 PM: Alexander Ionov

 **Great!**
Mar 19, 2022, 7:49 PM: Augustus Romain 

 **10 min and we come back**
Mar 19, 2022, 7:49 PM: Alexander Ionov 

 **amccoyreimer@gmail.com**
Mar 19, 2022, 8:12 PM: Augustus Romain 

 **Media/14042077491@s.whatsapp.net/e/c/eccec8ac-6103-4d1d-acec-d82a0f48fa1e.jpg**
Mar 19, 2022, 8:19 PM: Alexander Ionov
(Message continues) 



Mar 19, 2022, 8:19 PM: Alexander Ionov



Media/14042077491@s.whatsapp.net/6/6/6616af4e-ccd1-462e-b9d5-03df753f9c38.jpg

Mar 19, 2022, 8:20 PM: Alexander Ionov
(Message continues)



Mar 19, 2022, 8:20 PM: Alexander Ionov



Media/14042077491@s.whatsapp.net/1/b/1b0f0e40-5432-40a2-8424-14ed089ff8ac.jpg
Mar 19, 2022, 8:26 PM: Alexander Ionov
(Message continues)

AI



Mar 19, 2022, 8:26 PM: Alexander Ionov

Monday, March 21, 2022

Hi
Mar 21, 2022, 1:58 PM: Alexander Ionov

 Haw are you?
Mar 21, 2022, 1:58 PM: Alexander Ionov 

 Good morning (good evening I'm Moscow), would you be able to meet 8pm Moscow time for the zoom call?
Mar 21, 2022, 3:28 PM: Augustus Romain

 Also, who will be setting up the zoom, your people or mine? Let me know!
Mar 21, 2022, 3:29 PM: Augustus Romain

 Please 22:00 most time
Mar 21, 2022, 3:29 PM: Alexander Ionov 

 That works. We will talk to you then. Do you want us to set up the zoom?
Mar 21, 2022, 3:32 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/8/3/83b16fbd-bd44-4c58-be80-233e1aee949a.opus

 [Audio file - See attached]

[Unintelligible] you uh send me [unintelligible] Thank you. Thank you so much.
Mar 21, 2022, 3:33 PM: Alexander Ionov 

 The audio is hard to hear. Can you resend this message?
Mar 21, 2022, 3:38 PM: Augustus Romain

 22:00 in zoom
Mar 21, 2022, 3:46 PM: Alexander Ionov 

 I wait links
Mar 21, 2022, 3:46 PM: Alexander Ionov



Thanks
Mar 21, 2022, 3:46 PM: Alexander Ionov

AR Thank you
Mar 21, 2022, 3:46 PM: Augustus Romain

AR https://us02web.zoom.us/j/5311906761?pwd=dVNnZU9wSTFMSG1nVmlqdVRDSGk3dz09
Mar 21, 2022, 6:58 PM: Augustus Romain

AR We set up a zoom room.
Mar 21, 2022, 6:58 PM: Augustus Romain

7 min
Mar 21, 2022, 6:59 PM: Alexander Ionov

Thanks
Mar 21, 2022, 6:59 PM: Alexander Ionov

I'm ready
Mar 21, 2022, 7:11 PM: Alexander Ionov

Tuesday, March 22, 2022



Media/14042077491@s.whatsapp.net/6/e/6e4fc65e-262b-4fec-960d-36c29e4ac52f.jpg
Mar 22, 2022, 9:20 AM: Alexander Ionov
(Message continues)

**12:19**     **.ıll LTE** 🔋

## about your request

Travel Inn said:

**Check-in time · Approved**

**Travel Inn**
Mar 22 | Mar 24

Details:
Check-in: 14:00 - 15:00

We're happy to let you know that the property has confirmed they can arrange this for you. There will be no extra charge for this request.



### Reservation Details

Guest name:
Augustus Romain

Check-in:                         Check-out:
Tue, Mar 22, 2022          Thu, Mar 24, 2022

Property Name:
Travel Inn

Booking Number:
3384555868

Total guests:                     Total rooms:
4                                  1

How would you rate your interaction with Travel Inn?

