# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Thursday, March 31, 2022

 good day! we received an email, thank you
Mar 31, 2022, 7:52 AM: Alexander Ionov
 AI

Friday, April 01, 2022

AR No problem I have a new bitcoin link so don't send the money to the prior one I gave you.
Apr 1, 2022, 3:47 PM: Augustus Romain


 Ok
Apr 1, 2022, 3:52 PM: Alexander Ionov
 AI

 Send me
Apr 1, 2022, 3:52 PM: Alexander Ionov
 AI

 I need 3 day, I going to one friend
Apr 1, 2022, 3:57 PM: Alexander Ionov
 AI

 Hi have cripto money
Apr 1, 2022, 3:58 PM: Alexander Ionov
 AI

 Now hi is travel
Apr 1, 2022, 3:58 PM: Alexander Ionov
AI

AR 0xA09828Cd632b8C6eb023D2321F3f8d6F62ee6e14
Apr 1, 2022, 10:18 PM: Augustus Romain


AR No problem take your time
Apr 1, 2022, 10:18 PM: Augustus Romain


Saturday, April 02, 2022

 Thanks you
Apr 2, 2022, 7:22 PM: Alexander Ionov
AI

Tuesday, April 05, 2022

 Hi
Apr 5, 2022, 8:58 PM: Alexander Ionov
 AI

 Haw are you
Apr 5, 2022, 8:58 PM: Alexander Ionov
 AI

AR Land Back! I am great how are you?
Apr 5, 2022, 11:26 PM: Augustus Romain


Wednesday, April 06, 2022

 I'm fine too, still working on transferring funds. I apologize for the delay comrade
Apr 6, 2022, 4:08 AM: Alexander Ionov
 AI

AR Media/14042077491@s.whatsapp.net/1/d/1d68b8a2-20f1-4040-80cf-a95d3abb4936.jpg

[No file]
Apr 6, 2022, 2:43 PM: Augustus Romain


AR This is so amazing! We appreciate the unity and will always support our Comrades in Russia!  Victory!
Apr 6, 2022, 2:44 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/3/3/33aa3477-1667-4d53-898b-592912c20193.webp

[No file]
Apr 6, 2022, 2:44 PM: Alexander Ionov
AI

AR CNN protest we thinking next week during a Basket Ball game there will be a lot of people and press outside already in front of the CNN building.
Apr 6, 2022, 2:45 PM: Augustus Romain




I support you in Russian
Apr 6, 2022, 8:32 PM: Alexander Ionov





Hi! How are you doing? I need your help! Could you post this article on your Instagram and Facebook
Apr 6, 2022, 8:34 PM: Alexander Ionov





We must get a ban on visiting the Writers Guild of the USA by Lily Kim for her position on the LGBT community. According to our data, she actively promotes the Ukrainian agenda in American circles, and also discredits the LGBT community in Russia and the United States. It is clear that the woman is playing in the clearing of the Democrats, who are trying to sit on two chairs today, and all this for the sake of business and opportunities!

http://stop-imperialism.com/2022/04/05/45087/

Media/14042077491@s.whatsapp.net/2/0/207838f8-f4ac-420d-ad3c-74e8092969f9.thumb

[No file]
Apr 6, 2022, 8:34 PM: Alexander Ionov







She shows maximum Russophobia
Apr 6, 2022, 8:35 PM: Alexander Ionov





If you can still put your own on the site. Thanks
Apr 6, 2022, 9:46 PM: Alexander Ionov



Thursday, April 07, 2022



Any body home?)
Apr 7, 2022, 6:05 AM: Alexander Ionov

Media/14042077491@s.whatsapp.net/6/0/60ef064e-da29-49b7-873e-a7ecf6f60108.webp

[No file]
Apr 7, 2022, 6:05 AM: Alexander Ionov



Good Morning! lol I got you Comrade! Let's nail this bitch to the wall! You know I love an attack mission!
Apr 7, 2022, 11:56 AM: Augustus Romain





thank you very much! I'm really looking forward to it! I'm sick of these rats attacking everyone
Apr 7, 2022, 12:01 PM: Alexander Ionov





Gazi
Apr 7, 2022, 1:22 PM: Alexander Ionov





We are you
Apr 7, 2022, 1:22 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/7/6/76a7e652-ca49-426c-ad7c-cb10969d0bfa.webp

[No file]
Apr 7, 2022, 1:22 PM: Alexander Ionov





Oh that was you calling me.
Apr 7, 2022, 1:47 PM: Augustus Romain



https://twitter.com/blkhmmrtimes/status/1512090027265863680?s=21&t=hAxzASmtj5Qyj4s0usnGnA

Media/14042077491@s.whatsapp.net/f/1/f187c11c-85e4-4a2f-8f63-2a6d48a74d7f.thumb

[No file]
Apr 7, 2022, 3:39 PM: Augustus Romain





There is the Twitter link.
Apr 7, 2022, 3:39 PM: Augustus Romain




Media/14042077491@s.whatsapp.net/0/9/09a122ec-8c36-4eab-acff-aa92bdf6d85c.webp

[No file]
Apr 7, 2022, 3:40 PM: Alexander Ionov


https://www.instagram.com/p/CcDh8iSLDQH/?utm_medium=copy_link 
Apr 7, 2022, 3:40 PM: Augustus Romain

My instagram link! 
Apr 7, 2022, 3:40 PM: Augustus Romain

Let me know what you think. Is it good? 
Apr 7, 2022, 3:40 PM: Augustus Romain


Thanks you 
Apr 7, 2022, 3:40 PM: Alexander Ionov


I check 
Apr 7, 2022, 3:40 PM: Alexander Ionov


Web site? 
Apr 7, 2022, 3:41 PM: Alexander Ionov


Super 
Apr 7, 2022, 3:41 PM: Alexander Ionov


ask the guys to distribute it at home and put it on the site. thanks comrade
Apr 7, 2022, 3:42 PM: Alexander Ionov

Yes! 
Apr 7, 2022, 3:56 PM: Augustus Romain



**AR** Media/14042077491@s.whatsapp.net/6/6/666ed26f-3122-46a6-a7e4-0f90813ad2e1.jpg

[No file]

Apr 7, 2022, 4:07 PM: Augustus Romain



 Thanks you so much
Apr 7, 2022, 4:07 PM: Alexander Ionov **AI**

 I meant to make a repost on your site. black hammer
Apr 7, 2022, 4:08 PM: Alexander Ionov **AI**

 **AR** Oh okay! Got it! Let me hit up my website guy.
Apr 7, 2022, 4:08 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/4/e/4e8c78ec-e724-4eeb-9a8e-020eaab5ce91.webp

[No file]

Apr 7, 2022, 4:08 PM: Alexander Ionov **AI**

 3A679CF8A6D4FCB51F8A
Apr 7, 2022, 4:09 PM: Alexander Ionov **AI**

 **AR** https://blackhammer.org/2022/04/07/lilia-kims-american-dream-was-the-reason-for-the-russian-renunciation/
Apr 7, 2022, 5:11 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/1/9/199d8eb5-be6e-422d-b663-03561b703385.webp

[No file]

Apr 7, 2022, 5:11 PM: Alexander Ionov **AI**

 Media/14042077491@s.whatsapp.net/b/1/b1e4ac95-d34c-491d-83d8-
Apr 7, 2022, 5:11 PM: Alexander Ionov
(Message continues) **AI**









0dab52c38234.webp

[No file]
Apr 7, 2022, 5:11 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/e/4/e4158240-d068-404e-a1c4-e888147574d1.webp

[No file]
Apr 7, 2022, 5:11 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/c/a/cae2ba53-dfef-42db-84c0-430dc1631078.mp4

[No file]
Apr 7, 2022, 5:12 PM: Augustus Romain



Done! What's next lol I love this!
Apr 7, 2022, 5:13 PM: Augustus Romain



You are best
Apr 7, 2022, 5:13 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/c/f/cf94f5f2-edc1-4a0a-b56a-1acb23d5fe09.webp

[No file]
Apr 7, 2022, 5:13 PM: Alexander Ionov

Friday, April 08, 2022



Hi, how are you? you could ask your guys to repost yesterday's material, so that we would give mass and make materials in our media
Apr 8, 2022, 12:15 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/2/1/2181b7ee-d1ce-41a7-86fa-e316db2e24de.webp

[No file]
Apr 8, 2022, 12:15 PM: Alexander Ionov



 **Not a problem where would you like it reposted?** 
Apr 8, 2022, 12:45 PM: Augustus Romain

 **пару блогеров, если возможно** 
Apr 8, 2022, 12:48 PM: Alexander Ionov

 **Thanks** 
Apr 8, 2022, 12:48 PM: Alexander Ionov

 **Hi** 
Apr 8, 2022, 10:54 PM: Alexander Ionov

 **Haw are you Gazi** 
Apr 8, 2022, 10:55 PM: Alexander Ionov

 **I'm good Comrade how are you?** 
Apr 8, 2022, 11:44 PM: Augustus Romain

Saturday, April 09, 2022

 **I'm good** 
Apr 9, 2022, 7:32 AM: Alexander Ionov

 **Thanks you so much** 
Apr 9, 2022, 7:32 AM: Alexander Ionov

 **What about these?** 
Apr 9, 2022, 7:33 AM: Alexander Ionov

 **I contacted political bloggers I know but they are all scared to post anything pro-Russia.  These folks are cowards.** 
Apr 9, 2022, 11:41 AM: Augustus Romain

 please ask your activists to post on your social networks
Apr 9, 2022, 12:28 PM: Alexander Ionov 

Tuesday, April 12, 2022

 Gazi Hi
Apr 12, 2022, 7:32 AM: Alexander Ionov 

 I go to the bank after tomorrow
Apr 12, 2022, 7:32 AM: Alexander Ionov 

 I hope all be right
Apr 12, 2022, 7:32 AM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/b/a/ba95a979-f6ce-44d6-8e22-568b961222ba.webp

[No file]
Apr 12, 2022, 7:32 AM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/1/8/18071fa8-6432-4298-86d5-964b167bd5eb.opus

[No file]
Apr 12, 2022, 8:17 AM: Alexander Ionov 

 Gazi
Apr 12, 2022, 8:16 PM: Alexander Ionov 

 Land Back Comrade!
Apr 12, 2022, 8:16 PM: Augustus Romain 

 how are you? I wanted to interview you today, but I saw that you deleted an article about an old witch from Facebook. something happened?
Apr 12, 2022, 8:17 PM: Alexander Ionov

 I started to worry about it
Apr 12, 2022, 8:18 PM: Alexander Ionov

 I'm ready to do an interview when you are. It seems like the United snakes media is preparing hit pieces against me since the Meta protest lol.

Media/14042077491@s.whatsapp.net/7/f/7f320249-aec5-4f95-b187-dc324eec35b0.jpg

[No file]
Apr 12, 2022, 8:18 PM: Augustus Romain

 this is a cool story, congratulations
Apr 12, 2022, 8:19 PM: Alexander Ionov

 I didn't delete anything. Facebook takes my stuff down I will repost.
Apr 12, 2022, 8:19 PM: Augustus Romain

 you can duplicate this post again, otherwise we can't make a publication in the media
Apr 12, 2022, 8:20 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/8/1/815f9545-da6c-4601-97a9-d98d9de19ad1.jpg

[No file]
Apr 12, 2022, 8:20 PM: Alexander Ionov

 About these
Apr 12, 2022, 8:20 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/8/8/886c4800-020e-413d-892f-a147482e3481.jpg

[No file]
Apr 12, 2022, 8:21 PM: Augustus Romain



**How's this?**
Apr 12, 2022, 8:21 PM: Augustus Romain





**and I'm very sorry that I delayed the translation. we have just canceled the commission in all**
Apr 12, 2022, 8:21 PM: Alexander Ionov





**Thanks you so much**
Apr 12, 2022, 8:21 PM: Alexander Ionov





**I can't blame you it's this United snakes government. I know y'all are doing everything you can.**
Apr 12, 2022, 8:22 PM: Augustus Romain





**questions:**

**1. Why is there a strong Ukrainian lobby in the USA now?**

**2. What is the public attitude towards Biden against the background of all the recent events and statements?**

**3. What events will your organization hold in the near future?**
Apr 12, 2022, 8:23 PM: Alexander Ionov



**Yes, thanks you**
Apr 12, 2022, 8:24 PM: Alexander Ionov





**New time and new problem**
Apr 12, 2022, 8:24 PM: Alexander Ionov





**[Emoji(s)]**
Apr 12, 2022, 8:24 PM: Alexander Ionov





**We are strong we will be victorious in the end!**
Apr 12, 2022, 8:25 PM: Augustus Romain



 Media/14042077491@s.whatsapp.net/4/c/4c417275-d00b-4df4-8680-bbc31659370c.jpg

[No file]

Apr 12, 2022, 8:25 PM: Alexander Ionov

 AI

 Media/14042077491@s.whatsapp.net/e/c/ec8d5a25-e8b0-46a9-8b9b-520ef5d8c646.opus

[No file]

Apr 12, 2022, 8:25 PM: Alexander Ionov

AI

[Emoji(s)]

Apr 12, 2022, 8:25 PM: Alexander Ionov

AI

AR Lol oh wow they used a pic from way back lol Thank you so much!

Apr 12, 2022, 8:27 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/1/0/109a51bd-148e-45a6-a7cd-d5adc25654fe.webp

[No file]

Apr 12, 2022, 8:32 PM: Alexander Ionov

AI

AR The Ukrainian lobby is strong today because it has been strengthened by the US and its allies. Similar to how there was a powerful Uighur lobby when America needed to garner support against the Chinese government for supposed human rights violations in Xinjiang, today we have a Ukrainian lobby, claiming to represent the interests of the Ukrainian people, going on and on about "massacres" and "civilians killings" happening in Ukraine at the hands of Russia to garner support from the American public for a full scale American intervention in the conflict. The world remembers the covert operations of the Cold War and can see them now in nations like Russia, and budding nations like Rojava, East Turkmenistan, and Hong Kong where the US sends billions for proxy warfare. Because Russia wants to have self determination and work with nations like China, the DPRK, and Iran, the US will fund media attacks and fake leaders to push division internally and externally to hurt the Russian people. Divide and Conquer tactics in the former nations of the USSR are alive and well thanks to the US. 

Apr 12, 2022, 10:26 PM: Augustus Romain
(Message continues)

However, it is a failed effort because the words of the lobby falls on deaf ears- the American public and the rest of the world has had enough of mainstream media's lies with COVID-19, the economic crises, the sharp increases in gas prices etc. Despite the monstrosity of air-time the pro-Ukraine lobby gets, the majority is against American involvement in the conflict and against the Cold War part 2 rhetoric espoused by the media given that it's worsening the impacts of inflation, food shortages, fuel prices etc.

What is the public attitude towards Biden against the background of all the recent events and statements?
The public attitude towards Biden has been a cold shoulder. The poor and working class Colonized people and even the white people ignore Biden's narrative that Putin and Xi are the cause of inflation, supply chain shortages, and COVID-19. In addition his support of Ukrainian "refugees" is poorly received because at the same time as these people are welcomed into America and receive resources from the U.S. government to help them, thousands of Africans, Asians, and Indigenous refugees are continuously put in detention centers and harassed and killed by ICE. Ukrainians are seen as part of the same Liberal Elite that Biden represents and the public wholeheartedly despises. The people are also calling out the contradiction of the billions of US payments to the Ukrainian Military while  millions of its own working people are sentenced to homelessness and starvation.

In short, the public approval for Biden is at an all time low and the American people have had enough of his lies and excuses.

