# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**Участники мероприятий:**

1) United Nation Antiwar Coalition (UNAC)
2) Black is back coalition (Ухуру)
3) Ветераны за мир (США)
4) Stop FBI
5) Антивоенный комитет США
6) Студенты за демократические преобразования (SDS)
7) Texas National Movement
8) Государство Боринкен (Пуэрто-Рико)
9) Королевский дом Гаваев
10) Движение "Yes, California"
11) Движение "Yes, Catalonia"
12) Лига Севера
13) Республиканская партия «Шин Фейн»
14) Национальная партия Шотландии
15) AFD
16) Национальный фронт
17) Двери (Сербия)
18) Радикальная партия Сербии
19) Йоббик
20) Ливанская демократическая партия
21) Харракет Аль-Амаль
22) Аль-Марада
23) БААС
24) Садр
25) Сомалиленд

и т.д.

DISC-194373