# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

10:34

 

**+14042077491** ~CINC Gazi
Показать настройки...



ЧТ 01:07

lol so I got something to run by you. We need servers for an app we gonna make that's gonna cause a lot problems.
ЧТ 01:10

which servers? write how we can cooperate?
ЧТ 01:11

Need a server to run backend processing(Nosql database, and real-time access from a front end client to pull request) we can cooperate by you hosting the apps backend.
ЧТ 01:16

ВОСКРЕСЕНЬЕ

I will consult with the programmer
ВС 20:27

Новое сообщение   

DISC-194375