# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



DISC-194397

**02f9ee08-c46d-4e0f-ab1b-3d93a846c01d.jpg**
**Last Modified Date: 7/28/2021**

The Federal Security Service of the Russian Federation

Aleksandr Ionov

is awarded

a Certificate of Appreciation

DISC-194398