# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



Старшему следователю
Следственного управления
Федеральной службы безопасности России
Капитану юстиции
ГОЛДЕНКОВУ К.И.

Исх. № 10-14-17/597-и
от «27» января 2017 г.

### Уведомление
### о принятых мерах по устранению обстоятельств, способствующих
### совершению преступления (других нарушений закона)

В соответствии с вынесенным 29 декабря 2016 г. Представлением Следственного управления ФСБ России № 6/3-19663 «О принятии мер по устранению обстоятельств, способствующих совершению преступления (других нарушений закона)» (далее - Представление) Закрытое акционерное общество «ЭХО МОСКВЫ» (далее - Общество), являясь учредителем СМИ – электронного периодического издания «Эхо Москвы» (далее – ЭПИ «Эхо Москвы»), уведомляет о рассмотрении Представления и принятых для его исполнения мерах с приложением подтверждающих документов.

#### По пункту 1 Представления
29 декабря 2016 г. Приказом Главного редактора Общества Венедиктова А.А. была создана комиссия в составе Первого заместителя главного редактора Радиоканала «Эхо Москвы» Варфоломеева В.В. и Заместителя главного редактора Радиоканала «Эхо Москвы» Годлиной Е.Н. для проведения служебного разбирательства в отношении Главного редактора ЭПИ «Эхо Москвы» Рувинского В.Г. и редактора ЭПИ «Эхо Москвы» Ждановой В.И. на предмет соответствия занимаемым должностям (Приложение № 2).

08 января 2017 г. был подготовлен Отчет комиссии о проведении служебного расследования, в котором сделана заключение о соответствии Главного редактора ЭПИ «Эхо Москвы» Рувинского В.Г. и редактора ЭПИ «Эхо Москвы» Ждановой В.И. своим должностям (Приложение № 3).

#### По пункту 2 Представления
В качестве мер, направленных на выполнение требований Закона РФ от 27 декабря 1991 г. № 2124-I «О средствах массовой информации» в части обеспечения установленного порядка распространения продукции ЭПИ и недопущения распространения материалов экстремистского характера, было предпринято нижеследующее.

Генеральным директором Общества Павловой Е.Ю. по представлению Главного редактора ЭПИ Рувинского В.Г. и Главного редактора Общества Венедиктова А.А. с 09 января 2017 г. изменено штатное расписание Редакции ЭПИ и введена новая должность Первого заместителя главного редактора Редакции ЭПИ, которую занял Соломин А.В. В должностные обязанности Первого заместителя главного редактора ЭПИ входят контроль за качеством и содержанием размещаемых на страницах ЭПИ материалов, за надлежащим выполнением редакторами ЭПИ своих должностных обязанностей в целях предупреждение и пресечение распространения материалов экстремистского характера (Приложения №№ 4-6). На указанное должностное лицо в отсутствии главного редактора ЭПИ возложена обязанность по принятию окончательного решения в отношении производства и выпуска материалов СМИ – ЭПИ «Эхо Москвы».

1

**IMG_3153**
**Last Modified Date 1/27/2017**

K. I. Goldenkov
Captain of Justice
Chief Investigator
Investigative Committee
Federal Security Service of Russia

Ref.#10-14-17/597-i
January 27, 2017

Notice
of taken measures to eliminate the circumstances that contributed
to the commission of a crime (other violations of law)

Pursuant to Submission #6/3-19663 of Russia's FSB Investigative Committee dated December 29, 2016 'On taking measures to eliminate circumstances contributing to the commission of a crime (other violations of law)'(hereinafter referred to as the Submission), Closed Joint-Stock Company 'EKhO MOSKVY' [Echo of Moscow] (hereinafter referred to as the Company) and a founder of the mass media - electronic periodical publication 'Ekho Moskvy' (hereinafter referred to as EPI 'Echo of Moscow'), informs that the Submission has been reviewed and measures have been taken in order to bring it to fruition as well as the supporting documents have been attached.