# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

ПОСТАНОВЛЕНИЕ

о возбуждении уголовного дела и принятии его к производству

г. Москва

16 мая 2017 года
17 ч. 30 мин.

Следователь по особо важным делам Следственного управления ФСБ России капитан юстиции Зотчик Е.И., рассмотрев сообщение о преступлении – рапорт об обнаружении признаков преступления, поступивший 25 апреля 2017 года из УЗКС 2 Службы ФСБ России (зарегистрировано в книге № 1 за № 24 от 25 апреля 2017 года),

УСТАНОВИЛ:

27 марта 2017 года в 16 часов 30 минут неустановленное лицо в информационно-телекоммуникационной сети (ИТКС) Интернет на доступной неограниченному кругу пользователей Интернет-странице социальной сети «dreamwidth» с доменным именем «prof-eug.dreamwidth.org/653721.html» разместило статью «Как правильно вести себя в РФ и Беларуси», содержащую призывы к совершению преступлений по мотивам политической, идеологической ненависти или вражды и насильственному изменению основ конституционного строя Российской Федерации.

Таким образом, в действиях неустановленного лица, разместившего в ИТКС Интернет вышеуказанную статью, имеются признаки публичных призывов к осуществлению экстремистской деятельности, то есть преступления, предусмотренного ч. 2 ст. 280 УК РФ.

Принимая во внимание изложенное, и руководствуясь ст. 140, 145, 146 и ч. 1 ст. 156 УПК РФ,

ПОСТАНОВИЛ:

1. Возбудить в отношении неустановленного лица уголовное дело по признакам преступления, предусмотренного ч. 2 ст. 280 УК РФ и присвоить ему № 11707007701000039.

2. Уголовное дело принять к своему производству и приступить к его расследованию.

3. Копию настоящего постановления направить в Генеральную прокуратуру Российской Федерации.

Следователь по особо важным делам
Следственного управления ФСБ России
капитан юстиции                                                           Е.И. Зотчик

**IMG_3707**
**Last Modified Date 5/25/2017**

Ruling<br>to initiate a criminal investigation and commence criminal proceedings

Moscow                                                                                                                May 16, 2017
                                                                                                                               17:30

Major Case Investigator for Russia's FSB Investigative Committee Police Captain Ye.I. Zotchik, upon reviewing the report of a crime – the discovery that a crime has been committed – submitted on April 25, 2017 by UZKS 2 Service of Russia's FSB [The FSB's Service to Protect the Constitutional System and Combat Terrorism] (registered in volume #1, file #24, as of April 25, 2017), has determined:

Major Case Investigator
Investigative Committee
Federal Security Service of Russia
Police Captain                                                                    [Signature]     Ye.I.Zotchi[k]