# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

ФЕДЕРАЛЬНАЯ СЛУЖБА БЕЗОПАСНОСТИ
РОССИЙСКОЙ ФЕДЕРАЦИИ

(ФСБ России)

СЛЕДСТВЕННОЕ УПРАВЛЕНИЕ

12.07.2018 г. № С-1746
Москва, 111116

СТЕПАНЕНКО А.В.

Проспект Мира, д. 68, кв. 140,
г. Москва, 129110

Ваше обращение рассмотрено в Следственном управлении ФСБ России в соответствии с Федеральным законом от 02 мая 2006 года № 59-ФЗ «О порядке рассмотрения обращений граждан Российской Федерации» (далее – Закон).

Вопросы, содержащиеся в Вашем обращении, не отнесены к компетенции органов федеральной службы безопасности.

Уведомляем Вас о том, что в соответствии с ч. 3 ст. 8 Закона поступившее обращение направлено для рассмотрения по существу с учетом компетенции в Департамент делопроизводства и работы с обращениями граждан и организаций МВД России. Данное решение может быть обжаловано в установленном законом порядке.

Помощник начальника Управления                                     И. Лободин

**212bae08-a4a8-484e-ac51-29fb0b20d4b6**
**Last Modified Date 8/3/2018**

Federal Security Service
of the Russian Federation
(FSB of Russia)

| | |
|---|---|
| The Investigative Committee | A.V. Stepanenko |
| 07/12/2018, #S-1746 | Prospekt Mira, d.68, kv.140, Moscow, 129110 |
| Moscow, 111116 | [68 Mira Avenue, Apt.140, Moscow, 129110] |

  The Investigative Committee of the FSB of Russia has looked into your request as pursuant to Federal Law #59-FZ of May 2, 2006 'On the Procedure for Consideration of Appeals by Citizens of the Russian Federation' (hereinafter referred to as 'the Law').
  The Federal Security Service possesses no jurisdiction over the matters presented in your request.
  We would like to inform you that in accordance with Part 3, Article 8 of the Law, the aforementioned request has been forwarded for appropriate consideration of the merits to the Department of Records Management and Processing Appeals of Citizens and Organizations of the Ministry of Internal Affairs of the Russian Federation. This decision may be appealed in the manner prescribed by law.

Assistant Committee Director                  [Signature] I. Lobodin