# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

БОЛЬШЕ НИКАКИХ КРУГЛОСУТОЧНЫХ РАБОТ! ВПОЛНЕ ХВАТИТ 23 ЧАСОВ!

Служба организационно-кадровой работы ФСБ России

DISC-194429

**IMG_3708.JPG**
**Last Modified Date: 5/27/2017**

No more working around the clock!
23 hours are more than enough!

Russia's FSB Service for Organizational and Personnel Work

DISC-194430