# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Friday, January 31, 2020

**EP** Listen, is their pre-election campaign ongoing? Looks like their voting is set for November 3rd.
Jan 31, 2020, 7:21 AM: Egor Popov

What?
Jan 31, 2020, 7:22 AM: Alexander Ionov **AI**

**EP** What do you mean "what"?
Jan 31, 2020, 7:23 AM: Egor Popov

Media/79168527258@s.whatsapp.net/c/6/c6c19273-10dd-4fee-ae85-b7fa365ccdc5.opus

[Audio file]

Listen, I'll leave the house right now and call you.  I don't understand what a pre-election campaign is.  Do you mean the speeches they are giving regarding the presidency?
Jan 31, 2020, 7:30 AM: Alexander Ionov **AI**

**EP** Yes, of course. The USA presidential election.
Jan 31, 2020, 7:44 AM: Egor Popov

They are fighting
Jan 31, 2020, 7:44 AM: Alexander Ionov **AI**

They are preparing events
Jan 31, 2020, 7:45 AM: Alexander Ionov **AI**

**EP** They should be definitely worked in ✎ the main topic of the year.
Jan 31, 2020, 7:45 AM: Egor Popov

Monday, February 03, 2020

**EP** https://m.lenta.ru/news/2020/02/02/sindeeva/
Feb 3, 2020, 7:42 AM: Egor Popov

**EP** So rub it in their face. Everything like I said
Feb 3, 2020, 7:46 AM: Egor Popov

Already did
Feb 3, 2020, 7:46 AM: Alexander Ionov **AI**

[Emoji(s)]
Feb 3, 2020, 7:46 AM: Alexander Ionov **AI**

**EP** ☺
Feb 3, 2020, 7:47 AM: Egor Popov

Media/79168527258@s.whatsapp.net/b/a/baf91a96-2fa2-4474-8c2f-aaa9efd483ab.webp
Feb 3, 2020, 8:13 AM: Alexander Ionov
(Message continues) **AI**



Feb 3, 2020, 8:13 AM: Alexander Ionov

**EP** Sash, are you able to get the documents?
Feb 3, 2020, 3:59 PM: Egor Popov

Are you talking about the closing ones? **AI**
Feb 3, 2020, 4:21 PM: Alexander Ionov

**EP** Uh-huh
Feb 3, 2020, 4:27 PM: Egor Popov

They will be available on Friday **AI**
Feb 3, 2020, 6:15 PM: Alexander Ionov

Friday, February 14, 2020

**EP** Sash, two picketing protests, seriously?!
Feb 14, 2020, 6:05 AM: Egor Popov

**EP** AB won't like it. He will start counting words again…
Feb 14, 2020, 6:08 AM: Egor Popov

Fucking unbelievable
Feb 14, 2020, 6:08 AM: Alexander Ionov **AI**

Well, those are Campaigns [sic]
Feb 14, 2020, 6:08 AM: Alexander Ionov **AI**

So far there have been no more events
Feb 14, 2020, 6:08 AM: Alexander Ionov **AI**

After all, they don't rally every day
Feb 14, 2020, 6:09 AM: Alexander Ionov **AI**

**EP** That's one campaign about the construction, which has nothing to do with the defense of human rights and politics whatsoever. The second picketing protest is about a prostitute. What should I write?
Feb 14, 2020, 6:09 AM: Egor Popov

The first and second campaigns are absolutely about human rights.
Feb 14, 2020, 6:10 AM: Alexander Ionov **AI**

The fact that there is not enough information
Feb 14, 2020, 6:10 AM: Alexander Ionov **AI**

Is a screw-up
Feb 14, 2020, 6:10 AM: Alexander Ionov **AI**

> But I had a hard time fishing it out of Joe [PH]
> Feb 14, 2020, 6:10 AM: Alexander Ionov

> The others didn't conduct anything
> Feb 14, 2020, 6:11 AM: Alexander Ionov

I won't write about Zimina. First, this topic is even more complicated than Butina. Second, I didn't like your comments in RT, there's nothing definite. She 'wanted', 'sang', 'talked', there's nothing specific.
Feb 14, 2020, 6:11 AM: Egor Popov

> All the campaigns are on the twenty-something of February
> Feb 14, 2020, 6:11 AM: Alexander Ionov

> and in mid-March there are some big ones
> Feb 14, 2020, 6:11 AM: Alexander Ionov

> I wrote
> Feb 14, 2020, 6:11 AM: Alexander Ionov

> The report before last was six pages long, they held a nice rally
> Feb 14, 2020, 6:12 AM: Alexander Ionov

Well, and what do I do? You have a wider scope of knowledge after all. Think of something♂
Feb 14, 2020, 6:13 AM: Egor Popov

