# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**Внутренняя политика**

Александр Ионов обладает крупными внутрироссийскими связями по линии общественных и политических организаций.

На еженедельной основе проходят мероприятия по линии Международного комитета защиты прав человека, Академии Будущего, Международного конгресса промышленников и предпринимателей и ВОО «За реальные дела». Также работает международный клуб Амикабилити.

В сетке мероприятий:
- круглые столы с представителями молодежных общественных объединений
- конференции с привлечением послом и других работников дипломатических миссий иностранных государств (недавно прошли круглые столы с участием послов КНДР, Сирии, Ирака и Зимбабве, на этой неделе планируется мероприятие с послом Зимбабве)
- в рамках Академии Будущего проходят еженедельные лекции, на которых присутствует порядка 60 человек

20 июня на базе Дома общественных организаций пройдет круглый стол на тему вынужденной миграции, мероприятие будет посвящено Дню беженца. В качестве спикеров приглашены представители профильных министерств и ведомств, правозащитники, активисты негосударственных организаций и граждане, получившие статус беженца (Сирия, Украина)
Круглый стол будет модерировать Александр Ионов


Также наша команда обладает большим ресурсом в социальных сетях (вконтакте, интаграмм и фейсбук)

https://m.vk.com/academia_del_futuro

https://m.vk.com/putin_govorit

https://m.vk.com/rus_improvisation
https://m.vk.com/anti_usa_news