# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**Domestic policy**

Aleksandr Ionov has major connections in Russia in the line of public and political organizations.

On a weekly basis, there are events with regard to the Human Rights International Committee, Academy of the Future [Akademiya Budushchego], International Congress of Industrialists and Entrepreneurs, and VOO 'Za Realnyye Dela' [For Real Deeds]. The Amicability International Club is open, too.

Scheduled events:
-roundtables with representatives of public youth associations;
-conferences with the involvement of ambassadors and other representatives of foreign diplomatic missions (recently, roundtables with the participation of the ambassadors of the Democratic People's Republic of Korea, Syria, Iraq, and Zimbabwe have been conducted, and this week there is a planned event with the ambassador of Zimbabwe);
-within the framework of the Academy of the Future, there are weekly lectures, which are attended by approximately 60 people

On June 20, a roundtable on the topic of forced migration will be held based on the House of Public Organizations. The event will be dedicated to Refugee Day. The invited speakers include representatives of relevant ministries and agencies, human rights activists, activists from non-governmental organizations, and citizens who have been granted refugee status (Syria, Ukraine). Aleksandr Ionov will moderate the roundtable discussion.

Additionally, our team has a large resource in social networks (VKontakte, Instagram, and Facebook).


https://m.vk.com/academia_del_futuro

https://m.vk.com/putin_govorit

https://m.vk.com/rus_improvisation
https://m.vk.com/anti_usa_news

DISC-193791