# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>Plaintiff,                                )<br>                                              )<br>vs.                                          )     No. 8:22-cr-00259-WFJ-AEP<br>                                              )<br>**OMALI YESHITELA,**              )<br>Defendant.                            ) | |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33

Defendant, OMALI YESHITELA,[1] by the undersigned attorney, respectfully files this Motion for Extension of Time to File Motion for New Trial under Federal Rule of Criminal Procedure 33. In support, states as follows:

1. On September 12, 2024, a jury returned verdicts finding (1) Defendants Omali Yeshitela, Penny Hess, Jesse Nevel, and Augustus Romain guilty of conspiracy to act as an agent of the Russian government or officials without prior notification to the Attorney General and (2) Defendants Omali Yeshitela, Penny Hess, and Jesse Nevel not guilty of acting as an agent of the Russian government or officials without prior notification to the Attorney General.

---

[1] This Motion for Extension of Time to File Motion for New Trial applies equally to Defendants Penny Hess, Omali Yeshitela, and Jesse Nevel.

2. Federal Rule of Criminal Procedure 33(b)(2) provides that "[a]ny motion for a new trial . . . must be filed within 14 days after the verdict or finding of guilty."

3. Defendant's Motion for New Trial is due on September 26, 2024.

4. Federal Rule of Criminal Procedure 45(b)(1)(A) provides that the Court may grant an extension of time at the request of a party, if the party files a motion requesting an extension "before the originally prescribed or previously extended time expires."

5. Defendant hereby requests an extension of time to file a motion for new trial until October 10, 2024.

## Conclusion

Defendant Omali Yeshitela respectfully asks this Court to extend the time to file a motion for new trial until October 10, 2024.

Respectfully submitted,

ADE A. GRIFFIN, ESQ.
Griffin Inskeep Law, LLC
224 Datura St, Suite 900
West Palm Beach, Florida 33401
ade@agtilaw.com
Pleadings: service@agtilaw.com
(561) 320-6006

*/s/ Ade A. Griffin, Esq.*
By: ADE GRIFFIN

                                            Florida Bar No. 0771961

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            */s/ Ade A. Griffin, Esq.*
                              By:  ADE GRIFFIN, ESQ
                                       Florida Bar No. 0771961