UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>OMALI YESHITELA, )<br>    Defendant. ) | No. 8:22-cr-00259-WFJ-AEP |

### RENEWED MOTION FOR A JUDGMENT OF ACQUITTAL OR ALTERNATIVELY FOR A NEW TRIAL

Defendant Omali Yeshitela respectfully moves this Court to enter a judgment of acquittal pursuant to Fed. R. Crim. P. 29, or in the alternative, for a new trial pursuant to Fed. R. Crim. P. 33. For the reasons set forth in the attached Memorandum, the government failed to present evidence to establish beyond a reasonable doubt that Ms. Hess knowingly and willfully agreed to act as an agent of a foreign government without prior notification to the Attorney General, and the interest of justice requires that the jury's verdict be overturned.

Dated: October 11, 2024

Respectfully submitted,

ADE A. GRIFFIN, ESQ.
Griffin Inskeep Law, LLC
224 Datura St, Suite 900
West Palm Beach, Florida 33401
ade@agtilaw.com
Pleadings: service@agtilaw.com
(561) 320-6006

**/s/ Ade A. Griffin, Esq.**
By: ADE GRIFFIN
Florida Bar No. 0771961