The Honorable
District Judge
William Jung

Deacon Christopher Frazier
P.O. Box 57667
Modesto CA 95357

OCT 30 2024 AM 11:41
FILED - USDC - FLMD - TPA

Greetings in Yah-O-Shua name - by the power of Yah-O-Wah.

I am writing to you on behalf of the Uhuru 3 - Omali Yeshitela - Penny Hess - Jesse Nevel. For decades these three beautiful human beings have worked-organized on behalf of the oppressed international. I am asking that all charges be dropped. I am asking that Mr Yeshitela - Miss Hess - Mr Nevel absolutely remain - FREE - that they continue their great work. Thank you in advance.

One Love.
Deacon Christopher Frazier