UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO.   8:22-cr-259-WFJ-AEP

OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

**UNOPPOSED MOTION FOR LEAVE TO FILE
A RESPONSE EXCEEDING THE PAGE LIMIT**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully seeks additional pages to respond to the defendants' posttrial motions. The defendants' motions for judgment of acquittal or, alternatively, a new trial are each approximately 30 pages in length and contain several arguments. Docs. 304-308. The government will file one response to these motions on November 7, 2024. Pursuant to Local Rule 3.01(b), the government requests that it be permitted to file a response not to exceed 30 pages in length.

Counsel for defendants Hess, Nevel, and Romain do not object to the relief sought herein. Counsel for defendant Yeshitela did not respond to the government's inquiry.

        Respectfully submitted,

        ROGER B. HANDBERG  
        United States Attorney

By:   /s/ Risha Asokan  
        Risha Asokan  
        Assistant United States Attorney  
        Florida Bar No. 1003398  
        400 N. Tampa St., Ste. 3200  
        Tampa, FL 33602-4798  
        Telephone: (813) 274-6000  
        Facsimile: (813) 274-6358  
        E-mail: risha.asokan2@usdoj.gov

**U.S. v. Omali Yeshitela, et. al**  **Case No. 8:22-cr-259-WFJ-AEP**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.