Mar 22, 2022, 9:20 AM: Alexander Ionov



2230 Lombard Street
Marina District
San Francisco
CA 94123
United States of America
Mar 22, 2022, 9:22 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/0/0/0092b6a1-548f-42fa-8ef6-a8cb51816a77.jpg

AI



**Check Your Details**

Travel Inn ★★ 🟦 Business trip

| | |
|---|---|
| Confirmation number | 3384.555.868 |
| PIN Code | 8531 🔒 |
| Booking Details | 2 nights, 1 room   ⊕ Add space for more guests |
| You booked for | 4 adults |
| Check-in | Tuesday, March 22, 2022 (2:00 PM - 10:00 PM) |
| Check-out | Thursday, March 24, 2022 (until 11:00 AM) |

✏️ Change dates   📅 Outlook/iCal   📅 Google calendar

| | |
|---|---|
| 1 room | RUB 18,533 |

**Price**
(for 4 guests)

approx. **RUB 18,533**
US$172

**Additional charges**
The price you see below is an approximate that may include fees based on the maximum occupancy. This can include taxes set by local governments or charges set by the property.

| | |
|---|---|
| TAX (14.0000%) | RUB 2,595 |
| Property service charge (3.0000%) | RUB 640 |
| City tax (1.0600%) | RUB 196 |

**Final Price**
(taxes included)

approx. **RUB 21,964**
You'll pay 203.84 in USD.

Mar 22, 2022, 9:22 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/8/e/8ec1e4e9-8bb0-4053-b8ad-9eecdc8a865d.webp
Mar 22, 2022, 1:52 PM: Alexander Ionov
(Message continues)

AI



Mar 22, 2022, 1:52 PM: Alexander Ionov

 **AR** Made it to our first stop in Denver on the way to San Francisco now! 
Mar 22, 2022, 4:41 PM: Augustus Romain

 Great! you guys are great! throw off the photos for memory! our first joint action!
Mar 22, 2022, 4:42 PM: Alexander Ionov **AI**

 **AR** Media/14042077491@s.whatsapp.net/a/d/ad370f4b-4843-4c3c-a0e5-d54de0fecd15.jpg 
Mar 22, 2022, 5:11 PM: Augustus Romain
(Message continues)



 

Mar 22, 2022, 5:11 PM: Augustus Romain

 **Black hummer!!!!!!!!!!!!**
Mar 22, 2022, 5:28 PM: Alexander Ionov

 **Comrade**
Mar 22, 2022, 9:12 PM: Alexander Ionov

 **Haw are you**
Mar 22, 2022, 9:12 PM: Alexander Ionov


Haw you trip?
Mar 22, 2022, 9:12 PM: Alexander Ionov



All bi good?
Mar 22, 2022, 9:12 PM: Alexander Ionov



I go sleep
Mar 22, 2022, 9:15 PM: Alexander Ionov



See you
Mar 22, 2022, 9:15 PM: Alexander Ionov



Media/14042077491@s.whatsapp.net/8/a/8a723232-d1c6-4bb1-8522-7556db1ee3ae.webp




Mar 22, 2022, 9:15 PM: Alexander Ionov



I had a panic attack and threw up lol  but we are here in one piece. I forgot to tell you I have a phobia of flying. But I love the work we do so I don't let that stop me from serving the people!
Mar 22, 2022, 9:24 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/0/d/0d5c9c3e-6085-4135-b502-b140b2f37717.mp4

[Video file - See attached]
Mar 22, 2022, 9:25 PM: Augustus Romain



wow! I hope everything is fine now. take care of yourself! Planes with anti-globalists never fall! So don't worry)



I ordered a hotel on my card, it's Russian, but the booking accepted it, let me know if there are any problems! Thanks!