What events will your organization hold in the near future?
In the upcoming week, the Black Hammer Party is protesting the CNN Headquarters in Atlanta to strike at the mainstream Western media. This is not merely in support of Russia and to counter the lies they have spread about Putin and the Russian people, but also the lies they spread at home. They use the conflict in Ukraine to cover up Biden's disastrous policies that are bringing America into another Great Depression. They use COVID-19 and the vaccinations to lie to and divide the people and spread Big Pharma propaganda. Before this they pushed lies about Syria, Libya, and Yemen to justify wars, interventions, and color revolutions that have killed, injured and impoverished millions of people. In order to build a just new world, we must destroy the most powerful arm of the liberal elite- their media- and Black Hammer will be doing just that! You can read more updates about the protest on our website blackhammer.org and on our Facebook, Instagram and Twitter.
Apr 12, 2022, 10:26 PM: Augustus Romain

Wednesday, April 13, 2022



Thanks you so much
Apr 13, 2022, 4:16 AM: Alexander Ionov

Friday, April 15, 2022

 https://youtu.be/GpWQWk1aWJw

Media/14042077491@s.whatsapp.net/c/e/ce0f6fbf-0e39-4584-b94f-f2a8de06edff.thumb

[No file]

Apr 15, 2022, 5:58 PM: Augustus Romain 

 Who is this piece of crap?

Apr 15, 2022, 5:58 PM: Augustus Romain 

 Old primer minister

Apr 15, 2022, 6:49 PM: Alexander Ionov  AI

 All people not like him

Apr 15, 2022, 6:50 PM: Alexander Ionov AI

Saturday, April 16, 2022

 Media/14042077491@s.whatsapp.net/9/6/9695341d-0881-4d50-86ba-b0a511e885d7.jpg

[No file]

Apr 16, 2022, 1:06 PM: Augustus Romain 

They Clinton media is maaaaaaad at me

Apr 16, 2022, 1:07 PM: Augustus Romain 

I feel like Putin ❤️

Apr 16, 2022, 1:16 PM: Augustus Romain 

They also say your name

Apr 16, 2022, 1:22 PM: Augustus Romain

 [Emoji(s)]

Apr 16, 2022, 4:07 PM: Alexander Ionov AI



It's so stupid articles
Apr 16, 2022, 4:10 PM: Alexander Ionov



lol very stupid
Apr 16, 2022, 7:45 PM: Augustus Romain





Yes
Apr 16, 2022, 7:46 PM: Alexander Ionov



You all right
Apr 16, 2022, 7:46 PM: Alexander Ionov



I love when the enemy says bad things about us. It means we are doing good work.
Apr 16, 2022, 7:46 PM: Augustus Romain



is there a full text of the article? I can't buy a subscription
Apr 16, 2022, 7:47 PM: Alexander Ionov



The radical rise and cultish fall of the Black Hammers
Gazi Kodzo, leader of the Black Hammer organization, leads protestors in chants against CNN Thursday, Jan. 6, 2022 in front of the CNN building in Atlanta. Daniel Varnado/For the Atlanta Journal-Constitution)
Caption
INVESTIGATIONS
By Chris Joyner, The Atlanta Journal-Constitution
April 15, 2022
Critics warn that Atlanta-based extremist group is abusive, dangerous
Last month, Gazi Kodzo, the leader of the extremist sect the Black Hammer Party, led a small band of followers on a protest march through downtown Atlanta, threatening Mayor Andre Dickens and the Atlanta Police.

He announced that he was armed with "a lot of guns" and had security for anyone who tried to shut him up.

"Kill the police!" Kodzo shouted into a bullhorn as a follower with a cell phone camera beamed the march to the group's YouTube channel. "To get free, you've got to kill the pigs."
Apr 16, 2022, 7:51 PM: Augustus Romain
(Message continues)





The Atlanta-based Black Hammer Party represents a new brand of radicalism on Georgia's political fringes. Its formula has attracted hundreds of followers across the country as the group experienced a meteoric rise the past two years with chapters forming from New York to Los Angeles.

The group mixes Black nationalist rhetoric and a revolutionary message with hot-button issues like anti-vaccine myths and election conspiracies. Led by its flamboyant, erratic commander, who is ever-present on YouTube, Instagram and Facebook, Black Hammer has melded its Marxist message with viral online strategies of modern far-right populists.

Along the way, Kodzo has given inflammatory interviews to conservative news sites, trashed American foreign policy for Russian journalists, and announced an alliance with the Proud Boys over shared conspiracy theories about the 2020 presidential election.

Last year, Kodzo led protests at the Centers for Disease Control and Prevention near Decatur and outside CNN headquarters downtown shouting outlandish slogans borrowed from QAnon and the pro-Trump Stop the Steal movement, sometimes for the benefit of local television crews.

Kodzo did not respond to interview requests for this story.

Caption
Representatives from the group Black Hammer protest Thursday, Jan. 
6, 2022 at the CNN building in Atlanta. (Daniel Varnado/For the Atlanta Journal-Constitution)
Credit: Daniel Varnado
He and three of his followers traveled to Menlo Park, Calif., where they staged a protest last month in front of the the headquarters of Meta, the parent company of Facebook.

The group livestreamed their protest on YouTube, complaining that Facebook had censored accounts siding with the Russian government in the invasion of Ukraine. The display earned the appreciation of reputed Kremlin influence man Alexander Ionov, who posted about it on his Facebook page, linking that post to Kodzo's own Facebook page where he has 41,000 followers.

The group has flirted with violence. Kodzo often is accompanied by an armed security detail and brags about the group's guns, such as at the anti-police protest last month in Atlanta. Last year, its members got in a brief armed standoff in Colorado in a failed attempt to create a self-sustaining compound in a remote area of the Rocky Mountains. Kodzo wanted to call it "Hammer City."

His antics have come at a cost. Many of Kodzo's projects and initiatives resulted in high-profile failures, leading to defections and blistering exposés from other radical groups.

Caption
Apr 16, 2022, 7:51 PM: Augustus Romain
(Message continues)

Critics, including a number of defectors, say the Black Hammer Party is a cult and Kodzo's stunts are an attempt to build social media clout and online donations to support his lifestyle, according to interviews and online statements.

"It was pretty much whatever Gazi wanted to do," said Kodzo's former chief of staff, a woman who goes by the name Savvy. "Whatever popped into Gazi's head. ... He basically took over the organization."

Rebecca Federman, an analyst with the Anti-Defamation League, said the Black Hammer Party has consolidated in Atlanta, pivoting toward viral messaging and flirtations with far-right populism. The "extreme personality" of its leader and the radical nature of its politics make it hard to predict the group's next moves, she said.

"We don't know what they are going to do next, which makes it important to watch them," she said.

A radical response

The Black Hammer Organization, as it originally was known, was formed in 2019 in Atlanta by a handful of activists with backgrounds in radical Black, communist organizing. The timing was fortuitous.

Membership skyrocketed the following year as the nation was roiled by a series of African-American deaths at the hands of white police and young people began searching for more radical solutions to America's longstanding issues of racial justice. By the end of 2020, there were reportedly hundreds of Black Hammer members in chapters across the country, linked by social media and meeting on video conferences, according to extremist watchdogs and members who defected.

As an organization, Black Hammer sought to inspire and lead Black and native American people. The group used explosive rhetoric that called for an anti-capitalist revolution, a separate homeland and financial reparations from white "colonizers." From the beginning, Kodzo was the fire starter.

Kodzo's, whose real name is Augustus Cornelius Romain Jr., grew up in Stone Mountain and attended Perimeter College before moving to Los Angeles where they (Kodzo identifies as gender non-conforming and uses the pronoun "they") attempted a career as a lifestyle blogger on YouTube under the stage name Smiletone. But Kodzo's online persona shifted over the years to become more political, eventually adopting more strident and extreme positions leading up to the establishment of the Black Hammer Organization with a group of fellow radical organizers.

Now some of those same founders are among his harshest critics.

Caption
In a statement released online, Robert Quiñones, one of the founding members, said the group went "from a vehicle of liberation to one of abuse and toxicity" under Kodzo's leadership.

Apr 16, 2022, 7:51 PM: Augustus Romain
(Message continues)

"How stupid could we have been to think we were building cadre," Quiñones wrote, "we were building lackeys."

Former Black Hammer members accused Kodzo of overworking members in sweatshop conditions in a communal "Hammer House" where they were subjected to emotional abuse while their leader used the organization to sustain a comfortable lifestyle, according to interviews with former members and online statements posted by some of the group's founders.

"Augustus has gone so far as to manipulate members into breaking up with life partners and spouses. Members are encouraged to only interact with their families insofar as they are recruiting them," wrote Suh Hee Jun, the group's former science chief.

A failed dream, an armed standoff

Meanwhile, Kodzo launched counter attacks on social media against defectors. He gradually expanded his control over the group and how it communicates with the outside world, said Savvy, the former chief of staff.

The inflection point was Kodzo's plan last spring to establish an autonomous camp for members dubbed Hammer City. Savvy said the group's mission became fundraising for the settlement initially planned for somewhere in Florida, then shifting to a remote plot high on the western slope of the Rockies in Colorado.



The proposed Hammer City fell apart as the organization failed to close the deal for the real estate and left the property after local law enforcement was called. Savvy said Hammer City was poorly planned and under resourced, and the group found itself without adequate food, water or shelter.

"I almost died up there," she said.

Caption
A Twitter post by the Black Hammer Party celebrates the "successfully liberated" land for a planned settlement called Hammer City. The group was evicted from the land a few days later after the real estate deal fell through.
Credit: Chris Joyner
Before they left, members engaged in a brief armed standoff with a neighbor who stopped to ask them to move their vehicles from the road, according to police records.

The neighbor, wildlife photographer Randy Stephens, said the group of about 20 responded angrily to him.

"They were armed. A couple of them had helmets on, bulletproof vests," Stephens said in an interview with the AJC. "The guy to my left, which was the closest, he pulled his pistol."

Stephens said he grabbed his shotgun, although he said it was unloaded.

Apr 16, 2022, 7:51 PM: Augustus Romain
(Message continues)



"They yelled and screamed that they had all these rights. I said, 'I don't care what you do on your property, but you can't keep blocking this road,'" he said.

The May 2021 standoff ended without violence, but Stephens said he was shaken.

'War on the mayor'

According to defectors and the group's own social media trail, Black Hammer chapters in some parts of the nation began folding or splintering off after the failed Hammer City episode. The group consolidated in Atlanta, with members closest to Kodzo living in the "Hammer House," a rented house in a suburban southside neighborhood in Riverdale.

Savvy said members who lived in the house were subjected to Kodzo's strict rules and could only leave for specific tasks and in the company of an armed guard.

"It was very controlled, very rigid," she said.

Savvy left the organization for good last summer in what she described as an escape after a physical confrontation with Kodzo.

The entire group was evicted from the house in December owing $21,000 in unpaid rent, attorney's fees and other charges, according to records in Clayton County State Court. Social media posts and public records indicate the group has a new Hammer House in a subdivision in Fayetteville. A posted video shows Kodzo dancing through the large house, showing off its bedrooms and walk-in closets. 

Explore
SPLC report claims extremists now in political mainstream
Much of the group's protest activity since last summer has centered on downtown Atlanta, near Woodruff Park where members can be seen most weeks preaching to the homeless and on the campus of Georgia State University where they hit up students and faculty for donations.

On a recent visit, Kodzo was again using the rhetoric of violence and confrontation as he preached to 15-20 people gathered in the park.

"I got shooters. Amen! I got gang bangers. Amen!" Kodzo warned. "It's war on this mayor. War!"

The Woodruff Park meetings are broadcast online. Such real-time displays represent a new front in how extremist groups spread their message and raise money, watchdog groups say.

The Black Hammer Party had used the popular fundraising tool GoFundMe to raise money online, but they were banned from the platform a year ago for "user content that reflects or promotes hate," according to a statement from the company. Now the group uses Donorbox, a U.S. company that has been criticized for allowing

Apr 16, 2022, 7:51 PM: Augustus Romain
(Message continues)

fundraising by extremist and conspiracy groups.

The rallies for several months have regularly attracted the attention of Atlanta Police for failing to heed the city's noise ordinance.

Explore
From 2021: Online bans, media glare, hem extremists, diminish reach, experts say
In November, Atlanta police arrested several members of the group, including Kodzo, when they refused an order to turn down the amplifier that was violating the city's noise ordinance, according to the police report. When the police went to arrest Kodzo other members of the group began pushing officers, according to the report.

Kodzo and several other Hammers were arrested and charged with disorderly conduct and obstruction of police. Officers seized a .45-caliber handgun and two-way radios, among other items, according to the reports.

Some on the GSU campus have felt harassed by the group's aggressive tactics. Alex Sayf Cummings, a professor in the GSU history department, said a Black Hammer member followed her to her car after she tried to warn a student not to give the group money.

"He came around the back of my car and took a picture of my license plate. He said, 'I got your plate, man. I got your plate,'" she said.

'I'm coming for you'

Last fall, Kodzo appeared in a livestream video with Proud Boys founder Gavin McInnis to announce an alliance with the far-right group. In the video, Kodzo namechecks a variety of popular conspiracy theories including that President Joe Biden was not legitimately elected and that the COVID-19 vaccine is a trap by pharmaceutical companies.

"The Proud Boys, Black Hammer, Black and brown working people, white working people coming together against this elite big pharma situation. It is a fight between good and evil," Kodzo said.

Federman, the Anti-Defamation League analyst, said the shift to issues that are hot button topics for the far right appears to be a new and opportunistic ploy to generate attention.

"It is feasible that the entire Black Hammer movement is anti-vaccine," she said. "But they have definitely pivoted or I guess added on these new sort of trendy causes to their repertoire."

The tactics have generated some national attention for the group, especially with right-wing media.

"How stupid could we have been to think we were building cadre. We were building lackeys."

- Robert Quiñones, one of the founding members of the Black Hammer Party
Apr 16, 2022, 7:51 PM: Augustus Romain
(Message continues)

In September, Kodzo pounced on the controversy surrounding rapper Nicki Minaj's vaccine hesitancy and her tweets spreading misinformation staging a protest of about a half dozen Black Hammer members outside the CDC headquarters.

"The CDC has been lying to us," Kodzo told a CBS46 news crew. "We should all be questioning the vaccine."

Footage from the protest was carried on Fox News, Newsweek and other national outlets which folded it into their stories on fallout from the Minaj's tweets, as well as on websites like Glenn Beck's "The Blaze" and the Gateway Pundit, both of which have been criticized for spreading misinformation about COVID-19.

The Black Hammer Party came to the Anti-Defamation League's attention, in part, because of a social media campaign begun last year by Kodzo targeting the memory of Anne Frank, the Jewish teenager whose World War II diary has been read by school children for decades as a way to teach the Holocaust.

More recently Black Hammer defended statements earlier this year by Whoopi Goldberg on "The View" that the Holocaust was "not about race" and was about "two white groups of people." Goldberg apologized for the statements and was suspended from the show, but the group tried to capitalize on it, Federman said.

"They sort of doubled down on that rhetoric that white Jews are colonizers and join the ranks of colonizers in, according to them, vis-à-vis the Palestinians," she said. 

Caption
Black Hammer Party leader Gazi Kodzo, whose real name is Augustus Romain Jr., shouts at members of the Atlanta City Council during a February 2022 town hall to discuss the MARTA's transportation plans for Campbellton Road.
Credit: Facebook
In February, Kodzo appeared at a town hall meeting called by Atlanta Council members to discuss MARTA's controversial transportation plans for Campbellton Road. In the public comment period, Kodzo launched into a rambling speech about his personal memories of riding MARTA before hurling baseless accusations and threats at council members until the microphone was taken away.

"There will be punishment!" Kodzo shouted as he and a handful of Black Hammers filed out. "I'm coming for you with an army! I'm coming for you. Watch your back!"