> There is absolutely nothing
> Feb 14, 2020, 6:13 AM: Alexander Ionov

> Uhuru held a meeting
> Feb 14, 2020, 6:13 AM: Alexander Ionov

UNAC is dead quiet
Feb 14, 2020, 6:13 AM: Alexander Ionov

AI

Chicago is dead quiet
Feb 14, 2020, 6:13 AM: Alexander Ionov

AI

EP

Can we provide something about religion?
Feb 14, 2020, 6:13 AM: Egor Popov

Sarah [PH] is sick to begin with
Feb 14, 2020, 6:13 AM: Alexander Ionov

AI

Well, so far only negotiations are underway
Feb 14, 2020, 6:13 AM: Alexander Ionov

AI

I'm kind of happy to write more
Feb 14, 2020, 6:14 AM: Alexander Ionov

AI

I even dialed Smith [PH] yesterday
Feb 14, 2020, 6:14 AM: Alexander Ionov

AI

Nothing
Feb 14, 2020, 6:14 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/a/e/ae25da21-04c9-4a9b-9310-f46b8d735679.thumb

https://www.struggle-la-lucha.org/2020/02/12/ny-gov-cuomos-war-on-the-poor/
Feb 14, 2020, 6:16 AM: Alexander Ionov
(Message continues)

AI



Feb 14, 2020, 6:16 AM: Alexander Ionov

AI

All events are like this
Feb 14, 2020, 6:16 AM: Alexander Ionov

AI

But at least we'll do a nice report on the antiwar conference
Feb 14, 2020, 6:17 AM: Alexander Ionov

AI

Since we are sponsoring it
Feb 14, 2020, 6:17 AM: Alexander Ionov

AI

https://www.workers.org/
Feb 14, 2020, 6:18 AM: Alexander Ionov

AI

I wrote to Tom [PH] yesterday, they haven't been doing anything for
Feb 14, 2020, 6:19 AM: Alexander Ionov
(Message continues)

AI

two weeks now
Feb 14, 2020, 6:19 AM: Alexander Ionov

AI

Larry [PH] is in the hospital
Feb 14, 2020, 6:19 AM: Alexander Ionov

AI

Are transmissions going to Butonchik [PH]?
Feb 14, 2020, 6:26 AM: Alexander Ionov

AI

Into the document
Feb 14, 2020, 6:27 AM: Alexander Ionov

AI

EP

To Butina?
Feb 14, 2020, 6:27 AM: Egor Popov

Yes
Feb 14, 2020, 6:27 AM: Alexander Ionov

AI

EP

No
Feb 14, 2020, 6:27 AM: Egor Popov

Only Nikita [PH]?
Feb 14, 2020, 6:27 AM: Alexander Ionov

AI

EP

Yes, but Nikita is going into a different document
Feb 14, 2020, 6:28 AM: Egor Popov

Understood
Feb 14, 2020, 6:28 AM: Alexander Ionov

AI

https://www.workers.org/2020/02/46035/
Feb 14, 2020, 6:30 AM: Alexander Ionov

AI

That's what Italy's antiwar organizations did
Feb 14, 2020, 6:30 AM: Alexander Ionov

AI

https://www.abbevilleinstitute.org/blog/progressive-californians-should-support-secession/
Feb 14, 2020, 6:41 AM: Alexander Ionov

AI

https://youtu.be/5FgnAmjkdgw
Feb 14, 2020, 6:43 AM: Alexander Ionov

AI

Saturday, February 15, 2020

https://yandex.ru/news/story/Borcy_za_nezavisimost_Irlandii_sobralis_v_DNR--222a35acceffd9d330719f37e34154a1
Feb 15, 2020, 11:19 PM: Alexander Ionov

AI

Sunday, February 16, 2020

EP

Understood. We need to provide a pro forma this week
Feb 16, 2020, 6:14 AM: Egor Popov

Media/79168527258@s.whatsapp.net/a/2/a28a4291-a3b7-4f9a-b72c-ef65fd75e5b0.webp
Feb 16, 2020, 8:18 AM: Alexander Ionov
(Message continues)

AI



Feb 16, 2020, 8:18 AM: Alexander Ionov

**EP** Sash, we did agree on the document about the Dialogue of Nations. At the moment AB is on vacation.
Feb 16, 2020, 9:58 AM: Egor Popov

In the evening
Feb 16, 2020, 10:00 AM: Alexander Ionov  **AI**

**EP** It's not ready yet.
Feb 16, 2020, 8:12 PM: Egor Popov

Wednesday, March 11, 2020

**EP** Call not answered
Mar 11, 2020, 6:46 AM: Egor Popov



Did you call?
Mar 11, 2020, 6:47 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/9/3/93a89ec1-11a4-499d-9b6e-c406517b6589.jpg

AI

Mar 11, 2020, 7:00 AM: Alexander Ionov

It was hacked from Slovakia
Mar 11, 2020, 7:00 AM: Alexander Ionov

AI

But the host himself is from California
Mar 11, 2020, 7:01 AM: Alexander Ionov

AI

The USA
Mar 11, 2020, 7:01 AM: Alexander Ionov

AI

EP

Call not answered
Mar 11, 2020, 8:12 AM: Egor Popov

https://www.thedailybeast.com/want-to-break-up-the-united-states-the-kremlin-is-ready-to-help
Mar 11, 2020, 10:02 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/f/6/f6cdb72c-48d3-4612-80b6-58e2475d7f7b.jpg
Mar 11, 2020, 10:42 AM: Alexander Ionov
(Message continues)