I hope you can have a good rest on the beach, in addition to the action!
Mar 22, 2022, 9:26 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/5/c/5c43f359-65a5-4961-b833-aa6e4660a766.webp
Mar 22, 2022, 9:27 PM: Alexander Ionov
(Message continues)





Mar 22, 2022, 9:27 PM: Alexander Ionov

 I'm strong like Stalin!!
Mar 22, 2022, 9:30 PM: Augustus Romain 

Media/14042077491@s.whatsapp.net/b/3/b38d6b5b-f8f5-4be0-b7f9-5bfcad7ee7c1.webp
Mar 22, 2022, 9:33 PM: Alexander Ionov
(Message continues)



Mar 22, 2022, 9:33 PM: Alexander Ionov

 Yes!
Mar 22, 2022, 9:33 PM: Alexander Ionov 

 Yes, we will let you know as soon as we get to the hotel. Thank you! 
Mar 22, 2022, 9:37 PM: Augustus Romain

 OK, but I can fall asleep) I'm already old
Mar 22, 2022, 9:43 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/9/1/918c7125-ad17-4dd3-b9ef-
dd8191dbe1b3.webp
Mar 22, 2022, 9:43 PM: Alexander Ionov
(Message continues) 



Mar 22, 2022, 9:43 PM: Alexander Ionov

Wednesday, March 23, 2022

 good day! how are you? don't forget to print these posters, it's important, thank you
Mar 23, 2022, 7:03 AM: Alexander Ionov  AI

 alexanderposter.pdf

Media/14042077491@s.whatsapp.net/6/0/60167cbc-d0d8-4b86-b6ec-d49e2a9a3109.pdf

[Document - See attached]
Mar 23, 2022, 7:03 AM: Alexander Ionov  AI

AR We made posters so they look more organic.

Media/14042077491@s.whatsapp.net/a/1/a137b142-087c-49b2-a17c-8d1fe7a2abd8.jpg 

Mar 23, 2022, 3:38 PM: Augustus Romain
(Message continues)



Mar 23, 2022, 3:38 PM: Augustus Romain

Super
Mar 23, 2022, 3:38 PM: Alexander Ionov

AR

AI

 Only one banner?
Mar 23, 2022, 3:44 PM: Alexander Ionov 

 I think need minimum 3
Mar 23, 2022, 3:45 PM: Alexander Ionov 

 [Emoji(s)]
Mar 23, 2022, 3:45 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/a/1/a137b142-087c-49b2-a17c-8d1fe7a2abd8.jpg
Mar 23, 2022, 3:45 PM: Augustus Romain
(Message continues) 





Mar 23, 2022, 3:45 PM: Augustus Romain





We gone do two and the Russian flag and the RBG flag.
Mar 23, 2022, 3:45 PM: Augustus Romain





RGB?
Mar 23, 2022, 3:46 PM: Alexander Ionov

 

Media/14042077491@s.whatsapp.net/f/f/ff6a0cbc-2b43-4998-a788-ae497d2b7834.jpg



Mar 23, 2022, 3:46 PM: Augustus Romain

The Red Black and Green flag that represents Black People.
Mar 23, 2022, 3:46 PM: Augustus Romain



Yes yes
Mar 23, 2022, 3:49 PM: Alexander Ionov

Sorry
Mar 23, 2022, 3:49 PM: Alexander Ionov


Haw are you?
Mar 23, 2022, 4:44 PM: Alexander Ionov


We are here now setting up.
Mar 23, 2022, 4:48 PM: Augustus Romain


Don't forget about video and foto
Mar 23, 2022, 4:49 PM: Alexander Ionov


I need a lot of videos and photos so that I can throw in the media today and tomorrow!
Mar 23, 2022, 4:50 PM: Alexander Ionov


I got you I'll drop it all on here.
Mar 23, 2022, 4:51 PM: Augustus Romain

Thanks you so much
Mar 23, 2022, 4:51 PM: Alexander Ionov


Media/14042077491@s.whatsapp.net/4/7/478091bc-4207-40a5-bec0-03455612d50d.jpg
Mar 23, 2022, 5:05 PM: Augustus Romain
(Message continues)

AR



Mar 23, 2022, 5:05 PM: Augustus Romain



AR

I'm gonna jump in Front of that sign
Mar 23, 2022, 5:05 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/d/b/db2396a0-8783-4b67-b764-7b2dc107c5d9.jpg 