About the Author
ajc.com
Chris JoynerFollow Chris Joyner on facebookFollow Chris Joyner on twitter
Joyner is a member of the AJC Investigations team. He has been with the AJC since 2010.
Apr 16, 2022, 7:51 PM: Augustus Romain

Sunday, April 17, 2022

 Black hummer is super power
Apr 17, 2022, 12:49 PM: Alexander Ionov 

 Thank you Comrade! The enemy is so mad about us doing great work together and supporting the Russian people. They are putting out lies through the media about me, they arrested one of our leaders, and have deleted by instagram. No worries though we are strong! I love press good and bad lol. We freed our comrade from jail in one day. I will create a new instagram tomorrow. Nothing will stop the victory of Russia and oppressed people around the world rising against United snakes imperialism.
Apr 17, 2022, 3:23 PM: Augustus Romain 

 and why was your instagram deleted
Apr 17, 2022, 5:00 PM: Alexander Ionov 

 they have done a lot of bad things to Russia. Even in elementary things. I am waiting for the second week when I can officially change rubles into dollars. I don't remember that yet
Apr 17, 2022, 5:01 PM: Alexander Ionov 

Wednesday, April 20, 2022

 Hi Gazi
Apr 20, 2022, 9:27 AM: Alexander Ionov 

 Good Morning Comrade!
Apr 20, 2022, 11:18 AM: Augustus Romain 

 Haw are you?
Apr 20, 2022, 11:18 AM: Alexander Ionov

Maybe tomorrow we speak to zoom?
Apr 20, 2022, 11:19 AM: Alexander Ionov

 

That would be great. What time?
Apr 20, 2022, 11:20 AM: Augustus Romain

 

11 pm Moscow time
Apr 20, 2022, 11:20 AM: Alexander Ionov

 

Yes that works!
Apr 20, 2022, 11:23 AM: Augustus Romain



Super
Apr 20, 2022, 11:23 AM: Alexander Ionov

Thursday, April 21, 2022

 

We still on for the meeting
Apr 21, 2022, 7:00 PM: Augustus Romain

 

One hour
Apr 21, 2022, 7:03 PM: Alexander Ionov



[Emoji(s)]
Apr 21, 2022, 7:03 PM: Alexander Ionov

https://us02web.zoom.us/j/5311906761?pwd=dVNnZU9wSTFMSG1nV
mlqdVRDSGk3dz09
Apr 21, 2022, 7:42 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/5/2/526d5a6f-94d9-49d5-bb9b-
ccd803b2adea.webp

[No file]
Apr 21, 2022, 7:44 PM: Alexander Ionov



https://us02web.zoom.us/j/5311906761?pwd=dVNnZU9wSTFMSG1nV
Apr 21, 2022, 8:11 PM: Alexander Ionov
(Message continues)





**mlqdVRDSGk3dz09**
Apr 21, 2022, 8:11 PM: Alexander Ionov

Friday, April 22, 2022





Доброе утро товарищ!  Для меня было большой честью быть приглашенным на празднование Дня Победы с героическим народом России.  Это сбывшаяся мечта.  Вчера я был так удивлен и переполнен благодарностью, что едва мог правильно думать или говорить.  Я смотрел празднование Дня Победы на YouTube с тех пор, как был подростком.  Великая жертва и борьба, с которыми пришлось столкнуться русскому народу, чтобы спасти мир от Гитлера.  Является источником вдохновения для всех, кто сегодня выступает против американских империалистических нацистов.  Я хотел спросить со всем уважением.  Можно ли мне и Товарищам Молота носить георгиевские ленточки в День Победы?  Несмотря на то, что мы не русские, мы хотели показать нашу поддержку и любовь.
Apr 22, 2022, 12:54 PM: Augustus Romain





Спасибо тебе товарищ!
Apr 22, 2022, 12:56 PM: Alexander Ionov

Давайте сделаем всем георгиевские ленты!
Apr 22, 2022, 12:56 PM: Alexander Ionov



Media/14042077491@s.whatsapp.net/3/6/36699b45-f2b2-44ab-9cae-40d6e198f258.webp

[No file]
Apr 22, 2022, 12:58 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/4/3/430d6088-a81d-49e8-bf9d-5bf61dc3e604.webp

[No file]
Apr 22, 2022, 1:07 PM: Alexander Ionov

Sunday, April 24, 2022





Media/14042077491@s.whatsapp.net/c/f/cfa814c8-0803-4637-82e9-1f64a19dde31.mp4
Apr 24, 2022, 5:56 PM: Augustus Romain
(Message continues)

**AR** [No file]
Apr 24, 2022, 5:56 PM: Augustus Romain

**AR** I got a gift for you lmao
Apr 24, 2022, 5:56 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/0/8/08ce26e4-05d7-439a-b579-a4fae164abdd.webp

[No file]
Apr 24, 2022, 5:57 PM: Alexander Ionov  **AI**

So coool
Apr 24, 2022, 5:58 PM: Alexander Ionov  **AI**

These Atlanta?
Apr 24, 2022, 5:58 PM: Alexander Ionov  **AI**

**AR** Yes!!!
Apr 24, 2022, 6:03 PM: Augustus Romain

**AR** I told you this my city! ❤️
Apr 24, 2022, 6:03 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/3/5/35014bdb-f332-455c-9f32-d352f18fbaf9.opus

[No file]
Apr 24, 2022, 6:03 PM: Alexander Ionov  **AI**

Media/14042077491@s.whatsapp.net/3/2/32ad456e-dcb5-4b74-8d5d-72938a39f772.webp

[No file]
Apr 24, 2022, 6:03 PM: Alexander Ionov  **AI**

 Yes there is no audio but I can send over the audio to put over it
Apr 24, 2022, 6:04 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/9/b/9b0ce76d-8385-4dbe-aecc-a4eed678c8d7.webp

[No file]
Apr 24, 2022, 6:07 PM: Alexander Ionov 

 It's great
Apr 24, 2022, 6:16 PM: Alexander Ionov 

 Good! I want to be for Russia and Putin what Zelenskyy is for Amerikkka and Joe Biden.
Apr 24, 2022, 6:37 PM: Augustus Romain 

 thank you for your support! I'll give it to the media now
Apr 24, 2022, 6:38 PM: Alexander Ionov 

 why is there no sound?
Apr 24, 2022, 6:39 PM: Alexander Ionov 

 What are you shouting there?
Apr 24, 2022, 6:39 PM: Alexander Ionov 

Media/14042077491@s.whatsapp.net/6/d/6d8b1978-b779-4e85-a33b-034d6334636e.webp

[No file]
Apr 24, 2022, 6:39 PM: Alexander Ionov

 We are shouting "VICTORY" there is no sound because the drone doesn't have sound I'm sorry
Apr 24, 2022, 7:08 PM: Augustus Romain 

 I can do a quick video with audio explaining
Apr 24, 2022, 7:24 PM: Augustus Romain 

 [Emoji(s)]
Apr 24, 2022, 7:32 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/3/6/36203fc5-7d32-44d8-a789-13dc38a5f61f.jpg

[No file]
Apr 24, 2022, 7:52 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/8/5/85a63856-eeac-41aa-a377-c70dbcb7eeaa.webp

[No file]
Apr 24, 2022, 7:53 PM: Alexander Ionov 

Media/14042077491@s.whatsapp.net/c/8/c87c7e3c-f2c6-4050-85b1-fd25902573b4.webp

[No file]
Apr 24, 2022, 7:53 PM: Alexander Ionov  

 1 000 000 followers
Apr 24, 2022, 7:53 PM: Alexander Ionov 

 Telegram Chanel
Apr 24, 2022, 7:53 PM: Alexander Ionov 

 Yaaaaaaaaassssssss
Apr 24, 2022, 8:02 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/0/9/095476d5-1ad4-4b46-a164-07999fdbbdd4.webp
Apr 24, 2022, 8:02 PM: Alexander Ionov
(Message continues) 

 [No file]
Apr 24, 2022, 8:02 PM: Alexander Ionov 

 I'm going to post the video on my Facebook lol
Apr 24, 2022, 8:03 PM: Augustus Romain 

 Cool
Apr 24, 2022, 8:04 PM: Alexander Ionov 

 https://readovka.news/news/94914?utm_source=yxnews&utm_medium
=mobile&utm_referrer=https%3A%2F%2Fyandex.ru%2Fnews%2Fsear
ch%3Ftext%3D
Apr 24, 2022, 8:33 PM: Alexander Ionov 

 and who are all these people next to you? who lined up with the letter z
Apr 24, 2022, 8:49 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/d/3/d324cb14-db38-4505-ae65-
2ffac06f7c3f.webp

[No file]
Apr 24, 2022, 9:00 PM: Alexander Ionov 

 Members of Black Hammer and the people of Atlanta. We sent out a
mass text to our people of Atlanta asking for people who support to
come out.
Apr 24, 2022, 9:00 PM: Augustus Romain 

 We actually had way more people but it was too many to fit in the park.
Apr 24, 2022, 9:00 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/a/a/aa1b3899-b101-4dc3-9860-
41f64d7fc802.webp

Apr 24, 2022, 9:00 PM: Alexander Ionov
(Message continues)



[No file]
Apr 24, 2022, 9:00 PM: Alexander Ionov





So many African Americans came out to support Russia
Apr 24, 2022, 9:01 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/6/a/6a9c891e-25e5-466c-99a6-9d10cc9f64cd.webp

[No file]
Apr 24, 2022, 9:01 PM: Alexander Ionov





I kept it a secret from you I wanted to surprise you!
Apr 24, 2022, 9:01 PM: Augustus Romain





Thanks you so much
Apr 24, 2022, 9:01 PM: Alexander Ionov



Monday, April 25, 2022



Media/14042077491@s.whatsapp.net/7/1/710cf161-62d6-4e20-85df-7db90fdbf2e4.jpg

[No file]
Apr 25, 2022, 5:54 AM: Alexander Ionov





Putin Chenel
Apr 25, 2022, 5:54 AM: Alexander Ionov



Oh my goodness!!!!!!
Apr 25, 2022, 12:00 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/2/3/23a4095b-f966-4320-8d38-88cb8e477ea9.webp

[No file]
Apr 25, 2022, 12:01 PM: Alexander Ionov

 **AR**

Can you send me the link we are so happy!
Apr 25, 2022, 12:05 PM: Augustus Romain





https://vk.com/wall-62965682_739206

Media/14042077491@s.whatsapp.net/4/8/481c4dea-7b51-43e4-ae0d-83b0abe0c991.thumb

[No file]
Apr 25, 2022, 12:07 PM: Alexander Ionov

**AI**

**AR**

Thank you! This is Black Hammer's greatest accomplishment yet!!
Apr 25, 2022, 12:43 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/b/1/b1efd593-f366-43e9-b1fd-545e956e8e05.webp

[No file]
Apr 25, 2022, 12:49 PM: Alexander Ionov

**AI**



Media/14042077491@s.whatsapp.net/1/e/1eee85ef-6309-4cff-9b3b-80f99d6dd3e2.jpg

[No file]
Apr 25, 2022, 2:53 PM: Alexander Ionov

**AI**



Serbia
Apr 25, 2022, 2:53 PM: Alexander Ionov

**AI**

**AR**

[Emoji(s)]
Apr 25, 2022, 2:53 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/3/3/339c3650-17a0-4ece-b258-feffe30096c4.webp

[No file]
Apr 25, 2022, 2:53 PM: Alexander Ionov

**AI**



Media/14042077491@s.whatsapp.net/d/1/d146b2d8-a395-4b4a-b1af-1a6da6aa883d.webp

[No file]

Apr 25, 2022, 2:53 PM: Alexander Ionov





This is spreading!!!! Thank you so much !!

Apr 25, 2022, 2:53 PM: Augustus Romain





You are welcome

Apr 25, 2022, 2:56 PM: Alexander Ionov



Friday, April 29, 2022



Media/14042077491@s.whatsapp.net/a/b/abb30e15-2e9e-4cf1-a390-51a8872466d6.webp

[No file]

Apr 29, 2022, 7:44 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/b/8/b82f390c-8a69-4313-8078-1e4bb467bcfa.jpg

[No file]

Apr 29, 2022, 7:45 PM: Alexander Ionov



Saturday, April 30, 2022



Such a beautiful  picture!

Apr 30, 2022, 2:45 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/a/a/aabec10b-2ee5-4fe2-9871-73b2b4cf7a33.webp

[No file]

Apr 30, 2022, 7:55 PM: Alexander Ionov



Tuesday, May 03, 2022



Everything is still good for Victory Day?

May 3, 2022, 3:16 PM: Augustus Romain





Hi
May 3, 2022, 10:19 PM: Alexander Ionov





Haw are you
May 3, 2022, 10:19 PM: Alexander Ionov





Call me tomorrow
May 3, 2022, 10:19 PM: Alexander Ionov





I'm great Comrade. I will call you tomorrow. I'm very excited for Victory Day.
May 3, 2022, 10:20 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/e/d/ed32279b-98e2-4eee-a615-774fa0b6e180.webp

[No file]
May 3, 2022, 10:20 PM: Alexander Ionov



Friday, May 06, 2022



Hi Gazi
May 6, 2022, 8:53 AM: Alexander Ionov





Haw are you
May 6, 2022, 8:53 AM: Alexander Ionov





Hello Comrade I am great how are you?
May 6, 2022, 11:53 AM: Augustus Romain



Media/14042077491@s.whatsapp.net/f/4/f49ac176-189a-44a4-b415-a04f049da249.jpg

[No file]
May 6, 2022, 12:19 PM: Alexander Ionov





In gym ))))
May 6, 2022, 12:19 PM: Alexander Ionov

 AI

We most talking to these weekends
May 6, 2022, 12:19 PM: Alexander Ionov

AI

AR Yes get that workout on! Must be strong to defeat imperialism!
May 6, 2022, 12:33 PM: Augustus Romain



AR Yes so we are still good for Victory Day?
May 6, 2022, 12:33 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/1/2/12f36ed9-5d57-4c3b-adf8-d863fe628e37.jpg

[No file]
May 6, 2022, 3:13 PM: Alexander Ionov

AI

We most speak
May 6, 2022, 3:14 PM: Alexander Ionov

AI

AR Ok call me when you are free
May 6, 2022, 3:50 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/7/e/7e9d6bfb-b1e0-4fe9-814c-2a525635d958.webp

[No file]
May 6, 2022, 6:52 PM: Alexander Ionov

AI

Saturday, May 07, 2022

AR Morning
May 7, 2022, 12:31 PM: Augustus Romain





Hi Gazi
May 7, 2022, 10:09 PM: Alexander Ionov





Hey Comrade.
May 7, 2022, 11:04 PM: Augustus Romain



Sunday, May 08, 2022



I think it would be cool to hold a rally at the cnn office and accuse them of becoming students of the fascist Goebbels and propagandizing exclusively their own interests. Plus, take large St. George ribbons for the shares. I would cover this event in the entire media.
May 8, 2022, 6:17 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/8/c/8c3ad2b9-0dac-4b5d-813c-856c3b6cbac9.webp

[No file]
May 8, 2022, 6:17 AM: Alexander Ionov







Hey Comrade! I can do that easy! When do we need this done?
May 8, 2022, 11:16 AM: Augustus Romain





Is this for Victory Day tomorrow?
May 8, 2022, 11:17 AM: Augustus Romain



Yes, Victory day tomorrow Comrade Gazi
May 8, 2022, 11:18 AM: Alexander Ionov





Media/14042077491@s.whatsapp.net/e/1/e1a1600b-9aae-4d23-bc38-d73f2df53969.webp

[No file]
May 8, 2022, 11:18 AM: Alexander Ionov





I recently returned from Ukraine, so I didn't transfer the money to you. I
May 8, 2022, 11:20 AM: Alexander Ionov
(Message continues)





 left urgently, saw everything with my own eyes, what is the real situation
May 8, 2022, 11:20 AM: Alexander Ionov


 in the USA, no one will celebrate Victory Day, so your political action will make a lot of noise, think about it
May 8, 2022, 11:21 AM: Alexander Ionov

 I am glad you have returned safely!
May 8, 2022, 11:22 AM: Augustus Romain


 Media/14042077491@s.whatsapp.net/f/2/f2add3ad-7876-43ff-9b2a-637894e68e6b.jpg

[No file]
May 8, 2022, 11:22 AM: Alexander Ionov

 Thanks you so much
May 8, 2022, 11:23 AM: Alexander Ionov


 Money is not important. What Black Hammer Party needs is a bigger platform to win the masses in america to revolution! You have helped greatly with that. I will get this done today and send it to you in a couple hours.
May 8, 2022, 11:24 AM: Augustus Romain


 Cause I know you will be very busy tomorrow.
May 8, 2022, 11:24 AM: Augustus Romain


 This is so beautiful! This is in Ukraine?
May 8, 2022, 11:24 AM: Augustus Romain


 I'll translate everything, just need to spend a whole day on it. Fucking sanctions have greatly complicated such processes.
May 8, 2022, 11:26 AM: Alexander Ionov