AI



Mar 11, 2020, 10:42 AM: Alexander Ionov

[Emoji(s)]
Mar 11, 2020, 10:42 AM: Alexander Ionov

AI

EP

Send me the picture from the message
Mar 11, 2020, 10:44 AM: Egor Popov

EP

Media/79168527258@s.whatsapp.net/d/9/d942794b-c0f5-4a46-9bdb-ba8f42d2c124.jpg

This one
Mar 11, 2020, 10:45 AM: Egor Popov
(Message continues)



Mar 11, 2020, 10:45 AM: Egor Popov

Why
Mar 11, 2020, 10:46 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/2/6/2660c130-3ec3-4ee9-af50-96d48d6ea4d0.webp





Mar 11, 2020, 10:46 AM: Alexander Ionov

**EP** I need it
Mar 11, 2020, 10:46 AM: Egor Popov

Media/79168527258@s.whatsapp.net/e/d/ed426843-95de-4a9e-8a21-d2dde92511f1.jpg
Mar 11, 2020, 10:49 AM: Alexander Ionov
(Message continues)

Mar 11, 2020, 10:49 AM: Alexander Ionov

I need the caption
Mar 11, 2020, 10:51 AM: Egor Popov

That starts with the word 'Comrades!'
Mar 11, 2020, 10:51 AM: Egor Popov

Media/79168527258@s.whatsapp.net/d/4/d412159a-99e3-41df-98c9-918f35a81a4c.jpg
Mar 11, 2020, 10:54 AM: Alexander Ionov
(Message continues)

Товарищи!

Сегодня произошёл смешной случай 😎 взломали почту моей помощницы, которая не работает несколько лет и начали рассылать всем письма о том, что я агент 😂 Приложили фото грамот, которые кстати висят в свободном доступе в офисе, и все, кто приходят в гости их видят.

Вообщем поднимают популярность, но явно пока ничего интересного не нашли 🧑‍💻



Mar 11, 2020, 10:54 AM: Alexander Ionov

So are you relaxed?
Mar 11, 2020, 11:09 AM: Alexander Ionov

Did you see the article?
Mar 11, 2020, 11:48 AM: Alexander Ionov



**EP** Let's discuss it in a little bit, I'll call
Mar 11, 2020, 11:49 AM: Egor Popov

Ok
Mar 11, 2020, 11:49 AM: Alexander Ionov
**AI**

It was done by your colleagues
Mar 11, 2020, 3:32 PM: Alexander Ionov
**AI**

The hack
Mar 11, 2020, 3:32 PM: Alexander Ionov
**AI**

**EP** How did you figure it out ??!
Mar 11, 2020, 3:32 PM: Egor Popov

Borisovich is ignoring me
Mar 11, 2020, 4:36 PM: Alexander Ionov
**AI**

It's fucked up
Mar 11, 2020, 4:36 PM: Alexander Ionov
**AI**

Call me
Mar 11, 2020, 6:05 PM: Alexander Ionov
**AI**

As soon as possible
Mar 11, 2020, 6:05 PM: Alexander Ionov
**AI**

Whenever you can
Mar 11, 2020, 6:05 PM: Alexander Ionov
**AI**

I'm worried
Mar 11, 2020, 7:38 PM: Alexander Ionov

AI

Very much so
Mar 11, 2020, 7:38 PM: Alexander Ionov

AI

Can we touch base via Telegram for at least three minutes?
Mar 11, 2020, 7:39 PM: Alexander Ionov

AI

EP

Ok. I'll call [you] right now
Mar 11, 2020, 7:52 PM: Egor Popov

I'm waiting
Mar 11, 2020, 7:53 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/1/a/1a7243e7-852d-440a-9620-8b5a0844e7c3.jpg
Mar 11, 2020, 9:09 PM: Alexander Ionov
(Message continues)

AI




Everything has been downloaded
Mar 11, 2020, 9:09 PM: Alexander Ionov

AI

most likely, they are mirroring:
ionov@it-int.one
Ionov@anti-global.ru
info@anti-global.ru

They hacked:
apromskaya@anti-global.ru
nkomarov@it-int.one
Mar 11, 2020, 11:03 PM: Alexander Ionov

AI

Thursday, March 12, 2020

EP

Sash, I'll be downtown at around 14:30. Is that OK?
Mar 12, 2020, 10:06 AM: Egor Popov

Let's do 14:30
Mar 12, 2020, 10:06 AM: Alexander Ionov

AI

Okhotny Ryad [Hunters' Row]
Mar 12, 2020, 10:07 AM: Alexander Ionov

AI

At the hotel
Mar 12, 2020, 10:07 AM: Alexander Ionov

AI

Where are you
Mar 12, 2020, 11:32 AM: Alexander Ionov

AI

I'm here
Mar 12, 2020, 11:43 AM: Alexander Ionov

AI