Mar 23, 2022, 5:06 PM: Augustus Romain

Great
Mar 23, 2022, 5:06 PM: Alexander Ionov

 

Media/14042077491@s.whatsapp.net/d/c/dcd5c1fc-92db-4172-b248-311618742561.webp

AI



Mar 23, 2022, 5:06 PM: Alexander Ionov

AR

Media/14042077491@s.whatsapp.net/0/5/0501d018-d88e-4fac-ab65-9f44a0ad7ee5.mp4

[Video file - See attached]



Mar 23, 2022, 5:35 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/c/e/ce4afb89-8734-4a58-a6e4-8240ed6d8bf5.webp

AI

Mar 23, 2022, 5:35 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 5:35 PM: Alexander Ionov

It's office ?
Mar 23, 2022, 5:37 PM: Alexander Ionov

I wait foto
Mar 23, 2022, 5:45 PM: Alexander Ionov

And go to media!)))
Mar 23, 2022, 5:45 PM: Alexander Ionov

I will send more
Mar 23, 2022, 5:59 PM: Augustus Romain

We out here
Mar 23, 2022, 5:59 PM: Augustus Romain

 I wanna get a video of them forcing us off
Mar 23, 2022, 5:59 PM: Augustus Romain 

 I hope they get the police lol
Mar 23, 2022, 5:59 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/9/d/9d261214-cd1c-418e-87fa-8753048ce9f5.opus 

[Audio file - See attached]

Yes, you [unintelligible] uh, I need uh more videos and photos. It's very important, many many photos and many many videos. Thank you.
Mar 23, 2022, 6:00 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/4/d/4d6c355f-26b3-431e-aa13-0b5762679f94.jpg 



Mar 23, 2022, 6:00 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/a/4/a44de019-8759-4a17-9d83-017c7f582fea.jpg
Mar 23, 2022, 6:00 PM: Augustus Romain
(Message continues)

AR 

Mar 23, 2022, 6:00 PM: Augustus Romain

AR Media/14042077491@s.whatsapp.net/a/8/a87ec65e-54cd-43fe-b337-d48c06c33d8e.jpg 



Mar 23, 2022, 6:00 PM: Augustus Romain

AR Media/14042077491@s.whatsapp.net/3/9/390bdb5b-e9b1-447d-b8c6-ae3a7a1180b6.jpg

Mar 23, 2022, 6:30 PM: Augustus Romain
(Message continues)





Mar 23, 2022, 6:30 PM: Augustus Romain



Super
Mar 23, 2022, 6:31 PM: Alexander Ionov

More videos?)
Mar 23, 2022, 6:31 PM: Alexander Ionov

Media/14042077491@s.whatsapp.net/d/c/dc65e989-7cb4-408a-8dbc-7df2df682198.mp4

[Video file - See attached]
Mar 23, 2022, 6:51 PM: Augustus Romain

**AR** Media/14042077491@s.whatsapp.net/d/6/d66a442d-62fb-4b59-99a0-34d1cba7d26e.mp4

[Video file - See attached]
Mar 23, 2022, 6:53 PM: Augustus Romain 

**AR** They called the police but we got them to leave lol we gonna stay here until they remove us lol
Mar 23, 2022, 6:54 PM: Augustus Romain 

 Where are the police? Did you take it off?
Mar 23, 2022, 6:55 PM: Alexander Ionov **AI**

**AR** They said an executive wants to meet with us lmao
Mar 23, 2022, 6:55 PM: Augustus Romain 

**AR** That's in another video
Mar 23, 2022, 6:56 PM: Augustus Romain 

 meet him!!!
Mar 23, 2022, 6:56 PM: Alexander Ionov **AI**

**AR** Media/14042077491@s.whatsapp.net/0/d/0daf6eae-f678-4aa6-8736-f6ed132aa079.mp4

[Video file - See attached]
Mar 23, 2022, 6:59 PM: Augustus Romain 

 You have videos to police?
Mar 23, 2022, 7:05 PM: Alexander Ionov **AI**

 [Emoji(s)]
Mar 23, 2022, 7:05 PM: Alexander Ionov **AI**

 Yes I'm tryna send it but the file too big I'll send it when I have WiFi at the hotel 
Mar 23, 2022, 7:05 PM: Augustus Romain