 Moscow
May 8, 2022, 11:26 AM: Alexander Ionov 

 since the beginning of the war, I had to work a lot. Politics does not bring money, so you have to do everything
May 8, 2022, 11:27 AM: Alexander Ionov 

 You have worked very hard for the Russian people and oppressed people around the world. You are a hero and are motivating me and many others.
May 8, 2022, 11:28 AM: Augustus Romain 

 we are all fighting for global justice
May 8, 2022, 11:29 AM: Alexander Ionov 

 It's working too! america is already running out of weapons to send to the nazis in Ukraine lol.
May 8, 2022, 11:29 AM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/3/2/326f0a83-5f75-439e-be1c-8b986e294209.webp

[No file]
May 8, 2022, 11:29 AM: Alexander Ionov 

 https://youtu.be/LI93nkqZ1_w

Media/14042077491@s.whatsapp.net/9/3/93583f98-e73c-40a8-80be-a15939760a79.thumb

[No file]
May 8, 2022, 11:30 AM: Augustus Romain 

 CNN devil
May 8, 2022, 11:30 AM: Alexander Ionov

 They are the devil!
May 8, 2022, 11:34 AM: Augustus Romain 

 I hope this action makes CNN target me.  I want all their Goebbels propagandist saying "Gazi is a Putin Puppet."  I will demolish them!
May 8, 2022, 11:36 AM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/3/4/3476d643-8f7d-4980-8405-75da5a15766a.webp

[No file]
May 8, 2022, 11:56 AM: Alexander Ionov 

 Is their anything particular you think I should say in the video?
May 8, 2022, 11:57 AM: Augustus Romain 

 For many years cnn has been writing about figure skaters in Ukraine, now they call these people heroes and fighters for justice. In Ukraine, there is a war not with Ukrainians, but against Western armies led by the United States. The Americans betrayed their veterans when they started supporting Bandera's supporters, since Bandera was an ally of Hitler and killed civilians. They're rewriting history!
May 8, 2022, 12:02 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/c/3/c3ff6c76-a7e2-4d8a-8c07-e0bd79a9538b.webp

[No file]
May 8, 2022, 12:06 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/6/c/6c604269-2eeb-4d71-8a17-ebfbb5b9be60.webp

[No file]
May 8, 2022, 12:16 PM: Alexander Ionov 

 I sent you something important on Telegram
May 8, 2022, 1:26 PM: Augustus Romain



Yes
May 8, 2022, 1:26 PM: Alexander Ionov





Good
May 8, 2022, 1:26 PM: Alexander Ionov





Go ahead
May 8, 2022, 1:26 PM: Alexander Ionov





Great! Glad we are on the same page!
May 8, 2022, 1:34 PM: Augustus Romain

Jill Biden is in Ukraine. You think Joe is going to show up in Ukraine on Victory day?
May 8, 2022, 1:41 PM: Augustus Romain



It's raining here! This is good! It will show how dedicated we are!
May 8, 2022, 3:32 PM: Augustus Romain





It's raining here too
May 8, 2022, 3:33 PM: Alexander Ionov



So many people are here already
May 8, 2022, 4:06 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/5/0/50d64d1f-d344-4856-81e7-020a8d6a314b.webp

[No file]
May 8, 2022, 4:26 PM: Alexander Ionov





will you hold an action at the TV channel's office? do you think many people will come?
May 8, 2022, 4:27 PM: Alexander Ionov



AR — Yes
May 8, 2022, 5:37 PM: Augustus Romain

AR — Media/14042077491@s.whatsapp.net/b/8/b864eb28-8e68-47da-b5d8-725a25e896e3.jpg

[No file]
May 8, 2022, 5:37 PM: Augustus Romain

Super!
May 8, 2022, 5:37 PM: Alexander Ionov — AI

https://youtu.be/IrIE0NsAZQI
May 8, 2022, 6:20 PM: Alexander Ionov — AI

Play these music in action
May 8, 2022, 6:21 PM: Alexander Ionov — AI

AR — Media/14042077491@s.whatsapp.net/f/2/f24bcc8b-3207-4393-8245-80da0a1c2386.mp4

[No file]
May 8, 2022, 6:30 PM: Augustus Romain

AR — We marching now
May 8, 2022, 6:30 PM: Augustus Romain

AR — Ok I'll play it
May 8, 2022, 6:30 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/3/1/3143fc1d-09b8-4005-81f0-6ae14521d90d.webp

[No file]
May 8, 2022, 6:30 PM: Alexander Ionov — AI

 this is a very important song, in Russia it is appreciated as the national anthem of the country
May 8, 2022, 6:32 PM: Alexander Ionov

 Got it!!!! Sending you video on telegram
May 8, 2022, 7:13 PM: Augustus Romain


 I wait)))
May 8, 2022, 7:13 PM: Alexander Ionov

 We had soooo many people!!!!
May 8, 2022, 7:14 PM: Augustus Romain

I wait video
May 8, 2022, 7:14 PM: Alexander Ionov


And send to media
May 8, 2022, 7:14 PM: Alexander Ionov


 Wait till you see it! PSL and Omali could never do what I do lmao
May 8, 2022, 7:14 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/7/4/74e1381e-c428-46b0-b5f5-645acbdda434.jpg

[No file]
May 8, 2022, 7:14 PM: Alexander Ionov


I'm in gym)
May 8, 2022, 7:14 PM: Alexander Ionov


Yes get pumped!
May 8, 2022, 7:15 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/b/c/bce3488c-39bc-48ac-b853-8df56fa22d91.webp

[No file]
May 8, 2022, 7:15 PM: Alexander Ionov


 You send me?
May 8, 2022, 7:17 PM: Alexander Ionov


Black Hammer Party is the vangaurd
May 8, 2022, 7:19 PM: Augustus Romain


Sent it to you go look at my work
May 8, 2022, 7:19 PM: Augustus Romain


3A0DFBE71D134D934B31
May 8, 2022, 7:20 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/1/2/12e76471-8eb5-4fbc-9628-c020ab48e920.webp

[No file]
May 8, 2022, 7:20 PM: Alexander Ionov


You got it?
May 8, 2022, 7:20 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/8/5/8576f9f7-4b34-47fa-af32-2bf44db48ef0.webp

[No file]
May 8, 2022, 7:25 PM: Alexander Ionov

 Super
May 8, 2022, 7:25 PM: Alexander Ionov




Media/14042077491@s.whatsapp.net/4/8/4873e679-9cc2-4dc4-a4fd-57de3612ea8c.webp

[No file]

May 8, 2022, 7:25 PM: Alexander Ionov





I cut the video and sent it to the media. just don't put it out anywhere completely. Since the music that she plays is very serious, you can't dance to it, in Russia they won't understand! If it works, then turn it on again and just stand for three minutes with your fists raised in silence, thank you very much, comrade

May 8, 2022, 7:35 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/5/2/522c33b8-87d3-4e63-a58a-f3c14bbe8def.webp

[No file]

May 8, 2022, 7:35 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/a/9/a9d99cdd-6779-4010-ac89-5dffffdf282e.webp

[No file]

May 8, 2022, 7:35 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/f/b/fb35fc10-bb55-4892-8fe0-4eeb0a4ced9e.jpg

[No file]

May 8, 2022, 7:36 PM: Alexander Ionov





Important

May 8, 2022, 7:37 PM: Alexander Ionov





Got it will make sure.

May 8, 2022, 7:46 PM: Augustus Romain





You know black people dance to everything lol

May 8, 2022, 7:46 PM: Augustus Romain



 I will make sure we don't post it in full and will cut it out
May 8, 2022, 7:47 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/6/f/6fe3bfba-c9ac-45e4-bbac-92f69f6d8040.webp

[No file]
May 8, 2022, 7:56 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/0/d/0d228856-4a68-4799-a4f0-5a3b5f570742.jpg

[No file]
May 8, 2022, 8:10 PM: Alexander Ionov 

Media/14042077491@s.whatsapp.net/5/b/5bdba43e-d406-49ec-9151-30e4847cf22b.mp4

[No file]
 May 8, 2022, 8:32 PM: Augustus Romain 

 [Emoji(s)]
May 8, 2022, 8:32 PM: Alexander Ionov 

 What does it say
May 8, 2022, 8:33 PM: Augustus Romain 

 ???
May 8, 2022, 8:39 PM: Alexander Ionov 

 What did Putin say about us? I can't read Russian ....yet lol
May 8, 2022, 8:43 PM: Augustus Romain 

It's says we are BLM we are not them they are Democrat pawns
May 8, 2022, 8:47 PM: Augustus Romain

 It need to be edited to say Black Hammer Party. BLM is a very hated
organization that the people do not trust. 
May 8, 2022, 8:48 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/8/5/8520d54b-1d1e-47ce-9415-
33c7f00d510e.jpg

[No file]
May 8, 2022, 9:10 PM: Alexander Ionov 

 Black hummer
May 8, 2022, 9:10 PM: Alexander Ionov 

 To Sputnik
May 8, 2022, 9:11 PM: Alexander Ionov 

Media/14042077491@s.whatsapp.net/1/4/14435336-816b-452f-bf44-
7d6d475cf162.webp

[No file]
May 8, 2022, 9:11 PM: Alexander Ionov 

 Black HAmmer please lol thank you
May 8, 2022, 9:11 PM: Augustus Romain 

 Not I'm)
May 8, 2022, 9:12 PM: Alexander Ionov 

 BLM it's funded by George Soros and he hates Russia
May 8, 2022, 10:02 PM: Augustus Romain 

Media/14042077491@s.whatsapp.net/c/8/c820e39c-3ff9-4f07-af6e-
ae1ff64d8cf1.webp

[No file]
May 8, 2022, 11:25 PM: Alexander Ionov 

Monday, May 09, 2022



Media/14042077491@s.whatsapp.net/a/c/ac29cdff-2adb-49c6-9ae6-9d1b6d7577ad.mp4

[No file]

May 9, 2022, 7:46 AM: Alexander Ionov



 So beautiful!!!!!!

May 9, 2022, 11:13 AM: Augustus Romain





Media/14042077491@s.whatsapp.net/f/9/f92dea8a-efcd-4dc8-859e-466a76f730a6.webp

[No file]

May 9, 2022, 11:16 AM: Alexander Ionov



Tuesday, May 10, 2022

 I want to do a big Z with a lot of people, in front of the White House.

May 10, 2022, 11:15 AM: Augustus Romain





It's good idea

May 10, 2022, 5:04 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/f/a/fa0389ac-f6e5-4045-8371-f7894d8838a2.webp

[No file]

May 10, 2022, 5:04 PM: Alexander Ionov



 Yes all I need is a couple weeks to a month to make huge

May 10, 2022, 6:38 PM: Augustus Romain





You'd better spend it all in Atlanta. what difference does it make where the action is. And I will promote you. Just need to tweak something about the organization

May 10, 2022, 7:02 PM: Alexander Ionov



 Media/14042077491@s.whatsapp.net/e/2/e25da79d-5e67-4700-9a23-8749325559e3.webp

[No file]
May 10, 2022, 7:02 PM: Alexander Ionov 

Wednesday, May 11, 2022

 Location is everything Comrade. Having a Z protest on the front lawn of the White House is a huge mockery to the united snakes. It shows that they can't stop the spread of truth even in their own capital. No matter how much they use their propaganda machine they are losing the war of the minds. 
May 11, 2022, 11:50 AM: Augustus Romain

 I'm thinking of doing it on June 6th which I'd D-Day in amerikkka. We will rename is Z-Day! 
May 11, 2022, 11:53 AM: Augustus Romain

 https://www.history.com/topics/world-war-ii/d-day

Media/14042077491@s.whatsapp.net/c/a/ca3fd630-ddcd-4b50-8b1b-5b2a038f0f52.thumb 

[No file]
May 11, 2022, 11:54 AM: Augustus Romain

 What should we tweak? I would love advice from you Comrade. 
May 11, 2022, 4:00 PM: Augustus Romain

 we can discuss it on zoom.
May 11, 2022, 9:05 PM: Alexander Ionov 

Thursday, May 12, 2022

 Great  let me know when Comrade. 
May 12, 2022, 4:47 PM: Augustus Romain

 I'm ready tomorrow
May 12, 2022, 8:26 PM: Alexander Ionov 



11:00 PM Moscow time
May 12, 2022, 8:26 PM: Alexander Ionov



Friday, May 13, 2022



Great see you then
May 13, 2022, 5:21 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/0/8/08f69b86-6b57-4fcd-b0ea-6a8ef0c1f9d5.webp

[No file]
May 13, 2022, 6:56 PM: Alexander Ionov



Hey Comrade! See you in an hour right?
May 13, 2022, 6:57 PM: Augustus Romain



Yes
May 13, 2022, 7:03 PM: Alexander Ionov



Thursday, May 19, 2022

Hi Gazi
May 19, 2022, 6:44 AM: Alexander Ionov



Haw are you
May 19, 2022, 6:44 AM: Alexander Ionov



Land Back Comrade! Self critical for the late response.
May 19, 2022, 2:43 PM: Augustus Romain



Saturday, May 21, 2022

how are you? Are you planning activities?
May 21, 2022, 7:16 AM: Alexander Ionov





I also answer for a long time, I'm sorry, a lot of work... a complete madhouse
May 21, 2022, 7:17 AM: Alexander Ionov



Monday, May 23, 2022



Hi
May 23, 2022, 7:29 AM: Alexander Ionov





Hey  Yes I have an event coming up this weekend
May 23, 2022, 12:52 PM: Augustus Romain



Super
May 23, 2022, 2:21 PM: Alexander Ionov



Haw are you doing?
May 23, 2022, 2:21 PM: Alexander Ionov



Friday, May 27, 2022

Any body home?)))))(
May 27, 2022, 9:09 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/f/9/f924ca42-8fa9-4820-be63-15f1736019f9.webp

[No file]
May 27, 2022, 9:10 AM: Alexander Ionov







Morning! Lol yes I'm home. How are you doing?
May 27, 2022, 10:54 AM: Augustus Romain



Media/14042077491@s.whatsapp.net/b/3/b36618f4-e98d-e73-a17c-87fc6181b16b.jpg

[No file]
May 27, 2022, 10:54 AM: Alexander Ionov









Day tea)
May 27, 2022, 10:54 AM: Alexander Ionov





We most speak today
May 27, 2022, 10:55 AM: Alexander Ionov





You will be free?
May 27, 2022, 10:55 AM: Alexander Ionov





I'm very busy today but you know I will always make time for you!
May 27, 2022, 10:56 AM: Augustus Romain





What kind of tea is that it looks so good
May 27, 2022, 10:56 AM: Augustus Romain





Russian tea with herbs. if you have time, let's talk at 23:00
May 27, 2022, 10:57 AM: Alexander Ionov





Yes that works.
May 27, 2022, 11:14 AM: Augustus Romain





Media/14042077491@s.whatsapp.net/d/2/d2b8a13c-ffda-4d1e-ba8a-da813235014a.webp

[No file]
May 27, 2022, 12:21 PM: Alexander Ionov





Land Back can we reschedule for Monday same time comrade? I have a legal contradiction I need to attend right now.
May 27, 2022, 6:46 PM: Augustus Romain



good! good luck in solving problems! have a nice weekend, comrade!
May 27, 2022, 7:02 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/e/a/eaa83ea0-42ce-49eb-80ac-1d70e151bc43.webp

[No file]
May 27, 2022, 7:02 PM: Alexander Ionov 

 I have some great work to talk to you about on Monday. I am forever in this fight with you all the way to victory Comrade! 
May 27, 2022, 7:03 PM: Augustus Romain

 Thank you so very much
May 27, 2022, 7:04 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/6/4/641b24af-2a4d-4948-818a-4fe4e7e5bf92.webp

[No file]
May 27, 2022, 7:04 PM: Alexander Ionov

Thursday, June 02, 2022

 Hi Gazi
Jun 2, 2022, 11:38 PM: Alexander Ionov 

 Haw are you doing
Jun 2, 2022, 11:38 PM: Alexander Ionov 

 You forget about me
Jun 2, 2022, 11:38 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/a/8/a8d1cd69-d432-494a-856c-0ab4a3495837.webp