 Thanks 
Mar 23, 2022, 7:06 PM: Alexander Ionov

 demand a meeting with the director! 
Mar 23, 2022, 7:06 PM: Alexander Ionov

 No problem 
Mar 23, 2022, 7:12 PM: Augustus Romain

https://twitter.com/blkhmmrtimes/status/1506709289125044224?s=21

Media/14042077491@s.whatsapp.net/b/b/bb439788-0cac-4892-9203-be7af202cd70.thumb 



Mar 23, 2022, 7:22 PM: Augustus Romain



We live on Twitter
Mar 23, 2022, 7:22 PM: Augustus Romain



Super!!!
Mar 23, 2022, 7:23 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/a/1/a1774232-8937-4556-a76b-e2c62baad11d.jpg
Mar 23, 2022, 8:01 PM: Augustus Romain
(Message continues)







Mar 23, 2022, 8:01 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/f/9/f9723cbc-cb85-471a-82af-029d1d3b5559.webp

Mar 23, 2022, 8:02 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 8:02 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/d/9/d9b79826-efb4-4953-bef6-337505a7dad8.mp4 

[Video file - See attached]
Mar 23, 2022, 8:14 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/2/b/2b1e821d-e897-4a83-b835-49f3cf8a12bc.mp4 

[Video file - See attached]
Mar 23, 2022, 8:18 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/8/5/8504dea8-e3ea-4be1-beba-e8a38628faaf.webp

Mar 23, 2022, 8:21 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 8:21 PM: Alexander Ionov

 The pigs are pushing us off. Should we get arrested? We will do it. 
Mar 23, 2022, 8:38 PM: Augustus Romain

 Be careful, you don't need to go to jail 
Mar 23, 2022, 8:41 PM: Alexander Ionov

 Ok I will be good lol 
Mar 23, 2022, 8:42 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/c/e/ce04007f-6e8c-4b7f-ac0b-fb5c04ad4566.webp
Mar 23, 2022, 8:42 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 8:42 PM: Alexander Ionov

Media/14042077491@s.whatsapp.net/4/0/40316c8c-01b8-44e8-a7a4-24be939005e1.webp
Mar 23, 2022, 8:42 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 8:42 PM: Alexander Ionov

Media/14042077491@s.whatsapp.net/a/9/a9a5a126-6842-4ab8-b853-eb72a35d9595.jpg
Mar 23, 2022, 9:00 PM: Alexander Ionov
(Message continues)



**Полиция окружила участников митинга возле главного офиса Meta в Сан-Франциско. Протестующих против притеснения русских призывают разойтись**

Как сообщает наш корреспондент из Сан-Франциско, полиция пытается вынудить протестующих против расистской политики Meta в отношении русских разойтись. Их окружили полицейские и призывают прекратить митинговать. Сами протестующие отказываются покидать место проведения митинга. Более того, они призывают прохожих присоединиться к мероприятию и ждут пока к ним выйдут представители компании Цукерберга.

Вкл. звук

Mar 23, 2022, 9:00 PM: Alexander Ionov

 900 000 followers
Mar 23, 2022, 9:00 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/e/4/e4f1a54f-4075-41d4-a6bf-32c1f950641d.webp 



Mar 23, 2022, 9:01 PM: Alexander Ionov

 1500 likes
Mar 23, 2022, 9:01 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/c/5/c5b686f2-a880-4f71-9612-2443c6107352.mp4

[Video file]
Mar 23, 2022, 9:07 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/6/1/6198b924-3af3-4dd8-909f-2694d7dbe691.webp
Mar 23, 2022, 9:07 PM: Alexander Ionov
(Message continues) 