[No file]
Jun 2, 2022, 11:38 PM: Alexander Ionov



I'm doing good.
Jun 2, 2022, 11:39 PM: Augustus Romain



No I haven't forgotten lol
Jun 2, 2022, 11:40 PM: Augustus Romain



I just don't want to bother you. You are very busy
Jun 2, 2022, 11:40 PM: Augustus Romain



I'm always happy to talk to you. we haven't held an action for a long time, let's get back to this story. Of course I'm behaving badly, I won't get to the bank in any way and I'm ashamed of it, but I will definitely get there soon. now it's 3 a.m. in Moscow and I'm still working, I think I'll go to bed no earlier than 5 a.m., apparently I'll die soon... Do you want to spend what? so that I can cover this in Russia?
Jun 2, 2022, 11:43 PM: Alexander Ionov





[Emoji(s)]
Jun 2, 2022, 11:43 PM: Alexander Ionov



Friday, June 03, 2022



Gazi disappeared. When can we talk? Or are you offended by me?
Jun 3, 2022, 7:25 AM: Alexander Ionov





Good morning. No! I'm not offended by you. You are working so hard lately! I am inspired by you. I will respond better I promise.
Jun 3, 2022, 10:36 AM: Augustus Romain





Media/14042077491@s.whatsapp.net/4/9/49cda252-3dea-45fe-b0bd-c4cb72ddba78.webp

[No file]
Jun 3, 2022, 11:00 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/0/7/07d59efd-e0ea-44f1-b59f-
Jun 3, 2022, 11:00 AM: Alexander Ionov
(Message continues)



 a061f64c1d67.webp

[No file]
Jun 3, 2022, 11:00 AM: Alexander Ionov 

 What time we can speak
Jun 3, 2022, 11:01 AM: Alexander Ionov 

 Today 23:00 your time?
Jun 3, 2022, 11:03 AM: Augustus Romain 

 Good
Jun 3, 2022, 11:04 AM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/3/6/362f2d8a-063a-4b62-86c9-277f246474e6.webp

[No file]
Jun 3, 2022, 11:04 AM: Alexander Ionov 

 Hey how is everything
Jun 3, 2022, 7:55 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/5/9/599653cd-060e-47f7-9f03-ba8ebff98e04.opus

[No file]
Jun 3, 2022, 7:59 PM: Alexander Ionov 

 I'm home now ready when you are just let me know I'll be here waiting 
Jun 3, 2022, 8:07 PM: Augustus Romain

Saturday, June 04, 2022

 https://youtu.be/y1mt3ViRVq0 
Jun 4, 2022, 1:42 PM: Augustus Romain

 The protest in Kenya is going to be important to show the puppet African leaders that their people are united against america
Jun 4, 2022, 1:43 PM: Augustus Romain


 The Kenya protest will be on Monday.
Jun 4, 2022, 2:04 PM: Augustus Romain


 So cool
Jun 4, 2022, 7:17 PM: Alexander Ionov


 Media/14042077491@s.whatsapp.net/2/a/2a56184e-dd65-4c83-b3a2-08890c205b7e.jpg

[No file]
Jun 4, 2022, 9:27 PM: Alexander Ionov


 Media/14042077491@s.whatsapp.net/5/e/5e2d096b-5ebe-4f01-aef3-d1de68edf042.webp

[No file]
Jun 4, 2022, 9:27 PM: Alexander Ionov


 [Emoji(s)]
Jun 4, 2022, 9:28 PM: Alexander Ionov


 We are ready!
Jun 4, 2022, 9:28 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/a/b/ab8e954a-89ae-465d-9136-82ebb9acf0a9.webp

[No file]
Jun 4, 2022, 9:28 PM: Alexander Ionov


Wednesday, June 08, 2022



Hi Gazi
Jun 8, 2022, 10:51 AM: Alexander Ionov





Haw are you?
Jun 8, 2022, 10:51 AM: Alexander Ionov





Good morning! I am very good  how are you?
Jun 8, 2022, 11:10 AM: Augustus Romain





I'm too
Jun 8, 2022, 11:11 AM: Alexander Ionov



yesterday we adopted a new package of sanctions, now I will think about our action, we will make it international in several countries where I have friends.
Jun 8, 2022, 11:12 AM: Alexander Ionov



I'm sorry about that news! How aggressive are these new sanctions?I have Comrades all over ready to start!
Jun 8, 2022, 11:17 AM: Augustus Romain



let's fight, give me time to prepare.

another question, we have a news site in the USA, do you want to give someone from yourself to write your news and opinions there?
Jun 8, 2022, 11:19 AM: Alexander Ionov



Yes anything to secure Victory comrade!
Jun 8, 2022, 11:49 AM: Augustus Romain



The video of the Pro-Russia Protest in Kenya.

Media/14042077491@s.whatsapp.net/c/9/c955d729-045b-4303-81be-bc30b048ec88.mp4

Jun 8, 2022, 9:49 PM: Augustus Romain
(Message continues)







[No file]
Jun 8, 2022, 9:49 PM: Augustus Romain

 Super
Jun 8, 2022, 9:56 PM: Alexander Ionov


Media/14042077491@s.whatsapp.net/f/7/f710b687-eb46-4218-9023-7b3225cd232f.jpg

[No file]
Jun 8, 2022, 9:56 PM: Augustus Romain


I'm Z formation
Jun 8, 2022, 9:56 PM: Augustus Romain


 Tomorrow I send to media
Jun 8, 2022, 9:56 PM: Alexander Ionov


Media/14042077491@s.whatsapp.net/d/c/dc03df82-122a-44ad-96b0-2cf5bc67e1f8.webp

[No file]
Jun 8, 2022, 9:56 PM: Alexander Ionov


 Great will send more content soon
Jun 8, 2022, 9:56 PM: Augustus Romain


 Tomorrow I go to bank
Jun 8, 2022, 9:56 PM: Alexander Ionov

Yes
Jun 8, 2022, 9:57 PM: Alexander Ionov

 We most organized action in Atlanta
Jun 8, 2022, 9:57 PM: Alexander Ionov


 Great action
Jun 8, 2022, 9:57 PM: Alexander Ionov


 Media/14042077491@s.whatsapp.net/f/3/f342f8ac-decb-4b9f-97b7-98b8d6ff7b94.webp

[No file]
Jun 8, 2022, 9:57 PM: Alexander Ionov

 It was was in Kisumu Kenya.
Jun 8, 2022, 9:58 PM: Augustus Romain


 I need comments from any gay from action
Jun 8, 2022, 9:58 PM: Alexander Ionov


 Shorts interview
Jun 8, 2022, 9:58 PM: Alexander Ionov


 Media/14042077491@s.whatsapp.net/f/1/f1d22d3e-ebc6-452b-bab8-e01463717876.jpg

[No file]
Jun 8, 2022, 9:58 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/2/b/2b42c80a-a91a-4ff1-b61e-1802671e1052.jpg

[No file]
Jun 8, 2022, 9:58 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/e/d/ed95c8c8-7c35-4841-9031-12e2605a8e9a.jpg
Jun 8, 2022, 9:58 PM: Augustus Romain
(Message continues)





**AR** [No file]
Jun 8, 2022, 9:58 PM: Augustus Romain



**AR** Media/14042077491@s.whatsapp.net/c/6/c6f4ca1e-404d-46ca-8c7d-2dd9b7f2fa34.jpg

[No file]
Jun 8, 2022, 9:58 PM: Augustus Romain

 

**AR** Media/14042077491@s.whatsapp.net/0/b/0b0af95f-c66b-4ed7-a428-7f7eaec2db46.jpg

[No file]
Jun 8, 2022, 9:59 PM: Augustus Romain

 

**AR** Media/14042077491@s.whatsapp.net/b/1/b11cf2a0-7c64-464e-a315-375cb933c864.jpg

[No file]
Jun 8, 2022, 9:59 PM: Augustus Romain

 

**AR** Ok I'll ask them
Jun 8, 2022, 9:59 PM: Augustus Romain

 Great
Jun 8, 2022, 10:00 PM: Alexander Ionov  **AI**

 I'm waiting
Jun 8, 2022, 10:00 PM: Alexander Ionov  **AI**

**AR** Earlier today, citizens of goodwill from Black hammer Party,Kenya took protest to the streets of Kisumu City against the 6th economic sanctions subjected to Russia. This move was prompted by the fact that western sanctions create collateral impact to Africa as it hinders them from importing grain from Russia to help alleviate the food crisis in this part of the continent. Food prices has been hiked due the decline in grains and energy imports from Russia hence African countries are
Jun 8, 2022, 11:00 PM: Augustus Romain
(Message continues)



 already suffering as a result of the sanctions. We condemn the imperialistic acts of America as it escalates the war rather than settling it. 
Jun 8, 2022, 11:00 PM: Augustus Romain

Thursday, June 09, 2022

 How's the media going? 
Jun 9, 2022, 4:41 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/d/8/d8346191-072d-4482-a3cb-f4f73a9efbdc.opus

[No file]
Jun 9, 2022, 4:48 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/c/e/ce15dc67-3733-441f-8734-33d98235774e.webp

[No file]
Jun 9, 2022, 6:22 PM: Alexander Ionov 

 Awesome so excited 
Jun 9, 2022, 6:26 PM: Augustus Romain

 https://n.tass.ru/obschestvo/14874805
Jun 9, 2022, 9:12 PM: Alexander Ionov 

 Starting
Jun 9, 2022, 9:12 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/e/2/e2ada7f2-220a-4ccf-8687-520f18bac98b.webp

[No file]
Jun 9, 2022, 9:17 PM: Augustus Romain 



Media/14042077491@s.whatsapp.net/4/f/4ffeca63-6ae0-459d-b9e1-
1435dc429849.webp

[No file]
Jun 9, 2022, 9:25 PM: Alexander Ionov

AI



В Британии пищевая промышленность оказалась на грани
коллапса после разрыва связей с Россией — The Telegraph

В результате британским правительством антироссийских санкций
пищевая промышленность в стране оказалась на грани коллапса
из-за возросших цен на энергоносители, сообщает газета The
Telegraph.

По оценке специалиста из Конфедерации сельскохозяйственной
промышленности Джо Гилбертсона, импорт зерна затруднен, а
дефицит азотных удобрений влияет на стоимость молока, мяса и
хлеба.

Как отметили специалисты из Национального союза фермеров,
высокие цены на удобрения не позволят вырастить достаточный
объем пшеницы для производства хлебобулочных изделий. В
итоге цена на сырье для выпечки возросла с 200 фунтов
стерлингов за тонну (14 654 рубля) до пандемии примерно до 625
фунтов (45 793 рубля).

Глава Национального союза фермеров Майнетт Баттерс заявила,
что рынок оказался в крайне затруднительном положении из-за
отсутствия поставок из России, занимавших 30 % рынка. Ситуацию
также осложняет неурожай в Китае и запрет на экспорт,
введенный в Индии.

«Люди думают, что мы можем просто взять и импортировать то,
что не производим. Но это не так. В некоторых регионах будет
глобальный дефицит», — сказала Баттерс.

Как сообщала Readovka, британцы начали отказываться от мясной
пищи, чтобы сэкономить деньги.
Jun 9, 2022, 9:44 PM: Alexander Ionov

AI



To you insta
Jun 9, 2022, 9:44 PM: Alexander Ionov

AI


AR

[Emoji(s)]
Jun 9, 2022, 9:44 PM: Augustus Romain




 ❗ Наемники из Великобритании и Марокко собираются обжаловать вынесение им смертного приговора

Один из адвокатов Эйдена Аслина, Шона Пиннера и Саадуна Брагима в донецком суде заявил, что военные планируют обжаловать смертный приговор.

Осужденные имеют право обжаловать приговор через апелляционную палату в течение месяца.

Если Глава ДНР помилует осужденных, смертную казнь через расстрел им могут заменить тюремным сроком на 25 лет. Не исключено, что решение о помиловании будет принято после приведения приговора в исполнение.

Jun 9, 2022, 9:46 PM: Alexander Ionov

**Friday, June 10, 2022**

Media/14042077491@s.whatsapp.net/8/e/8e75cae0-96ce-4a4e-88d4-a0a5ce370de4.jpg

[No file]

Jun 10, 2022, 2:34 PM: Alexander Ionov

 Land Back!! Great work Comrade! This is so awesome!

Jun 10, 2022, 2:34 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/b/c/bcdd167c-d489-4ec2-a4a8-771fca727798.webp

[No file]

Jun 10, 2022, 2:35 PM: Alexander Ionov

https://www.instagram.com/p/CeoXMchLDjL/?igshid=YmMyMTA2M2Y=

Jun 10, 2022, 5:55 PM: Augustus Romain

It's up on instagram

Jun 10, 2022, 5:55 PM: Augustus Romain

https://twitter.com/BlkHmmrTimes/status/1535230304549363714?s=20

Jun 10, 2022, 6:11 PM: Augustus Romain
(Message continues)










 **&t=bsoQ65eVEraTC4__1RFalw**
Jun 10, 2022, 6:11 PM: Augustus Romain


 **It's up on Twitter**
Jun 10, 2022, 6:11 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/7/6/76281492-dab5-4d99-aeab-88b4173c9340.webp

[No file]
Jun 10, 2022, 10:54 PM: Alexander Ionov

Monday, June 13, 2022

 **Hi Gazi**
Jun 13, 2022, 7:54 PM: Alexander Ionov

 **I have USDT**
Jun 13, 2022, 7:55 PM: Alexander Ionov

 **Haw I can send to your cripto**
Jun 13, 2022, 7:55 PM: Alexander Ionov

 **That's great!**
Jun 13, 2022, 7:55 PM: Augustus Romain


 **Before you send mi number**
Jun 13, 2022, 7:55 PM: Alexander Ionov

 **Your cripto number**
Jun 13, 2022, 7:55 PM: Alexander Ionov

 **What type of wallet can you send to? I have a Metamask wallet, does that work?**
Jun 13, 2022, 7:58 PM: Augustus Romain


 I checked
Jun 13, 2022, 7:58 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/d/5/d59b8cc9-dfc0-4c7c-bb54-ce86a7a2655d.opus

[No file]
Jun 13, 2022, 8:00 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/b/7/b7e9588d-7ce8-4e7a-a425-e78520e928ec.opus

[No file]
Jun 13, 2022, 8:00 PM: Alexander Ionov

 On second thought, you'll have to send it to my Coinbase wallet (binance doesn't work in amerikkka ).
Jun 13, 2022, 8:04 PM: Augustus Romain 

 0x188d45ae9bedbda4338aa77a5642a6ca6eccec06
Jun 13, 2022, 8:04 PM: Augustus Romain 

 This is my Coinbase wallet
Jun 13, 2022, 8:04 PM: Augustus Romain 

 [Emoji(s)]
Jun 13, 2022, 8:04 PM: Alexander Ionov 

 I try tomorrow morning
Jun 13, 2022, 8:05 PM: Alexander Ionov 

 At Moscow time
Jun 13, 2022, 8:05 PM: Alexander Ionov 



Media/14042077491@s.whatsapp.net/1/f/1f055d91-5b33-47f6-9d13-b8f1143df84e.webp

[No file]
Jun 13, 2022, 8:05 PM: Alexander Ionov





Let see maybe it's working
Jun 13, 2022, 8:05 PM: Alexander Ionov





Thank you Comrade! Forward to victory!
Jun 13, 2022, 8:05 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/a/b/abd9dd8f-0558-42a7-90d4-8c7aa0cea48e.webp

[No file]
Jun 13, 2022, 8:05 PM: Alexander Ionov



Tuesday, June 14, 2022



Land Back Comrade!
Jun 14, 2022, 2:51 PM: Augustus Romain



How did everything work?
Jun 14, 2022, 2:51 PM: Augustus Romain



Processed
Jun 14, 2022, 4:56 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/5/d/5d09dec4-f63e-4e3e-99b1-0a2db35a5795.jpg