Mar 23, 2022, 9:07 PM: Alexander Ionov

 Okay we just left they escorted us off their property lol
Mar 23, 2022, 9:21 PM: Augustus Romain 

 have you finished the event?
Mar 23, 2022, 9:22 PM: Alexander Ionov

 Yes they kicked us out lol
Mar 23, 2022, 9:22 PM: Augustus Romain 

Ok
Mar 23, 2022, 9:22 PM: Alexander Ionov

 Thanks you so much
Mar 23, 2022, 9:22 PM: Alexander Ionov

 AI

 won't you come back again?
Mar 23, 2022, 9:23 PM: Alexander Ionov

AR  No problem! Of course! Lmao
Mar 23, 2022, 9:24 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/7/e/7e62d3b7-527a-4954-a05f-2aa9c4cacff5.webp  AI



Mar 23, 2022, 9:24 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/3/5/35998027-3db6-49cb-bdd9-cdd6121e721a.webp  AI
Mar 23, 2022, 9:24 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 9:24 PM: Alexander Ionov

 thank your comrades! We are grateful to them for their position!!!
Mar 23, 2022, 9:29 PM: Alexander Ionov

Media/14042077491@s.whatsapp.net/2/c/2ca15586-75d4-433e-b45f-696c9355c628.webp
Mar 23, 2022, 9:29 PM: Alexander Ionov
(Message continues)



Mar 23, 2022, 9:29 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/d/c/dcc4479d-fd14-4a51-a5f9-07e8f80a17ac.jpg
Mar 23, 2022, 10:10 PM: Augustus Romain
(Message continues) 







Mar 23, 2022, 10:10 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/7/2/72d7c80f-c86f-4370-bf05-f880cf49f4da.mp4

[Video file]

Mar 23, 2022, 10:11 PM: Augustus Romain



Thursday, March 24, 2022

 Yes)
Mar 24, 2022, 7:13 AM: Alexander Ionov 

 It's my website
Mar 24, 2022, 7:13 AM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/2/1/219192fe-e9e9-4a4b-a600-687c9c1c8d88.webp 



Mar 24, 2022, 7:13 AM: Alexander Ionov

 Hi
Mar 24, 2022, 1:10 PM: Alexander Ionov 

Friday, March 25, 2022

 Hey we are getting on our last flight now. You own that news paper? Wow you're a powerful man!
Mar 25, 2022, 1:30 AM: Augustus Romain 

 

Call me when you get to Atlanta, thank you very much
Mar 25, 2022, 7:03 AM: Alexander Ionov

 

Media/14042077491@s.whatsapp.net/3/7/37ce9469-5ace-47dd-8ecb-1c0a599bd246.webp



Mar 25, 2022, 7:03 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/0/9/094b7d13-b620-40ad-a20c-81f2291df7fa.jpg
Mar 25, 2022, 12:16 PM: Alexander Ionov
(Message continues)





Mar 25, 2022, 12:16 PM: Alexander Ionov

 This is great! That was fun! Who we attacking next? With more time I can get a bigger crowd.
Mar 25, 2022, 4:30 PM: Augustus Romain 

 Let's call you on Sunday. I still need to make a translation for you
Mar 25, 2022, 6:43 PM: Alexander Ionov 

Sunday, March 27, 2022

 We'll be done with our Church event by 4pm Atlanta time, or 11pm Moscow time. If that's too late at night we'll definitely be free tomorrow anytime
Mar 27, 2022, 1:28 PM: Augustus Romain 

 Ok, tomorrow is well
Mar 27, 2022, 1:31 PM: Alexander Ionov 

Monday, March 28, 2022

 When are you free today to have that phone call? I know it's already evening over there so let us know
Mar 28, 2022, 3:22 PM: Augustus Romain 

 come at 22:30 Moscow time
Mar 28, 2022, 4:06 PM: Alexander Ionov 

 Yes that works see you then
Mar 28, 2022, 5:48 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/2/6/266f0e30-6b8d-4928-b0fe-0078d25a9b59.webp
Mar 28, 2022, 5:58 PM: Alexander Ionov
(Message continues)



Mar 28, 2022, 5:58 PM: Alexander Ionov