[No file]
Jun 14, 2022, 5:08 PM: Alexander Ionov





Could you choose an input option for your account and there you
Jun 14, 2022, 5:08 PM: Alexander Ionov
(Message continues)

 should see option for crypto networks through which the transfer could be made?
I need you to choose network with lowest commision, choose it and send me address for teansfer and name of the network.
Alike on attached photo
Jun 14, 2022, 5:08 PM: Alexander Ionov 

 Check please
Jun 14, 2022, 5:08 PM: Alexander Ionov

AR Will do more one moment
Jun 14, 2022, 5:15 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/a/6/a6e88374-803d-430f-9a96-c3f23513da07.webp

[No file]
Jun 14, 2022, 5:19 PM: Alexander Ionov

AR GC5PFAXPL3BYIRHLMUFD3E353DINA6A52DXJIXLKQEVO2GA7WF WGWCFS
Jun 14, 2022, 5:54 PM: Augustus Romain 

AR Stellar XLM
Jun 14, 2022, 5:54 PM: Augustus Romain 

AR It took long but I got it
Jun 14, 2022, 5:54 PM: Augustus Romain 

AR Address:
GC5PFAXPL3BYIRHLMUFD3E353DINA6A52DXJIXLKQEVO2GA7WF WGWCFS
XLM Memo: 2999807791

Address and XLM Memo are both required or funds will be lost.
Jun 14, 2022, 5:54 PM: Augustus Romain 



One min
Jun 14, 2022, 5:55 PM: Alexander Ionov

Could you choose among those which i sent in the photo?
Jun 14, 2022, 6:02 PM: Alexander Ionov

I chose AVAX
Jun 14, 2022, 6:04 PM: Augustus Romain

Is the number of the wallet the same for this network?
Jun 14, 2022, 6:12 PM: Alexander Ionov

Avax?
Jun 14, 2022, 6:12 PM: Alexander Ionov

These?
Jun 14, 2022, 6:12 PM: Alexander Ionov

??
Jun 14, 2022, 6:14 PM: Alexander Ionov

No one moment my Chief of staff was confused.
Jun 14, 2022, 6:14 PM: Augustus Romain

0x4C26C5e1264c9032aA430079Ef1c81a2Db1c964d
Jun 14, 2022, 6:14 PM: Augustus Romain

This is AVAX-C chain
Jun 14, 2022, 6:14 PM: Augustus Romain


Media/14042077491@s.whatsapp.net/c/d/cd7eb903-147d-4549-bb22-df5f942a6d35.jpg

[No file]
Jun 14, 2022, 6:25 PM: Alexander Ionov



Please note this message. Are you sure about address for this network?
Jun 14, 2022, 6:25 PM: Alexander Ionov



0x4C26C5e1264c9032aA430079Ef1c81a2Db1c964d
Jun 14, 2022, 6:40 PM: Augustus Romain


Media/14042077491@s.whatsapp.net/7/b/7bed1ea9-8733-4d67-8b46-68def375c651.jpg

[No file]
Jun 14, 2022, 6:42 PM: Augustus Romain


Media/14042077491@s.whatsapp.net/4/d/4d023776-13ec-41b0-bc07-47bbe1152c39.jpg

[No file]
Jun 14, 2022, 6:50 PM: Alexander Ionov



Please note this message. Are you sure about address for this network?
Jun 14, 2022, 6:50 PM: Alexander Ionov



I can see
Jun 14, 2022, 6:50 PM: Alexander Ionov



My contact address does not end  in 4a8c7
Jun 14, 2022, 6:55 PM: Augustus Romain

 Is that your contract address? 
Jun 14, 2022, 6:56 PM: Augustus Romain

 This is my contract address 
Jun 14, 2022, 6:56 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/1/6/16baa2ad-8bd2-4db5-82b1-b629f238ec98.jpg 

[No file]
Jun 14, 2022, 8:02 PM: Alexander Ionov

 We try 
Jun 14, 2022, 8:03 PM: Alexander Ionov

 First 
Jun 14, 2022, 8:03 PM: Alexander Ionov

 Check 
Jun 14, 2022, 8:03 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/d/a/dacec35a-1798-41bb-b7ed-0d06c84a0a75.jpg 

[No file]
Jun 14, 2022, 8:03 PM: Alexander Ionov

 Let me check looks like it may have worked 
Jun 14, 2022, 8:03 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/c/e/ce9307f3-63b2-4c14-a771-22036f24c1a8.webp

[No file]
Jun 14, 2022, 8:04 PM: Alexander Ionov

Wednesday, June 15, 2022

 Hi
Jun 15, 2022, 3:03 PM: Alexander Ionov
 AI

 Tell me
Jun 15, 2022, 3:03 PM: Alexander Ionov
 AI

 have you received a trial payment? I wanted to send the remaining money
Jun 15, 2022, 3:04 PM: Alexander Ionov
 AI

 AR No it hasn't come in yet
Jun 15, 2022, 3:51 PM: Augustus Romain


 AR Media/14042077491@s.whatsapp.net/7/8/782346fc-2607-43a4-ab2c-d1b7deb3b613.webp

[No file]
Jun 15, 2022, 3:52 PM: Augustus Romain


 Media/14042077491@s.whatsapp.net/0/5/05f0d9a4-4cd9-4f17-8839-6d7728537c55.webp

[No file]
Jun 15, 2022, 4:28 PM: Alexander Ionov
 AI

 What we doing?(
Jun 15, 2022, 4:28 PM: Alexander Ionov
 AI

 Media/14042077491@s.whatsapp.net/8/3/835c0000-f680-4f29-aa91-56ba686866d1.opus

[No file]
Jun 15, 2022, 6:55 PM: Alexander Ionov
AI



**Any body home ?**
Jun 15, 2022, 7:27 PM: Alexander Ionov



**Hey  just being driving around.**
Jun 15, 2022, 7:29 PM: Augustus Romain



**You think if we give it another day it may come.**
Jun 15, 2022, 7:29 PM: Augustus Romain



**I'm sorry for distracting you. let's talk tomorrow. I need to promote you again. can we hold an action?**
Jun 15, 2022, 7:32 PM: Alexander Ionov



**I do not know, I do not understand it well**
Jun 15, 2022, 7:32 PM: Alexander Ionov



**Yes let's do another action! This time in Atlanta again**
Jun 15, 2022, 7:33 PM: Augustus Romain



**yes! but let's do a cool action that all the media would write!**
Jun 15, 2022, 7:33 PM: Alexander Ionov

Thursday, June 16, 2022



**Media/14042077491@s.whatsapp.net/0/7/073381b8-10d4-4166-aa6f-aae5ce0ce8c1.webp**

**[No file]**
Jun 16, 2022, 9:21 AM: Alexander Ionov



**Hi Gazi**
Jun 16, 2022, 11:00 AM: Alexander Ionov



**We can speak today?**
Jun 16, 2022, 11:00 AM: Alexander Ionov

**AR** Good morning
Jun 16, 2022, 11:22 AM: Augustus Romain

**AR** Yes today is good what time
Jun 16, 2022, 11:22 AM: Augustus Romain

23:00 Moscow time
Jun 16, 2022, 11:22 AM: Alexander Ionov **AI**

Ok?
Jun 16, 2022, 1:34 PM: Alexander Ionov **AI**

**AR** Yes very good
Jun 16, 2022, 1:48 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/5/d/5d32fdff-2550-4fc4-8be2-d281c744d36b.webp

[No file]
Jun 16, 2022, 1:55 PM: Alexander Ionov **AI**

let's try to discuss all the details in the telegram chat tonight, so that we don't miss anything.
Jun 16, 2022, 2:29 PM: Alexander Ionov **AI**

**AR** That's a great idea
Jun 16, 2022, 2:46 PM: Augustus Romain

Super
Jun 16, 2022, 2:46 PM: Alexander Ionov **AI**

Send me messages at 23:00 o'clock
Jun 16, 2022, 2:47 PM: Alexander Ionov **AI**

AR

**Will do**
Jun 16, 2022, 2:51 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/d/6/d6ac969e-5506-4d50-899b-ed72b4bc9117.webp

[No file]
Jun 16, 2022, 2:52 PM: Alexander Ionov

AI

AR

**Hello**
Jun 16, 2022, 7:51 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/3/3/333b9258-f96f-40a5-b446-bf152866fcf0.webp

[No file]
Jun 16, 2022, 7:52 PM: Alexander Ionov

AI



**10 min**
Jun 16, 2022, 7:52 PM: Alexander Ionov

AI



**And I'm ready**
Jun 16, 2022, 7:52 PM: Alexander Ionov

AI

AR

**Take your time**
Jun 16, 2022, 7:56 PM: Augustus Romain



Friday, June 17, 2022

AR

Biden must feed the American People not the Ukrainian Army! We are living in the worst times of the American economy. Things are so desperate that our babies are being sent to the emergency room because of a lack of nutrition! Middle Class homes are met with the decision between filling up the gas tank or filling up their fridge. Biden should be sending Billions of OUR Tax dollars to aid the US people in these dire times. Instead Biden is sending Billions of OUR Tax dollars to kill the Russian people who have done us no harm. Biden is pushing sanctions to starve the Russian people even though those same sanctions have a trickle down effect that also starves the American
Jun 17, 2022, 4:38 PM: Augustus Romain
(Message continues)







people. Enough is ENOUGH! The Black Hammer Party (The Party of
The Homeless) is leading a March from Woodruff Park (91 Peachtree
St, Atlanta) onto the Georgia Capital (206 Washington St SW, Atlanta)
this Thursday at Noon. We will force Biden to Fund the Poor and
Working Class, not the Ukrainian Army!
Jun 17, 2022, 4:38 PM: Augustus Romain



This is the press release! Hope you like it.
Jun 17, 2022, 4:39 PM: Augustus Romain



I'm working on the Article next. It's going to be an intro of myself and
why I'm so United with Russia during these times.
Jun 17, 2022, 4:40 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/7/0/70f0fe15-c551-4682-8e94-
295bc2d4bdef.opus

[No file]
Jun 17, 2022, 4:44 PM: Alexander Ionov



Saturday, June 18, 2022



Yes
Jun 18, 2022, 6:35 AM: Alexander Ionov





I check
Jun 18, 2022, 6:35 AM: Alexander Ionov





I think it's good
Jun 18, 2022, 6:35 AM: Alexander Ionov





need help with mailing to the American media? I think we need to send
them emails
Jun 18, 2022, 6:36 AM: Alexander Ionov





Yes my team is on it and will be sending out the emails first thing
Jun 18, 2022, 10:42 AM: Augustus Romain
(Message continues)



 

Monday Morning and then every Morning after that until Thursday. We will also conduct calling them on Wednesday and Thursday for confirmations.
Jun 18, 2022, 10:42 AM: Augustus Romain

 

If you have any specific emails you would like us to reach out to let me know.
Jun 18, 2022, 10:42 AM: Augustus Romain

 Wonderful
Jun 18, 2022, 11:09 AM: Alexander Ionov 

 One
Jun 18, 2022, 11:09 AM: Alexander Ionov 

Sunday, June 19, 2022

 I just realized Thursday is my Birthday lol and I get to celebrate it serving the people of the world! How fortunate is our life as freedom fighters!
Jun 19, 2022, 1:31 PM: Augustus Romain 

 Hurray! comrade Gazi has a birthday and he will make a cool event!

I really ask you to start sending out press releases on Monday. And let's make posters. Do you have someone who can make posters cool?
Jun 19, 2022, 2:07 PM: Alexander Ionov 

 Yes  My team will have poster ready tomorrow on Monday and my team has already been sending out emails.
Jun 19, 2022, 2:17 PM: Augustus Romain

 So cool
Jun 19, 2022, 2:21 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/f/f/ffb0a805-fd60-4c43-a6a0-
Jun 19, 2022, 2:21 PM: Alexander Ionov
(Message continues)



a81dca368a9f.webp

[No file]
Jun 19, 2022, 2:21 PM: Alexander Ionov



Monday, June 20, 2022



Media/14042077491@s.whatsapp.net/0/7/07b19138-c106-496c-96d3-f26a9c0489ca.jpg

[No file]
Jun 20, 2022, 12:11 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/7/e/7ef3f9a6-5772-4ba6-845d-a98c596f81a5.webp

[No file]
Jun 20, 2022, 12:11 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/5/f/5f96c43b-9cb2-4328-ad6a-0248ee44f0ef.webp

[No file]
Jun 20, 2022, 12:11 PM: Alexander Ionov





Yay!!!! I'm glad you like it!
Jun 20, 2022, 12:12 PM: Augustus Romain



For good media coverage, you will need to make at least 20 posters!
Jun 20, 2022, 12:12 PM: Alexander Ionov



Will do!
Jun 20, 2022, 12:13 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/4/b/4b5fca0b-90f4-4dab-a07c-904a4f28b18a.webp

[No file]
Jun 20, 2022, 12:13 PM: Alexander Ionov











I will do my best for PR, we will need more people for the action. Today I have arranged with an Irish newspaper and a website from Italy, they will publish your campaign. So let's prepare everything cool!

Tomorrow I suggest we talk again in Votsap !
Jun 20, 2022, 12:15 PM: Alexander Ionov

AI

AR

Not a problem! Thank you so much for the Irish and Italy news!
Jun 20, 2022, 12:25 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/c/7/c7cf9718-a673-415b-9995-fea683d3ce73.webp

[No file]
Jun 20, 2022, 12:28 PM: Alexander Ionov

AI

Tuesday, June 21, 2022

AR

Update from my Chief of Media

"CBS46 says it's on their planner already, they told me the details before I even finished so they seem like a definite yes, WSB and FOX said that they won't know until Thursday morning if they are going or not and that I can confirm that morning if they're going, but I can call them again anyways. PBS said they might cover it, but don't send on-the-ground reporters like other news stations, will check again in case the person who answered don't know what they talking about. HOT 107.9 at the moment seems like a maybe, I have to follow up with another person there, but the person who referred me seemed enthusiastic about the story and several others were messages I left, will call again the next couple days like you said, but just an update"
Jun 21, 2022, 4:14 PM: Augustus Romain



Super Gazi!
Jun 21, 2022, 4:17 PM: Alexander Ionov

AI

AR

I've only just BEGUN!!!!
Jun 21, 2022, 4:18 PM: Augustus Romain



AR

Media/14042077491@s.whatsapp.net/3/6/36638fbd-6a3c-4921-9b4d-1e743f33c8e6.webp
Jun 21, 2022, 4:18 PM: Augustus Romain
(Message continues)



 

[No file]
Jun 21, 2022, 4:18 PM: Augustus Romain

 

Also I'm thinking of legalizing my name as Gazi Augustus Kodzo
Jun 21, 2022, 4:18 PM: Augustus Romain

 

Wow, you have such a beautiful name. is it worth it?
Jun 21, 2022, 4:19 PM: Alexander Ionov



Augustus Comandante Romein
Jun 21, 2022, 4:20 PM: Alexander Ionov



Hi Gazi
Jun 21, 2022, 7:05 PM: Alexander Ionov

 

I'm sorry
Jun 21, 2022, 7:05 PM: Alexander Ionov

 

We can talk tomorrow at 22:00 at Moscow time?
Jun 21, 2022, 7:06 PM: Alexander Ionov

 

Yes for sure
Jun 21, 2022, 7:31 PM: Augustus Romain

  

Media/14042077491@s.whatsapp.net/4/b/4b7a47ae-2f80-4b05-8f5b-
1071cf881fb4.webp

[No file]
Jun 21, 2022, 7:31 PM: Alexander Ionov



Si be good about action?
Jun 21, 2022, 7:31 PM: Alexander Ionov

Wednesday, June 22, 2022

**AR** Yes everything is going to plan
Jun 22, 2022, 3:26 PM: Augustus Romain

**AR** My team is working very hard
Jun 22, 2022, 3:28 PM: Augustus Romain

Super
Jun 22, 2022, 3:29 PM: Alexander Ionov **AI**

Today speaking?
Jun 22, 2022, 3:29 PM: Alexander Ionov **AI**

**AR** Yes what time today would you like to speak?
Jun 22, 2022, 3:30 PM: Augustus Romain

23:00?
Jun 22, 2022, 5:08 PM: Alexander Ionov **AI**

**AR** 4:00 pm EST is the latest I can do cause I got an appointment at 5pm.
Jun 22, 2022, 5:10 PM: Augustus Romain 

Tell me Moscow time)
Jun 22, 2022, 6:17 PM: Alexander Ionov **AI**

**AR** 11pm your time
Jun 22, 2022, 6:18 PM: Augustus Romain

 Maybe 23:30?
Jun 22, 2022, 6:19 PM: Alexander Ionov **AI**



Maybe you can ask me the questions you were going to ask in the meeting here and I answer them for you? Everything with the event is looking very good. We have many confirmations from media and from people who will attend. 
Jun 22, 2022, 6:22 PM: Augustus Romain

 Okkke
Jun 22, 2022, 6:22 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/a/e/ae38cdfa-ffe5-48b2-b921-47e654a35a4c.webp

[No file]
Jun 22, 2022, 6:23 PM: Alexander Ionov 

Thursday, June 23, 2022

 Hello comrade! How are you doing? Tell me approximately how many people do you expect? Did you manage to make posters? Posters are very important for the media and for the overall picture of the campaign! I hope that everything is fine
Jun 23, 2022, 8:58 AM: Alexander Ionov 



We have 65 people confirmed.
Posters are being made right now. 
Jun 23, 2022, 10:54 AM: Augustus Romain

 Super
Jun 23, 2022, 10:55 AM: Alexander Ionov 

 Send me pictures banner if these possible
Jun 23, 2022, 10:55 AM: Alexander Ionov 



Yes
Jun 23, 2022, 12:53 PM: Augustus Romain 

 One moment.
Jun 23, 2022, 12:53 PM: Augustus Romain 

 Media/14042077491@s.whatsapp.net/3/3/33961e50-096a-42bc-ab5a-8972ae7e79be.webp

[No file]
Jun 23, 2022, 12:59 PM: Alexander Ionov 

 Update from my Media Specialist:
I called and Fox said they'd be sending someone as well, 11Alive is considering it but not sure yet, and CBS46 still says it's on their planner.
Jun 23, 2022, 2:24 PM: Augustus Romain 

 Super!
Jun 23, 2022, 3:01 PM: Alexander Ionov 

 What about it
Jun 23, 2022, 3:04 PM: Alexander Ionov 

 https://www.facebook.com/GaziKodzo/videos/1128486504366759/?d=n

Media/14042077491@s.whatsapp.net/a/8/a8042443-73f3-4e4c-ac8e-d314ec1119a2.thumb

[No file]
Jun 23, 2022, 5:47 PM: Augustus Romain 

 are there not enough people today?
Jun 23, 2022, 5:48 PM: Alexander Ionov 

 [Emoji(s)]
Jun 23, 2022, 5:49 PM: Alexander Ionov 

 [Emoji(s)]
Jun 23, 2022, 5:49 PM: Alexander Ionov

 We had 45 wait for the pictures
Jun 23, 2022, 5:49 PM: Augustus Romain

 I didn't understand
Jun 23, 2022, 5:50 PM: Alexander Ionov

 Sorry
Jun 23, 2022, 5:50 PM: Alexander Ionov

 [Emoji(s)]
Jun 23, 2022, 5:50 PM: Alexander Ionov

 ?
Jun 23, 2022, 5:50 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/8/5/85dcbc9c-665b-4fe2-a0c6-0e61322ea5e9.jpg

[No file]
Jun 23, 2022, 5:50 PM: Augustus Romain

 Media was out there too we got three tv stations
Jun 23, 2022, 5:51 PM: Augustus Romain

 Cbs?
Jun 23, 2022, 5:51 PM: Alexander Ionov

 Media/14042077491@s.whatsapp.net/7/3/73c0c2b9-52ae-4b07-8fc9-ba051b3c8974.jpg

Jun 23, 2022, 5:52 PM: Augustus Romain
(Message continues)










[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/2/0/204364a7-8b77-42e5-b523-1488104e58c6.jpg

[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/3/a/3af5066a-46d1-4b96-add7-5e461639c97e.jpg

[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/d/2/d242c875-32a2-4843-baaf-ec096e97332e.jpg

[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/a/f/af1367fa-b55a-49de-98a9-09c3778403a1.jpg

[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/a/3/a329d473-18e9-4dd7-a167-4544faa1a3fb.jpg

[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/c/3/c3995ddf-43a6-4a7f-8299-7c2726506ea6.jpg

[No file]

Jun 23, 2022, 5:52 PM: Augustus Romain





that is, 15-20 people came? is there a photo from the action?
Jun 23, 2022, 5:52 PM: Alexander Ionov

AI



Media/14042077491@s.whatsapp.net/c/6/c66b1fbb-b8ed-40af-a5d4-323948e0ba6f.jpg

[No file]
Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/2/1/21f7c363-8260-4a48-aa54-b4d632e354ce.jpg

[No file]
Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/8/b/8b16a5b1-852b-46ab-a035-9ae7443c590b.jpg

[No file]
Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/d/0/d07f4e3c-f834-4321-a9ea-45a405458827.jpg

[No file]
Jun 23, 2022, 5:52 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/9/b/9b8b716d-fc82-4fbb-a40e-3a24ca955106.jpg

[No file]
Jun 23, 2022, 5:52 PM: Augustus Romain



AR

Media/14042077491@s.whatsapp.net/a/c/acde59e1-6663-4a9b-974c-4e1b501292f2.jpg

[No file]
Jun 23, 2022, 5:52 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/5/5/55096db6-1ddb-44d4-81b7-fafe41de000f.webp

[No file]
Jun 23, 2022, 5:52 PM: Alexander Ionov

 

 We can do another larger one on Sunday
Jun 23, 2022, 5:53 PM: Augustus Romain


Media/14042077491@s.whatsapp.net/f/c/fca4720b-7942-4cf2-83ea-2c1156a7de6d.opus

[No file]
Jun 23, 2022, 5:54 PM: Alexander Ionov

 

Media/14042077491@s.whatsapp.net/2/2/22673641-1bde-4cc3-b94d-e0f9ba238600.webp

[No file]
Jun 23, 2022, 5:56 PM: Alexander Ionov

 

 Ok I will write it up
Jun 23, 2022, 5:57 PM: Augustus Romain


Tomorrow we start
Jun 23, 2022, 5:57 PM: Alexander Ionov

 

Media/14042077491@s.whatsapp.net/5/c/5c66a1eb-5d61-4cf4-94dd-4777bc9dbaa4.webp

[No file]
Jun 23, 2022, 5:57 PM: Alexander Ionov

 

 Ok it's my birthday today lol
Jun 23, 2022, 5:57 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/8/3/83de2b72-f631-4822-b835-
e0c6bc407ddb.opus

[No file]
Jun 23, 2022, 5:58 PM: Alexander Ionov




We are you
Jun 23, 2022, 6:49 PM: Alexander Ionov



Friday, June 24, 2022


Hi Gazi
Jun 24, 2022, 7:18 PM: Alexander Ionov




Haw are you?
Jun 24, 2022, 7:18 PM: Alexander Ionov



Hello I'm good how are root
Jun 24, 2022, 7:27 PM: Augustus Romain



I'm very ill, I'm lying at home with a fever.

tell me:

1. did something come out in your media?

2. will you hold the action on Sunday?
Jun 24, 2022, 10:48 PM: Alexander Ionov



Saturday, June 25, 2022


Hi
Jun 25, 2022, 10:02 AM: Alexander Ionov




Haw are you?
Jun 25, 2022, 10:02 AM: Alexander Ionov





Check please
Jun 25, 2022, 10:02 AM: Alexander Ionov





Media/14042077491@s.whatsapp.net/f/6/f69c2dd1-5d55-4506-b342-8b398387a9aa.webp

[No file]
Jun 25, 2022, 10:02 AM: Alexander Ionov





Media/14042077491@s.whatsapp.net/5/2/522b9226-fce1-43fb-b9e6-7c60cc262123.jpg

[No file]
Jun 25, 2022, 11:51 AM: Alexander Ionov



I'm so sorry about this is it Covid?
Jun 25, 2022, 12:48 PM: Augustus Romain



thank you. I have been sick with coronavirus three times, now it is not, but it is also a strong disease
Jun 25, 2022, 12:50 PM: Alexander Ionov



Gazi) we are you?)
Jun 25, 2022, 5:44 PM: Alexander Ionov



I'm dealing with an emergency
Jun 25, 2022, 5:48 PM: Augustus Romain



what happened?
Jun 25, 2022, 5:48 PM: Alexander Ionov



The work I do is not like these liberal organizations. I work deep in the streets and it gets intense.
Jun 25, 2022, 5:48 PM: Augustus Romain





 I can't type what happened here it's not secure on what's app
Jun 25, 2022, 5:49 PM: Augustus Romain 

 write to me where it is convenient for you
Jun 25, 2022, 5:50 PM: Alexander Ionov 

 Media/14042077491@s.whatsapp.net/c/d/cd04f6fe-e21c-4756-8544-0efa6167f7cf.webp

[No file]
Jun 25, 2022, 5:51 PM: Alexander Ionov 

 Check Telegram
Jun 25, 2022, 6:00 PM: Alexander Ionov 

?????
Jun 25, 2022, 6:10 PM: Alexander Ionov

 I did
Jun 25, 2022, 6:25 PM: Augustus Romain 

Media/14042077491@s.whatsapp.net/7/5/754617c5-57da-4e68-ac25-f23762b0fbbb.webp

[No file]
Jun 25, 2022, 6:25 PM: Alexander Ionov  

 These adoration protest have taken over
Jun 25, 2022, 9:50 PM: Augustus Romain 

I didn't understand
Jun 25, 2022, 9:51 PM: Alexander Ionov 



[Emoji(s)]
Jun 25, 2022, 9:51 PM: Alexander Ionov

AR

https://youtu.be/qhq_n_NNvhY
Jun 25, 2022, 9:51 PM: Augustus Romain





Ooou
Jun 25, 2022, 9:56 PM: Alexander Ionov

Sunday, June 26, 2022

AR

Media/14042077491@s.whatsapp.net/5/8/58c08719-63a8-4a9f-b37d-b6ee001b5306.jpg





Jun 26, 2022, 5:14 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/c/1/c1235416-bbf2-4566-bcca-2e133d3301d1.webp

[No file]
Jun 26, 2022, 5:20 PM: Alexander Ionov

AI



AR

Media/14042077491@s.whatsapp.net/c/f/cf865ae1-14ff-4e88-b63b-15fe9ebff1a6.jpg
Jun 26, 2022, 5:22 PM: Augustus Romain
(Message continues)







[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/f/a/fa4751cf-8e39-433d-ba0b-
1f586df631d2.jpg

[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/e/3/e3668a06-0e28-49fe-974a-
6f6f72c10b8c.jpg

[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/a/2/a2a6b569-1a8a-4445-b04f-
48b208266d36.jpg

[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/2/0/2054791c-3da2-4f90-910e-
fc7f5614d561.jpg

[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/4/1/41ac5e74-3eaa-4e2c-a074-
58d1021a9965.jpg

[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/2/d/2da6f730-6f2b-4f2f-aea9-
df75ea17ad4f.jpg

[No file]
Jun 26, 2022, 5:22 PM: Augustus Romain










Media/14042077491@s.whatsapp.net/d/e/de518e8c-e506-4952-887c-22fc0ac05893.mp4

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/2/a/2a0b62cc-2145-43dd-915f-7fc73b0a7fd8.mp4

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/d/f/df602a9e-2010-49be-aef8-991f605d2944.jpg

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/e/6/e6938523-eedb-43e3-9519-7b9d643f0cfe.jpg

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/0/d/0db55494-dca5-4d24-92a4-f42f64e70164.jpg

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/1/f/1f092b57-c966-4a73-87d9-f5ac9ddc3a0b.jpg

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/6/4/64281cef-f086-4c6c-852b-dceed4c0e042.jpg

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/a/3/a349c1ef-5d40-4626-a414-18cc94c3323b.jpg

[No file]

Jun 26, 2022, 5:22 PM: Augustus Romain





Wat lokation?

Jun 26, 2022, 5:22 PM: Alexander Ionov





Location

Jun 26, 2022, 5:22 PM: Alexander Ionov





?

Jun 26, 2022, 5:22 PM: Alexander Ionov





Atlanta

Jun 26, 2022, 5:23 PM: Augustus Romain





Tomorrow I send to mass media

Jun 26, 2022, 5:23 PM: Alexander Ionov





I mean

Jun 26, 2022, 5:23 PM: Alexander Ionov





Right by the capital

Jun 26, 2022, 5:23 PM: Augustus Romain





A

Jun 26, 2022, 5:23 PM: Alexander Ionov





One

Jun 26, 2022, 5:23 PM: Alexander Ionov

Any media come?
Jun 26, 2022, 5:28 PM: Alexander Ionov

Like one
Jun 26, 2022, 5:32 PM: Augustus Romain

They all focused on abortion
Jun 26, 2022, 5:32 PM: Augustus Romain

then put the information on your website and I will distribute it! thank you! waiting for the link! I'll launch it in the media tomorrow
Jun 26, 2022, 5:33 PM: Alexander Ionov

Gazi
Jun 26, 2022, 6:57 PM: Alexander Ionov

Please)
Jun 26, 2022, 6:58 PM: Alexander Ionov

Will do
Jun 26, 2022, 7:15 PM: Augustus Romain

Media/14042077491@s.whatsapp.net/3/4/34cca702-3b73-487a-a511-e2a44e578696.webp

[No file]
Jun 26, 2022, 7:45 PM: Alexander Ionov

Monday, June 27, 2022

https://blackhammer.org/2022/06/27/enough-is-enough-feed-our-people-not-ukkkraine-protest-at-georgia-state-capitol-a-victory/
Jun 27, 2022, 10:21 AM: Augustus Romain



AR Let me know what you think
Jun 27, 2022, 10:21 AM: Augustus Romain


 Thank you so much ☺
Jun 27, 2022, 10:46 AM: Alexander Ionov
AI

AR You see all the people this time?
Jun 27, 2022, 10:46 AM: Augustus Romain


 3A1AE1F6F12C08193614
Jun 27, 2022, 10:47 AM: Alexander Ionov
AI 

 please put a photo at the capitol. so that it could be seen
Jun 27, 2022, 10:48 AM: Alexander Ionov
AI 

 Yes)
Jun 27, 2022, 10:48 AM: Alexander Ionov
AI 

 please put a photo at the capitol. so that it could be seen
Jun 27, 2022, 10:48 AM: Alexander Ionov
AI 

 [Emoji(s)]
Jun 27, 2022, 10:48 AM: Alexander Ionov
AI 

AR Media/14042077491@s.whatsapp.net/6/6/667580f4-2385-4440-bd0b-
15707badf3b1.jpg
Jun 27, 2022, 10:48 AM: Augustus Romain
(Message continues)




Jun 27, 2022, 10:48 AM: Augustus Romain

It's in the article too.
Jun 27, 2022, 10:49 AM: Augustus Romain

Yes
Jun 27, 2022, 10:49 AM: Alexander Ionov

Media/14042077491@s.whatsapp.net/8/8/8823882d-a816-4888-906d-efe060e0cbe7.webp

[No file]
Jun 27, 2022, 10:49 AM: Alexander Ionov

How's the international media going?
Jun 27, 2022, 2:57 PM: Augustus Romain

Tomorrow I will send you
Jun 27, 2022, 9:00 PM: Alexander Ionov

Links
Jun 27, 2022, 9:00 PM: Alexander Ionov

Media/14042077491@s.whatsapp.net/0/5/059cb920-f2e7-4cd9-a433-
Jun 27, 2022, 9:00 PM: Alexander Ionov
(Message continues)



0e7d85fb2096.webp

[No file]
Jun 27, 2022, 9:00 PM: Alexander Ionov

 AI

 AR

Great! I'm so happy!
Jun 27, 2022, 10:40 PM: Augustus Romain

Tuesday, June 28, 2022



Media/14042077491@s.whatsapp.net/6/3/6360cd95-69f0-4fa4-80f3-5cd2a27b7465.webp

[No file]
Jun 28, 2022, 10:54 AM: Alexander Ionov

 AI

AR

How's it going?
Jun 28, 2022, 11:01 AM: Augustus Romain





All good
Jun 28, 2022, 11:02 AM: Alexander Ionov

 AI



I wait draft
Jun 28, 2022, 11:02 AM: Alexander Ionov

 AI



Article
Jun 28, 2022, 11:02 AM: Alexander Ionov

 AI



Media/14042077491@s.whatsapp.net/d/5/d5491f76-3b4c-407d-bd5e-7eb3f56aaea4.mp4

[No file]
Jun 28, 2022, 11:02 AM: Alexander Ionov

 AI



Today
Jun 28, 2022, 11:02 AM: Alexander Ionov

AI



Top Russian blogger
Jun 28, 2022, 11:02 AM: Alexander Ionov



She say about me
Jun 28, 2022, 11:03 AM: Alexander Ionov

She's pretty did she say good things?
Jun 28, 2022, 11:03 AM: Augustus Romain

she's a bitch. liberal. He says that I have my own people in all the media
Jun 28, 2022, 11:06 AM: Alexander Ionov

In Russia I am at war with the liberals
Jun 28, 2022, 11:06 AM: Alexander Ionov

Same I am at war with the liberals here! They are weak enemies!
Jun 28, 2022, 11:07 AM: Augustus Romain

She lives in Israel and says the U.S. government is the best guys
Jun 28, 2022, 11:10 AM: Alexander Ionov

What a complete traitor to her country.
Jun 28, 2022, 11:18 AM: Augustus Romain

Yes!
Jun 28, 2022, 11:19 AM: Alexander Ionov

You know you are doing the right thing when the enemy slanders you. Keep up the good work my friend!
Jun 28, 2022, 11:38 AM: Augustus Romain



Media/14042077491@s.whatsapp.net/f/f/ffba3e4f-9735-4719-8fc3-cb645ef7d19a.webp

[No file]
Jun 28, 2022, 1:35 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/a/9/a928212d-68c0-42fa-8110-cb997ddfc7aa.webp

[No file]
Jun 28, 2022, 1:35 PM: Alexander Ionov





We made tv news
Jun 28, 2022, 3:07 PM: Augustus Romain





???
Jun 28, 2022, 3:20 PM: Alexander Ionov





where did the news come out?
Jun 28, 2022, 3:20 PM: Alexander Ionov





Local news I haven't seen it myself but everyone is saying they saw it.
Jun 28, 2022, 3:21 PM: Augustus Romain



Send link
Jun 28, 2022, 3:30 PM: Alexander Ionov





I've been looking
Jun 28, 2022, 3:30 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/e/e/ee42277e-7a87-4045-b878-6ba55e4b4bf6.webp

[No file]
Jun 28, 2022, 3:30 PM: Alexander Ionov



AR

This the man that recorded it imma contact him

Media/14042077491@s.whatsapp.net/8/c/8ce07a91-9e12-46e1-a5e4-e02acfe624e7.jpg 

[No file]
Jun 28, 2022, 3:30 PM: Augustus Romain

Maybe see internet
Jun 28, 2022, 3:31 PM: Alexander Ionov

AI

http://stop-imperialism.com/2022/06/29/46908/
Jun 28, 2022, 10:18 PM: Alexander Ionov

AI

AR

Yes!
Jun 28, 2022, 10:41 PM: Augustus Romain

**Thursday, June 30, 2022**

Hi Gazi
Jun 30, 2022, 1:26 PM: Alexander Ionov

AI

Haw are you
Jun 30, 2022, 1:26 PM: Alexander Ionov

AI

AR

I'm great how are you
Jun 30, 2022, 1:26 PM: Augustus Romain

I'm too
Jun 30, 2022, 1:26 PM: Alexander Ionov

AI

photos came where you distributed food to the poor at the please action
Jun 30, 2022, 1:27 PM: Alexander Ionov

AI



Media/14042077491@s.whatsapp.net/5/4/54394bcf-9d11-4361-a0c7-4b61302244f7.webp

[No file]
Jun 30, 2022, 1:27 PM: Alexander Ionov



Yes every action we give the people resources.
Jun 30, 2022, 1:29 PM: Augustus Romain





Send me
Jun 30, 2022, 1:29 PM: Alexander Ionov





Please
Jun 30, 2022, 1:29 PM: Alexander Ionov



Send you photos of us giving resources to the poor?
Jun 30, 2022, 1:30 PM: Augustus Romain



Yes, where do you distribute food
Jun 30, 2022, 1:31 PM: Alexander Ionov





Everywhere we go. We don't have just one place.
Jun 30, 2022, 1:32 PM: Augustus Romain



Cool
Jun 30, 2022, 1:32 PM: Alexander Ionov





I wait
Jun 30, 2022, 1:32 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/6/d/6d4b1e71-bf52-41c5-8028-2468375f94a3.webp

Jun 30, 2022, 1:32 PM: Alexander Ionov
(Message continues)







[No file]
Jun 30, 2022, 1:32 PM: Alexander Ionov





Media/14042077491@s.whatsapp.net/a/6/a616c7fd-a7b5-42f2-b0ea-333ac89d3244.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/9/c/9c0e5bb6-de20-4b42-8c8f-1014c9f24ebf.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/e/8/e809eb2b-a350-4242-8049-9aec9bd27e02.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/2/e/2e8d0c1e-2f33-4dca-865e-ab7bab41d189.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain





Media/14042077491@s.whatsapp.net/9/1/914838d9-19e5-4034-823c-5a1615daf6ba.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/7/4/740fd3a2-fb69-42f1-829b-f81fdda455a3.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain





**AR** Media/14042077491@s.whatsapp.net/d/e/def73d63-8c79-401a-8813-
08836f783da4.jpg

[No file]
Jun 30, 2022, 1:39 PM: Augustus Romain



**AI** Media/14042077491@s.whatsapp.net/1/7/17402d17-1727-4405-bb69-
4d249b148184.webp

[No file]
Jun 30, 2022, 1:40 PM: Alexander Ionov



**AR** Media/14042077491@s.whatsapp.net/c/c/cc600426-9631-4740-8da2-
57456ae4bebd.mp4

[No file]
Jun 30, 2022, 1:45 PM: Augustus Romain



**AR** Media/14042077491@s.whatsapp.net/e/7/e7ddb572-2768-40e3-87ff-
85b7f3b196a1.jpg

[No file]
Jun 30, 2022, 1:45 PM: Augustus Romain



**AI** Media/14042077491@s.whatsapp.net/8/4/84190ec4-873d-4cb8-a597-
88b2e24d2b58.webp

[No file]
Jun 30, 2022, 2:31 PM: Alexander Ionov



**AR** I'm happy to know you are interested in that side of my work.
Jun 30, 2022, 2:32 PM: Augustus Romain





**AI** Media/14042077491@s.whatsapp.net/5/a/5a6094f6-4848-4aed-92d8-
807b2c5f371e.opus

[No file]
Jun 30, 2022, 2:33 PM: Alexander Ionov






Media/14042077491@s.whatsapp.net/e/4/e46207f2-ade4-424b-821c-b206ec424a29.webp

[No file]
Jun 30, 2022, 2:33 PM: Alexander Ionov


Tuesday, July 05, 2022


Hi Gazi
Jul 5, 2022, 9:13 AM: Alexander Ionov



Haw are you doing?
Jul 5, 2022, 9:13 AM: Alexander Ionov



Media/14042077491@s.whatsapp.net/6/8/687c4a19-5dd9-4518-8e65-ef6f7f549c3c.webp

[No file]
Jul 5, 2022, 9:13 AM: Alexander Ionov



Good Morning Comrade! I'm doing great! Congratulations on Lysychansk huge victory!
Jul 5, 2022, 12:14 PM: Augustus Romain



thank you very much! you forgot about the articles on our website)))
Jul 5, 2022, 12:15 PM: Alexander Ionov



I am self-critical my laptop  is broken I'm waiting for it to be fixed. It needs a part that is taking a long time to ship. I know it's important so I will try typing something on my phone today and we will see what that looks like. Is that ok?
Jul 5, 2022, 12:17 PM: Augustus Romain


how is it more convenient for you, and tell me did you manage to make a web wallet?
Jul 5, 2022, 12:22 PM: Alexander Ionov


 **AR** Yes you want to try again today? 
Jul 5, 2022, 12:40 PM: Augustus Romain

 No problem **AI** 
Jul 5, 2022, 12:40 PM: Alexander Ionov

 What time you want **AI** 
Jul 5, 2022, 12:40 PM: Alexander Ionov

**AR** Just give me two hours after my morning workout I'll send it to you 
Comrade
Jul 5, 2022, 12:45 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/1/8/184e5223-e08d-4ecf-8ea1- **AI** 
8aad39143435.webp

[No file]
Jul 5, 2022, 12:45 PM: Alexander Ionov

Thursday, July 07, 2022

 Media/14042077491@s.whatsapp.net/7/8/789285f9-f0b4-4139-b6f0- **AI** 
4a9ec2c6d77d.webp

[No file]
Jul 7, 2022, 10:51 AM: Alexander Ionov

Friday, July 08, 2022

**AR** https://docs.google.com/document/d/1kY9hyyi4ONw6IQAKyxSmwxoE8-
ItRJdMXmqCxFLF_FM/edit

Media/14042077491@s.whatsapp.net/b/9/b9669f76-29c8-427a-a954- 
6bb6a432c6f4.thumb

[No file]
Jul 8, 2022, 1:43 PM: Augustus Romain

 **AR** Here is an article one of the comrades under my leadership made last 
Jul 8, 2022, 1:43 PM: Augustus Romain
(Message continues)

**AR** night. What you think?
Jul 8, 2022, 1:43 PM: Augustus Romain

**AR** My article is coming next.
Jul 8, 2022, 1:43 PM: Augustus Romain

I will check
Jul 8, 2022, 2:08 PM: Alexander Ionov **AI**

Sunday, July 10, 2022

**AR** Do you still have that lawyer connection
Jul 10, 2022, 10:01 AM: Augustus Romain

Unfortunately, most of my Lawyers in the USA have suspended working with me because of the situation in Ukraine. It was a surprise to me, people are probably afraid to work with Russians. But some lawyers remained, but what?
Jul 10, 2022, 11:25 AM: Alexander Ionov **AI**

**AR** This fucking pigs! How dare they! I am so sorry!
Jul 10, 2022, 12:01 PM: Augustus Romain

**AR** Can you give me the contact of the ones that remained.
Jul 10, 2022, 12:01 PM: Augustus Romain

Monday, July 11, 2022

What's the matter with you, my friend?
Jul 11, 2022, 7:38 AM: Alexander Ionov **AI**

[Emoji(s)]
Jul 11, 2022, 7:38 AM: Alexander Ionov **AI**

Gazi?))))
Jul 11, 2022, 5:55 PM: Alexander Ionov **AI**

 The pigs have arrested my son. A young 16 year old Cadre that I recruited and developed. He's my legacy.
Jul 11, 2022, 5:57 PM: Augustus Romain 

 was he arrested in Atlanta?
Jul 11, 2022, 5:58 PM: Alexander Ionov 

 +1 (703) 850-5058 Bob
Jul 11, 2022, 5:59 PM: Alexander Ionov 

 He's a good lawyer, but he's not in Atlanta.
Jul 11, 2022, 5:59 PM: Alexander Ionov 

 The police department has targeted me a lot after our protest for Russia. They are saying I'm a Kremlin puppet.
Jul 11, 2022, 5:59 PM: Augustus Romain 

 Thank you so much! I will call him.
Jul 11, 2022, 5:59 PM: Augustus Romain 

 This will only strengthen my unity with the cause!
Jul 11, 2022, 6:00 PM: Augustus Romain 

 Mao says when the enemy attacks it is because you are on the right path.
Jul 11, 2022, 6:00 PM: Augustus Romain 

 I think they are persecuting everyone in the US, even those who are against Russia
Jul 11, 2022, 6:00 PM: Alexander Ionov 

 Really who else have they prosecuted?
Jul 11, 2022, 6:00 PM: Augustus Romain 


the fight is always ahead
Jul 11, 2022, 6:01 PM: Alexander Ionov



now even accountants don't work with me from the USA. everyone is afraid to work with Russians. this is segregation!
Jul 11, 2022, 6:01 PM: Alexander Ionov


American inflation will force them to work again with you don't worry. This is international segregation to a whole new level!
Jul 11, 2022, 6:03 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/e/8/e8d6ccbe-0099-4902-9974-839dac7d6c8a.webp

[No file]
Jul 11, 2022, 6:06 PM: Alexander Ionov



Called Bob we have a meeting at 5pm. Thank you so much did you tell him that I'm a celebrity?
Jul 11, 2022, 6:09 PM: Augustus Romain



I didn't warn him, I don't know if he doesn't work with me anymore either)))))) it's better to do it incognito
Jul 11, 2022, 6:10 PM: Alexander Ionov



I'm tired of being disappointed in American lawyers and accountants
Jul 11, 2022, 6:11 PM: Alexander Ionov


Oh no lol I told him I know you lol. But no worries I can have someone else call him incognito if he doesn't pick up at 5pm.
Jul 11, 2022, 6:14 PM: Augustus Romain


3AD6B35F75EC19B39D90
Jul 11, 2022, 6:14 PM: Alexander Ionov



yes, it's not a problem, if he is useful it will be fine, but I think you need a lawyer in Atlanta
Jul 11, 2022, 6:15 PM: Alexander Ionov



AR https://docs.google.com/document/d/1xQNp019X9fGmWp1fO3tLzTEP mYKF79bQNrYp0Y2oWY8/edit
Jul 11, 2022, 6:28 PM: Augustus Romain



AR Here is an article on Sri Lanka
Jul 11, 2022, 6:28 PM: Augustus Romain



Thursday, July 14, 2022

AR https://docs.google.com/document/d/16nvd1Djrn1edi5ikjVU35tvWwTIL pfLwJwfGyC3CJfQ/edit?usp=sharing

Media/14042077491@s.whatsapp.net/e/a/ead7ff41-4016-41c2-814b-2a4a7fed5239.thumb

[No file]
Jul 14, 2022, 3:56 PM: Augustus Romain



AR Another article!
Jul 14, 2022, 3:56 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/f/9/f9be57db-82f4-474e-b26f-550f2806b227.webp

[No file]
Jul 14, 2022, 3:56 PM: Alexander Ionov



AR The lawyer is VERY HELPFUL!
Jul 14, 2022, 3:57 PM: Augustus Romain



Media/14042077491@s.whatsapp.net/e/8/e8ee5c30-6ac1-4746-9b85-b2ce4a9005f1.opus

[No file]
Jul 14, 2022, 3:57 PM: Alexander Ionov



 **More articles coming! Time to FIGHT!**
Jul 14, 2022, 3:57 PM: Augustus Romain


 **Yay!!! Victory!! Z**
Jul 14, 2022, 3:57 PM: Augustus Romain

 Media/14042077491@s.whatsapp.net/9/0/90126167-c038-4b86-bbd3-3f4ff1b9884a.opus

[No file]
Jul 14, 2022, 3:57 PM: Alexander Ionov


 https://docs.google.com/document/d/1E4Jb0eHH_VelQLid9y-C4Dr0cTN0kQMXORLYmQrQqdI/edit?usp=sharing

Media/14042077491@s.whatsapp.net/c/0/c00ea5e4-89a3-4145-9221-96864778b1f3.thumb 

[No file]
Jul 14, 2022, 10:46 PM: Augustus Romain

 Another article. I'm working HARD!
Jul 14, 2022, 10:46 PM: Augustus Romain


Saturday, July 16, 2022

 Media/14042077491@s.whatsapp.net/4/d/4d6ecb21-d3bc-42ed-bf75-959a947d5c71.webp

[No file]
Jul 16, 2022, 7:54 AM: Alexander Ionov


Media/14042077491@s.whatsapp.net/c/5/c5cc1c3f-e429-4e71-8457-c1af1784b74e.webp

[No file]
Jul 16, 2022, 7:54 AM: Alexander Ionov
